## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION, as Administrator of The American Bakers Association Retirement Plan,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Sara Lee Corporation, certify that to the best of my knowledge and belief, Sara Lee Corporation does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

DC 444736
Bar Identification Number

M. Miller Baker
Print Name

McDermott Will & Emery LLP
Address

600 Thirteenth Street, NW
Address

Washington, DC  20005-3096
City State Zip

202.756.8233
Telephone Number