IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION, as Administrator of The American Bakers Association Retirement Plan<br><br>      Defendants. | Case No.  06-cv-0819HHK |

## MOTION FOR *PRO HAC VICE* ADMISSION OF MICHAEL T. GRAHAM

Pursuant to Local Rule 83.2(d), Plaintiff Sara Lee Corporation respectfully moves this Court to admit Michael T. Graham *pro hac vice* to appear in the above-captioned action. The declaration required by Local Rule 83.2(d) is attached to this motion, along with a proposed order.

Dated:  May 4, 2006

Respectfully submitted,

**SARA LEE CORPORATION**

By:   /s/   Sarah E. Hancur
      One of its Attorneys

M. Miller Baker (DC Bar No. 444736)
Sarah E. Hancur (DC Bar No. 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
Phone: 202.756.8000
Fax:    202.756.8087
Email: mbaker@mwe.com
      shancur@mwe.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and<br>BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION, as Administrator of The American Bakers Association Retirement Plan<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  06-cv-0819HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PROPOSED ORDER**

Upon consideration of the Motion for *Pro Hac Vice* Admission of Michael T. Graham, it is hereby:

ORDERED that the Motion for *Pro Hac Vice* Admission of Michael T. Graham is GRANTED, and it is further

ORDERED that Michael T. Graham is hereby admitted to practice in this Court for the limited purpose of appearing and participating in this action as co-counsel for Plaintiff Sara Lee Corporation.

_____  
Date

_____  
Henry H. Kennedy, Jr.  
United States District Judge

WDC99 1229830-1.029636.0180