IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No._____ |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION, as Administrator of The American Bakers Association Retirement Plan ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### DECLARATION OF MICHAEL T. GRAHAM

I, Michael T. Graham, hereby declare under penalty of perjury that the following testimony to the best of my knowledge is true and correct. If called to testify to the matters stated in this Declaration, I could and would testify truthfully thereto.

1. My full name is Michael T. Graham.

2. My office is located at: McDermott Will & Emery LLP, 227 West Monroe Street, Suite 4400, Chicago, Illinois 60606-5096 and my phone number is 312.984.3606.

3. I am a member of the bars of the States of Illinois and Indiana; the United States Courts of Appeals for the Third, Fifth, Sixth, Seventh and Eighth Circuits; the Trial Bar and General Bar for the United States District Court for the Northern District of Illinois; and Bars of the United States District Courts for the Central District of Illinois, the Northern and Southern Districts of Indiana, the Eastern and Western Districts of Wisconsin and the Western District of Michigan.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from any office located in the District of Columbia, am not a member of the District of Columbia Bar, and do not have an application for membership pending.

Executed on April 11, 2006.

_____
MICHAEL T. GRAHAM

CHI99 4617004-1.029636.0180