AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sara Lee Corporation

      Plaintiff(s) ) **APPEARANCE**

      vs. ) CASE NUMBER 06-cv-0819HHK

American Bakers Association Retirement Plan, et al.

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Anne H.S. Fraser as co-counsel__ as counsel in this
(Attorney's Name)

case for: __Defendants American Bakers Association Retirement Plan and its Board of Trustees__
(Name of party or parties)

June 12, 2006
Date

*(signature)*
Signature

DC #349472
BAR IDENTIFICATION

Anne H.S. Fraser
Print Name

1320 19th Street, N.W. #200
Address

Washington DC 20036-1637
City   State   Zip Code

Voice 202-466-4009   Fax 202-466-4010
Phone Number