CO-386-online
10/03

# United States District Court
# For the District of Columbia

Sara Lee Corporation )
)
)
)
    vs   Plaintiff )   Civil Action No. __06-cv-0819HHK__
)
American Bakers Association )
Retirement Plan, et al. )
)
    Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Defendants__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Bakers Association Retirement Plan and its Board__ which have any outstanding securities in the hands of the public:

NONE - Defendant is a pension plan and trust and its Board of Trustees.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__#349472__
BAR IDENTIFICATION NO.

Anne H.S. Fraser
Print Name

1320 19th Street, N.W. #200
Address

Washington   DC   20036-1637
City   State   Zip Code

202-466-4009
Phone Number