# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————  )
                                                     )
SARA LEE CORPORATION, on behalf of its               )
employee-participants in the American Bakers          )
Association Retirement Plan,                          )
                                                     )
            Plaintiff,                                )
                                                     )       Case No. 06-cv-0819HHK
            v.                                        )
                                                     )
AMERICAN BAKERS ASSOCIATION                          )
RETIREMENT PLAN, *et al.,*                            )
                                                     )
            Defendants.                               )
———————————————————  )

## <u>ENTRY OF APPEARANCE</u>

Pursuant to LCvR 83.6(a), please enter the appearance of  Paul J. Ondrasik, Jr.

and Edward R. Mackiewicz of Steptoe & Johnson, LLP  as Lead Counsel for the Defendants in

the above-captioned matter.

                        Respectfully submitted,


                        __/s/ Paul J. Ondrasik, Jr.___
                        Paul J. Ondrasik, Jr. (DC Bar No. 261388)
                        Edward R. Mackiewicz (DC Bar No. 944884)
                        STEPTOE & JOHNSON LLP
                        1330 Connecticut Avenue, NW
                        Washington, DC  20036
                        Tel: (202) 429-8088
                        Fax: (202) 429-3902
                              Email:  pondrasik@steptoe.com
                                      emackiew@steptoe.com
                        Counsel for Defendants


Dated: June 13, 2006

## CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the **ENTRY OF APPEARANCE** has been served via first class, postage pre-paid U.S. Mail this 13th day of June, 2006, on the following:

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606

_____/s/   Edward R. Mackiewicz_____
Edward R. Mackiewicz