IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-cv-0819HHK |
| v. | ) ) | Hon. Henry H. Kennedy, Jr. |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*, | ) ) | |
| Defendants. | ) | |

**CONSENT MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

By and through undersigned counsel, all parties jointly and respectfully move the Court to grant Defendants additional time up to and including August 29, 2006, to answer or otherwise respond to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief ("FAC"). Defendants' answer or response to the FAC is currently due on July 10, 2006. However, this action is at present subject to a pending motion to enforce a stay order of the U.S. Bankruptcy Court for the Western District of Missouri, Kansas City Division (the "Bankruptcy Court"). The Bankruptcy Court has scheduled for August 9, 2006, a hearing to consider the motion to enforce the stay. The parties have agreed that it would be prudent to extend the filing date in the above-captioned matter to allow Defendants 20 days from the Bankruptcy Court hearing in which to answer or otherwise respond. The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant their request to extend the filing date of Defendants' answer or other response to the FAC to August 29, 2006.

Dated: July 7, 2006

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/ Paul J. Ondrasik, Jr.
Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: (202) 429-3000
Fax: (202) 429-3902

LAW OFFICE OF ANNE H.S. FRASER, P.C.
Anne H.S. Fraser (D.C. Bar # 349472)
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel: (202) 466-4009
Fax : (202) 466-4010

**Counsel for Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

McDERMOTT WILL & EMERY LLP

/s/ M. Miller Baker
M. Miller Baker (D.C. Bar # 444736)
Sarah E. Hancur (D.C. Bar # 480537)
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 372-2000
Fax: (312) 984-7700

**Counsel for Plaintiff Sara Lee Corporation, on behalf of its employee-participants in the American Bakers Association Retirement Plan**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA LEE CORPORATION, on behalf )
of its employee-participants in the )
American Bakers Association Retirement )
Plan, )
                      Plaintiff, )   Case No. 06-cv-0819HHK
      v. )
AMERICAN BAKERS ASSOCIATION )
RETIREMENT PLAN, *et al.*, )
                      Defendants. )

### CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Plead, and the Proposed Order submitted therewith, has been served via first class, postage pre-paid U.S. Mail this 7th day of July, 2006, on the following:

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

                                        /s/ Edward R. Mackiewicz
                                        Edward R. Mackiewicz
                                        STEPTOE & JOHNSON LLP
                                        1330 Connecticut Avenue, NW
                                        Washington, DC 20036
                                        Tel: (202) 429-3000
                                        Fax: (202) 429-3902