IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, <br> Plaintiff, <br> v. <br> AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*, <br> Defendants. | Case No. 06-cv-0819HHK <br><br> Hon. Henry H. Kennedy, Jr. |

## **PROPOSED ORDER**

This matter comes before the Court on the Consent Motion for Extension of Time to Answer or Otherwise Plead. After due deliberation thereon and good cause being shown therefore, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint through and including August 29, 2006.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　　　　　　　　District of Columbia