IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-cv-0819HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ENTRY OF ORDER IN RELATED CASE**

Please take notice that the Bankruptcy Court of the U.S. District Court for the Western District of Missouri entered the attached order on July 12, 2006.

                                        Respectfully Submitted,

                                        SARA LEE CORPORATION


                By:     /s/   Sarah E. Hancur
                         One of Its Attorneys

                         M. Miller Baker (DC Bar No. 444736)
                         Sarah E. Hancur (DC Bar No. 480537)
                         McDermott Will & Emery LLP
                         600 13th Street, N.W.
                         Washington, DC  20005-3096
                         Phone: 202.756.8000
                         Fax:   202.756.8087

-2-

        Email: mbaker@mwe.com
              shancur@mwe.com

        Michael T. Graham
        McDermott Will & Emery LLP
        227 West Monroe Street
        Chicago, Illinois  60606
        Phone: 312.372.2000
        Fax:    312.984.7700
        Email: mgraham@mwe.com

Dated:  July 20, 2006

WDC99 1259874-1.029636.0180