IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

--------------------------------------------------------x :
                                                        :
In re:                                                  : Chapter 11
                                                        : Case No. 04-45814 (JWV)
INTERSTATE BAKERIES                                     : Jointly Administered
  CORPORATION, et al.,                                  :
                                                        :
                                                        : **Hearing Date: June 27, 2006**
                      Debtors.                          : Hearing Time: 2:30 p.m.
--------------------------------------------------------x :

**INTERIM ORDER GRANTING EMERGENCY MOTION FOR AN ORDER
ENFORCING THE AUTOMATIC STAY AGAINST PROCEEDINGS INITIATED BY
SARA LEE CORPORATION AND GRANTING COMPENSATORY RELIEF
<u>PURSUANT TO 11 U.S.C. §§ 362(a) AND 105(a) AND FED. R. BANKR. PROC. 9020</u>**

Pursuant to that certain Emergency Motion ("Motion") for an Order Enforcing the Automatic Stay against Proceedings Initiated by Sara Lee Corporation ("Sara Lee") and Granting Compensatory Relief Pursuant to 11 U.S.C. §§ 362(a) and 105(a) and Fed. R. Bankr. Proc. 9020; after appropriate notice and opportunity for a hearing, including but not limited to filing and service of the Motion and a related Notice on all parties in interest and a hearing before this Court on June 27, 2006 (the "Prior Hearing") and for good cause shown in the Motion and at the Prior Hearing; IT IS HEREBY

ORDERED that, on an interim basis, the Sara Lee Litigation[1] shall be and hereby is STAYED until further order of this Court; and

FURTHER ORDERED that the above stay shall include, but not be limited to, (a) extending the deadline for the ABA Plan and the Board of Trustees to answer, move or otherwise

---

[1] All capitalized terms herein shall have the meanings ascribed to them in the Motion.

1

plead in response to the Complaint, and (b) extending the deadline, if any, for Debtors to intervene in the Sara Lee Litigation; and

FURTHER ORDERED that a further hearing on the Motion shall be and hereby is continued to the omnibus hearings currently scheduled for **Wednesday, August 9, 2006**, at 1:30 p.m. prevailing Central time, or as soon thereafter as the parties may be heard (the "Continued Hearing"); provided, however that no further argument or evidence by any party is anticipated for the Continued Hearing but, instead, Debtors and Sara Lee are directed to submit on or before August 2, 2006, proposed orders granting or denying the relief requested in the Motion for consideration by the Court; and

FURTHER ORDERED that this Order does not constitute a ruling on the relief requested in the Motion and, for the reasons noted on the record at the conclusion of the Prior Hearing, the Court currently does not anticipate granting the relief requested in the Motion at, or continuing this order beyond, the Continued Hearing.

Dated:  July 12, 2006

/s/ Jerry W. Venters
Hon. Jerry W. Venters
United States Bankruptcy Judge

Attorney for Debtor to Serve