IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-cv-0819HHK |
| v. | ) ) | Hon. Henry H. Kennedy, Jr. |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**CONSENT MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

By and through undersigned counsel, all parties jointly and respectfully move the Court to grant Defendants additional time up to and including September 28, 2006, to answer or otherwise respond to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief ("FAC"). Defendants' answer or response to the FAC is currently due on August 29, 2006.

On or about June 24, 2005, Interstate Bakeries Corporation made a formal request to the Pension Benefit Guaranty Corporation ("PBGC") that it reconsider its prior determination that the American Bakers Association Retirement Plan ("Plan") is an aggregate of single employer pension plans. On August 8, 2006, PBGC issued its determination. Plaintiff needs time to consider the ramifications of the PBGC determination on the above-captioned matter, and Defendants likewise will need additional time to consider Plaintiff's response to the PBGC determination before answering or otherwise responding to the FAC. The parties have therefore agreed that it would be prudent to extend the filing date in the above-captioned matter to allow Defendants 30 additional days in which to answer or otherwise respond. The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant their

request to extend the filing date of Defendants' answer or other response to the FAC to September 28, 2006.

Dated: August 22, 2006

      Respectfully submitted,

      STEPTOE & JOHNSON LLP

      /s/ Paul J. Ondrasik, Jr.
      Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
      Edward R. Mackiewicz (D.C. Bar # 944884)
      Ryan T. Jenny (D.C. Bar # 495863)
      1330 Connecticut Avenue, N.W.
      Washington, DC  20036-1795
      Tel:  (202) 429-3000
      Fax:  (202) 429-3902

      LAW OFFICE OF ANNE H.S. FRASER, P.C.
      Anne H.S. Fraser (D.C. Bar # 349472)
      1320 19th Street, N.W., Suite 200
      Washington, DC 20036-1637
      Tel:  (202) 466-4009
      Fax :  (202) 466-4010
      **Counsel for Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

      McDERMOTT WILL & EMERY LLP

      /s/ Sarah E. Hancur
      M. Miller Baker (D.C. Bar # 444736)
      Sarah E. Hancur (D.C. Bar # 480537)
      600 13th Street, N.W.
      Washington, DC  20005-3096
      Tel: (202) 756-8000
      Fax: (202) 756-8087

- 3 -

        Michael T. Graham
        McDermott Will & Emery LLP
        227 West Monroe Street
        Chicago, IL 60606
        Tel: (312) 372-2000
        Fax: (312) 984-7700

        **Counsel for Plaintiff Sara Lee Corporation, on behalf of its employee-participants in the American Bakers Association Retirement Plan**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>     Plaintiff,<br><br> v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*,<br>     Defendants. | )<br>)<br>)<br>)<br>) Case No. 06-cv-0819HHK<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Plead, and the Proposed Order submitted therewith, has been served via first class, postage pre-paid U.S. Mail this 22nd day of August, 2006, on the following:

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

        /s/ Edward R. Mackiewicz_____
        Edward R. Mackiewicz
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC  20036
        Tel:  (202) 429-3000
        Fax:  (202) 429-3902