IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-cv-0819HHK |
| v. | ) ) | Hon. Henry H. Kennedy, Jr. |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

### PROPOSED ORDER

This matter comes before the Court on the Consent Motion for Extension of Time to Answer or Otherwise Plead. After due deliberation thereon and good cause being shown therefor, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

Defendants may answer or otherwise respond to Plaintiff's First Amended Complaint through and including September 28, 2006.

Dated: _____

                                                                                                                      _____
                                                                                                                       Henry H. Kennedy, Jr.
                                                                                                                       United States District Judge