IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-cv-0819HHK |
| v. | ) ) | Hon. Henry H. Kennedy, Jr. |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**CONSENT MOTION**
**FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

By and through undersigned counsel, all parties jointly and respectfully move the Court to grant Defendants additional time up to and including thirty (30) days after Defendants are served with Plaintiff's Second Amended Complaint ("SAC") in this action to answer, move or otherwise plead.

As the parties stated in their prior motion for an extension, on or about June 24, 2005, Interstate Bakeries Corporation made a formal request to the Pension Benefit Guaranty Corporation ("PBGC") that it reconsider its prior determination that the American Bakers Association Retirement Plan ("Plan") is an aggregate of single employer pension plans. On August 8, 2006, PBGC issued its determination. As a result of this determination, counsel for Plaintiff has informed counsel for Defendants that Plaintiff intends to file a SAC shortly.

Defendants' answer or response to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief ("FAC") is currently due on September 28, 2006. The parties agree that in light of the imminent filing of the SAC, there is no purpose in Defendants' answering or responding to the FAC. The parties have therefore agreed that it would be prudent to extend the

filing date in the above-captioned matter to allow Defendants additional time in which to answer or otherwise respond.

The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant their request to extend the filing date of Defendants' answer or other response to thirty days after Defendants are served with Plaintiff's SAC.

Dated: September 26, 2006

        Respectfully submitted,

        STEPTOE & JOHNSON LLP

        /s/ Paul J. Ondrasik, Jr.
        Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
        Edward R. Mackiewicz (D.C. Bar # 944884)
        Ryan T. Jenny (D.C. Bar # 495863)
        1330 Connecticut Avenue, N.W.
        Washington, DC  20036-1795
        Tel:  (202) 429-3000
        Fax:  (202) 429-3902

        LAW OFFICE OF ANNE H.S. FRASER, P.C.
        Anne H.S. Fraser (D.C. Bar # 349472)
        1320 19th Street, N.W., Suite 200
        Washington, DC 20036-1637
        Tel:  (202) 466-4009
        Fax :  (202) 466-4010
        **Counsel for Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

        McDERMOTT WILL & EMERY LLP

        /s/ M. Miller Baker
        M. Miller Baker (D.C. Bar # 444736)
        Sarah E. Hancur (D.C. Bar # 480537)
        600 13th Street, N.W.

Washington, DC  20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 372-2000
Fax: (312) 984-7700

**Counsel for Plaintiff Sara Lee Corporation, on behalf of its employee-participants in the American Bakers Association Retirement Plan**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA LEE CORPORATION, on behalf )
of its employee-participants in the )
American Bakers Association Retirement )
Plan, )
                  Plaintiff, )    Case No. 06-cv-0819HHK
)
   v. )
)
AMERICAN BAKERS ASSOCIATION )
RETIREMENT PLAN, *et al.*, )
                  Defendants. )

**CERTIFICATE OF SERVICE**

    I, Ryan T. Jenny, hereby certify that a true and exact copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Plead, and the Proposed Order submitted therewith, has been served via first class, postage pre-paid U.S. Mail this 26th day of September, 2006, on the following:

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

                                    /s/ Ryan T. Jenny_____
                                    Ryan T. Jenny
                                    STEPTOE & JOHNSON LLP
                                    1330 Connecticut Avenue, NW
                                    Washington, DC  20036
                                    Tel:  (202) 429-3000
                                    Fax:  (202) 429-3902