IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-cv-0819HHK |
| v. | ) ) | Hon. Henry H. Kennedy, Jr. |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**PROPOSED ORDER**

This matter comes before the Court on the Consent Motion for Extension of Time to Answer or Otherwise Plead. After due deliberation thereon and good cause being shown therefor, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

Defendants may answer, move or otherwise respond in this action up to and including thirty (30) days after Defendants are served with Plaintiff's Second Amended Complaint.

Dated: _____

_____
Henry H. Kennedy, Jr.
United States District Judge