# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 06-cv-0819HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER GRANTING SARA LEE'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO JOIN THE PENSION BENEFIT GUARANTY CORPORATION AS A PARTY-DEFENDANT

  Before the Court is plaintiff Sara Lee Corporation's motion for leave to file a Second Amended Complaint and to join the Pension Benefit Guaranty Corporation as a party-defendant. Due notice having been given, all parties having been represented by counsel, the Court having considered the memoranda and arguments submitted by the parties, and the Court being fully advised,

  It is hereby ORDERED that Sara Lee's motion be GRANTED and that the Second Amended Complaint is deemed filed and the Pension Benefit Guaranty Corporation is hereby joined to this action as a party-defendant.

  So ORDERED this _____ day of _____, 2006.

                       _____
                       HENRY H. KENNEDY, JR.
                       UNITED STATES DISTRICT JUDGE