IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>       Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al.*,<br>       Defendants. | Case No. 06-cv-0819HHK<br><br>Hon. Henry H. Kennedy, Jr. |

**CONSENT MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

By and through undersigned counsel, all parties jointly and respectfully move the Court to grant Defendants additional time up to and including November 14, 2006, to answer, move or otherwise plead in this action.

As the parties stated in their prior motions for an extension, on or about June 24, 2005, Interstate Bakeries Corporation ("IBC") made a formal request to the Pension Benefit Guaranty Corporation ("PBGC") that it reconsider its prior determination that the American Bakers Association Retirement Plan ("Plan") is an aggregate of single employer pension plans.  On August 8, 2006, PBGC issued a letter (the "2006 PBGC Letter") which revoked its earlier letter and held that the Plan is and always has been a multiple employer plan, and not an aggregate of single employer pension plans.  In its Second Amended Complaint for Declaratory and Injunctive Relief ("SAC"), Plaintiff seeks to have the 2006 PBGC Letter reversed by this Court. However, in a related action proceeding in the U.S. Bankruptcy Court for the Western District of Missouri, *Interstate Bakeries Corporation v. American Bakers Association Retirement Plan, et*

*al.* (No. 06-4167) (the "IBC Adversary Proceeding"), IBC seeks to enforce the 2006 PBGC Letter.

Defendant ABA is currently coordinating its responses in this action and the IBC Adversary Proceeding. Defendants' answer or response to Plaintiff's SAC in this action is currently due on October 26, 2006. Plaintiff and Defendants have agreed that in order to give time to ABA to properly consider and coordinate its responses in the two related actions, and in light of a pre-trial conference in the IBC Adversary Proceeding scheduled for November 8, 2006, it would be prudent to extend the filing date in the above-captioned matter to allow Defendants additional time in which to answer or otherwise respond.

The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant their request to extend the filing date of Defendants' answer or other response to November 14, 2006.

Dated: October 11, 2006

                Respectfully submitted,

                STEPTOE & JOHNSON LLP

                /s/ Paul J. Ondrasik, Jr.
                Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
                Edward R. Mackiewicz (D.C. Bar # 944884)
                Ryan T. Jenny (D.C. Bar # 495863)
                1330 Connecticut Avenue, N.W.
                Washington, DC  20036-1795
                Tel:  (202) 429-3000
                Fax:  (202) 429-3902

                LAW OFFICE OF ANNE H.S. FRASER, P.C.
                Anne H.S. Fraser (D.C. Bar # 349472)
                1320 19th Street, N.W., Suite 200
                Washington, DC 20036-1637

Tel: (202) 466-4009
Fax : (202) 466-4010
**Counsel for Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

McDERMOTT WILL & EMERY LLP

/s/ M. Miller Baker
M. Miller Baker (D.C. Bar # 444736)
Sarah E. Hancur (D.C. Bar # 480537)
600 13th Street, N.W.
Washington, DC 20005-3096
Tel: (202) 756-8000
Fax: (202) 756-8087

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 372-2000
Fax: (312) 984-7700

**Counsel for Plaintiff Sara Lee Corporation, on behalf of its employee-participants in the American Bakers Association Retirement Plan**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | )<br>)<br>)<br>) |
| Plaintiff, | )   Case No. 06-cv-0819HHK |
| v. | )<br>) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, *et al*., | )<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I, Ryan T. Jenny, hereby certify that a true and exact copy of the foregoing Consent Motion for Extension of Time to Answer or Otherwise Plead, and the Proposed Order submitted therewith, has been served via first class, postage pre-paid U.S. Mail this 11th day of October, 2006, on the following:

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

                /s/ Ryan T. Jenny_____
                Ryan T. Jenny
                STEPTOE & JOHNSON LLP
                1330 Connecticut Avenue, NW
                Washington, DC  20036
                Tel:  (202) 429-3000
                Fax:  (202) 429-3902