# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan | ) ) ) ) ) ) ) | Hon. Henry H. Kennedy, Jr. |
| and | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN'S AND BOARD OF TRUSTEES' MOTION TO DISMISS COUNTS II AND III OF THE SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the Second Amended Complaint for Declaratory and Injunctive Relief, and exhibits thereto, and all prior pleadings and proceedings herein, the undersigned hereby moves this Court for an order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing Counts II and III of the Second Amended Complaint for the reasons set forth in the accompanying Defendants American Bakers Association Retirement Plan's and Board of Trustees' Memorandum in Support of their Motion to Dismiss Counts II and III of the Second Amended Complaint, and granting such other and further relief as the Court deems just and proper.

Pursuant to Local Civil Rule 7(f), Defendants American Bakers Association Retirement Plan and Board of Trustees hereby request an oral hearing with respect to their Motion to Dismiss.

Dated: November 14, 2006

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/ Paul J. Ondrasik, Jr.
Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: (202) 429-3000
Fax: (202) 429-3902

LAW OFFICE OF ANNE H.S. FRASER, P.C.
Anne H.S. Fraser (D.C. Bar # 349472)
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel: (202) 466-4009
Fax : (202) 466-4010

**Counsel for Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**