IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan<br><br>and<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>                Defendants. | Case No. 06-CV-0819-HHK<br><br>Hon. Henry H. Kennedy, Jr. |

**PROPOSED ORDER**

Having considered the Motion to Dismiss Counts II and III of the Second Amended Complaint, made by Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan (collectively "Defendants"), and all arguments made in support of and in opposition to this Motion, and finding that Plaintiff lacks standing to assert Counts II and III of Plaintiff's Second Amended Complaint and this Court lacks subject matter jurisdiction over them, and further finding that Counts II and III of Plaintiff's Second Amended Complaint fail to state a claim upon which relief can be granted,

It is hereby **ORDERED** that:

    1.    Defendants American Bakers Association Retirement Plan's and Board of Trustees' Motion to Dismiss Counts II and III of the Second Amended

        Complaint is **GRANTED**;

2.      All claims against Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan are **DISMISSED WITH PREJUDICE**.

IT IS SO **ORDERED** on this ___ day of _____, 2006.

                                                _____
                                                HON. HENRY H. KENNEDY, JR.
                                                UNITED STATES DISTRICT JUDGE

- 3 -

**LOCAL RULE 7(k) LIST OF PERSONS TO BE SERVED WITH PROPOSED ORDERS, JUDGMENTS, AND STIPULATIONS**

Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Tel:  (202) 429-3000
Fax:  (202) 429-3902

Anne H.S. Fraser (D.C. Bar # 349472)
Law Office of Anne H.S. Fraser, P.C.
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel:  (202) 466-4009
Fax:  (202) 466-4010

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Vincent K. Snowbarger
Acting Executive Director
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005