# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Sarah E. Hancur
Associate
shancur@mwe.com
202.756.8093

November 15, 2006

**BY ECF AND HAND DELIVERY**

The Honorable Henry H. Kennedy, Jr.
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *Sara Lee Corporation v. American Bakers Association Retirement Plan*
      Case No. 06-CV-0819-HHK (D.D.C.)

Dear Judge Kennedy:

Yesterday, on November 14, 2006, the American Bakers Association Retirement Plan, and the Board of Trustees of the American Bakers Association Retirement Plan (the "ABA Defendants"), filed a motion to dismiss Counts II and III of Sara Lee's Second Amended Complaint. Counsel for Sara Lee and the ABA Defendants have conferred, and understand that the Court's October 12, 2006 order sets forth the applicable briefing schedule. That is, "Plaintiff's response due by 12/15/2006; defendant's reply due by 1/19/2007." This briefing schedule is agreeable to the plaintiff and the defendants presenting the motion to dismiss. If the parties have misunderstood the Court's October 12, 2006 order, we would request that the Court issue an order clarifying the applicable briefing schedule.

Sincerely,

*Sarah E. Hancur*

Sarah E. Hancur

cc:   Paul J. Ondrasik, Jr. (via ECF)
      Edward R. Mackiewicz (via ECF)
      Ryan T. Jenny (via ECF)
      Anne H. S. Fraser (via ECF)

U.S. practice conducted through McDermott Will & Emery LLP.

600 Thirteenth Street, N.W. Washington, D.C. 20005-3096  Telephone: 202.756.8000  Facsimile: 202.756.8087  www.mwe.com
WDC99 1311782-1.029636.0180