## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan | ) ) ) ) ) ) ) | |
| and | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION TO SET BRIEFING SCHEDULE

On November 14, 2006, the American Bakers Association Retirement Plan, and the

Board of Trustees of the American Bakers Association Retirement Plan (the "ABA Plan

Defendants"), filed a motion to dismiss Counts II and III of Sara Lee's Second Amended

Complaint.  Counsel for Sara Lee and the ABA Plan Defendants have conferred, and understand

that the Court's October 12, 2006 Order sets forth the applicable briefing schedule.  That is,

"Plaintiff's response due by 12/15/2006; defendant's reply due by 1/19/2007."  This briefing

schedule is agreeable to Plaintiff and the ABA Plan Defendants presenting the motion to dismiss.

Attached to this agreed motion for signature is a proposed order confirming the parties'

understanding of the briefing schedule.  If, however, the parties have misunderstood the Court's

October 12, 2006 order, we respectfully request that the Court issue an order clarifying the

applicable briefing schedule.

Dated: November 16, 2006                Respectfully submitted,


                                        By:    /s/   Sarah E. Hancur

M. Miller Baker (D.C. Bar # 444736)
Sarah E. Hancur (D.C. Bar # 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
Phone: 202.756.8000
Fax:     202.756.8087
Email: mbaker@mwe.com
           shancur@mwe.com

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606
Phone: 312.372.2000
Fax:     312.984.7700
Email: mgraham@mwe.com

*Counsel for Sara Lee Corporation*

Paul J .Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Tel:     (202) 429-8088
Fax:     (202) 429-3902
Email: pondrasik@steptoe.com
           emackiew@steptoe.com

Anne H. S. Fraser (D.C. Bar # 349472)
Law Office of Anne H. S. Fraser, P.C.
1320 19th Street, N.W. Suite 200
Washington, DC  20036
Tel:     (202) 466-4009

*Counsel for the American Bakers Association
Retirement Plan, and the Board of Trustees of
the American Bakers Association Retirement Plan*

WDC99 1312267-1.029636.0180

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06-cv-0819HHK |
| | ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARDOF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan | ) ) ) ) ) ) |
| | ) |
| and | ) |
| | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) |
| | ) |
| Defendants. | ) |

### [PROPOSED] ORDER GRANTING AGREED MOTION
### TO SET BRIEFING SCHEDULE

Before the Court is an agreed motion to set the briefing schedule, filed by Sara Lee Corporation ("Sara Lee") and the American Bakers Association Retirement Plan, and the Board of Trustees of the American Bakers Association Retirement Plan (the "ABA Plan Defendants"). Due notice having been given, all parties having been represented by counsel, the Court being fully advised,

It is hereby ORDERED that the agreed motion be GRANTED and that Sara Lee's response to the ABA Plan Defendants' motion to dismiss is due on December 15, 2006; and the ABA Plan Defendants' reply is due on January 19, 2007.  So ORDERED this ___day of _____, 2006.

_____
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE