# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, Administrator of The American Bakers Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendants. | Case No. 06-CV-0819-HHK<br><br>**[PROPOSED] ORDER DENYING MOTION TO DISMISS COUNTS II AND III OF THE SECOND AMENDED COMPLAINT** |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs,<br>    Counterclaimants, and<br>    Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>    Third Party Defendants. | |

- 2 -

Before the Court is the Motion of Defendants American Bakers Association Retirement Plan and Board of Trustees ("Defendants") to Dismiss Counts II and III of the Second Amended Complaint. Due notice having been given, all parties having been represented by counsel, the Court having considered the memoranda and arguments submitted by the parties, and the Court being fully advised,

It is hereby ORDERED that Defendants' motion to dismiss be DENIED.

So ORDERED this _____ day of _____.

                                              HENRY H. KENNEDY, JR.
                                              UNITED STATES DISTRICT JUDGE