IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendants.<br>_____<br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>    Third Party Defendants. | **Case No. 06-CV-0819-HHK**<br><br>**RESPONDENT SARA LEE CORPORATION'S ANSWER TO COUNTERCLAIMS OF AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN AND BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN** |

Respondent Sara Lee Corporation ("Sara Lee"), by and through its attorneys, answers the Counterclaims pled against it by Counterclaimants American Bakers Association Retirement Plan ("ABA Plan") and the Board of Trustees of the ABA Plan ("Trustees"), as follows:

## NATURE OF THE ACTION

1. Answering paragraph 1 of the complaint, Sara Lee admits the allegations in said paragraph.

2. Answering paragraph 2 of the complaint, Sara Lee admits that the ABA Plan Defendants seek declaratory and injunctive relief from this Court and that, since the ABA Plan is underfunded, the determination requested will affect the allocation of ABA Plan assets among the Participating Employers in the ABA Plan. Sara Lee denies any remaining allegations in said paragraph.

3. Answering paragraph 3 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

4. Answering paragraph 4 of the complaint, Sara Lee states that the allegations state a legal conclusion requiring no answer.

5. Answering paragraph 5 of the complaint, Sara Lee states that the allegations state a legal conclusion requiring no answer.

## JURISDICTION AND VENUE

6. Answering paragraph 6 of the complaint, Sara Lee admits the allegations of said paragraph.

7. Answering paragraph 7 of the complaint, Sara Lee admits the allegations in said paragraph.

8. Answering paragraph 8 of the complaint, Sara Lee admits the allegations in said paragraph.

## PARTIES

9. Answering paragraph 9 of the complaint, Sara Lee admits the allegations of said paragraph.

10. Answering paragraph 10 of the complaint, Sara Lee admits the allegations in said paragraph.

11. Answering paragraph 11 of the complaint, Sara Lee admits that the Trustees have standing to bring suit on behalf of the ABA Plan and its participants and beneficiaries. Sara Lee denies any remaining allegations in said paragraph.

12. Answering paragraph 12 of the complaint, Sara Lee admits the allegations contained in said paragraph.

13. Answering paragraph 13 of the complaint, Sara Lee admits Interstate Bakeries Corporation ("IBC") is a Participating Employer in the ABA

Plan and that its principal place of business is located in Kansas City, Missouri. Sara Lee is without information or knowledge sufficient either to admit or deny the allegations related to IBC's state of incorporation. Sara Lee denies the remaining allegations in said paragraph.

14.   Answering paragraph 14 of the complaint, Sara Lee admits that Harris Baking Company is a Participating Employer in the ABA Plan. Sara Lee is without information or knowledge sufficient either to admit or deny the allegations related to Harris Baking Company's state of incorporation, its principal place of business and whether it continues to contribute to the ABA Plan. Sara Lee denies any remaining allegations in said paragraph.

15.   Answering paragraph 15 of the complaint, Sara Lee admits that Jenny Lee Bakery, Inc. is a Participating Employer in the ABA Plan. Sara Lee is without information or knowledge sufficient either to admit or deny the allegations related to Jenny Lee Bakery's state of incorporation, its principal place of business and whether it continues to contribute to the ABA Plan. Sara Lee denies any remaining allegations in said paragraph.

16.   Answering paragraph 16 of the complaint, Sara Lee admits that Kettering Baking Company is a Participating Employer in the ABA Plan. Sara Lee is without information or knowledge sufficient either to admit or deny the

allegations related to Kettering's state of incorporation or its principal place of business. Sara Lee denies the remaining allegations in said paragraph.

17. Answering paragraph 17 of the complaint, Sara Lee admits that Lewis Brothers Baking Company is a Participating Employer in the ABA Plan. Sara Lee is without information or knowledge sufficient either to admit or deny the allegations related to Lewis Brothers Baking Company's state of incorporation, its principal place of business and whether it continues to contribute to the ABA Plan. Sara Lee denies any remaining allegations in said paragraph.

18. Answering paragraph 18 of the complaint, Sara Lee admits that American Bakers Association is a Participating Employer in the ABA Plan and that its principal place of business is located in Washington, D.C. Sara Lee is without information or knowledge sufficient either to admit or deny the allegations related to the American Bakers Association's state of incorporation and whether it continues to contribute to the ABA Plan. Sara Lee denies any remaining allegations in said paragraph.

19. Answering paragraph 19 of the complaint, Sara Lee admits the allegations in said paragraph.

## **FACTUAL ALLEGATIONS**

### **Plan Design**

20.     Answering paragraph 20 of the complaint, Sara Lee admits it contributes to the ABA Plan and that the ABA Plan is a defined benefit pension plan under ERISA.  Sara Lee is without information or knowledge sufficient either to admit or deny whether all Participating Employers continue to contribute to the ABA Plan.  Sara Lee denies any remaining allegations in said paragraph.

21.     Answering paragraph 21 of the complaint, Sara Lee admits the allegations in said paragraph.

22.     Answering paragraph 22 of the complaint, Sara Lee admits the allegations of said paragraph.

23.     Answering paragraph 23 of the complaint, Sara Lee admits the allegations of said paragraph.

24.     Answering paragraph 24 of the complaint, Sara Lee admits the allegations of said paragraph.

25.     Answering paragraph 25 of the complaint, Sara Lee admits the allegations of said paragraph.

26.     Answering paragraph 26 of the complaint, on information and belief, Sara Lee admits the allegations of said paragraph.

27. Answering paragraph 27 of the complaint, on information and belief, Sara Lee admits the allegations of said paragraph.

28. Answering paragraph 28 of the complaint, on information and belief, Sara Lee admits the allegations contained in said paragraph.

