A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SARA LEE CORPORATION

       Plaintiff(s)

vs.

AMERICAN BAKERS ASSOCIATION
RETIREMENT PLAN, et al.
       Defendant(s)

**APPEARANCE**

CASE NUMBER   1:06-cv-00819-HHK

To the Clerk of this court and all parties of record:

Please enter the appearance of   Jeffrey S. Jacobovitz   as counsel in this
       (Attorney's Name)

case for:   Third Party Defendant LEWIS BROTHERS BAKERIES, INC.
       (Name of party or parties)

December 22, 2006
Date

*[Signature]*
Signature

346569
BAR IDENTIFICATION

Jeffrey S. Jacobovitz
Print Name

Schiff Hardin LLP, 1666 K St. NW, Ste 300
Address

Washington, DC 20006
City    State    Zip Code

(202) 778-6400
Phone Number