A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SARA LEE CORPORATION

|  | ) |  |
| --- | --- | --- |
| Plaintiff(s) | ) | **APPEARANCE** |
|  | ) |  |
|  | ) |  |
| vs. | ) | CASE NUMBER    1:06-CV-00819-HHK |
| AMERICAN BAKERS ASSOCIATION | ) |  |
| RETIREMENT PLAN, et al. | ) |  |
| Defendant(s) | ) |  |

To the Clerk of this court and all parties of record:

Please enter the appearance of ___Lonie A. Hassel___ as counsel in this
(Attorney's Name)

case for: ___Third-Party Defendant Harris Baking Co., Incorporated___
(Name of party or parties)

___December 22, 2006___
Date

___Signature___

Lonie A. Hassel
Print Name

___333997___
BAR IDENTIFICATION

Groom Law Group, 1701 Pennsylvania Ave., NW
Address

Washington, DC 20006
City        State        Zip Code

202-857-0620
Phone Number