UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION | ) | |
| | ) | |
| Plaintiff(s) | ) | APPEARANCE |
| | ) | |
| vs. | ) | CASE NUMBER 1:06-CV-000819-HHK |
| | ) | |
| AMERICAN BAKERS ASSOCIATION | ) | |
| RETIREMENT PLAN et al. | ) | |
| | ) | |
| Defendant(s) | ) | |

To the Clerk of this Court and all parties of record:

Please enter the appearance of James Hamilton as counsel in this case for the American Bakers Association.

December 22, 2006

_____
James Hamilton, Bar No. 108928)
Bingham McCutchen
2020 K Street, N.W.
Washington, DC 20006
(202) 373-6026 (T)