**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan**,<br><br>                  Plaintiff,<br><br>   v.<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION**,<br><br>                  Defendants. | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,**

                Third Party Plaintiffs,
     Counterclaimants, and Cross-Claimants,

   v.

**SARA LEE CORP.,**

                Respondent,

**PENSION BENEFIT GUARANTY CORPORATION,**

                Cross-Defendant,

    and

|                                                                                                                                                          |   |
|---|---|
| KETTERING BAKING CO., INTERSTATE BRANDS CORP., LEWIS BROS. BAKERIES, INC., HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## CONSENT MOTION FOR EXTENSION OF TIME FOR LEWIS BROS. BAKERIES, INC., HARRIS BAKING CO., INC. AND AMERICAN BAKERS ASSOCIATION TO ANSWER OR OTHERWISE PLEAD

By and through undersigned counsel, Third-Party Defendants Lewis Bros. Bakeries, Inc., Harris Baking Co., Inc., and American Bakers Association (collectively, "Third-Party Defendants") and Third-Party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan (collectively, "Third-Party Plaintiffs") jointly and respectfully move the Court to grant Third-Party Defendants additional time up to and including January 26, 2007, to answer or otherwise respond to the Third-Party Complaint for Declaratory and Injunctive Relief ("TPC") (Doc. 19). Third-Party Defendants' answers or responses to the TPC are currently due on January 2, 2007.

On November 30, 2006, Third-Party Plaintiffs filed their TPC, asserting a claim against Third-Party Defendants, among others, and summonses were timely issued thereafter. This followed the filing of claims in this action by Plaintiff Sara Lee Corporation ("Sara Lee") against Third-Party Plaintiffs and the Pension Benefit Guaranty Corporation ("PBGC"); a motion to dismiss Sara Lee's Count II and III claims by Third-Party Plaintiffs; and on-going related litigation in the U.S. Bankruptcy Court for the Western District of Missouri of some complexity. Third-Party Defendants need time to consider the claim against them, as well as the ramifications

of the prior history of this case and the related bankruptcy case. In addition, the upcoming holidays would make it difficult for Third-Party Defendants to consider the facts and prepare a response by the current deadline due to pre-scheduled vacation plans. Third-Party Defendants and Third-Party Plaintiffs have therefore agreed that it would be prudent to extend the filing date in the above-captioned matter to allow Third-Party Defendants additional time in which to answer or otherwise respond. Third-Party Defendants and Third-Party Plaintiffs have conferred and, for the reasons set forth above, respectfully request that the Court grant their request to extend the filing date of Third-Party Defendants' answers or other responses to the TPC to January 26, 2007.

Dated: December 22, 2006

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/ Paul J. Ondrasik, Jr.
Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: (202) 429-3000
Fax: (202) 429-3902

LAW OFFICE OF ANNE H.S. FRASER, P.C.
Anne H.S. Fraser (D.C. Bar # 349472)
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel: (202) 466-4009
Fax: (202) 466-4010

**Counsel for Defendants/Third Party Plaintiffs/
Counterclaimants/Cross-Claimants,
American Bakers Association Retirement Plan
and Board of Trustees of the American Bakers
Association Retirement Plan**

SCHIFF HARDIN, LLP

/s/ Jeffrey S. Jacobovitz
Jeffrey S. Jacobovitz
1666 K Street, N.W.
Suite 300
Washington, DC  20006
Tel:  (202) 778-6400
Fax:  (202) 778-6460

**Counsel for Third-Party Defendant Lewis Bros. Bakeries, Inc.**

GROOM LAW GROUP, CHARTERED

/s/ Lonie A. Hassel
Lonie A. Hassel
1701 Pennsylvania Avenue, N.W.
Washington, DC  20006-5811
Tel:  (202) 857-0620
Fax: (202) 659-4503

**Counsel for Third-Party Defendant Harris Baking Co., Inc.**

BINGHAM McCUTCHEN LLP

/s/ James Hamilton
James Hamilton
Anitra Goodman
2020 K Street, N.W.
Washington, DC 20006
Tel:  (202) 373-6026
Fax:  (202) 424-7647

**Counsel for Third-Party Defendant American Bakers Association**

## **CERTIFICATE OF SERVICE**

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing Consent Motion for Extension of Time for Lewis Bros. Bakeries, Inc., Harris Baking Co., Inc., and American Bakers Association to Answer or Otherwise Plead, and the Proposed Order submitted therewith, has been served on the following parties this 22nd day of December, 2006, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

**Attorneys for Plaintiff Sara Lee Corp.**

*The following individuals have been served VIA FIRST CLASS MAIL:*

Vincent K. Snowbarger
Acting Executive Director
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C.  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Interstate Brands Corporation
c/o C T Corporation System
Registered Agent
120 South Central Ave.
Clayton, MO  63105

**On behalf of Third-Party Defendant Interstate Brands Corporation**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

*With courtesy copies to the following:*

Kent Magill, Esq.
General Counsel
Interstate Brands Corp., Legal Dept.
12 East Armour Blvd.
Kansas City, MO 64111

J. Eric Ivester, Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285

**Attorneys for Interstate Brands Corporation**

/s/ Edward R. Mackiewicz_____
Edward R. Mackiewicz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel:  (202) 429-3000
Fax: (202) 429-3902