# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan**, )<br>)<br>)<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION**, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,**

        Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,

        v.

**SARA LEE CORP.,**

        Respondent,

**PENSION BENEFIT GUARANTY CORPORATION,**

        Cross-Defendant,

        and

- 2 -

|   |   |
|---|---|
| **KETTERING BAKING CO., INTERSTATE BRANDS CORP., LEWIS BROS. BAKERIES, INC., HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,** | ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## PROPOSED ORDER

This matter comes before the Court on the Consent Motion for Extension of Time For Lewis Bros. Bakeries, Inc., Harris Baking Co., Inc., and American Bakers Association to Answer or Otherwise Plead. After due deliberation thereon and good cause being shown therefor, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

Third-Party Defendants Lewis Bros. Bakeries, Inc., Harris Baking Co., Inc., and American Bakers Association may answer, move or otherwise respond in this action up to and including January 26, 2007.

Dated: _____

                                                                _____
                                                                Henry H. Kennedy, Jr.
                                                                United States District Judge

Copies to:    Counsel of Record