AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sara Lee Corporation, etc.

        Plaintiff(s)    )   **APPEARANCE**

        vs.    )   CASE NUMBER   06 CV 0819

American Bakers Association Retirement Plan, et al.
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   David E. Carney   as counsel in this
                (Attorney's Name)

case for:   Interstate Bakeries Corporation, Third Party Defendant
        (Name of party or parties)

December 22, 2006
Date

*(signature)*
Signature

472219
BAR IDENTIFICATION

David E. Carney
Print Name

1440 New York Avenue, N.W.
Address

Washington, DC   20005-2111
City    State    Zip Code

(202) 371-7000
Phone Number