AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sara Lee Corporation, etc.

      Plaintiff(s)  )  **APPEARANCE**

vs.  ) CASE NUMBER  06 CV 0819

American Bakers Association
Retirement Plan, et al.
      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Edward J. Meehan__ as counsel in this
                 (Attorney's Name)

case for: __Interstate Bakeries Corporation, Third Party Defendant__
      (Name of party or parties)

December 22, 2006
Date

*Edward J. Meehan* (signature)
Signature

Edward J. Meehan
Print Name

413993
BAR IDENTIFICATION

1440 New York Avenue, N.W.
Address

Washington, DC  20005-2111
City    State    Zip Code

(202) 371-7000
Phone Number