IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own<br>Behalf and on behalf of its<br>Employee-participants in the American<br>Bakers Association Retirement Plan,<br>Three First National Plaza<br>Chicago, Illinois 60602-4260<br><br>       Plaintiff,<br><br> v.<br><br>AMERICAN BAKERS ASSOCIATION<br>RETIREMENT PLAN; and BOARD OF<br>TRUSTEES OF THE AMERICAN<br>BAKERS ASSOCIATION RETIREMENT<br>PLAN, as Administrator of The American<br>Bakers Association Retirement Plan,<br>1300 Eye Street, N.W., Ste. 700 West<br>Washington, D.C. 20005<br><br> and<br><br>PENSION BENEFIT GUARANTY<br>CORPORATION<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br><br>       Defendants.<br>_____<br><br>AMERICAN BAKERS ASSOCIATION<br>RETIREMENT PLAN; and BOARD OF<br>TRUSTEES OF THE AMERICAN<br>BAKERS ASSOCIATION RETIREMENT<br>PLAN, as Administrator of The American<br>Bakers Association Retirement Plan,<br><br>     Third Party Plaintiffs,<br>  Counterclaimants, and Cross-Claimants<br><br> v. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 06-C-00819-HHK<br> |

| | |
|---|---|
| SARA LEE CORP., | ) |
| | ) |
| Respondent, | ) |
| | ) |
| PENSION BENEFIT GUARANTY | ) |
| CORPORATION, | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| KETTERING BAKING CO. | ) |
| 729 Coleman Avenue | ) |
| Fairmont, WV 26554 | ) |
| | ) |
| INTERSTATE BRANDS CORP. | ) |
| 12 E. Armour Blvd. | ) |
| Kansas City, MO 64111-1202 | ) |
| | ) |
| LEWIS BROS. BAKERIES, INC. | ) |
| 500 N. Fulton Avenue | ) |
| Evansville, IN 47710 | ) |
| | ) |
| HARRIS BAKING CO., INC. | ) |
| 2301 S. 1st Street | ) |
| Rogers, AR 72758-6416 | ) |
| | ) |
| AMERICAN BAKERS ASSOCIATION | ) |
| 1300 Eye Street, N.W. | ) |
| Suite 700 West | ) |
| Washington, D.C. 20005 | ) |
| | ) |
| and | ) |
| | ) |
| JENNY LEE BAKERY, INC. | ) |
| 620 Island Avenue | ) |
| McKees Rock, PA 15136 | ) |
| | ) |
| Third-Party Defendants. | ) |
| _____ | ) |

**THIRD PARTY DEFENDANT INTERSTATE BRANDS
CORPORATION'S CERTIFICATE PURSUANT TO LCvR 7.1**

In accordance with the requirements of Local Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Third Party Defendant Interstate Brands Corporation ("IBC"), certify that to the best of my knowledge and belief, Third Party Defendant IBC is a wholly-owned subsidiary of Interstate Brands Corporation, which is a publicly traded on the over-the-counter bulletin board under the symbol "IBCIQ.PK." Third Party Defendant IBC does not have any other parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: December 26, 2006

Interstate Brands Corporation,

/s/ Edward J. Meehan
_____

*Of Counsel:*
Christina M. Tchen
J. Eric Ivester
Samuel Ory
Amanda S. Williamson
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
333 West Wacker Dr.
Chicago, Illinois 60606
(312) 407-0700

Edward J. Meehan (DC Bar No. 413993
David E. Carney (DC Bar No. 472219)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington DC 20005-2111
(202) 371-7000

*Attorneys for Third Party Defendant*
*Interstate Brands Corporation*

## Certificate of Service

    I, David E. Carney, an attorney, on December 26, 2006, caused a true and correct copy of THIRD PARTY DEFENDANT INTERSTATE BRANDS CORPORATION'S CERTIFICATE PURSUANT TO LCvR 7.1 to be served via U.S. Mail:

| **Counsel for Plaintiff/Third Party Defendant Sara Lee** | **Counsel for Defendant/Third Party Plaintiff American Bakers Association Retirement Plan** |
|---|---|
| M. Miller Baker<br>McDermott, Will & Emery<br>600 13th Street N.W.<br>Washington DC 20005-3096<br>(202) 756-8233<br>mbaker@mwe.com | Anne H. S. Fraser<br>Anne H. S. Fraser, PC<br>1320 19th Street, NW<br>Suite 200<br>Washington, DC 20036<br>(202)466-4009<br>ahsfraser@aol.com |
| Sarah E. Hancur<br>McDermott, Will & Emery<br>600 13th Street N.W.<br>Washington DC 20005-3096<br>(202) 756-8093<br>shancur@mwe.com | Edward Robert Mackiewicz<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue<br>Washington, DC 20036<br>(202)429-3902<br>emackiew@steptoe.com |
| Michael T. Graham<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Suite 4400<br>Chicago, Illinois 60606-5096<br>(312)984-3606<br>mgraham@mwe.com | Paul Ondrasik<br>Steptoe & Johnson, LLP<br>1330 Connecticut Avenue<br>Washington, DC 20036<br>(202)429-3902<br>pondrasik@steptoe.com |

**With courtesy copies to the following:**

Mark Blank
Michael Mora
Pension Benefit Guaranty Corporation
1200 K Street N.W.
Washington, DC 20005

                                                /s/ Edward J. Meehan
                                                  Edward J. Meehan