IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA LEE CORPORATION, on its own )
Behalf and on behalf of its )
Employee-participants in the American )
Bakers Association Retirement Plan, )
Three First National Plaza )
Chicago, Illinois 60602-4260 )
                                                       Plaintiff, )
   v. )
    )
AMERICAN BAKERS ASSOCIATION )
RETIREMENT PLAN; and BOARD OF )
TRUSTEES OF THE AMERICAN )
BAKERS ASSOCIATION RETIREMENT )
PLAN, as Administrator of The American )
Bakers Association Retirement Plan, )
1300 Eye Street, N.W., Ste. 700 West )
Washington, D.C. 20005 )
    )
   and )
    )
PENSION BENEFIT GUARANTY )
CORPORATION )
1200 K Street, N.W. )
Washington, D.C. 20005 )
    )
                                         Defendants. )
_____)
    )
AMERICAN BAKERS ASSOCIATION )
RETIREMENT PLAN; and BOARD OF )
TRUSTEES OF THE AMERICAN )
BAKERS ASSOCIATION RETIREMENT )
PLAN, as Administrator of The American )
Bakers Association Retirement Plan, )
    )
                         Third Party Plaintiffs, )
           Counterclaimants, and Cross-Claimants )
    )
   v. )          No. 06-C-00819-HHK
    )
SARA LEE CORP., )
                             Respondent, )

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) |
| Cross-Defendant, | ) |
| and | ) ) |
| KETTERING BAKING CO.<br>729 Coleman Avenue<br>Fairmont, WV 26554 | ) ) ) ) |
| INTERSTATE BRANDS CORP.<br>12 E. Armour Blvd.<br>Kansas City, MO 64111-1202 | ) ) ) ) |
| LEWIS BROS. BAKERIES, INC.<br>500 N. Fulton Avenue<br>Evansville, IN 47710 | ) ) ) ) |
| HARRIS BAKING CO., INC.<br>2301 S. 1st Street<br>Rogers, AR 72758-6416 | ) ) ) ) |
| AMERICAN BAKERS ASSOCIATION<br>1300 Eye Street, N.W.<br>Suite 700 West<br>Washington, D.C. 20005 | ) ) ) ) ) |
| and | ) ) |
| JENNY LEE BAKERY, INC.<br>620 Island Avenue<br>McKees Rock, PA 15136 | ) ) ) ) |
| Third-Party Defendants. | ) ) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF AMANDA S. WILLIAMSON

Pursuant to Local Rule 83.2(d), Third Party Defendant Interstate Brands Corporation respectfully moves this Court to admit Amanda S. Williamson *pro hac vice* to appear in the above-captioned action. The declaration required by Local Rule 83.2(d) is attached to this motion.

Dated: January 12, 2007

Interstate Brands Corporation,

                          /s/ Edward J. Meehan
                          _____

*Of Counsel:*                         Edward J. Meehan (DC Bar No. 413993)

Christina M. Tchen               David E. Carney (DC Bar No. 472219)
J. Eric Ivester                         SKADDEN, ARPS, SLATE,
Samuel Ory                             MEAGHER & FLOM LLP
Amanda S. Williamson           1440 New York Avenue, N.W.
SKADDEN, ARPS, SLATE,         Washington DC 20005-2111
  MEAGHER & FLOM LLP          (202) 371-7000
333 West Wacker Dr.
Chicago, Illinois 60606             *Attorneys for Third Party Defendant*
(312) 407-0700                       *Interstate Brands Corporation*

## Certificate of Service

I, Edward J. Meehan, an attorney, on January 12, 2007, caused a true and correct copy of the MOTION FOR *PRO HAC VICE* ADMISSION OF AMANDA S. WILLIAMSON to be served via the CM/ECF system:

**Counsel for Plaintiff/Third Party Defendant Sara Lee**

M. Miller Baker
McDermott, Will & Emery
600 13th Street N.W.
Washington DC 20005-3096
(202) 756-8233
mbaker@mwe.com

Sarah E. Hancur
McDermott, Will & Emery
600 13th Street N.W.
Washington DC 20005-3096
(202) 756-8093
shancur@mwe.com

Michael T. Graham
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606-5096
(312)984-3606
mgraham@mwe.com

**Counsel for Defendant/Third Party Plaintiff American Bakers Association Retirement Plan**

Anne H. S. Fraser
Anne H. S. Fraser, PC
1320 19th Street, NW
Suite 200
Washington, DC 20036
(202)466-4009
ahsfraser@aol.com

Edward Robert Mackiewicz
Steptoe & Johnson, LLP
1330 Connecticut Avenue
Washington, DC 20036
(202)429-3902
emackiew@steptoe.com

Paul Ondrasik
Steptoe & Johnson, LLP
1330 Connecticut Avenue
Washington, DC 20036
(202)429-3902
pondrasik@steptoe.com

/s/ Edward J. Meehan
-----------------------------
Edward J. Meehan