IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own Behalf and on behalf of its Employee-participants in the American Bakers Association Retirement Plan, Three First National Plaza Chicago, Illinois 60602-4260<br><br>      Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan, 1300 Eye Street, N.W., Ste. 700 West Washington, D.C. 20005<br><br>and<br><br>PENSION BENEFIT GUARANTY CORPORATION 1200 K Street, N.W. Washington, D.C. 20005<br><br>      Defendants.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs, Counterclaimants, and Cross-Claimants<br><br>v.<br><br>SARA LEE CORP.,<br>      Respondent, | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>No. 06-C-00819-HHK |

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) |
|                 Cross-Defendant, | ) |
| and | ) ) |
| KETTERING BAKING CO.<br>729 Coleman Avenue<br>Fairmont, WV 26554 | ) ) ) ) |
| INTERSTATE BRANDS CORP.<br>12 E. Armour Blvd.<br>Kansas City, MO 64111-1202 | ) ) ) ) |
| LEWIS BROS. BAKERIES, INC.<br>500 N. Fulton Avenue<br>Evansville, IN 47710 | ) ) ) ) |
| HARRIS BAKING CO., INC.<br>2301 S. 1st Street<br>Rogers, AR 72758-6416 | ) ) ) ) |
| AMERICAN BAKERS ASSOCIATION<br>1300 Eye Street, N.W.<br>Suite 700 West<br>Washington, D.C. 20005 | ) ) ) ) ) |
| and | ) ) |
| JENNY LEE BAKERY, INC.<br>620 Island Avenue<br>McKees Rock, PA 15136 | ) ) ) ) |
|                 Third-Party Defendants. | ) ) |

## DECLARATION OF AMANDA S. WILLIAMSON

I, Amanda S. Williamson, hereby declare under penalty of perjury that the following testimony to the best of my knowledge is true and correct. If called to testify to the matters stated in this Declaration, I could and would testify truthfully thereto.

    1.    My full name is Amanda Scott Williamson.

2. My office is located at Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois, 60606, and my phone number is (312) 407-0700.

3. I am a member of the bar of the State of Illinois, the United States Courts of Appeals in the Sixth and Seventh Circuits, and the General Bar for the United States District Court for the Northern District of Illinois.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have a pending application for membership to the District of Columbia Bar.

Executed on January 12, 2007

Interstate Brands Corporation,

*/s/ Amanda S. Williamson*
Amanda S. Williamson