IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,** Three First National Plaza Chicago, Illinois 60602-4260 )))))))) | |
| Plaintiff, )) | Case No. 06-CV-0819-HHK |
| v. )) | Hon. Henry H. Kennedy, Jr. |
| **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** 1300 Eye Street, NW, Ste. 700 West Washington, D.C. 20005 )))))))))) | |
| and ))  | |
| **PENSION BENEFIT GUARANTY CORPORATION,** 1200 K Street, NW Washington, D.C. 20005 ))))))) | |
| Defendants. ))) | |
| **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** ))))))))) | |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, ))) | |
| v. )))) | |

| | |
|---|---|
| **SARA LEE CORP.**, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| **KETTERING BAKING CO.** | ) |
| 729 Coleman Avenue | ) |
| Fairmont, WV 26554 | ) |
| | ) |
| **INTERSTATE BRANDS CORP.** | ) |
| 12 E. Armour Blvd. | ) |
| Kansas City, MO 64111-1202 | ) |
| | ) |
| **LEWIS BROS. BAKERIES, INC.** | ) |
| 500 N. Fulton Avenue | ) |
| Evansville, IN 47710 | ) |
| | ) |
| **HARRIS BAKING CO., INC.** | ) |
| 2301 S. 1st Street | ) |
| Rogers, AR 72758-6416 | ) |
| | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| 1300 Eye Street, NW | ) |
| Suite 700 West | ) |
| Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| **JENNY LEE BAKERY, INC.** | ) |
| 620 Island Avenue | ) |
| McKees Rock, PA 15136 | ) |
| | ) |
| Third-Party Defendants. | ) |

### THIRD PARTY DEFENDANT LEWIS BROTHERS BAKERIES, INC.'S CERTIFICATE PURSUANT TO LCvR 7.1

In accordance with Local Rule 7.1 of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Third Party Defendant Lewis Brothers Bakeries, Inc. ("Lewis Brothers"), certify that to the best of my knowledge and belief, Third Party Defendant Lewis Brothers does not have any parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: January 18, 2007                    SCHIFF HARDIN LLP

                                           _____
                                           Jeffrey S. Jacobovitz (DC Bar No. 346569)
                                           1666 K. St. NW, Suite 300
                                           Washington, DC 20006
                                           Tel.: (202) 778-6400
                                           Fax: (202) 778-6460

                                           **Counsel for Third Party Defendants
                                           LEWIS BROTHERS BAKERIES, INC.**

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, an attorney, on January 18, 2007, caused a true and correct copy of *Third Party Defendant Lewis Brothers Bakeries, Inc.'s Certificate Pursuant to LCvR 7.1* to be served via CM/ECF:

**Counsel for Plaintiff/Third Party Defendant Sara Lee Corp.**
M. Miller Baker
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
mbaker@mwe.com

Sara E. Hancur
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
shancur@mwe.com

Michael T. Graham
McDermott, Will & Emery
227 West Monroe St., Suite 4400
Chicago, IL 60606
(312) 984-3606
mgraham@mwe.com

**Counsel for Defendants/Third Party Plaintiffs**
**American Bakers Association Retirement Plan and**
**Board of Trustees of the American Bakers Association Retirement Plan**
Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th St., NW, Suite 200
Washington, DC 20036
(202) 466-4009
ahsfraser@aol.com

Edward Robert Mackiewicz
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
emackiew@steptoe.com

Paul Ondrasik
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
pondrasik@steptoe.com

**Counsel for Third Party Defendant American Bakers Association**
James Hamilton
Swidler, Berlin, Shereff & Friedman, LLP
3000 K. St., NW
Washington, DC 20007
(202) 424-7826
jhamilton@swidlaw.com

**Counsel for Third Party Defendant Harris Baking Co., Inc.**
Lonie Anne Hassel
Groom Law Groom Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006
(202) 857-0620
lah@groom.com

**Counsel for Third Party Defendant Interstate Brands Corp.**
David E. Carney
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
dcarney@skadden.com

Edward Joseph Meehan
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
emeehan@skadden.com

                                    /s/ Jeffrey S. Jacobovitz
                                      Jeffrey S. Jacobovitz

CH2\ 1643806.1