IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA LEE CORPORATION, on its own )
Behalf and on behalf of its )
Employee-participants in the American )
Bakers Association Retirement Plan, )
)
)
  Plaintiff, )
) Case No. 06-CV-0819-HHK
v. ) Hon. Henry H. Kennedy, Jr.
)
AMERICAN BAKERS ASSOCIATION ) ANSWER OF THIRD PARTY
RETIREMENT PLAN; and BOARD OF ) DEFENDANT HARRIS BAKING CO.,
TRUSTEES OF THE AMERICAN ) INC. TO THIRD PARTY COMPLAINT,
BAKERS ASSOCIATION RETIREMENT ) COUNTERCLAIM AND
PLAN, as Administrator of The American ) CROSS-CLAIM
Bakers Association Retirement Plan, )
)
  and )
)
PENSION BENEFIT GUARANTY )
CORPORATION, )
)
  Defendants. )
_____)
)
AMERICAN BAKERS ASSOCIATION )
RETIREMENT PLAN; and BOARD OF )
TRUSTEES OF THE AMERICAN )
BAKERS ASSOCIATION RETIREMENT )
PLAN, as Administrator of The American )
Bakers Association Retirement Plan, )
)
  Third Party Plaintiffs, )
Counterclaimants, and Cross-Claimants, )
)
v. )
)
SARA LEE CORP., )
  Respondent, )
)
PENSION BENEFIT GUARANTY )
CORPORATION, )
)
  Cross-Defendant, )

|                                         |   |
|-----------------------------------------|---|
| and                                     | ) |
|                                         | ) |
| KETTERING BAKING CO.;                   | ) |
| INTERSTATE BRANDS CORP.;                | ) |
| LEWIS BROS. BAKERIES, INC.;             | ) |
| HARRIS BAKING CO., INC.;                | ) |
| AMERICAN BAKERS ASSOCIATION;            | ) |
| and JENNY LEE BAKERY, INC.,             | ) |
|                                         | ) |
| Third Party Defendants.                 | ) |
|                                         | ) |

## ANSWER OF THIRD PARTY DEFENDANT HARRIS BAKING CO., INC. TO THIRD PARTY COMPLAINT, COUNTERCLAIM AND CROSS-CLAIM

Third Party Defendant Harris Baking Co., Inc. ("Harris Baking") hereby answers the Third Party Complaint, Counterclaim and Cross-Claim ("Third Party Complaint") filed by American Bakers Association Retirement Plan ("Plan") and Board of Trustees of the American Bakers Association Retirement Plan ("Board," and collectively "Third Party Plaintiffs"). Harris Baking responds to the specific numbered paragraphs of the Complaint and repeats in the Answer headings from the Third Party Complaint solely for organizational and reference purposes.

### Nature of the Action

1. Harris Baking denies the allegations in paragraph 1 of the Third-Party Complaint, except that Harris Baking admits that Sara Lee Corporation ("Sara Lee") filed a Second Amended Complaint against various entities, and relies on that complaint to speak for itself.

2. Harris Baking denies the allegations in the first sentence of paragraph 2 of the Third Party Complaint, except that Harris Baking admits that the Third Party Plaintiffs filed the Third Party Complaint and rely on the Third Party Complaint to speak for itself. Harris Baking

lacks knowledge or information sufficient to state a belief as to the truth of the allegations in the second sentence of paragraph 2 of the Third Party Complaint, and therefore denies them.

3. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 3 of the Third Party Complaint, and therefore denies them, except that Harris Baking admits that the Third Party Plaintiffs filed a Third Party Complaint and relies on the Third Party Complaint to speak for itself.

4. Harris Baking admits the allegations in paragraph 4 of the Third-Party Complaint.

5. Harris Baking admits the allegations in paragraph 5 of the Third-Party Complaint.

**Jurisdiction and Venue**

6. Paragraph 6 states a conclusion of law to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 6 of the Third Party Complaint.

7. Paragraph 7 states a conclusion of law to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 7 of the Third Party Complaint.

8. Paragraph 8 states a conclusion of law to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 8 of the Third Party Complaint.

**Parties**

9. Harris Baking admits the allegations in the first sentence of paragraph 9 of the Third Party Complaint. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in the second and third sentences of paragraph 9 of the Third Party Complaint, except that Harris Baking admits that a document titled Amendment and

Restatement of American Bakers Association Retirement Trust (Effective October 1, 1976 ("Trust Document") is attached as Exhibit 4 to the Second Amended Complaint and relies on the Trust Document to speak for itself.

10.    Harris Baking admits the allegations in the first sentence of paragraph 10 of the Third-Party Complaint. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in the remaining sentences of paragraph 10 of the Third Party Complaint, and therefore denies them.

11.    Paragraph 11 states a conclusion of law to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 11 of the Third Party Complaint.

12.    Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 12 of the Third Party Complaint, and therefore denies them.

13.    Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 13 of the Third Party Complaint, and therefore denies them.

