IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own Behalf and on behalf of its Employee-participants in the American Bakers Association Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>and<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Defendants.<br><br>_____<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>v.<br><br>SARA LEE CORP.,<br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Cross-Defendant, | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

|  |  |
|---|---|
| and | ) |
|  | ) |
|  | ) |
| KETTERING BAKING CO.; | ) |
| INTERSTATE BRANDS CORP.; | ) |
| LEWIS BROS. BAKERIES, INC.; | ) |
| HARRIS BAKING CO., INC.; | ) |
| AMERICAN BAKERS ASSOCIATION; | ) |
| and JENNY LEE BAKERY, INC., | ) |
|  | ) |
| Third Party Defendants. | ) |
|  | ) |
|  | ) |

## CERTIFICATE OF DISCLOSURE PURSUANT TO LOCAL RULE 7.1 OF THIRD PARTY DEFENDANT HARRIS BAKING CO., INC.

Pursuant to Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Harris Baking Co., Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Harris Baking Co., Inc. that have any outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Dated: January 26, 2007

                                                  /s/ Lonie A. Hassel
LONIE A. HASSEL (LH 8805)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Phone: (202) 857-0620
Fax: (202) 659-4503
Email: lah@groom.com

Attorney of Record for Harris Baking Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2007, a true and correct copy of the foregoing Certificate of Disclosure Pursuant to Local Rule 7.1 of Third Party Defendant Harris Baking Co., Inc. was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

>Edward R. Mackiewicz
>Paul J. Ondrasik, Jr.
>Steptoe & Johnson LLP
>1330 Connecticut Avenue, N.W.
>Washington, DC 20036-1795
>
>Anne H. S. Fraser
>Law Office of Anne H. S. Fraser, P.C.
>1320 19th Street, N.W., Suite 200
>Washington, DC 20036-1637
>
>*Counsel for American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan*
>
>M. Miller Baker
>Sarah E. Hancur
>McDermott Will & Emery LLP
>600 13th Street, N.W.
>Washington, DC 20005-3096
>
>Michael T. Graham
>McDermott Will & Emery LLP
>227 West Monroe Street
>Chicago, IL 60606
>
>*Counsel for Sara Lee Corporation*
>
>James Hamilton
>Swidler, Berlin, Shereff & Friedman, LLP
>300 K Street, N.W.
>Washington, DC 20007-5116
>
>*Counsel for American Bakers Association*

David E. Carney
Edward J. Meehan
Skadden Arps Slate Meagher & Flom
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Counsel for Interstate Brands Corporation*

Jeffrey S. Jacobovitz
Schiff Hardin, LLP
1666 K Street, N.W.
Suite 300
Washington, D.C. 20006

*Counsel for Lewis Brothers Baking Co.*

Courtesy copies of the foregoing Answer of Third Party Defendant Harris Baking Co., Inc. to Third Party Complaint, Counterclaim and Cross-Claim were sent by U.S. Mail, postage prepaid on January 26, 2007 to:

Israel Goldowitz, Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Ave.
Fairmont, WV 26554

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Ave.
McKees Rocks, PA 15136

/s/
Lonie A. Hassel