IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan**, Three First National Plaza Chicago, Illinois 60602-4260<br><br>            Plaintiff,<br><br>   v.<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN**, as Administrator of The American Bakers Association Retirement Plan, 1300 Eye Street, N.W., Ste. 700 West Washington, DC 20005<br><br>   and<br><br>**PENSION BENEFIT GUARANTY CORPORATION**, 1200 K Street, N.W. Washington, D.C. 20005<br><br>            Defendants.<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN**, as Administrator of The American Bakers Association Retirement Plan,<br><br>            Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | Case No. 06-CV-0819-HHK Hon. Henry H. Kennedy, Jr.<br><br>**ANSWER OF THIRD-PARTY DEFENDANT AMERICAN BAKERS ASSOCIATION** |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| **SARA LEE CORP.,** | ) |
|  | ) |
| Respondent, | ) |
|  | ) |
| **PENSION BENEFIT GUARANTY** | ) |
| **CORPORATION,** | ) |
|  | ) |
| Cross-Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| **KETTERING BAKING CO.** | ) |
| 729 Coleman Avenue | ) |
| Fairmont, WV 26554 | ) |
|  | ) |
| **INTERSTATE BRANDS CORP.** | ) |
| 12 E. Armour Blvd. | ) |
| Kansas City, MO 64111-1202 | ) |
|  | ) |
| **LEWIS BROS. BAKERIES, INC.** | ) |
| 500 N. Fulton Avenue | ) |
| Evansville, IN 47710 | ) |
|  | ) |
| **HARRIS BAKING CO., INC.** | ) |
| 2301 S. 1st Street | ) |
| Rogers, AR 72758-6416 | ) |
|  | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| 1300 Eye Street, N.W. | ) |
| Suite 700 West | ) |
| Washington, DC 20005 | ) |
|  | ) |
| and | ) |
|  | ) |
| **JENNY LEE BAKERY, INC.** | ) |
| 620 Island Avenue | ) |
| McKees Rock, PA 15136 | ) |
|  | ) |
| Third-Party Defendants. | ) |
|  | ) |
| _____ | ) |

Defendant American Bakers Association (the "ABA"), through undersigned counsel, for its Answer to the Third-Party Complaint for Declaratory and Injunctive Relief (the "Third-Party Complaint") of the American Bakers Association Retirement Plan (the "ABA Plan" or "Plan") and the Board of Trustees of the ABA Plan ("Trustees") (collectively the "ABA Plan Defendants") states as follows:

1. ABA admits that Sara Lee Corporation ("Sara Lee") initiated this action for declaratory and injunctive relief against the ABA Plan Defendants and Defendant Pension Benefit Guaranty Corporation ("PBGC"). ABA further avers that the Second Amended Complaint speaks for itself.

2. ABA admits the third sentence of Paragraph 2. ABA further avers that the Third-Party Complaint speaks for itself.

3. ABA avers that the Third-Party Complaint speaks for itself as to what it seeks and admits the remaining allegations of Paragraph 3.

