### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan**, <br> Three First National Plaza <br> Chicago, Illinois 60602-4260 <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN**, as Administrator of The American Bakers Association Retirement Plan, <br> 1300 Eye Street, N.W., Ste. 700 West <br> Washington, DC 20005 <br><br> and <br><br> **PENSION BENEFIT GUARANTY CORPORATION**, <br> 1200 K Street, N.W. <br> Washington, D.C. 20005 <br><br> Defendants. <br><br> **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan**, <br><br> Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | Case No. 06-CV-0819-HHK <br> Hon. Henry H. Kennedy, Jr. |

|  |  |
|---|---|
| v. | ) |
|  | ) |
| **SARA LEE CORP.,** | ) |
|  | ) |
| Respondent, | ) |
|  | ) |
| **PENSION BENEFIT GUARANTY** | ) |
| **CORPORATION,** | ) |
|  | ) |
| Cross-Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| **KETTERING BAKING CO.** | ) |
| 729 Coleman Avenue | ) |
| Fairmont, WV 26554 | ) |
|  | ) |
| **INTERSTATE BRANDS CORP.** | ) |
| 12 E. Armour Blvd. | ) |
| Kansas City, MO 64111-1202 | ) |
|  | ) |
| **LEWIS BROS. BAKERIES, INC.** | ) |
| 500 N. Fulton Avenue | ) |
| Evansville, IN 47710 | ) |
|  | ) |
| **HARRIS BAKING CO., INC.** | ) |
| 2301 S. 1st Street | ) |
| Rogers, AR 72758-6416 | ) |
|  | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| 1300 Eye Street, N.W. | ) |
| Suite 700 West | ) |
| Washington, DC 20005 | ) |
|  | ) |
| and | ) |
|  | ) |
| **JENNY LEE BAKERY, INC.** | ) |
| 620 Island Avenue | ) |
| McKees Rock, PA 15136 | ) |
|  | ) |
| Third-Party Defendants. | ) |
|  | ) |
| _____ | ) |

## AMERICAN BAKERS ASSOCIATION RULE 7.1 CERTIFICATION

In accordance with Rule 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for Third-Party Defendant American Bakers Association, certify to the best of my knowledge and belief that the American Bakers Association does not have any parent companies, subsidiaries, or affiliates which have outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

DATED: January 26, 2007

Respectfully submitted,

BINGHAM MCCUTCHEN LLP

        /s/ Anitra D. Goodman        
James Hamilton (DC Bar No. 108928)
Anitra D. Goodman (DC Bar No. 484434)
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
T: (202) 373-6000
F: (202) 373-6001

Attorneys for Third-Party Defendant American Bakers Association

## **CERTIFICATE OF SERVICE**

I, Anitra D. Goodman, hereby certify that a true and exact copy of the foregoing Rule 7.1 Certification of Third-Party Defendant American Bakers Association, has been served on the following parties this 26th day of January, 2007, as indicated below:

*VIA ELECTRONIC FILING:*

Paul J. Ondrasik, Jr.
Edward R. Mackiewicz
Steptoe& Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795

Anne H.S. Fraser
Law Offices of Anne H.S. Fraser
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637

**Attorneys for the American Bakers Association Retirement Plan and
Board of Trustees of the American Bakers Association Retirement Plan**

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, DC 20011

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**On behalf of Third-Party Defendant Interstate Brands Corporation**

Jeffrey S. Jacobovitz
Schiff Hardin LLP
1666 K Street, NW, Ste. 300
Washington, DC 20006

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC 20006

**On behalf of Third-Party Defendant Harris Baking Co.**

*The following individuals have been served VIA FIRST CLASS MAIL:*

Israel Goldowitz, Acting Chief Counsel
Charles Finke, Associate Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC 20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV 26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA 15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

3

        /s/  Anitra D. Goodman
Anitra D. Goodman