IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,** <br> Three First National Plaza <br> Chicago, Illinois 60602-4260 <br><br>                  Plaintiff, <br><br> v. <br><br> **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** <br> 1300 Eye Street, NW, Ste. 700 West <br> Washington, D.C. 20005 <br><br> and <br><br> **PENSION BENEFIT GUARANTY CORPORATION,** <br> 1200 K Street, NW <br> Washington, D.C. 20005 <br><br>                  Defendants. <br><br> **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** <br><br>                  Third Party Plaintiffs, <br> Counterclaimants, and Cross-Claimants, <br><br> v. | Case No. 06-CV-0819-HHK <br> Hon. Henry H. Kennedy, Jr. |

| | |
|---|---|
| **SARA LEE CORP.,** | ) |
| Respondent, | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| Cross-Defendant, | ) |
| and | ) |
| **KETTERING BAKING CO.**<br>729 Coleman Avenue<br>Fairmont, WV 26554 | ) |
| **INTERSTATE BRANDS CORP.**<br>12 E. Armour Blvd.<br>Kansas City, MO 64111-1202 | ) |
| **LEWIS BROS. BAKERIES, INC.**<br>500 N. Fulton Avenue<br>Evansville, IN 47710 | ) |
| **HARRIS BAKING CO., INC.**<br>2301 S. 1st Street<br>Rogers, AR 72758-6416 | ) |
| **AMERICAN BAKERS ASSOCIATION**<br>1300 Eye Street, NW<br>Suite 700 West<br>Washington, DC 20005 | ) |
| and | ) |
| **JENNY LEE BAKERY, INC.**<br>620 Island Avenue<br>McKees Rock, PA 15136 | ) |
| Third-Party Defendants. | ) |

### MOTION FOR PRO HAC VICE ADMISSION
### OF ROGER PASCAL AND SONIA MACIAS STEELE

Pursuant to Local Rule 83.2(d) of the District Court for the District of Columbia, Third Party Defendant Lewis Brothers Bakeries, Inc. respectfully moves this Court to admit

Roger Pascal and Sonia Macias Steele *pro hac vice* to appear in the above-captioned action. The declarations required by Local Rule 83.2(d) are attached to this Motion.

Dated: January 26, 2007                               SCHIFF HARDIN LLP

                                                      _____
                                                      Jeffrey S. Jacobovitz (DC Bar No. 346569)
                                                      1666 K. St. NW, Suite 300
                                                      Washington, DC 20006
                                                      Tel.: (202) 778-6400
                                                      Fax: (202) 778-6460

                                                      **Counsel for Third Party Defendants
                                                      LEWIS BROTHERS BAKERIES, INC.**

## CERTIFICATE OF SERVICE

I, Jeffrey S. Jacobovitz, an attorney, on January 26, 2007, caused a true and correct copy of *Motion for Pro Hac Vice Admission of Roger Pascal and Sonia Macias Steele* to be served via CM/ECF upon the following:

**Counsel for Plaintiff/Third Party Defendant Sara Lee Corp.**
M. Miller Baker
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
mbaker@mwe.com

Sara E. Hancur
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
shancur@mwe.com

Michael T. Graham
McDermott, Will & Emery
227 West Monroe St., Suite 4400
Chicago, IL 60606
(312) 984-3606
mgraham@mwe.com

**Counsel for Defendants/Third Party Plaintiffs**
**American Bakers Association Retirement Plan and**
**Board of Trustees of the American Bakers Association Retirement Plan**
Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th St., NW, Suite 200
Washington, DC 20036
(202) 466-4009
ahsfraser@aol.com

Edward Robert Mackiewicz
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
emackiew@steptoe.com

- 2 -

Paul Ondrasik
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
pondrasik@steptoe.com

**Counsel for Third Party Defendant American Bakers Association**
James Hamilton
Swidler, Berlin, Shereff & Friedman, LLP
3000 K. St., NW
Washington, DC 20007
(202) 424-7826
jhamilton@swidlaw.com

**Counsel for Third Party Defendant Harris Baking Co., Inc.**
Lonie Anne Hassel
Groom Law Groom Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006
(202) 857-0620
lah@groom.com

**Counsel for Third Party Defendant Interstate Brands Corp.**
David E. Carney
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
dcarney@skadden.com

Edward Joseph Meehan
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
emeehan@skadden.com

