# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 06–CV–0819–HHK |
| | ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) |
| | ) |
| and | ) |
| | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of February 2007, copies of the foregoing Answer of Defendant Pension Benefit Guaranty Corporation to the Second Amended Complaint of Plaintiff Sara Lee Corporation for Declaratory and Injunctive Relief were served electronically or by first-class mail on the following:

1.     M. Miller Baker
   Sarah E. Hancur
   McDermott Will & Emory LLP
   600 13th Street, N.W.
   Washington, D.C. 20005-3096

   Michael T. Graham
   McDermott Will & Emory LLP
   227 West Monroe Street
   Chicago, IL 60606-5096

      Roger Pascal
      Sonia Macias Steele
      Schiff Hardin LLP
      6600 Sears Tower
      Chicago, IL 60606-6473

      *Attorneys for Plaintiff Sara Lee Corp.*

2.    Edward J. Meehan
      David E. Carney
      Skadden, Arps, Slate, Meagher & Flom LLP
      1440 New York Avenue
      Washington, D.C. 20005-2111

      Amanda S. Williamson
      Skadden, Arps, Slate, Meagher & Flom LLP
      333 West Wacker Drive
      Suite 2100
      Chicago, IL 60606

      *Attorneys for Third-party Defendant Interstate Brands Corp.*

3.    Edward R. Mackiewicz
      Paul J. Ondrasik, Jr.
      Ryan T. Jenny
      Steptoe & Johnson LLP
      1330 Connecticut Avenue, N.W.
      Washington, D.C. 20036

      Anne H.S. Fraser
      Law Office of Anne H.S. Fraser
      1320 19th Street, N.W.
      Suite 200
      Washington, D.C. 20036-1637

      *Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.     James Hamilton
       Bingham McCutchen LLP
       2020 K Street, N.W.
       Washington, D.C. 20006

       *Attorney for Third-party Defendant American Bakers Association*

5.     Jeffrey S. Jacobovitz
       Schiff Hardin LLP
       1666 K Street, N.W.
       Suite 300
       Washington, D.C. 20006

       *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6.     Lonie A. Hassel
       Groom Law Group
       1701 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006-5805

       *Attorney for Third-party Defendant Harris Baking Co.*

7.     James R. Kettering, Jr.
       President
       Kettering Baking Co.
       729 Coleman Avenue
       Fairmont, WV 26554

       *On behalf of Third-party Defendant Kettering Baking Co.*

8.     Bernard Baker
       President
       Jenny Lee Bakery, Inc.
       620 Island Avenue
       McKees Rocks, PA 15136

       *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*

  /s/ Marc S. Pfeuffer
MARC S. PFEUFFER (D.C. Bar No. 484209)
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel. No. (202) 326-4020, ext. 3066
Fax No. (202) 326-4112
E-mail: blank.mark@pbgc.gov and
efile@pbgc.gov