## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06–CV–0819–HHK |
| | ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) ) ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————————— | ) | |
| | ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) ) ) ) | |
| | ) | |
| Third-party Plaintiffs, Counterclaimants, and Cross-claimants, | ) ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SARA LEE CORPORATION, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) | |
| | ) | |
| Cross-defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |

KETTERING BAKING CO.; INTERSTATE        )
BRANDS CORP.; LEWIS BROS. BAKERIES,     )
INC.; HARRIS BAKING CO., INC.; AMERICAN )
BAKERS ASSOCIATION; and JENNY LEE       )
BAKERY, INC.,                           )
                                        )
                Third-party Defendants. )
                                        )

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February 2007, copies of the foregoing Answer of

Cross-defendant Pension Benefit Guaranty Corporation to the Cross-claim for Declaratory and

Injunctive Relief by Cross-claimants American Bakers Association Retirement Plan and the Board

of Trustees of the American Bakers Association Retirement Plan were served electronically or by

first-class mail on the following:

1.      M. Miller Baker
        Sarah E. Hancur
        McDermott Will & Emory LLP
        600 13th Street, N.W.
        Washington, D.C. 20005-3096

        Michael T. Graham
        McDermott Will & Emory LLP
        227 West Monroe Street
        Chicago, IL 60606-5096
        Roger Pascal
        Sonia Macias Steele
        Schiff Hardin LLP
        6600 Sears Tower
        Chicago, IL 60606-6473

        *Attorneys for Plaintiff Sara Lee Corp.*

2.      Edward J. Meehan
        David E. Carney
        Skadden, Arps, Slate, Meagher & Flom LLP
        1440 New York Avenue
        Washington, D.C. 20005-2111

        Amanda S. Williamson
        Skadden, Arps, Slate, Meagher & Flom LLP
        333 West Wacker Drive
        Suite 2100
        Chicago, IL 60606

        *Attorneys for Third-party Defendant Interstate Brands Corp.*

3.      Edward R. Mackiewicz
        Paul J. Ondrasik, Jr.
        Ryan T. Jenny
        Steptoe & Johnson LLP
        1330 Connecticut Avenue, N.W.
        Washington, D.C. 20036

        Anne H.S. Fraser
        Law Office of Anne H.S. Fraser
        1320 19th Street, N.W.
        Suite 200
        Washington, D.C. 20036-1637

        *Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.      James Hamilton
        Bingham McCutchen LLP
        2020 K Street, N.W.
        Washington, D.C. 20006

        *Attorney for Third-party Defendant American Bakers Association*

-3-

5.      Jeffrey S. Jacobovitz
        Schiff Hardin LLP
        1666 K Street, N.W.
        Suite 300
        Washington, D.C. 20006

        *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6.      Lonie A. Hassel
        Groom Law Group
        1701 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006-5805

        *Attorney for Third-party Defendant Harris Baking Co.*

7.      James R. Kettering, Jr.
        President
        Kettering Baking Co.
        729 Coleman Avenue
        Fairmont, WV 26554

        *On behalf of Third-party Defendant Kettering Baking Co.*

8.      Bernard Baker
        President
        Jenny Lee Bakery, Inc.
        620 Island Avenue
        McKees Rocks, PA 15136

        *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*


                        /s/ Marc S. Pfeuffer
                        MARC S. PFEUFFER (D.C. Bar No. 484209)
                        PENSION BENEFIT GUARANTY CORP.
                        Office of the Chief Counsel
                        1200 K Street, N.W.
                        Washington, D.C. 20005-4026
                        Tel. No. (202) 326-4020, ext. 3066
                        Fax No. (202) 326-4112
                        E-mail: blank.mark@pbgc.gov and
                        efile@pbgc.gov