AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Sara Lee Corporation, et al

    Plaintiff(s)    )
            )  **APPEARANCE**
            )
      vs.      )  CASE NUMBER  06 CV 0819
American Bakers Association Retirement )
Plan, et al          )
    Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Carol Connor Flowe   as counsel in this
            (Attorney's Name)

case for:   Interstate Brands Corporation, Third Party Defendant
         (Name of party or parties)


March 22, 2007              *(signature)*
Date                   Signature

                   Carol Connor Flowe
347302                Print Name
BAR IDENTIFICATION
                   1050 Connecticut Avenue, NW
                   Address

                   Washington, DC  20036
                   City      State      Zip Code

                   202-857-6054
                   Phone Number