IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN BAKERS ASSOCIATION ) <br> RETIREMENT PLAN; and BOARD OF ) <br> TRUSTEES OF THE AMERICAN BAKERS ) <br> ASSOCIATION RETIREMENT PLAN; ) <br> ) <br> and ) <br> ) <br> PENSION BENEFIT GUARANTY ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | Case No. 06–CV–0819–HHK |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

The Pension Benefit Guaranty Corporation's Administrative Record will be filed with the court on April 4, 2007, in hard copy.

Date:   April 4, 2007

/s/ Marc S. Pfeuffer
ISRAEL GOLDOWITZ (D.C. Bar No. 291120)
Chief Counsel
CHARLES L. FINKE
Associate Chief Counsel
MICHAEL P. MORA
PAULA CONNELLY (D.C. Bar No. 389055)
Assistant Chief Counsels
MARK BLANK (D.C. Bar No. 968388)
MARC S. PFEUFFER (D.C. Bar No. 484209)

PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005
Tel. No. (202) 326-4020, ext. 4903
Fax No. (202) 326-4112
E-mail: pfeuffer.marc@pbgc.gov and
efile@pbgc.gov
*Attorneys for Pension Benefit Guaranty Corp.*