## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06–CV–0819–HHK |
| ) | |
| AMERICAN BAKERS ASSOCIATION ) | |
| RETIREMENT PLAN; and BOARD OF ) | |
| TRUSTEES OF THE AMERICAN BAKERS ) | |
| ASSOCIATION RETIREMENT PLAN; ) | |
| ) | |
| and ) | |
| ) | |
| PENSION BENEFIT GUARANTY ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2007, a copy of the Pension Benefit Guaranty Corporation's Administrative Record was served by hand-delivery on the following:

1. M. Miller Baker
   Sarah E. Hancur
   McDermott Will & Emory LLP
   600 13th Street, N.W.
   Washington, D.C. 20005-3096

   *Attorneys for Plaintiff Sara Lee Corp.*

2. Edward J. Meehan
   David E. Carney
   Skadden, Arps, Slate, Meagher & Flom LLP
   1440 New York Avenue
   Washington, D.C. 20005-2111

    Carol Connor Flowe
    Arent Fox, LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5339

    *Attorneys for Third-party Defendant Interstate Brands Corp.*

3.    Edward R. Mackiewicz
    Paul J. Ondrasik, Jr.
    Ryan T. Jenny
    Steptoe & Johnson LLP
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036

    *Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.    James Hamilton
    Bingham McCutchen LLP
    2020 K Street, N.W.
    Washington, D.C. 20006

    *Attorney for Third-party Defendant American Bakers Association*

5.    Jeffrey S. Jacobovitz
    Schiff Hardin LLP
    1666 K Street, N.W.
    Suite 300
    Washington, D.C. 20006

    *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6.    Lonie A. Hassel
    Groom Law Group
    1701 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006-5805

    *Attorney for Third-party Defendant Harris Baking Co.*

And by overnight courier on the following:

7.  James R. Kettering, Jr.
    President
    Kettering Baking Co.
    729 Coleman Avenue
    Fairmont, WV 26554

    *On behalf of Third-party Defendant Kettering Baking Co.*

8.  Bernard Baker
    President
    Jenny Lee Bakery, Inc.
    620 Island Avenue
    McKees Rocks, PA 15136

    *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*

    /s/ Marc S. Pfeuffer
MARC S. PFEUFFER (D.C. Bar No. 484209)
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel. No. (202) 326-4020, ext. 4903
Fax No. (202) 326-4112
E-mail: pfueffer.marc@pbgc.gov and
efile@pbgc.gov