# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 06–CV–0819–HHK |
| ) | |
| AMERICAN BAKERS ASSOCIATION ) | |
| RETIREMENT PLAN; and BOARD OF ) | |
| TRUSTEES OF THE AMERICAN BAKERS ) | |
| ASSOCIATION RETIREMENT PLAN; ) | |
| ) | |
| and ) | |
| ) | |
| PENSION BENEFIT GUARANTY ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## PROPOSED ORDER

This matter comes before the Court on the Pension Benefit Guaranty Corporation's Motion for Summary Judgment. After due deliberation thereon and good cause being shown therefore, the Motion is hereby GRANTED.

Dated: _____                       _____
                                          Henry H. Kennedy, Jr.
                                          United States District Judge
                                          District of Columbia