# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**AMERICAN BAKERS ASSOCIATION**<br>**RETIREMENT PLAN, et al.**, )<br>)<br>Defendants. )<br>_____)<br>)<br>**AMERICAN BAKERS ASSOCIATION**<br>**RETIREMENT PLAN, et al.**, )<br>)<br>Third Party Plaintiffs, )<br>Counterclaimants, and Cross-Claimants, )<br>)<br>v. )<br>)<br>**SARA LEE CORP.**, )<br>)<br>Respondent, )<br>)<br>**PENSION BENEFIT GUARANTY**<br>**CORPORATION**, )<br>)<br>Cross-Defendant, )<br>)<br>and )<br>)<br>**KETTERING BAKING CO., et al.** )<br>)<br>Third-Party Defendants. )<br>_____) | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

## MOTION FOR ATTORNEY WITHDRAWAL

## AND ENTRY OF APPEARANCE

The Third Party Defendant, Lewis Brothers Bakeries, Inc., hereby moves, pursuant to Local Rule 83.6(b), to permit Sonia Macias Steele to withdraw as one of its counsel in this case.

Ms. Steele was admitted to this Court *pro hac vice*, for the purposes of this case, on January 29, 2007. Ms. Steele is no longer associated with Schiff Hardin LLP, having relocated to Massachusetts.

Lewis Brothers Bakeries, Inc. will remain represented by other attorneys at Schiff Hardin who have entered appearances in this matter. By this pleading, the undersigned, D. Christopher Ohly, hereby enters his appearance in this case as additional counsel for Lewis Brothers Bakeries, Inc.

Respectfully submitted,

Dated: April 5, 2007

/s/ D. Christopher Ohly
D. Christopher Ohly (DC Bar No. 486370)
Jeffrey S. Jacobovitz (DC Bar No. 346569)

SCHIFF HARDIN LLP
1666 K. St. NW, Suite 300
Washington, DC 20006
Tel.: (202) 778-6400
Fax: (202) 778-6460
Roger Pascal
Sonia Macias Steele
6600 Sears Tower
Chicago, IL 60606
Tel.: (312) 258-5500
Fax: (312) 258-5600

**Counsel for Third Party Defendants**
**LEWIS BROTHERS BAKERIES, INC.**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 5th day of April, 2007, I caused a true and correct copy of Third Party Defendant Lewis Brothers Bakeries, Inc.'s *Motion for Attorney Withdrawal* to be served via CM/ECF upon the following:

**Counsel for Plaintiff/Third Party Defendant Sara Lee Corp.**
M. Miller Baker
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
mbaker@mwe.com

Sara E. Hancur
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
shancur@mwe.com

Michael T. Graham
McDermott, Will & Emery
227 West Monroe St., Suite 4400
Chicago, IL 60606
(312) 984-3606
mgraham@mwe.com

**Counsel for Defendants/Third Party Plaintiffs**
**American Bakers Association Retirement Plan and**
**Board of Trustees of the American Bakers Association Retirement Plan**
Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th St., NW, Suite 200
Washington, DC 20036
(202) 466-4009
ahsfraser@aol.com

Edward Robert Mackiewicz
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
emackiew@steptoe.com

Paul Ondrasik
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
pondrasik@steptoe.com

**Counsel for Third Party Defendant American Bakers Association**
James Hamilton
Swidler, Berlin, Shereff & Friedman, LLP
3000 K. St., NW
Washington, DC 20007
(202) 424-7826
jhamilton@swidlaw.com

**Counsel for Third Party Defendant Harris Baking Co., Inc.**
Lonie Anne Hassel
Groom Law Groom Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006
(202) 857-0620
lah@groom.com

**Counsel for Third Party Defendant Interstate Brands Corp.**
David E. Carney
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
dcarney@skadden.com

Edward Joseph Meehan
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
emeehan@skadden.com

                      /s/ D. Christopher Ohly
                      D. Christopher Ohly

CH2\ 1803661.1