AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SARA LEE CORPORATION,

        Plaintiff(s)        )
       )  **APPEARANCE**
       )
       )
      vs.        )  CASE NUMBER   06-CV-0819-HHK

PENSION BENEFIT GUARANTY )
CORPORATION, et al. )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Paula Connelly__ as counsel in this
               (Attorney's Name)

case for: __Pension Benefit Guaranty Corporation (U.S. Government agency)__
          (Name of party or parties)

April 4, 2007
Date

*/s/ Paula Connelly*
Signature

Paula Connelly
Print Name

D.C. Bar No. 389055
BAR IDENTIFICATION

1200 K Street, N.W.
Address

Washington, D.C.    20005-4026
City    State    Zip Code

(202) 326-4020, ext. 3086
Phone Number