AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SARA LEE CORPORATION,

          Plaintiff(s)    )   **APPEARANCE**

              vs.          )   CASE NUMBER   06-CV-0819-HHK

PENSION BENEFIT GUARANTY
CORPORATION, et al.
          Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Michael P. Mora  as counsel in this
                              (Attorney's Name)

case for:  Pension Benefit Guaranty Corporation (U.S. Government agency)
                        (Name of party or parties)

April 4, 2007
Date

_[signature]_
Signature

Illinois Bar No. 6199875
BAR IDENTIFICATION

Michael P. Mora
Print Name

1200 K Street, N.W.
Address

Washington, D.C.   20005-4026
City   State   Zip Code

(202) 326-4020, ext. 3206
Phone Number