AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

SARA LEE CORPORATION,

        Plaintiff(s)     )
                                  )   **APPEARANCE**
                                  )
                                  )
              vs.               )   CASE NUMBER   06-CV-0819-HHK
PENSION BENEFIT GUARANTY  )
CORPORATION, et al.             )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Mark Blank   as counsel in this
                                   (Attorney's Name)

case for:   Pension Benefit Guaranty Corporation (U.S. Government agency)
                           (Name of party or parties)

April 4, 2007
Date

*/s/ Mark Blank*
Signature

Mark Blank
Print Name

D.C. Bar No. 968388
BAR IDENTIFICATION

1200 K Street, N.W.
Address

Washington, D.C.   20005-4026
City   State   Zip Code

(202) 326-4020, ext. 3066
Phone Number