IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and<br>BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>  Defendants.<br>_____<br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and<br>BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>  Third Party Plaintiffs,<br>  Counterclaimants, and<br>  Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>  Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>  Cross-Defendant, and<br><br>KETTERING BAKING COMPANY,<br>INTERSTATE BRANDS CORPORATION,<br>LEWIS BROS. BAKERIES, INC.<br>HARRIS BAKING CO., INC.<br>AMERICAN BAKERS ASSOCIATION,<br>and JENNY LEE BAKERY, INC.,<br><br>  Third Party Defendants. | Case No. 06-CV-0819-HHK |

# AGREED MOTION TO EXTEND BRIEFING SCHEDULE
# ON MOTION FOR SUMMARY JUDGMENT
# <u>OF DEFENDANT PENSION BENEFIT GUARANTY CORPORATION</u>

Plaintiff Sara Lee Corporation ("Sara Lee"), Defendant-Third Party Plaintiffs American Bakers Association Retirement Plan and the Board of Trustees of the ABA Plan (collectively, the "ABA Plan Defendants"), Defendant Pension Benefit Guaranty Corporation ("PBGC"), Third Party Defendant Lewis Brothers Bakeries, Inc. ("Lewis Brothers") and Third Party Defendant Interstate Brands Corporation ("IBC") (collectively, the "Parties"), by and through their respective attorneys, move the Court to extend the time to file response briefs to the PBGC's motion for summary judgment, and any reply briefs in support of the motion, and in support state:

1. On April 4, 2007, Defendant PBGC filed a motion for summary judgment related to the claims pled against it by Plaintiff Sara Lee and the ABA Plan Defendants. That same date, the PBGC filed an Administrative Record containing 1,579 pages related to its August 8, 2006 determination with respect to the status of the ABA Plan. On April 5, 2007, during a status hearing in this case, the Court tentatively scheduled an oral argument on the PBGC's motion for summary judgment for July 2, 2007.

2.	Under Local Rule 7.1, the Parties' response briefs in opposition to the PBGC's motion for summary judgment are due April 19, 2007, and the PBGC's reply briefs are due April 30, 2007.

3.	Counsel for Sara Lee and the ABA Plan Defendants contacted the PBGC and requested that they be allowed additional time to respond in opposition to the motion for summary judgment. Specifically, counsel seeks this extension because the parties received the Administrative Record on April 4, 2007, and need additional time to analyze the documents contained in the Administrative Record. In addition, lead counsel for the ABA Plan Defendants will be out of the country during the week of May 7, 2007, and lead counsel for Sara Lee has a preliminary injunction hearing in the Central District of California during the week of May 7, 2007 and a trial commencing in the Northern District of Illinois on May 14, 2007. Due to these prior commitments, as well as the complexities of this case, counsel seeks additional time to respond to the PBGC's summary judgment motion.

4.	In addition, at the April 5 hearing, the Court granted Third Party Defendant Lewis Brothers thirty days to file any amended pleadings in this action, or until May 7, 2007—which would be after the current dates for responses and replies to the PBGC's summary judgment motion. Lewis Brothers

3

similarly requests additional time to respond to the PBGC's motion for summary judgment to evaluate the Administrative Record.

5.  Based on the foregoing, the Parties have conferred and agreed that it would be appropriate to extend the current briefing schedule as follows: (i) any party may file a brief supporting the PBGC's summary judgment motion by April 23, 2007; (ii) all response briefs in opposition to the PBGC's motion for summary judgment must be filed by May 24, 2007; (iii) any reply briefs by the PBGC or any other party supporting the summary judgment motion to be filed by June 8, 2007.

WHEREFORE, the Parties jointly request that the Court grant this Agreed Motion and extend the briefing schedule on the PBGC's motion for summary judgment as follows: (i) any party filing a brief supporting the PBGC's summary judgment motion to be filed by April 23, 2007 (ii) all response briefs in opposition to the PBGC's summary judgment motion to be filed by May 24, 2007; and (iii) any reply briefs by the PBGC or any other party to be filed by June 8, 2007.

Respectfully Submitted,

SARA LEE CORPORATION

By: _____/s/_____
One of Its Attorneys

M. Miller Baker (DC Bar No. 444736)
Sarah E. Hancur (DC Bar No. 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606

AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN
and BOARD OF TRUSTEES FOR THE AMERICAN
BAKERS ASSOCIATION RETIREMENT PLAN

By: _____/s/_____
One of Their Attorneys

Paul J. Ondrasik, Jr.
Edward R. Mackiewicz
Ryan T. Jenny
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036

Anne HS Fraser
Law Office of Anne HS Fraser
1320 19th Street, N.W.
Suite 200
Washington, D.C.  20036-1637

PENSION BENEFIT GUARANTY CORPORATION

By:     /s/
One of Its Attorneys

Israel Goldowitz
Charles L. Finke
Michael P. Mora
Paula Connelly
Mark Blank
Marc S. Pfeuffer
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, D.C. 20005

LEWIS BROTHERS BAKERIES, INC.

By:     /s/
One of Its Attorneys

Jeffrey S. Jacobovitz
D. Christopher Ohly
Schiff Hardin LLP
1666 K Street, N.W.
Washington, D.C. 20006

INTERSTATE BRANDS CORP.

By:     /s/
One of Its Attorneys

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, D.C. 20005

Carol Conner Flowe
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **Agreed Motion to Extend Briefing Schedule on Motion for Summary Judgment of Defendant Pension Benefit Guaranty Corporation** was served on this 11th day of April, 2007 by Electronic Case Filing to all parties who have made an appearance with the exception of the following, who have been served by regular U.S. Mail:

Mark Blank
Paula June Connelly
Michael P. Mora
PENSION BENEFIT GUARANTY CORPORATION
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026

D. Christopher Ohly
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC

Roger Pascal
Sonia Macias Steele
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606

                                                                                    /s/
                                                               Sarah E. Hancur

WDC99 1374940-1.029636.0180