IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and<br>BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan;<br>and PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendants.<br>_____<br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and<br>BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Cross-Defendant, and<br><br>KETTERING BAKING COMPANY,<br>INTERSTATE BRANDS CORPORATION,<br>LEWIS BROS. BAKERIES, INC.<br>HARRIS BAKING CO., INC.<br>AMERICAN BAKERS ASSOCIATION,<br>and JENNY LEE BAKERY, INC.,<br><br>    Third Party Defendants. | Case No. 06-CV-0819-HHK |

## [PROPOSED] ORDER GRANTING AGREED MOTION TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANT PENSION BENEFIT GUARANTY CORPORATION

Pending before the Court is Plaintiff Sara Lee Corporation ("Sara Lee"), Defendant-Third Party Plaintiffs American Bakers Association Retirement Plan and the Board of Trustees of the ABA Plan (collectively, the "ABA Plan Defendants"), Defendant Pension Benefit Guaranty Corporation ("PBGC") and Third Party Defendant Lewis Brothers Bakeries, Inc. ("Lewis Brothers"), and Third Party Defendant Interstate Brands Corporation ("IBC") (collectively, the "Parties") motion to extend the time to file response briefs in opposition to the PBGC's motion for summary judgment, and any reply briefs by the PBGC. Due notice having been given, the Court having considered the memoranda submitted by the Parties, and the Court being fully advised,

It is hereby ORDERED that the Parties' motion be GRANTED and that (i) all response briefs in opposition to the PBGC's motion for summary judgment must be filed by May 24, 2007; (ii) any reply briefs by the PBGC to be filed by June 8, 2007.

So ORDERED this _____ day of April, 2007.

_____
JUDGE HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT COURT JUDGE