IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06–CV–0819–HHK |
| | ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PROTECTIVE ORDER OF DEFENDANT
PENSION BENEFIT GUARANTY CORPORATION**

Pursuant to Federal Rule of Civil Procedure 26(c) and Rule 7 of the Local Rules of the U.S. District Court for the District of Columbia, the Pension Benefit Guaranty Corporation ("PBGC") hereby moves for a Protective Order. For the reasons detailed in the accompanying Statement of Points and Authorities, PBGC respectfully requests that the Court enter an Order barring Plaintiff Sara Lee Corporation's First Set of Requests for the Production of Documents, dated April 16, 2007, and attached to the accompanying Statement of Points and Authorities as Exhibit A.

//

//

//

Dated: May 2, 2007
    Washington, D.C.

Respectfully submitted,

 /s/ Marc S. Pfeuffer
ISRAEL GOLDOWITZ (D.C. Bar No. 291120)
Chief Counsel
CHARLES L. FINKE
Deputy Chief Counsel
MICHAEL P. MORA
PAULA CONNELLY (D.C. Bar No. 389055)
Assistant Chief Counsels
MARK BLANK (D.C. Bar No. 968388)
MARC S. PFEUFFER (D.C. Bar No. 484209)

PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C.  20005
Tel. No. (202) 326-4020, ext. 4903
Fax No. (202) 326-4112
E-mail: pfeuffer.marc@pbgc.gov and
efile@pbgc.gov

Attorneys for Pension Benefit Guaranty Corp.