IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN BAKERS ASSOCIATION )<br>RETIREMENT PLAN; and BOARD OF )<br>TRUSTEES OF THE AMERICAN BAKERS )<br>ASSOCIATION RETIREMENT PLAN; )<br>)<br>and )<br>)<br>PENSION BENEFIT GUARANTY )<br>CORPORATION, )<br>)<br>Defendants. ) | Case No. 06–CV–0819–HHK |

## CERTIFICATION OF CONFERENCE

Pursuant to Federal Rule of Civil Procedure 26(c), counsel for the Pension Benefit Guaranty Corporation ("PBGC") hereby certify that on April 30 and May 1, 2007, they conferred in good faith with counsel for Plaintiff Sara Lee Corporation ("Sara Lee"), seeking the withdrawal of Sara Lee's First Set of Requests for the Production of Documents. An agreement could not be reached.

//

//

//

//

//

//

| | |
|---|---|
| Dated: May 2, 2007<br>Washington, D.C. | Respectfully submitted,<br><br>/s/ Marc S. Pfeuffer<br>ISRAEL GOLDOWITZ (D.C. Bar No. 291120)<br>Chief Counsel<br>CHARLES L. FINKE<br>Deputy Chief Counsel<br>MICHAEL P. MORA<br>PAULA CONNELLY (D.C. Bar No. 389055)<br>Assistant Chief Counsels<br>MARK BLANK (D.C. Bar No. 968388)<br>MARC S. PFEUFFER (D.C. Bar No. 484209)<br><br>PENSION BENEFIT GUARANTY CORP.<br>Office of the Chief Counsel<br>1200 K Street, N.W.<br>Washington, D.C. 20005<br>Tel. No. (202) 326-4020, ext. 4903<br>Fax No. (202) 326-4112<br>E-mail: pfeuffer.marc@pbgc.gov and<br>efile@pbgc.gov<br><br>Attorneys for Pension Benefit Guaranty Corp. |