# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN BAKERS ASSOCIATION )<br>RETIREMENT PLAN; and BOARD OF )<br>TRUSTEES OF THE AMERICAN BAKERS )<br>ASSOCIATION RETIREMENT PLAN; )<br>)<br>and )<br>)<br>PENSION BENEFIT GUARANTY )<br>CORPORATION, )<br>)<br>Defendants. ) | Case No. 06–CV–0819–HHK |

## ORDER

This matter comes before the Court on the Pension Benefit Guaranty Corporation's ("PBGC") Motion for a Protective Order. After due deliberation thereon and good cause being shown therefore, the Motion is hereby GRANTED; and it is

ORDERED that PBGC need not provide any documents in response to Sara Lee Corporation's First Set of Requests for the Production of Documents.

Dated: _____          _____
                              Henry H. Kennedy, Jr.
                              United States District Judge
                              District of Columbia