# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06–CV–0819–HHK |
| | ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) ) ) ) ) | |
| and | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2007, a copy of the foregoing Pension Benefit Guaranty Corporation's Motion for Protective Order; Statement of Points and Authorities in Support of Motion; Certification of Conference; and Proposed Order were served electronically, by first-class mail, or by hand-delivery on the following:

1. M. Miller Baker
   Sarah E. Hancur
   McDermott Will & Emory LLP
   600 13th Street, N.W.
   Washington, D.C. 20005-3096

   Michael T. Graham
   McDermott Will & Emory LLP
   227 West Monroe Street
   Chicago, IL 60606-5096

2.     Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, D.C. 20005-2111

Carol Connor Flowe
Arent Fox, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

*Attorneys for Third-party Defendant Interstate Brands Corp.*

3.     Edward R. Mackiewicz
Paul J. Ondrasik, Jr.
Ryan T. Jenny
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Anne H.S. Fraser
Law Office of Anne H.S. Fraser
1320 19th Street, N.W.
Suite 200
Washington, D.C. 20036-1637

*Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.     James Hamilton
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006

*Attorney for Third-party Defendant American Bakers Association*

5.     Jeffrey S. Jacobovitz
       D. Christopher Ohly
       Schiff Hardin LLP
       1666 K Street, N.W.
       Suite 300
       Washington, D.C. 20006

       *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6.     Lonie A. Hassel
       Groom Law Group
       1701 Pennsylvania Avenue, N.W.
       Washington, D.C. 20006-5805

       *Attorney for Third-party Defendant Harris Baking Co.*

7.     James R. Kettering, Jr.
       President
       Kettering Baking Co.
       729 Coleman Avenue
       Fairmont, WV 26554

       *On behalf of Third-party Defendant Kettering Baking Co.*

8.     Bernard Baker
       President
       Jenny Lee Bakery, Inc.
       620 Island Avenue
       McKees Rocks, PA 15136

       *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*

       /s/ Marc S. Pfeuffer
       MARC S. PFEUFFER (D.C. Bar No. 484209)
       PENSION BENEFIT GUARANTY CORP.
       Office of the Chief Counsel
       1200 K Street, N.W.
       Washington, D.C. 20005-4026
       Tel. No. (202) 326-4020, ext. 4903
       Fax No. (202) 326-4112
       E-mail: pfueffer.marc@pbgc.gov and
       efile@pbgc.gov