## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **SARA LEE CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, et al.,**<br><br>**Defendants.** |

**Civil Action 06-00819  (HHK)**

## ORDER REFERRING MOTION
## TO UNITED STATES MAGISTRATE JUDGE

It is this 3rd day of May, 2007, hereby

**ORDERED** that defendant Pension Benefit Guaranty Corp.'s motion for a protective order [#55], filed May 2, 2007, is referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, ALL filings in this case shall include the initials of Magistrate Judge Facciola, "JMF," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

_____

Henry H. Kennedy, Jr.
United States District Judge