IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, Three First National Plaza Chicago, Illinois 60602-4260<br><br>                Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan, 1300 Eye Street, N.W., Ste. 700 West Washington, D.C. 20005<br><br>      and<br><br>PENSION BENEFIT GUARANTY CORPORATION, 1200 K Street, N.W. Washington, D.C. 20005<br><br>                Defendants.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>      Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>v. | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

| | |
|---|---|
| SARA LEE CORP., | ) |
| | ) |
| Respondent, | ) |
| | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| KETTERING BAKING CO.<br>729 Coleman Avenue<br>Fairmont, WV 26554 | ) |
| | ) |
| INTERSTATE BRANDS CORP.<br>12 E. Armour Blvd.<br>Kansas City, MO 64111-1202 | ) |
| | ) |
| LEWIS BROS. BAKERIES, INC.<br>500 N. Fulton Avenue<br>Evansville, IN 47710 | ) |
| | ) |
| HARRIS BAKING CO., INC.<br>2301 S. 1st Street<br>Rogers, AR 72758-6416 | ) |
| | ) |
| AMERICAN BAKERS ASSOCIATION<br>1300 Eye Street, N.W.<br>Suite 700 West<br>Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| JENNY LEE BAKERY, INC.<br>620 Island Avenue<br>McKees Rock, PA 15136 | ) |
| | ) |
| Third-Party Defendants. | ) |

## ORDER

Having read and considered Third Party Defendant Lewis Brothers' motion for leave to file First Amended Answer to American Bakers Association Retirement Plan's and Board of

Trustees of the American Bakers Retirement Plan, as Administrator of the ABA Plan's Third Party Complaint, Cross-Claim for declaratory and injunctive relief against Pension Benefit Guaranty Corporation ("PBGC") and counterclaim against ABA Plan and the Board of Trustees of the American Bakers Association Retirement Plan, as Administrator of the ABA Plan ("Board of Trustees"), it is, this ____ day of _____, 2007,

**ORDERED** that leave to file First Amended Answer to American Bakers Association Retirement Plan's and Board of Trustees of the American Bakers Retirement Plan, as Administrator of the ABA Plan's Third Party Complaint, Cross-Claim for declaratory and injunctive relief against Pension Benefit Guaranty Corporation ("PBGC") and Counterclaim against ABA Plan and the Board of Trustees of the American Bakers Association Retirement Plan, as Administrator of the ABA Plan ("Board of Trustees"), be, and hereby is, **GRANTED**.

_____
Hon. Henry H. Kennedy, Jr., Judge

Copies to:

**Counsel for Third Party Defendant Lewis Bros. Bakeries, Inc.**
D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, N.W.
Washington, D.C. 20006
(202) 778-6458
(202) 778-6460 (facsimile)
dcohly@schiffhardin.com

**Counsel for Plaintiff/Third Party Defendant Sara Lee Corp.**
M. Miller Baker
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
mbaker@mwe.com

3

Sara E. Hancur
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
shancur@mwe.com

Michael T. Graham
McDermott, Will & Emery
227 West Monroe St., Suite 4400
Chicago, IL 60606
(312) 984-3606
mgraham@mwe.com

**Counsel for Defendants/Third Party Plaintiffs**
**American Bakers Association Retirement Plan and**
**Board of Trustees of the American Bakers Association Retirement Plan**
Anne H.S. Fraser
Anne H.S. Fraser, P.C.
1320 19th St., NW, Suite 200
Washington, DC 20036
(202) 466-4009
ahsfraser@aol.com

Edward Robert Mackiewicz
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
emackiew@steptoe.com

Paul Ondrasik
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
pondrasik@steptoe.com

**Counsel for Third Party Defendant American Bakers Association**
James Hamilton
Swidler, Berlin, Shereff & Friedman, LLP
3000 K. St., NW
Washington, DC 20007
(202) 424-7826
jhamilton@swidlaw.com

4

**Counsel for Third Party Defendant Harris Baking Co., Inc.**
Lonie Anne Hassel
Groom Law Groom Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006
(202) 857-0620
lah@groom.com

**Counsel for Third Party Defendant Interstate Brands Corp.**
David E. Carney
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
dcarney@skadden.com

Edward Joseph Meehan
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
emeehan@skadden.com

DC\ 7041043.1