## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendants.<br>_____<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs,<br>    Counterclaimants, and<br>    Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC. HARRIS BAKING CO., INC. AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>    Third Party Defendants. | Case No. 06-CV-0819 (HHK/JMF) |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND
## TO THE MOTION FOR PROTECTIVE ORDER
## OF DEFENDANT PENSION BENEFIT GUARANTY CORPORATION

Now comes Plaintiff, Sara Lee Corporation ("Sara Lee") on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, by and through counsel, and, pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby requests an Order of this Court enlarging the period of time within which Sara Lee may respond to Defendant Pension Benefit Guaranty Corporation's ("Defendant PBGC") Motion for Protective Order from May 14, 2007 to May 24, 2007, and in support states:

1. On May 2, 2007, Defendant PBGC filed its Motion for Protective Order seeking an order of this Court barring Sara Lee's First Set of Requests for Production of Documents on the grounds that the Administrative Procedure Act ("APA") bars Sara Lee from seeking such discovery inasmuch as the Court is limited to reviewing the administrative record filed in this case – a contention that Sara Lee disputes.

2. Currently pending before the Court is Defendant PBGC's Motion for Summary Judgment filed by the PBGC on April 4, 2007. The Motion for Summary Judgment raises, in part, issues that are substantially the same as those being raised by the PBGC in its Motion for Protective Order, namely; the level of review this Court may engage in under the APA with respect to the PBGC's challenged action. Sara Lee's response to Defendant PBGC's Motion for Summary Judgment is due on or before May 24, 2007 by order of this Court issued April 13, 2007.

3. For cause, Sara Lee states that its lead counsel, Michael Graham, will be in trial during the period May 14, 2007 through May 22, 2007 and in preparation for the same the week beginning May 7, 2007. Moreover, because of the importance of the issues raised in the PBGC's

Motion for Protective Order to the case in general, and because Sara Lee will be briefing issues that are substantially the same in response to Defendant PBGC's Motion for Summary Judgment, Sara Lee respectfully requests an Order of this Court granting a modest 10 day extension of time within which Sara Lee may respond to Defendant PBGC's Motion for Protective Order.  Under such an order, Sara Lee will have until May 24, 2007 to respond to Defendant PBGC's Motion for Protective Order, which is the same deadline for Sara Lee's response to Defendant PBGC's Motion for Summary Judgment.  Likewise, Defendant PBGC will have an additional 10 days, or until June 8, 2007, to reply to Sara Lee's response to Defendant PBGC's Motion for Protective Order.  June 8, 2007 is the same deadline for Defendant PBGC's reply to Sara Lee's response to the PBGC's Motion for Summary Judgment.

4. Pursuant to Local Rule 7(m), Counsel for Sara Lee and counsel for Defendant PBGC conferred regarding this Motion and Defendant PBGC does <u>not</u> oppose this Motion.

Respectfully Submitted,

SARA LEE CORPORATION

By:   __/s/ Michael Graham_____
      One of Its Attorneys

M. Miller Baker (DC Bar No. 444736)
Sarah E. Hancur (DC Bar No. 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
Phone: 202.756.8000
Fax:   202.756.8087
Email: mbaker@mwe.com
       shancur@mwe.com

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois  60606
Phone: 312.372.2000
Fax:   312.984.7700
Email: mgraham@mwe.com

- 4 -

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing Motion for Enlargement of Time was served on this 7th day of May, 2007 by Electronic Case Filing to all parties who have made an appearance with the exception of the following, who have been served by regular U.S. Mail:

Mark Blank
Paula June Connelly
Michael P. Mora
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026

Roger Pascal
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606

            /s/ Sarah E. Hancur
            One of the Attorneys for Plaintiff

WDC99 1384762-1.029636.0180

- 4 -