## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>   Defendants.<br>_____<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>   Third Party Plaintiffs,<br>   Counterclaimants, and<br>   Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>   Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>   Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC. HARRIS BAKING CO., INC. AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>   Third Party Defendants. | **Case No.** 06-CV-0819 (HHK/JMF) |

- 2 -

## **PROPOSED ORDER**

Pending before the Court is Plaintiff Sara Lee Corporation's Motion for Enlargement of Time to Respond to the Motion for Protective Order of Defendant Pension Benefit Guaranty Corporation (the "Motion"). Having reviewed the Motion and having found that good cause has been shown warranting approval of the Motion, and, further, finding that Defendant Pension Benefit Guaranty Corporation ("PBGC") consents to the Motion,

It is hereby ORDERED that the Motion be GRANTED and that (i) Plaintiff Sara Lee Corporation shall file its response to the PBGC's Motion for Protective Order on or before May 24, 2007; and (ii) any reply brief by the PBGC thereto be filed on or before June 8, 2007.

So ORDERED this _____ day of May, 2007.

_____
Judge John M. Facciola
United States District Court Magistrate Judge

WDC99 1387050-1.029636.0180