IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in The American Bakers Association Retirement Plan**, )<br>)<br>)<br>)<br>)<br>)<br>         Plaintiff,     )<br>) <br>     v.     )<br>)<br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION**, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>         Defendants.     )<br>_____)<br>)<br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>   Third Party Plaintiffs,)<br>Counterclaimants, and Cross-Claimants,)<br>)<br>     v.     )<br>)<br>**SARA LEE CORP.**,     )<br>)<br>         Respondent,     )<br>)<br>**PENSION BENEFIT GUARANTY CORPORATION**,     )<br>)<br>         Cross-Defendant, )<br>)<br>     and     ) | Case No. 06-CV-0819 (HHK/JMF) |

|  |  |
|---|---|
| KETTERING BAKING CO., INTERSTATE BRANDS CORP., LEWIS BROS. BAKERIES, INC., HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

**MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE
TO THE MOTION FOR PROTECTIVE ORDER
OF DEFENDANT PENSION BENEFIT GUARANTY CORPORATION**

Now come Defendants/Third Party Plaintiffs/Counterclaimants/Cross-Claimants, The American Bakers Association Retirement Plan (the "ABA Plan") and the ABA Plan's Board of Trustees, on their own behalf and on behalf of the participants and beneficiaries in The American Bakers Association Retirement Plan (collectively, the "ABA Plan Defendants"), by and through counsel, and, pursuant to Rule 6 of the Federal Rules of Civil Procedure, hereby request an Order of this Court enlarging the period of time within which the ABA Plan Defendants may file a response to Defendant Pension Benefit Guaranty Corporation's ("Defendant PBGC's") Motion for Protective Order from May 17, 2007 to May 24, 2007, and in support state as follows:

1. Pursuant to Local Rule 7(m), counsel for the ABA Plan Defendants and counsel for Defendant PBGC have conferred regarding this Motion, and we are authorized to state that Defendant PBGC will not object, on grounds of timeliness, to the filing by the ABA Plan Defendants, on or before May 24, 2007, of a response to PBGC's Motion for Protective Order, and that, to that extent, Defendant PBGC does not oppose this Motion. Defendant PBGC,

however, reserves its rights to object on any and all other grounds to the filing by the ABA Plan Defendants of a response to PBGC's Motion for Protective Order.

2. On May 2, 2007, Defendant PBGC filed its Motion for Protective Order seeking an order of this Court barring Plaintiff Sara Lee Corporation's ("Sara Lee's") First Set of Requests for Production of Documents on the grounds that the Administrative Procedures Act ("APA") bars Sara Lee from seeking such discovery inasmuch as the Court is limited to reviewing the administrative record filed in this case -- a contention that Sara Lee and the ABA Plan Defendants dispute.

3. Currently pending before the Court is Defendant PBGC's Motion for Summary Judgment filed by the PBGC on April 4, 2007. Because any ruling by this Court on Defendant PBGC's Motion for Protective Order will impact the ABA Plan Defendants' ability to take discovery against the PBGC on their pending claims against the PBGC assuming this Court denies PBGC's Motion for Summary Judgment, the ABA Plan Defendants would like to file a response to PBGC's Motion for Protective Order. In addition, the Motion for Summary Judgment raises, in part, issues that are substantially the same as those being raised by the PBGC in its Motion for Protective Order; namely, the level of review this Court may engage in under the APA with respect to the PBGC's challenged action. The ABA Plan Defendants' response to Defendant PBGC's Motion for Summary Judgment is due on or before May 24, 2007, by order of this Court issued April 13, 2007.

4. Because of the importance of the issues raised in the PBGC's Motion for Protective Order to the case in general, and because the ABA Plan Defendants will be briefing issues that are substantially the same in response to Defendant PBGC's Motion for Summary Judgment, the ABA Plan Defendants respectfully request an Order of this Court granting a

modest seven (7) day extension of time within which the ABA Plan Defendants may respond to Defendant PBGC's Motion for Protective Order. Under such an Order, the ABA Plan Defendants will have until May 24, 2007, to respond to Defendant PBGC's Motion for Protective Order, which is the same deadline for the ABA Plan Defendant's response to Defendant PBGC's Motion for Summary Judgment. (At that time, the ABA Plan Defendants will also respond to the arguments raised in Third Party Defendant Interstate Brands Corporation's Joinder in Support of the PBGC's Motion for Summary Judgment filed on April 23, 2007.) Defendant PBGC will have an additional 10 days, or until June 8, 2007, to reply to the ABA Plan Defendant's response to Defendant PBGC's Motion for Protective Order. June 8, 2007 is the same deadline for Defendant PBGC's reply to the ABA Plan Defendant's response to the PBGC's Motion for Summary Judgment.

May 10, 2007

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/ Edward R. Mackiewicz

| | |
|---|---|
| Anne H.S. Fraser (D.C. Bar #2494720) | Paul J. Ondrasik, Jr. (D.C. Bar #261388) |
| LAW OFFICES OF ANNE H.S. FRASER | Edward R. Mackiewicz (D.C. Bar #944884) |
| 1320 19th Street, NW, Suite 200 | Ryan T. Jenny (D.C. Bar #495863) |
| Washington, DC 20036-1637 | 1330 Connecticut Avenue, NW |
| Phone: 202-466-4009 | Washington, DC 20036-1795 |
| Fax:   202-466-4010 | Phone: 202-429-3000 |
| | Fax:   202-429-3902 |
| | Email: emackiew@steptoe.com |

**Counsel for Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

- 5 -

## CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO THE MOTION FOR PROTECTIVE ORDER OF DEFENDANT PENSION BENEFIT GUARANTY CORPORATION, has been served on the following parties this 10th day of May, 2007, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

**Attorneys for Plaintiff Sara Lee Corporation**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20011
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Flowe
Arent Fox, LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202)857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

James Hamilton
Bingham McCutchen
2020 K Street, N.W.
Washington, DC 20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, N.W. Suite 300
Washington, DC 20006
(202) 778-6400

**On behalf of Third-Party Defendant Lewis Brothers Bakeries, Inc.**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., N.W.
Washington, DC 20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co., Inc.**

Israel Goldowitz, Acting Chief Counsel
Charles Finke, Associate Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, DC 20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV 26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

- 7 -

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

/s/ Edward R. Mackiewicz
Edward R. Mackiewicz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel:  (202) 429-3000
Fax:  (202) 429-3902