UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN BAKERS ASSN.<br>RETIREMENT PLAN *et al.*,<br><br>    Defendants. | Civil Action No. 06-819 (HHK/JMF) |

# ORDER

    Please be advised that the above case has been assigned to Magistrate Judge John M. Facciola for **motion for protective order [#55].**

    In accordance with Local Rule 5.1(f), kindly insert my initials, as well as the trial judge's initials on all filings with the Clerk's Office.

    Counsel are reminded that they shall not address substantive matters in correspondence to the undersigned pursuant to Local Rule 5.1(b). All such correspondence will not be reviewed by the undersigned but will be returned immediately. Counsel are permitted to address scheduling and other non-substantive matters to chambers via correspondence or telephone. All matters in the above captioned case should be addressed to the law clerk assigned to this action: **Sara B. Podger, Esq. at 202/354-3131.**


May 17, 2007
cc:    Counsel
        Judge
        Files
        Chambers

                                        JOHN M. FACCIOLA
                                      UNITED STATES MAGISTRATE JUDGE