## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>Defendants.<br>_____<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC. HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>Third-Party Defendants. | Case No. 06-CV-0819 (HHK/JMF)<br>Hon. Henry H. Kennedy, Jr.<br>Magistrate Judge John M. Facciola<br><br>**PROPOSED ORDER** |

- 2 -

**PROPOSED ORDER**

Upon consideration of the Pension Benefit Guaranty Corporation's Motion for Protective Order, it is hereby

ORDERED, that Pension Benefit Guaranty Corporation's motion is denied.

Dated: _____

_____
John M. Facciola
United States Magistrate Judge

Copies to:   Counsel of Record