IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>　　　　Defendants. | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate Judge John M. Facciola |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>　　　Third Party Plaintiffs,<br>　　　　Counterclaimants, and<br>　　　　Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>　　　　Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>　　　　Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>　　　　Third Party Defendants. | **Notice of Appearance** |

United States District Court

For the District of Columbia

To the Clerk of this court and all parties of record:

Please enter the appearance of James R. Napoli as counsel in this case for Plaintiff/Respondent Sara Lee Corporation.

May 24, 2007

_____
Signature

Bar No. 496369

James R. Napoli

McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Tel. (202) 756-8279
Fax (202) 756-8087
jnapoli@mwe.com