# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) ) ) ) ) | Judge Henry H. Kennedy, Jr.  Magistrate Judge John M. Facciola |
| Defendants. | ) ) | PLAINTIFF SARA LEE CORPORATION'S |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, | ) ) ) ) ) ) | CERTIFICATE OF SERVICE |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | ) ) ) ) | |
| v. | ) ) | |
| SARA LEE CORPORATION, | ) ) | |
| Respondent, | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) | |
| Cross-Defendant, and | ) ) | |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2007, a copy of the foregoing Sara Lee Corporation's ("Sara Lee") Response in Opposition to Defendant PBGC's Motion for Protective Order; Response in Opposition to Defendant PBGC's Motion for Summary Judgment; Statement of Genuine Issues of Material Fact in Dispute in Support of Sara Lee's Opposition to the PBGC's Motion for Summary Judgment, proposed order; and LCvR 5.4(e) Statement were served electronically by way of the Court's ECF System as well as by first-class mail (on the party representative identified in bold print), and that the Exhibits to Sara Lee's said Responses were served via first-class mail on the following party representative identified in bold print:

1.   **Edward J. Meehan**
     David E. Carney
     Skadden, Arps, Slate, Meagher & Flom LLP
     1440 New York Ave.
     Washington, D.C. 20005-2111

     Carol Connor Flowe
     Arent Fox, LLP
     1050 Connecticut Ave., N.W.
     Washington, D.C. 20036-5339

     Amanda S. Williamson
     Skadden, Arps, Slate, Meagher & Flom LLP
     333 West Wacker Drive
     Suite 2100
     Chicago, IL 60606

     *Attorneys for Third-party Defendant Interstate Brands Corp.*

2.     **Edward R. Mackiewicz**
       Paul J. Ondrasik, Jr.
       Ryan T. Jenny
       Steptoe & Johnson LLP
       1330 Connecticut Ave., N.W.
       Washington, D.C.  20036

       Anne H.S. Fraser
       Law Office of Anne H.S. Fraser
       1320 19th Street, N.W.
       Suite 200
       Washington, D.C.  20036-1637

       *Attorneys for Defendants/Third-party Plaintiffs American Bankers Association
       Retirement Plan and Board of Trustees of the American Bakers Association Retirement
       Plan.*

3.     **James Hamilton**
       Anitra D. Goodman
       Bingham McCutchen LLP
       2020 K Street, N.W.
       Washington, D.C.  20006

       *Attorney for Third-party Defendant American Bakers Association*

4.     **D. Chirstopher Ohly**
       Jeffrey S. Jacobovitz
       Schiff Hardin LLP
       1666 K Street, N.W.
       Suite 300
       Washington, D.C.  20006

       *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

5.     **Lonie A. Hassel**
       Groom Law Group
       1701 Pennsylvania Ave., N.W.
       Washington, D.C.  20006-5805

       *Attorney for Third-party Defendant Harris Baking Co.*

6.      **James R. Kettering, Jr.**
        President
        Kettering Baking Co.
        729 Coleman Avenue
        Fairmont, WV  26554

        *On behalf of Third-party Defendant Kettering Baking Co.*


7.      **Bernard Baker**
        President
        Jenny Lee Bakery, Inc.
        620 Island Avenue
        McKees Rocks, PA  15136

        *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*


8.      **Paula June Connelly**
        Mark Blank
        Michael P. Mora
        Marc Stuart Pfeuffer
        Office of General Counsel
        1200 K Street, N.W.
        Washington, D.C.  20005-4026

        *Attorneys for Defendants/Third-party Plaintiffs Pension Benefit Guaranty Corporation.*


                        /s/ Sarah Hancur
                        McDermott Will & Emery LLP
                        600 13th Street, N.W.
                        Washington, D.C.  20005
                        Tel. No. (202) 756-8260
                        Fax No. (202) 756-8087
                        E-mail: shancur@mwe.com

                        One of the Attorneys for Plaintiff/Respondent
                        Sara Lee Corporation