IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and<br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>　　　　Defendants.<br>_____<br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>　　Third Party Plaintiffs,<br>　　　　Counterclaimants, and<br>　　　　Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>　　　　Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>　　　　Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>　　　　Third Party Defendants. | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate Judge John M. Facciola<br><br><br><br>**PLAINTIFF SARA LEE CORPORATION'S PROPOSED ORDER** |

## **PROPOSED ORDER**

Pending before the Court is Defendant Pension Benefit Guaranty Corporation's Motions for Summary Judgment and Protective Order (the "Motions"). Having reviewed the Motions as well as the responses thereto filed by Plaintiff Sara Lee Corporation and having found that Defendant Pension Benefit Guaranty Corporation ("PBGC") substantially deviated from its prior determination process with respect to the status of the American Bakers Association Retirement Plan (the "ABA Plan"); and

FURTHER, having found that the administrative record filed with the Court by the PBGC is insufficient to allow the Court to determine whether the PBGC's 2006 determination that the ABA Plan is a "multiple-employer plan" reversing its 1979 determination that the ABA Plan is an "aggregate of single-employer plans" is in fact supported by the evidence as well as whether the PBGC engaged in an appropriate review of the issue; and

FURTHER, having found that there exists genuine issues of material fact as to whether the ABA is a "multiple-employer plan" as opposed to an "aggregate of single-employer plans" as well as to whether PBGC engaged in a good faith review of the status of the ABA Plan in making its determination;

It is ORDERED that the Motions be and hereby are DENIED and that the parties shall proceed with discovery in the normal course.

So ORDERED this _____ day of _____ , 2007.

_____
Judge John M. Facciola
United States District Court Magistrate Judge