IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendants. | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate Judge John M. Facciola |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs,<br>        Counterclaimants, and<br>        Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>    Third Party Defendants. | **PLAINTIFF SARA LEE CORPORATION'S CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2007, a copy of the foregoing Sara Lee Corporation's ("Sara Lee") Response in Opposition to Defendant PBGC's Motion for Protective Order; Response in Opposition to Defendant PBGC's Motion for Summary Judgment; Statement of Genuine Issues of Material Fact in Dispute in Support of Sara Lee's Opposition to the PBGC's Motion for Summary Judgment, proposed order; and LCvR 5.4(e) Statement were served electronically by way of the Court's ECF System as well as by first-class mail (on the party representative identified in bold print), and that the Exhibits to Sara Lee's said Responses were served via first-class mail on the following party representative identified in bold print:

1.  **Edward J. Meehan**
    David E. Carney
    Skadden, Arps, Slate, Meagher & Flom LLP
    1440 New York Ave.
    Washington, D.C. 20005-2111

    Carol Connor Flowe
    Arent Fox, LLP
    1050 Connecticut Ave., N.W.
    Washington, D.C. 20036-5339

    Amanda S. Williamson
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, IL 60606

    *Attorneys for Third-party Defendant Interstate Brands Corp.*

2. **Edward R. Mackiewicz**
   Paul J. Ondrasik, Jr.
   Ryan T. Jenny
   Steptoe & Johnson LLP
   1330 Connecticut Ave., N.W.
   Washington, D.C. 20036

   Anne H.S. Fraser
   Law Office of Anne H.S. Fraser
   1320 19th Street, N.W.
   Suite 200
   Washington, D.C. 20036-1637

   *Attorneys for Defendants/Third-party Plaintiffs American Bankers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

3. **James Hamilton**
   Anitra D. Goodman
   Bingham McCutchen LLP
   2020 K Street, N.W.
   Washington, D.C. 20006

   *Attorney for Third-party Defendant American Bakers Association*

4. **D. Chirstopher Ohly**
   Jeffrey S. Jacobovitz
   Schiff Hardin LLP
   1666 K Street, N.W.
   Suite 300
   Washington, D.C. 20006

   *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

5. **Lonie A. Hassel**
   Groom Law Group
   1701 Pennsylvania Ave., N.W.
   Washington, D.C. 20006-5805

   *Attorney for Third-party Defendant Harris Baking Co.*

6. **James R. Kettering, Jr.**
   President
   Kettering Baking Co.
   729 Coleman Avenue
   Fairmont, WV 26554

   *On behalf of Third-party Defendant Kettering Baking Co.*


7. **Bernard Baker**
   President
   Jenny Lee Bakery, Inc.
   620 Island Avenue
   McKees Rocks, PA 15136

   *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*


8. **Paula June Connelly**
   Mark Blank
   Michael P. Mora
   Marc Stuart Pfeuffer
   Office of General Counsel
   1200 K Street, N.W.
   Washington, D.C. 20005-4026

   *Attorneys for Defendants/Third-party Plaintiffs Pension Benefit Guaranty Corporation.*


/s/ Sarah Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Tel. No. (202) 756-8260
Fax No. (202) 756-8087
E-mail: shancur@mwe.com

One of the Attorneys for Plaintiff/Respondent
Sara Lee Corporation