IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Defendants. | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate Judge John M. Facciola |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>    Third Party Plaintiffs,<br>        Counterclaimants, and<br>        Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>    Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>    Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>    Third Party Defendants. | **NOTICE OF LCvR 5.4 FILING** |

Plaintiff and Respondent Sara Lee Corporation ("Sara Lee"), by its attorneys and pursuant to LCvR 5.4(e) hereby notifies the parties to this action that Sara Lee has filed its exhibits to Sara Lee's Response in Opposition to the PBGC's Motion for Protective Order as well as its exhibits to Sara Lee's Response in Opposition to the PBGC's Motion for Summary Judgment in paper form with the Clerk of Court and that such exhibits have been served on the parties via mail as provided under LCvR 5.4.

Dated: May 24, 2007

Respectfully Submitted,

SARA LEE CORPORATION

By:   /s/ Sarah Hancur
One of Its Attorneys

M. Miller Baker (DC Bar No. 444736)
Sarah E. Hancur (DC Bar No. 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Phone: 202.756.8000
Fax:   202.756.8087
Email: mbaker@mwe.com
       shancur@mwe.com

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Phone: 312.372.2000
Fax:   312.984.7700
Email: mgraham@mwe.com

Attorneys for Plaintiff-Respondent
Sara Lee Corporation