# EXHIBIT A

```
                 IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE WESTERN DISTRICT OF MISSOURI
                             WESTERN DIVISION


IN RE: INTERSTATE BAKERIES       ) Case No. 04-45814-jwv
CORPORATION, et al.,             ) Adv. No. 05-4210
                                 ) Kansas City, Missouri
                                 ) December 29, 2005
              Debtors.           )
_____)


         TRANSCRIPT OF EMERGENCY MOTION FOR TEMPORARY
         RESTRAINING ORDER AND PRELIMINARY INJUNCTION
             BEFORE THE HONORABLE JERRY W. VENTERS
             CHIEF UNITED STATES BANKRUPTCY JUDGE
```

APPEARANCES:

For the Debtors:              Samuel Ory, Esq.
                              Christina M. Tchen, Esq.
                              Skadden Arps Slate Meagher &
                                Flom
                              333 W. Wacker Dr., Ste. 2100
                              Chicago, IL  60606
                              (312) 407-0700

                              Paul Hoffmann, Esq.
                              Stinson Morrison Hecker
                              1201 Walnut, Ste. 2800
                              Kansas City, MO  64106
                              (816)842-8600

                              Michael A. Lawson, Esq.
                              Skadden Arps Slate Meagher &
                                Flom
                              300 So. Grand Avenue
                              Los Angeles, CA  90071
                              (213) 687-5000

[FILED JAN 4 2006 U.S. DISTRICT CLERK, WEST DISTRICT OF MISSOURI]

```
 1
 2
     For Pre-Petition Lenders:      Lisa Epps, Esq.
 3                                  Spencer Fane Britt & Browne
                                    1000 Walnut St. Ste. 1400
 4                                  Kansas City, MO  64106
                                    (816) 292-8881
 5
                                    Kenneth S. Ziman, Esq.
 6                                  Simpson Thacher & Bartlett
                                    425 Lexington Avenue
 7                                  New York, NY  10017
                                    (212) 455-2284
 8
     For Unsecured Creditors:       Paul D. Sinclair, Esq.
 9                                  Shughart Thomson & Kilroy
                                    120 West 12th Street, Ste. 1800
10                                  Kansas City, MO  64105
                                    (816) 421-3355
11
                                    Paul Kizel, Esq.
12                                  Scott Cargill, Esq.
                                    Thomas Pitta, Esq.
13                                  Lowenstein Sandler
                                    65 Livingston Avenue
14                                  Roseland, NJ  07068
                                    (973) 597-2478
15
     For Equity Security:           D. Farrington Yates, Esq.
16                                  Sonnenschein Nath & Rosenthal
                                    1221 Avenue of the Americas
17                                  New York, NY  10020
                                    (212) 768-6700
18
     FOR PBGC:                      Mark K. Blank, Esq.
19                                  1200 K St. N.W., Ste. 340
                                    Washington, D.C.  20005
20                                  (202) 326-4020

21
     For the Teamsters:             Fred Perillo, Esq.
22                                  Previant Goldberg Oilmen
                                    1555 N. RiverCenter Dr., #202
23                                  Milwaukee, WI  53212
                                    (414) 223-0434
24
25
```

```
 1
 2  For American Bakers Assoc.:    Anne H.S. Fraser, Esq.
                                   1320 19th St., N.W., Ste. 200
 3                                 Washington, D.C. 20036
                                   (202) 466-4009
 4
                                   John Cruciani, Esq.
 5                                 Blackwell Sanders
                                   4801 Main St., Ste. 1000
 6                                 Kansas City, MO  64112
                                   (816) 983-8000
 7
 8
 9
10  Court Audio Operator:          Ms. Carol Cunningham
11
12
13
    Transcribed by:                Rapid Transcript
14                                 Lissa C. Whittaker
                                   1001 West 65th Street
15                                 Kansas City, MO  64113
                                   (816) 822-3653
16
17
18
19
20
21
22
23  Proceedings recorded by electronic sound recording,
    transcript produced by transcription service.
24
25
```

