# EXHIBIT B

ANNE H.S. FRASER, P.C.
ATTORNEY AT LAW
815 CONNECTICUT AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20006-4004
Telephone (202) 833-5555
Telecopier (202) 785-5041
eMail ahsf4law@aol.com

Member
District of Columbia Bar
Maryland Bar

Of Counsel
Leslie Scherr, Esquire

February 16, 1996

BY CERTIFIED MAIL
Internal Revenue Service
Key District Director
Chicago District Office
P.O. Box A-361
Chicago, IL 60690

Re: Gulf Coast Snacks/American Bakers Association Retirement Plan and Trust Form 5310 (Application for determination on plan termination)

Dear Sir or Madam:

The undersigned acts as counsel to the Board of Trustees of the American Bakers Association Retirement Plan and Trust, an individually designed defined benefit pension plan sponsored by the American Bakers Association (the "Plan") in which multiple baking industry employers who are association members participate. A determination letter is requested on behalf of one of our participating employers in connection with the Employer's termination of its ABA Plan. The employer in question, Gulf Coast Snacks, ceased operations in 1994 and made its last plan contribution to the plan on April 14, 1994. Under the terms of the Plan Document, responsibility for accomplishing all required filings for termination falls on the employer. In this case, this small employer, which has shut down, was unable to complete the filings independently, therefore, the Plan has undertaken to do so.

Although Gulf Coast Snacks has not received a favorable determination letter regarding the qualification of its individual participation in the Plan, the terms of the Plan, which is actually an association of single-employer plans governed by a single plan document (see Exhibit A to enclosed Plan Document), have previously been approved by the Service by issuance of the attached Favorable Determination Letter in 1987.

Please note that the attached Plan Document is that which was in effect as of the date Gulf Coast Snacks ceased operations. The Plan was subsequently amended for ongoing participating employers in November, 1995.

Internal Revenue Service
February 16, 1996
Page Two

Please note that the ABA Plan for Gulf Coast Snacks did not cover any highly compensated employees, and that the Plan is a flat benefit plan which does not base benefits on compensation but rather on a multiplier of the employer's stated contribution rate.

Because the structure of this Plan as a "hybrid" plan may raise issues which are unique to this Plan, it is my hope that you will feel free to contact me to address any questions you may have about the Plan's structure and operations.

Accordingly, in connection with this application please find:

(1) Form 5310, Appendix A to Rev. Proc. 93-39 with the attached applicable demonstrations, for each submitting ABA Plan;

(2) Form 8717 accompanied by a User Fee in the amount of $225.00:

(3) Form 2848;

(4) Form 6088;

(5) The ABA Plan's last determination letter issued to any of its participating employers;

(6) Actuarial information concerning the sufficiency of assets to pay benefits.

Please do not hesitate to contact me if you have any questions concerning these materials.

Sincerely,

Anne Fraser

Enclosures

c:\wpwin\clfiles\aba\irs\gulf5310.ltr

```
Internal Revenue Service          Department of the Treasury
District Director                 1120 Commerce Street
                                  Dallas, Texas   752242


Date: February 3, 1997            EIN: 76-0355526
                                  File Folder Number: 760019675
                                  Plan Number: 001
                                  Refer Reply to: EP:7101:GBJ
Anne H.S. Fraser, P.C.            Response Date:
Suite 500                              February 27, 1997
815 Connecticut Ave., NW          Person to Contact:
Washington, DC   20006                 Ms. G. Jones
                                  Contact Telephone Number:
                                       Phone: (312) 886-1802
                                       Fax:   (312) 886-3279
                                  Plan Name:
                                       American Bakers Association
                                       Retirement Plan as adopted
                                       by Gulf Coast Snacks, Inc.
```

Dear Ms. Fraser:

We are considering your request for a determination letter for the plan(s) identified above. However, we need the information or amendments specified on the enclosed list before we can continue processing your request.

Please submit the information or amendments by the response date. If we do not hear from you within that time, we may process your application on the basis of the information you have already supplied us. This could result in a determination that your plan is not qualified for favorable tax treatment.

If you have any questions concerning this matter or cannot meet the response date, please contact the person whose name and telephone number are shown above. When you send any information we requested or if you write to us with questions about this letter, please provide your telephone number and the most convenient time for us to call if we need more information. Please mail the information requested in this letter to the address noted on the next page.

Page 3
Ms. Anne Fraser
Gulf Coast Snacks
February 3, 1997


Before a favorable determination letter can be issued on the application for determination on the qualification of the employer's plan, the following amendment(s) and information are needed:

1. Based upon the information in the file, it appears that the Employer ceased operations in 1994. Please confirm whether that is still correct.