29. Answering paragraph 29 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

30. Answering paragraph 30 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations of said paragraph.

### Events Leading Up to This Action

31. Answering paragraph 31 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

32. Answering paragraph 32 of the complaint, Sara Lee is without information and knowledge sufficient either to admit or deny the allegations in said paragraph.

33. Answering paragraph 33 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

34. Answering paragraph 34 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in paragraph 34.

35. Answering paragraph 35 of the complaint, Sara Lee is without information or knowledge specific either to admit or deny the allegations in said paragraph.

36. Answering paragraph 36 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

37. Answering paragraph 37 of the complaint, Sara Lee denies the allegations in said paragraph.

38. Answering paragraph 38 of the complaint, Sara Lee admits the allegations in said paragraph.

39. Answering paragraph 39 of the complaint, Sara Lee admits the allegations in said paragraph.

40. Answering paragraph 40 of the complaint, Sara Lee admits that $71 million of the assets attributable to its contributions for the transferred employee-participants were transferred to the Sara Lee Bakery Group Hourly Employees' Pension Plan ("Sara Lee Bakery Plan"). Sara Lee denies the remaining allegations in said paragraph.

41. Answering paragraph 41 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

42. Answering paragraph 42 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

43. Answering paragraph 43 of the complaint, Sara Lee admits the allegations in said paragraph.

44. Answering paragraph 44 of the complaint, Sara Lee admits IBC and other Participating Employers in the ABA Plan failed to make sufficient contributions to the ABA Plan to fund the benefits of their employee-participants and that Sara Lee made contributions to the ABA Plan that were more than sufficient to fund the benefits of its employee-participants. Sara Lee denies the remaining allegations in said paragraph.

45. Answering paragraph 45 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

46. Answering paragraph 46 of the complaint, Sara Lee admits the allegations in said paragraph.

47. Answering paragraph 47 of the complaint, Sara Lee admits the allegations in said paragraph.

48. Answering paragraph 48 of the complaint, Sara Lee admits the allegations of said paragraph.

49. Answering paragraph 49 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

50. Answering paragraph 50 of the complaint, Sara Lee admits the allegations of said paragraph.

51. Answering paragraph 51 of the complaint, Sara Lee admits the allegations of said paragraph.

52. Answering paragraph 52 of the complaint, Sara Lee admits the allegations of said paragraph.

53. Answering paragraph 53 of the complaint, Sara Lee admits the allegations of said paragraph.

54. Answering paragraph 54 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

55. Answering paragraph 55 of the complaint, Sara Lee admits the allegations in said paragraph.

56. Answering paragraph 56 of the complaint, Sara Lee admits the allegations in said paragraph.

57. Answering paragraph 57 of the complaint, Sara Lee admits the allegations of said paragraph.

58. Answering paragraph 58 of the complaint, Sara Lee admits the allegations of said paragraph.

59. Answering paragraph 59 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

60. Answering paragraph 60 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

61. Answering paragraph 61 of the complaint, on information and belief, Sara Lee admits the allegations in said complaint.

62. Answering paragraph 62 of the complaint, Sara Lee admits the allegations in said complaint.

63. Answering paragraph 63 of the complaint, Sara Lee admits the allegations in said paragraph.

64. Answering paragraph 64 of the complaint, Sara Lee is without information or knowledge sufficient either to admit or deny the allegations in said paragraph.

65. Answering paragraph 65 of the complaint, Sara Lee is without information or knowledge specific either to admit or deny the allegations in said paragraph.

## COUNT I – Action for Declaratory Judgment
### (Against Co-Defendant PBGC, Plaintiff Sara Lee and the Third Party Defendants)

66.     Answering paragraph 66 of the complaint, Sara Lee incorporates its responses to paragraphs 1 through 65 as if fully restated herein.

67.     Answering paragraph 67 of the complaint, Sara Lee admits the allegations in said paragraph.

68.     Answering paragraph 68 of the complaint, on information and belief, Sara Lee admits the allegations in said paragraph.

69.     Answering paragraph 69 of the complaint, Sara Lee admits the allegations in said paragraph.

70.     Answering paragraph 70 of the complaint, Sara Lee admits the allegations in said paragraph.

71.     Answering paragraph 71 of the complaint, Sara Lee admits that the allegations of the ABA Plan Defendants' counterclaim, cross-claim and third party claims seek to have this Court determine the continuing validity and effect, if any, of the ABA Plan's governing documents that expressly state that the ABA Plan is to be administered and qualifies as an aggregate of single-employer pension plans.

## COUNT II – Violation of Fifth Amendment Right to Procedural Due Process
### (Against Co-Defendant PBGC)

72. Answering paragraph 72 of the complaint, Sara Lee incorporates its answers to paragraph 1 through 71 as if fully restated herein.

73. Answering paragraph 73 of the complaint, since this Count is not directed at Sara Lee, no answer is required.

74. Answering paragraph 74 of the complaint, since this Count is not directed at Sara Lee, no answer is required.

75. Answering paragraph 75 of the complaint, since this Count is not directed at Sara Lee, no answer is required.

76. Answering paragraph 76 of the complaint, since this Count is not directed at Sara Lee, no answer is required.

Respectfully Submitted,

SARA LEE CORPORATION

By:    /s/   Sarah E. Hancur
One of Its Attorneys

M. Miller Baker (DC Bar No. 444736)
Sarah E. Hancur (DC Bar No. 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
Phone:  202.756.8000
Fax:     202.756.8087
Email:  mbaker@mwe.com
         shancur@mwe.com

-14-

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606
Phone:  312.372.2000
Fax:       312.984.7700
Email:  mgraham@mwe.com

*Attorneys for Plaintiff-Respondent*
*Sara Lee Corporation*

-14-