14.    Harris Baking admits the allegations in paragraph 14 of the Third Party Complaint.

15.    Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 15 of the Third Party Complaint, and therefore denies them.

16.    Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 16 of the Third Party Complaint, and therefore denies them.

17.    Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 17 of the Third Party Complaint, and therefore denies them.

18.     Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 18 of the Third Party Complaint, and therefore denies them.

19.     Harris Baking admits the allegations in paragraph 19 of the Third Party Complaint.

## Factual Allegations

## Plan Design

20.     Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 20 of the Third Party Complaint, and therefore denies them, except that Harris Baking admits that the Plan is a defined benefit pension plan subject to the Employee Retirement Income Security Act of 1974, as amended.

21.     The first sentence of paragraph 21 of the Third Party Complaint states a conclusion of law to which no response is required. If a response is required, Harris Baking denies the allegations in the first sentence of paragraph 21 of the Third Party Complaint. Harris Baking denies the allegations in the second sentence of paragraph 21 of the Third Party Complaint, except that Harris Baking admits that a document titled American Bakers Association Retirement Plan 2002 Restatement ("Plan Document") is attached as Exhibit 1 to the Second Amended Complaint and relies on the Plan Document to speak for itself.

22.     Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 22 of the Third Party Complaint, and therefore denies them.

23.     Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 23 of the Third Party Complaint, and therefore denies them.

24. Harris Baking denies the allegations in paragraph 24 of the Third Party Complaint, except that Harris Baking admits that PBGC issued a letter concerning the Plan in 1979 ("1979 Letter"), and relies on the 1979 Letter to speak for itself.

25. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in the first sentence of paragraph 25 of the Third Party Complaint, and therefore denies them. Harris Baking denies the allegations in the second sentence of paragraph 25 of the Third Party Complaint, except that Harris Baking admits the existence of the Plan Document and relies on the Plan Document to speak for itself.

26. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 26 of the Third Party Complaint, and therefore denies them.

27. Harris Baking denies the allegations in paragraph 27 of the Third Party Complaint, except that Harris Baking admits the existence of a Plan document and relies on that document to speak for itself.

28. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 28 of the Third Party Complaint, and therefore denies them.

29. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 29 of the Third Party Complaint, and therefore denies them.

30. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 30 of the Third Party Complaint, and therefore denies them.

### Events Leading Up to This Action

31. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 31 of the Third Party Complaint, and therefore denies them,

except that Harris Baking admits that it has been a participating employer in the Plan for the past five years.

32. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 32 of the Third Party Complaint, and therefore denies them, except that Harris Baking admits that as of October 2006, the Plan covered nine active employees of Harris Baking.

33. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 33 of the Third Party Complaint, and therefore denies them.

34. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 34 of the Third Party Complaint, and therefore denies them.

35. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 35 of the Third Party Complaint, and therefore denies them.

36. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 36 of the Third Party Complaint, and therefore denies them.

37. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 37 of the Third Party Complaint, and therefore denies them.

38. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 38 of the Third Party Complaint, and therefore denies them.

39. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 39 of the Third Party Complaint, and therefore denies them.

40. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 40 of the Third Party Complaint, and therefore denies them.

41. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 41 of the Third Party Complaint, and therefore denies them.

42. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 42 of the Third Party Complaint, and therefore denies them.

43. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 43 of the Third Party Complaint, and therefore denies them.

44. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 44 of the Third Party Complaint, and therefore denies them.

45. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 45 of the Third Party Complaint, and therefore denies them.

46. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 46 of the Third Party Complaint, and therefore denies them.

47. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 47 of the Third Party Complaint, and therefore denies them.

48. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 48 of the Third Party Complaint, and therefore denies them.

49. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 49 of the Third Party Complaint, and therefore denies them.

50. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 50 of the Third Party Complaint, and therefore denies them.

51. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 51 of the Third Party Complaint, and therefore denies them.

52. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 52 of the Third Party Complaint, and therefore denies them.

53. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 53 of the Third Party Complaint, and therefore denies them.

54. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 54 of the Third Party Complaint, and therefore denies them.

55. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 55 of the Third Party Complaint, and therefore denies them.

56. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 56 of the Third Party Complaint, and therefore denies them.

57. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 57 of the Third-Party Complaint, and therefore denies them.

58. Harris Baking denies the allegations in paragraph 58 of the Third Party Complaint, except that Harris Baking admits that PBGC issued a letter concerning the Plan dated August 8, 2006 ("2006 Letter") and relies on the 2006 Letter to speak for itself.

59. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 59 of the Third-Party Complaint, and therefore denies them.

60. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 60 of the Third-Party Complaint, and therefore denies them.

61. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 61 of the Third Party Complaint, and therefore denies them.

62. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 62 of the Third Party Complaint, and therefore denies them.

63. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 63 of the Third Party Complaint, and therefore denies them.

64. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 64 of the Third Party Complaint, and therefore denies them.

65. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 65 of the Third Party Complaint, and therefore denies them.