4. ABA avers that the Third-Party Complaint speaks for itself.

5. ABA avers that the Third-Party Complaint speaks for itself.

### Jurisdiction and Venue

6. Paragraph 6 states conclusions of law as to which no response is required.

7. Paragraph 7 states conclusions of law as to which no response is required.

8. Paragraph 8 states conclusions of law as to which no response is required.

### Parties

9. ABA admits the allegations contained in Paragraph 9 of the Third-Party Complaint.

10. ABA admits the allegations contained in Paragraph 10 of the Third-Party Complaint.

11. Paragraph 11 states conclusions of law as to which no response is required.

12. ABA admits the allegations contained in paragraph 12 of the Third-Party Complaint.

13. ABA admits the allegations contained in paragraph 13 of the Third-Party Complaint.

14. ABA admits the allegations contained in paragraph 14 of the Third-Party Complaint.

15. ABA admits the allegations contained in paragraph 15 of the Third-Party Complaint.

16. ABA admits the allegations contained in paragraph 16 of the Third-Party Complaint.

17. ABA admits the allegations contained in paragraph 17 of the Third-Party Complaint.

18. ABA admits the allegations contained in Paragraph 18 of the Third-Party Complaint.

19. ABA admits the allegations contained in Paragraph 19 of the Third-Party Complaint.

### Factual Allegations

### Plan Design

20. ABA admits the allegations contained in Paragraph 20 of the Third-Party Complaint.

21. ABA admits the allegations contained in Paragraph 21 of the Third-Party Complaint.

22. ABA admits the allegations contained in Paragraph 22 of the Third-Party Complaint.

23. ABA admits the allegations contained in Paragraph 23 of the Third-Party Complaint.

24. ABA admits the allegations contained in Paragraph 24 of the Third-Party Complaint.

25. ABA admits the allegations contained in Paragraph 25 of the Third-Party Complaint.

26. ABA admits the allegations contained in Paragraph 26 of the Third-Party Complaint.

27. ABA avers that the Plan Document speaks for itself.

28. ABA admits the allegations contained in Paragraph 28 of the Third-Party Complaint.

29. ABA admits the allegations contained in Paragraph 29 of the Third-Party Complaint.

30. ABA admits the allegations contained in Paragraph 30 of the Third-Party Complaint.

**Events Leading Up to This Action**

31. ABA admits the allegations contained in Paragraph 31 of the Third-Party Complaint.

32. ABA admits the allegations contained in Paragraph 32 of the Third-Party Complaint.

33. ABA admits the allegations contained in Paragraph 33 of the Third-Party Complaint.

34. ABA admits the allegations contained in Paragraph 34 of the Third-Party Complaint.

35. ABA admits the allegations contained in Paragraph 35 of the Third-Party Complaint.

36. ABA admits the allegations contained in Paragraph 36 of the Third-Party Complaint.

37. ABA admits the allegations contained in Paragraph 37 of the Third-Party Complaint.

38. ABA admits the allegations contained in Paragraph 38 of the Third-Party Complaint.

39. ABA admits the allegations contained in Paragraph 39 of the Third-Party Complaint.

40. ABA admits the allegations contained in Paragraph 40 of the Third-Party Complaint.

41. ABA admits the allegations contained in Paragraph 41 of the Third-Party Complaint.

42. ABA admits the allegations contained in Paragraph 42 of the Third-Party Complaint.

43. ABA admits the allegations contained in Paragraph 43 of the Third-Party Complaint.

44. ABA admits the allegations contained in Paragraph 44 of the Third-Party Complaint.

45. ABA admits the allegations contained in Paragraph 45 of the Third-Party Complaint.

46. ABA admits the allegations contained in Paragraph 46 of the Third-Party Complaint.

47. ABA admits the allegations contained in Paragraph 47 of the Third-Party Complaint.

48. ABA admits the allegations contained in Paragraph 48 of the Third-Party Complaint.

49. ABA admits the allegations contained in Paragraph 49 of the Third-Party Complaint.

50. ABA admits the allegations contained in Paragraph 50 of the Third-Party Complaint.

51. ABA admits the allegations contained in Paragraph 51 of the Third-Party Complaint.

52. ABA admits the allegations contained in Paragraph 52 of the Third-Party Complaint.

53. ABA admits the allegations contained in Paragraph 53 of the Third-Party Complaint.

54. On information and belief, ABA admits the allegations contained in Paragraph 54 of the Third-Party Complaint.

55. ABA admits the allegations contained in Paragraph 55 of the Third-Party Complaint.

56. ABA admits the allegations contained in Paragraph 56 of the Third-Party Complaint.

57. ABA admits the allegations contained in Paragraph 57 of the Third-Party Complaint.

58. ABA admits the allegations contained in Paragraph 58 of the Third-Party Complaint.

59. ABA admits the allegations contained in Paragraph 59 of the Third-Party Complaint.

60. ABA admits the allegations contained in Paragraph 60 of the Third-Party Complaint.

61. ABA admits the allegations contained in Paragraph 61 of the Third-Party Complaint.

62. On information and belief, ABA admits the allegations contained in Paragraph 62 of the Third-Party Complaint.

63. ABA admits the allegations contained in Paragraph 63 of the Third-Party Complaint.

64. ABA admits the allegations contained in Paragraph 64 of the Third-Party Complaint.

65. Upon information and belief, ABA admits the allegations contained in Paragraph 65 of the Third-Party Complaint.

### COUNT I - ACTION FOR DECLARATORY JUDGMENT
### (against Co-Defendant PBGC, Plaintiff Sara Lee, and the Third-Party Defendants)

66. Third-Party Defendant ABA incorporates Paragraphs 1-65 of this Third-Party Answer as if fully set forth herein.

67. ABA admits the allegations contained in Paragraph 67 of the Third-Party Complaint.

68. ABA admits the allegations contained in Paragraph 68 of the Third-Party Complaint.

69. The last sentence in Paragraph 69 of the Third-Party Complaint states conclusions of law as to which no response is required. ABA admits the remaining allegations contained in Paragraph 69.

70. ABA admits the allegations contained in Paragraph 70 of the Third-Party Complaint.

71. Paragraph 71 states conclusions of law as to which no response is required.[1]

### REQUEST FOR RELIEF

(1) ABA concurs that the Court should determine the rights and obligations of the parties relating to the controversy at bar.

(2) ABA denies that it is liable to any of the ABA Plan Defendants for their attorney fees, costs, or expenses.

(3) ABA requests that the Court award it such other relief as may be appropriate.

---

[1] Count II (Paragraphs 72-76) is not asserted against ABA, and therefore no responses are required.

DATED:  January 26, 2006                    Respectfully submitted,

                                                        BINGHAM MCCUTCHEN LLP

                                                       /s/ Anitra D. Goodman
                                                       James Hamilton (DC Bar No. 108928)
                                                       Anitra D. Goodman (DC Bar No. 484434)
                                                       Bingham McCutchen LLP
                                                       2020 K Street NW
                                                       Washington, DC 20006
                                                       T:  (202) 373-6000
                                                       F:  (202) 373-6001

                                                       **Attorneys for Third-Party Defendant American Bakers Association**

## **CERTIFICATE OF SERVICE**

      I, Anitra D. Goodman, hereby certify that a true and exact copy of the foregoing Answer of Third-Party Defendant American Bakers Association, has been served on the following parties this 26th day of January, 2007, as indicated below:

*VIA ELECTRONIC FILING:*

Paul J. Ondrasik, Jr.
Edward R. Mackiewicz
Steptoe& Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Anne H.S. Fraser
Law Offices of Anne H.S. Fraser
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637

**Attorneys for the American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, DC 20011

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**On behalf of Third-Party Defendant Interstate Brands Corporation**

Jeffrey S. Jacobovitz
Schiff Hardin LLP
1666 K Street, NW, Ste. 300
Washington, DC 20006

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC 20006

**On behalf of Third-Party Defendant Harris Baking Co.**

*The following individuals have been served VIA FIRST CLASS MAIL:*

Israel Goldowitz, Acting Chief Counsel
Charles Finke, Associate Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV 26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA 15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

3

      /s/  Anitra D. Goodman
Anitra D. Goodman