          /s/ Jeffrey S. Jacobovitz
          Jeffrey S. Jacobovitz

CH2\ 1646361.1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br>Three First National Plaza<br>Chicago, Illinois 60602-4260<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br>1300 Eye Street, NW, Ste. 700 West<br>Washington, D.C. 20005<br><br>              and<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br>1200 K Street, NW<br>Washington, D.C. 20005<br><br>              Defendants.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>              Third Party Plaintiffs,<br>Counterclaimants, and Cross-Claimants,<br><br>v. | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

| | |
|---|---|
| **SARA LEE CORP.,** | ) |
| | ) |
| Respondent, | ) |
| | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| **KETTERING BAKING CO.**<br>729 Coleman Avenue<br>Fairmont, WV 26554 | ) |
| | ) |
| **INTERSTATE BRANDS CORP.**<br>12 E. Armour Blvd.<br>Kansas City, MO 64111-1202 | ) |
| | ) |
| **LEWIS BROS. BAKERIES, INC.**<br>500 N. Fulton Avenue<br>Evansville, IN 47710 | ) |
| | ) |
| **HARRIS BAKING CO., INC.**<br>2301 S. 1st Street<br>Rogers, AR 72758-6416 | ) |
| | ) |
| **AMERICAN BAKERS ASSOCIATION**<br>1300 Eye Street, NW<br>Suite 700 West<br>Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| **JENNY LEE BAKERY, INC.**<br>620 Island Avenue<br>McKees Rock, PA 15136 | ) |
| | ) |
| Third-Party Defendants. | ) |

## DECLARATION OF ROGER PASCAL

I, Roger Pascal, hereby declare under penalty of perjury that the following testimony is true and correct to the best of my knowledge. If called to testify to the matters stated in this Declaration, I could and would testify truthfully thereto.

1.  My full name is Roger Pascal.

2.  My office address is Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606, and my telephone number is (312) 258-5663.

3.  I am a member of the bar of the State of Illinois, the U.S. Supreme Court, the U.S. Courts of Appeals for the Federal Circuit and the Second, Seventh and Ninth Circuits, the U.S. District Court for the Northern District of Illinois, the Illinois Supreme Court and the Wisconsin Supreme Court.

4.  I certify that I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have a pending application for membership to the District of Columbia Bar.

Executed on January 18, 2007

_____
Roger Pascal

**Counsel for Third Party Defendants
LEWIS BROTHERS BAKERIES, INC.**

CH2\ 1646362.1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, Three First National Plaza Chicago, Illinois 60602-4260<br><br>      Plaintiff,<br><br>  v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan, 1300 Eye Street, NW, Ste. 700 West Washington, D.C. 20005<br><br>    and<br><br>PENSION BENEFIT GUARANTY CORPORATION, 1200 K Street, NW Washington, D.C. 20005<br><br>      Defendants.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>   Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>  v. | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

| | |
|---|---|
| **SARA LEE CORP.**, | ) |
| | ) |
| Respondent, | ) |
| | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| **KETTERING BAKING CO.** | ) |
| 729 Coleman Avenue | ) |
| Fairmont, WV 26554 | ) |
| | ) |
| **INTERSTATE BRANDS CORP.** | ) |
| 12 E. Armour Blvd. | ) |
| Kansas City, MO 64111-1202 | ) |
| | ) |
| **LEWIS BROS. BAKERIES, INC.** | ) |
| 500 N. Fulton Avenue | ) |
| Evansville, IN 47710 | ) |
| | ) |
| **HARRIS BAKING CO., INC.** | ) |
| 2301 S. 1st Street | ) |
| Rogers, AR 72758-6416 | ) |
| | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| 1300 Eye Street, NW | ) |
| Suite 700 West | ) |
| Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| **JENNY LEE BAKERY, INC.** | ) |
| 620 Island Avenue | ) |
| McKees Rock, PA 15136 | ) |
| | ) |
| Third-Party Defendants. | ) |

## DECLARATION OF SONIA MACIAS STEELE

I, Sonia Macias Steele, hereby declare under penalty of perjury that the following testimony is true and correct to the best of my knowledge. If called to testify to the matters stated in this Declaration, I could and would testify truthfully thereto.

1. My full name is Sonia Macias Steele.

2. My office address is Schiff Hardin LLP, 6600 Sears Tower, Chicago, Illinois 60606, and my telephone number is (312) 258-5593.

3. I am a member of the bar of the State of Illinois, and am admitted to practice in the U.S. District Court for the Northern District of Illinois and the Illinois Supreme Court.

4. I certify that I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have a pending application for membership to the District of Columbia Bar.

Executed on January 26, 2007

_____
Sonia Macias Steele

**Counsel for Third Party Defendants
LEWIS BROTHERS BAKERIES, INC.**

CH2\ 1659281.1