26

1  couple of weeks to see where you are and determine at that
2  time whether we need a hearing on the February 8th date or
3  whether there can be a further extension. And if the
4  February 8 -- if the February 9 deadline that you've agreed
5  to today is not extended, then I would indicate to you right
6  now I would intend to have hearing on February 8th. Mr.
7  Sinclair.
8      MR. SINCLAIR: Your Honor, if I might? I believe
9  that PBGC is on the line.
10     THE COURT: Yes. Mr. Blank apparently is.
11     MR. SINCLAIR: I think their counsel is.
12     THE COURT: Uh-huh.
13     MR. BLANK: Yes, I am.
14     MR. SINCLAIR: It might be interesting -- Mr. Blank,
15 is how long it might take to actually render a decision in
16 this matter.
17     MR. BLANK: I don't know at this point if I can make
18 a representation. I was going to ask for an opportunity to
19 respond to one point that I believe counsel for the debtors
20 made. The PBGC was characterized or the party was
21 characterized as having fully briefed this issue for PBGC.
22 We are looking at whether we have the obligation at this
23 point under Administrative Procedure Act to afford a second
24 round of briefing, so to speak, --
25     THE COURT: Uh-huh.

1   MR. BLANK: -- so that each interested party could
2   respond to those filings that were made earlier by the
3   respective parties.
4   THE COURT: Well, I think I'm the one that made that
5   comment, Mr. Blank. But I understood from the pleadings that
6   there had been a round of briefing. And I guess I said fully
7   briefed on the assumption that there was no rebuttal. Ms.
8   Tchen, you're --
9   MS. TCHEN: Well --
10  THE COURT: -- perfectly happy to file a rebuttal, I
11  guess.
12  MS. TCHEN: I would. Up until that, Judge, until
13  Mr. Blank just said that, we didn't think we were entitled to
14  do so. So, we actually did think also that the briefs that
15  were in were all there were. And, you know, if he affords us
16  the opportunity, obviously we would take that. But we share
17  Ms. Fraser's interest, Judge, in a prompt decision from the
18  PBGC as well.
19  THE COURT: Sure.
20  MS. TCHEN: Because we think we will need that in
21  this bankruptcy proceeding.
22  THE COURT: Mr. Blank, does the PBGC then conduct
23  any kind of evidentiary hearing or is it kind of like a SEC
24  or a state public utilities commission where everybody sits
25  and has a hearing or no?

1  MR. BLANK: This would be simply on papers.
2  THE COURT: Okay.
3  MR. BLANK: Now, it may be that there would be an
4  opportunity for administrative -- internal administrative
5  review of the initial determination by any party that
6  considered itself aggrieved. And at least in theory, the
7  PBGC would have the authority, although I believe not the
8  duty, to afford a hearing on it.
9  THE COURT: Okay. Ms. Tchen, has thought been given
10 -- I have to feel sure it has been given -- to joining Sara
11 Lee as a party defendant since they're the ones who might
12 make the request to remove the funds?
13 MS. TCHEN: We talked about it, Judge. We didn't
14 feel that they were a necessary party since really the only
15 party we needed --
16 THE COURT: The trust.
17 MS. TCHEN: -- was the trust and the plan in order
18 not to remove the fund. I will say that the agreement that
19 Ms. Fraser refers to, I think -- believe it's a so-called
20 transfer agreement between the trust and Sara Lee, we do not
21 have. We've requested it. We've been told by Ms. Fraser
22 that Sara Lee will not permit IBC to have a copy of it. So,
23 we had no basis really at that juncture even to join Sara Lee
24 because we don't know or have any evidentiary basis for what
25 their interest is, their contractual interest or otherwise --

```
 1
 2
 3
 4
 5
 6      I certify that the foregoing is a correct transcript
        from the electronic sound recording of the proceeding in the
 7      above-entitled matter.
 8
 9      [signature]                              Jan 4 2006
10      Signature of transcriber                  Date
11
```