2. How has the new proposed date of termination (December 1, 1996) effected the benefits due participants? How will the recently adopted benefit multiplier increase, enacted before the new proposed date of termination, effect participant benefits?

3. Will there still be an anticipated reversion of assets? If so, please provide an approximate amount.

4. Item 13(c)(6) did not indicate the number of participants who had terminated employment without full vesting. Please indicate the correct numbers for that line item.

5. Please have the Employer adopt the latest version of the plan, which includes the proposed amendments you submitted as part of my review of the American Bakers Association lead plan.

Page 2
Ms. Anne Fraser
Gulf Coast Snacks, Inc.
February 3, 1997


Please send the materials to me at the following address:

    Internal Revenue Service
    EP/EO Division, EP:7101:GBJ
    230 South Dearborn Street, MC-4911-CHI
    Chicago, IL  60604


Thank you for your cooperation.




Very truly yours,

*Ms. G. Jones* (signature)

Ms. G. Jones




GBJ/jmo
Enclosure-Explanation
Letter 1196(DO/CG)

# SEYMOUR & SCHERR

A PROFESSIONAL LIMITED LIABILITY COMPANY

LESLIE SCHERR, P.C. (DC, NY)
SAMUEL H. SEYMOUR, P.C. (DC)

ATTORNEYS AT LAW
815 CONNECTICUT AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20006-4004

(202) 833-5555
FACSIMILE (202) 785-5041

OF COUNSEL:
ALLAN S. HOFFMAN (DC)
ANNE H.S. FRASER (DC, MD)
ELISABETH J. LYONS (DC, MD)
LAYLA A. HOGAN (DC, VA)

August 12, 1997

Internal Revenue Service
District Director
EP Group 7106, Room 2218
230 South Dearborn, MC 4916 CHI
Chicago, IL 60604
ATTN: Don Krulczyk
      Employee Plan Specialist

Re: American Bakers Association Retirement Plan/
    Gulf Coast Snacks (EIN# 76-0355526/001)
    Your Letter Dated July 30, 1997

Dear Mr. Krulczyk:

This responds to your July 30, 1997 letter concerning the above retirement plan which is terminating.

Please be advised that because PBGC has only recently approved this plan termination, the benefits have not yet been distributed and no reversion to the employer has yet occurred.

PBGC required that the termination process be re-started because of difficulties the employer experienced in fulfilling the PBGC's termination scheduling requirements in the plan's first effort to terminate. The plan re-applied for approval of this termination to PBGC on April 1, 1997 and the plan has now obtained approval to commence the distribution of plan assets.

PBGC regulations require final distribution of the benefits be accomplished by no later than 180 days after the expiration of the PBGC's 60-day review period, or November 26, 1997. On August 1, 1997 we provided required notices and election forms to participants to effect distributions of their benefits. Assuming participants' timely return of the election forms, we are presently anticipating final distribution of all benefits, payment of all termination-related expenses, and reversion of any excess amounts to the employer by September 30, 1997. <u>Accordingly, as soon as that has been accomplished, a Form 5330 will be filed and Forms 1099-R will be issued to participants.</u>

Because the materials requested in your letter cannot be provided until final distribution/reversion occurs, please confirm

Mr. Don Krulczyk
August 12, 1997
Page Two

that the foregoing is acceptable; if not acceptable, please do not hesitate to contact me to discuss this.

    Thank you for your kind attention to this matter.

                               Sincerely,

                               Anne H.S. Fraser

cc:  Mr. Robert Boblitt
     Mr. Paul C. Abenante
     Mr. Robert D. Krinsky
     Ms. Rita DiLorenzo

*Aug 29*

INTERNAL REVENUE SERVICE
District Director

Department of the Treasury
230 S. Dearborn, MC 4916 CHI
Chicago, IL. 60604

Gulf Coast Snacks
P O Box 1499
Houston, Texas 77252

Name of Plan: American Bakers
Association Retirement Plann
Termination Date: 12-31-93
EIN-Plan No: 76-0355526/001
Person to Contact: Don Krulczyk
Telephone No.: (312) 886-4710
Date: July 30, 1997

Dear Sir or Madam:

We have not received the Benefit Assurance Form. Please return copy(s) of the following information (within 30 days) to verify reversion income as well as the filing and payment of all excise taxes:

1. Form 5500 for the year in which the reversion occurred. Please highlight the amount of the reversion.

2. Tax return (i.e. form 1120, 1040, or 1065) for the tax year on which the reversion was reported). Include all attachments that were filed with the return. If the reversion income has not been reported, please send an amended return along with any excise tax due.