### Count I – Action for Declaratory Judgment
### (against Co-Defendant PBGC, Plaintiff Sara Lee, and the Third Party Defendants)

66. Harris Baking incorporates and restates by reference its responses to the allegations contained in paragraphs 1 through 65 as if fully set forth herein.

67. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 67 of the Third Party Complaint, and therefore denies them, except that Harris Baking admits the existence of the 1979 Letter relies on the 1979 Letter to speak for itself.

68. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 68 of the Third Party Complaint, and therefore denies them, except that Harris Baking admits the existence of the 2006 Letter and relies on the 2006 Letter to speak for itself.

69. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in the first sentence of paragraph 69 of the Third Party Complaint, and therefore denies them. The second sentence of paragraph 69 of the Third Party Complaint states a legal conclusion to which no response is required. If a response is required, Harris Baking denies the allegations in the second sentence of paragraph 69 of the Third Party Complaint.

70. Paragraph 70 of the Third Party Complaint states a legal conclusion to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 70 of the Third Party Complaint.

71. Paragraph 71 of the Third Party Complaint states a legal conclusion to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 71 of the Third Party Complaint.

### Count II – Violation of Fifth Amendment Right to Procedural Due Process
### (against Co-Defendant PBGC)

72. Harris Baking incorporates and restates by reference its responses to the allegations contained in paragraphs 1 through 71 as if fully set forth herein.

73. Harris Baking denies the allegations in paragraph 73 of the Third Party Complaint, except that Harris Baking admits the existence of the 2006 Letter and relies on the 2006 Letter to speak for itself.

74. Paragraph 74 of the Third Party Complaint states a legal conclusion to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 74 of the Third Party Complaint.

75. Harris Baking lacks knowledge or information sufficient to state a belief as to the truth of the allegations in paragraph 75 of the Third Party Complaint, and therefore denies them.

76. Paragraph 76 states a legal conclusion to which no response is required. If a response is required, Harris Baking denies the allegations in paragraph 76 of the Third Party Complaint.

### PRAYER FOR RELIEF

Paragraphs 1 through 4 of the Prayer for Relief state legal conclusions to which no response is required. If a response is required, Harris Baking denies that Third Party Plaintiffs

are entitled to receive from Harris Baking the relief described in paragraphs 1-4 of the Prayer for Relief.

Further responding to the Third Party Complaint, Harris Baking denies each and every allegation of fact and conclusion of law in the Third Party Complaint not otherwise specifically admitted or denied in this Answer, and denies that Third Party Plaintiffs are entitled to any relief from Harris Baking whatsoever.

## FIRST AFFIRMATIVE DEFENSE

The Third Party Complaint fails to state a claim against Harris Baking upon which relief can be granted.

WHEREFORE, having fully answered, Third Party Defendant Harris Baking prays that judgment be entered in its favor dismissing the Third Party Complaint against it with prejudice and awarding Third Party Defendant Harris Baking its costs and reasonable attorney's fees and such other and further relief as this Court deems just and proper.

Dated: January 26, 2007

Respectfully submitted,

\_\_\_\_\_/s/ Lonie A. Hassel_____
LONIE A. HASSEL
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 857-0620
Fax: (202) 659-4503
Counsel for Third Party Defendant
Harris Baking Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a true and correct copy of the foregoing Answer of Third Party Defendant Harris Baking Co., Inc. to Third Party Complaint, Counterclaim and Cross-Claim was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Edward R. Mackiewicz
Paul J. Ondrasik, Jr.
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Anne H. S. Fraser
Law Office of Anne H. S. Fraser, P.C.
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637

*Counsel for American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

*Counsel for Sara Lee Corporation*

James Hamilton
Swidler, Berlin, Shereff & Friedman, LLP
300 K Street, N.W.
Washington, DC 20007-5116

*Counsel for American Bakers Association*

>David E. Carney
>Edward J. Meehan
>Skadden Arps Slate Meagher & Flom
>1440 New York Ave., N.W.
>Washington, D.C. 20005-2111
>
>*Counsel for Interstate Brands Corporation*
>
>Jeffrey S. Jacobovitz
>Schiff Hardin, LLP
>1666 K Street, N.W.
>Suite 300
>Washington, D.C. 20006
>
>*Counsel for Lewis Brothers Baking Co.*

Courtesy copies of the foregoing Answer of Third Party Defendant Harris Baking Co., Inc. to Third Party Complaint, Counterclaim and Cross-Claim were sent by U.S. Mail, postage prepaid on January 26, 2007 to:

>Israel Goldowitz, Chief Counsel
>Pension Benefit Guaranty Corporation
>1200 K Street, N.W.
>Washington, D.C. 20005
>
>James R. Kettering, Jr.
>President
>Kettering Baking Co.
>729 Coleman Ave.
>Fairmont, WV 26554
>
>Bernard Baker
>President
>Jenny Lee Bakery, Inc.
>620 Island Ave.
>McKees Rocks, PA 15136

>/s/
>_____
>Lonie A. Hassel