3. Copy of the reversion payment and/or check from the pension plan to the employer.

4. Form 5330 and a copy of cancelled check (both sides) used in payment of the excise tax on the reversion of plan assets. If Form 5330 has not been filed, please file the Form 5330 directly with this office along with payment or send supporting information explaining why the Form 5330 has not been filed.

5. A listing of all plan participants in the plan at plan termination and a copy of 1099-R issued to those participants, including former participants.

6. Provide a copy of the power of attorney, Form 2848, if applicable.

Section 1132 of the Tax Reform Act of 1986 added section 4980 to the Internal Revenue Code, thereby imposing a nondeductible excise tax on employers receiving a reversion of plan assets. Please return a copy of the Form 5330 return and cancelled check (both sides) to verify that the appropriate excise taxes were paid. The excise tax payment must be in compliance with current Internal Revenue Code requirements.

Page 2

If you have any questions, please contact the person whose name and telephone number are shown above.

All information and correspondance should be submitted to me at the following address:

> Internal Revenue Service
> EP Group 7106, Room 2218
> 230 S. Dearborn, MC 4916 CHI
> Chicago, Illinois 60604
> Attn. Don Krulczyk

Thank you for your cooperation.

Sincerely,

Don Krulczyk
Employee Plan Specialist

Enclosure:
Publication No. 1
cc: Anne Fraser

```
INTERNAL REVENUE SERVICE                        DEPARTMENT OF THE TREASURY
DISTRICT DIRECTOR
1100 COMMERCE STREET
DALLAS, TX  75242
              APR 3  APR 3 0             Employer Identification Number:
Date:                                       76-0355526
                                         File Folder Number:
GULF COAST SNACKS INC                       760019675
C/O ANN FRASER                           Person to Contact:
815 CONNECTICUT AVE N W SUITE 500           JILL RUTHERFORD
WASHINGTON, DC  20006                    Contact Telephone Number:
                                            (214) 767-6024
                                         Plan Name:
                                          AMERICAN BAKERS ASSOCIATION
                                          RETIREMENT PLAN
                                         Plan Number: 001
```

Dear Applicant:

   We considered the information you sent us and have determined that your termination of this plan does not adversely affect its qualification for federal tax purposes. Please note that this is not a determination regarding the effect of other federal or local statutes.

   Publication 794 explains the significance of this favorable determination letter, points out some features that may affect the qualified status of your employee retirement plan, and provides information on the reporting requirements for your plan. It also describes some events that automatically nullify it. It is very important that you read the publication.

   Even though you have terminated this plan, we would like to remind you of certain filing obligations. The related tax-exempt trust, custodial account, or other payers who are responsible for making payments may be required to file information returns on Form 1099-R, with Form 1096, for amounts paid or made available to any individual or beneficiary.

   In addition, you must continue to file a Form 5500 series return annually until all plan assets are distributed. The last return required is the one filed for the year in which distribution is completed. Be sure to check "Final Return" box at the top of page 1.

   This determination applies to the proposed termination date of December 1, 1996.

   Your plan's qualified status will be adversely affected if plan assets are returned to you before the plan's liabilities to all plan participants are satisfied. To satisfy plan liabilities, you must either purchase guaranteed annuity contracts, or make cash distributions as soon as administratively possible. When you receive these excess plan assets, you should notify the Service of the date(s) you receive such assets and the date(s) guaranteed annuity contracts were purchased, or the date(s) cash distributions were paid for all participants. The enclosed benefit assurance form may be used for this purpose.

   This determination also applies to the amendments dated March 26, 1997.

                                                    Letter 1132 (DO/CG)

-2-

GULF COAST SNACKS INC

The information on the enclosed addendum is an integral part of this determination. Please be sure to read and keep it with this letter.

We have sent a copy of this letter to your representative as indicated in the Power of Attorney.

Please keep this letter in your permanent records. If you have any questions concerning this matter, please contact the person whose name and telephone number are shown above.

Sincerely yours,

Bobby E. Scott
District Director

Enclosures:
Publication 794
Reporting & Disclosure Guide
  for Employee Benefit Plans
Addendum
Benefit Assurance Form

Letter 1132 (DO/CG)

-3-

GULF COAST SNACKS INC

This determination is based on the allocation of assets submitted with your application or as adjusted. Before actual termination of the plan, the Pension Benefit Guaranty Corporation (PBGC) must be notified according to the provisions of Section 4041(a) of the Employee Retirement Income Security Act of 1974 (ERISA).

Under Section 4041 of ERISA, PBGC must ensure that assets are allocated according to certain priority categories established in Section 4044. If the allocation of assets, on which this determination is based, is found by PBGC not to be in agreement with those priority categories, this determination letter will no longer be valid. If when the allocation of assets is brought into agreement with those priority categories, you want another determination from the Service, you must submit a new application to this office. At that time, please attach to your application a copy of those documents containing the revised allocation of assets in accordance with Section 4044.

The reversion received by the company as a result of this termination may be subject to a 20 or 50 percent excise tax under the provision of section 4980 of the Internal Revenue Code. If so, Form 5330 must be filed and the 20/50% excise tax paid, not later than the last day of the month following the month in which the reversion occured (section 5072 of the Technical and Miscellaneous Revenue Act of 1988).

Letter 1132 (DO/CG)

```
Date:        APR 3 0 1997              Employer Identification Number:
                                          76-0355526
GULF COAST SNACKS INC                  File Folder Number:
C/O ANN FRASER                            760019675
815 CONNECTICUT AVE N W SUITE 500      Person to Contact:
WASHINGTON, DC  20006                     JILL RUTHERFORD
                                       Contact Telephone Number:
                                          (214) 767-6024
                                       Plan Name:
                                         AMERICAN BAKERS ASSOCIATION
                                         RETIREMENT PLAN
                                       Plan Number: 001
```

    Please complete and return this form to the Technical or Review Staff at the address shown below.

                          Benefit Assurance Form
    -----------------------------------------------------------------------

    Date of Termination:

    Date(s) Excess Assets Received:

       Amount:

    Date(s) Guaranteed Annuity Contracts Purchased:

       Amount:

    Date(s) Lump Sum Distributions Paid:

       Amount:

    I certify that the above plan's liabilities to all plan participants have been satisfied by the purchase of guaranteed annuity contracts or the payment of lump sum distributions.

    Signature:                                      Title:
    ----------------------------------------        --------------------
                                                    Date:
                                                    --------------------
    -----------------------------------------------------------------------

Please mail this information to the following address:

    Internal Revenue Service
    EP/EO Division
    1100 Commerce St.  4930 DAL
    Dallas, TX 75242
       Attn: Referral Coordinator




                                                              Form 9098

# SEYMOUR & SCHERR
A PROFESSIONAL LIMITED LIABILITY COMPANY

LESLIE SCHERR, P.C. (DC, NY)
SAMUEL H. SEYMOUR, P.C. (DC)

ATTORNEYS AT LAW
815 CONNECTICUT AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20006-4004

(202) 833-5555
FACSIMILE (202) 785-5041

OF COUNSEL:
ALLAN S. HOFFMAN (DC)
ANNE H.S. FRASER (DC, MD)
ELISABETH J. LYONS (DC, MD)
LAYLA A. HOGAN (DC, VA)

April 1, 1997

BY COURIER
Pension Benefit Guaranty Corporation
Standard Processing & Control Division
1200 K Street, N.W., Suite 930
Washington, D.C. 20005-4026

Re: Form 500 - Application of Gulf Coast Snacks, Inc., to terminate its participation in the American Bakers Association Retirement Plan

Dear Sir or Madam:

    The undersigned is counsel to the Board of Trustees of the American Bakers Association Retirement Plan ("ABA Plan"). I enclose Form 500 and supporting materials by which we seek approval of the termination of Gulf Coast Snacks, Inc., of its participation in the Plan. This is intended to be an application for a "standard" voluntary termination based on asset sufficiency. Please note that we previously applied for approval of this termination by letter dated May 9, 1996; however, due to delays in processing Notices to Participants PBGC determined the previous application not to be in compliance and therefore we have restarted the process and have not yet distributed any benefits.

    Please note the following in regard to several specific items on the Form 500.

Line 5a -   Although the Plan has certain features similar to a multiple employer plan, for termination purposes the PBGC has determined the ABA Plan to be an association of single employer plans (see Exhibit A to the Plan document, attached).

Line 8a -   Gulf Coast Snacks, Inc., closed its plant on or about December 31, 1993, at which time all employees covered by the Plan were terminated. At the time of plant closing, there were no inactive or terminated participants or retirees.

Pension Benefit Guaranty Corporation                        **SEYMOUR & SCHERR**
April 1, 1997
Page Two

    Please do not hesitate to contact me if you have any questions concerning these materials.

                                                    Sincerely,

                                                Anne H.S. Fraser

Enclosure

cc:  Mr. Paul C. Abenante
      Mr. Robert D. Krinsky
      Ms. Rita DiLorenzo
      Mr. Robert Boblitt