Pension Benefit Guaranty Corporation
2020 K Street, N.W., Washington, D.C. 20006

2 1 1979

Mr. Donald Gerrish
American Bakers Association
2020 K Street, N.W.
Suite 850
Washington, D.C. 20006

Dear Mr. Gerrish:

This is in response to your request for a determination by
the Pension Benefit Guaranty Corporation ("PBGC") whether
the American Bakers Association Retirement Plan (the "Fund")
constitutes a single pension plan or an aggregate of separate
pension plans. We have concluded that the Fund constitutes
an aggregate of separate plans. Therefore, an employer's
cessation of participation constitutes a plan termination.

We understand that the American Bakers Association ("ABA"),
an association of approximately one hundred employers in the
baking industry, established the ABA Trust ("Trust"), effective
September, 1961. Pursuant to Trust Article II, the Fund was
established October 1, 1961. The Fund has been amended from
time to time, including October 1, 1976 amendments to satisfy
requirements of ERISA. The Fund is managed by seven
trustees, three of whom are elected by the participating
employers and four of whom are appointed by the ABA. All
seven trustees are participating employers. The trustees
oversee the work of the plan administrator, Mass Insurance
Consultants and Administrators, Inc. ("MICA"). The approxi-
mately four thousand active Fund participants work in ninety-
three separate plants, that are located in twenty-seven
states from Florida to California. There are from one to
more than two hundred participants at each participating
plant. More than three hundred participants receive pension
benefits under the Fund. The Fund is not union negotiated.

Our determination as to the nature of an entity -- whether
it is a single plan or an aggregate of single plans -- is
based on its structure and how it actually operates on an
ongoing basis. We look to the documents governing the
entity and to relevant evidence of how it has operated and
continues to operate. Such evidence may include the reasonable
expectations and intent of the parties.

EXHIBIT A to the Pl
Page 1

-2-

The availability of funds held by an entity to provide
benefits is a central factor in our analysis. Restrictions
the use of such funds indicate that the entity may be an
aggregate of single plans. For example, if separate accounts
are maintained for each contributing employer, it may be
possible to restrict the use of assets from each separate
account to pay only the benefits of the employee-participants
of the employer maintaining the account. If the evidence
shows that payments are effectively restricted, by whatever
means, so that there is a minimal risk of funds attributable
to the contributions of one employer being used to pay the
benefits of another employer's employee-participants, then
the entity is an aggregate of single plans.

We note first that since the inception of the Fund in 1961,
each employer that enters the Fund, that increases its
contribution rate, or that adds a new unit has been required
to sign a separate participation agreement. This agreement
states that the employer's participation in the Fund is only
with respect to its own employees. Each participation
agreement sets forth the employees to be covered and the
contribution rate or rates applicable to the signatory. The
contribution rate varies at the discretion of each employer,
and the benefits are directly related to that contribution.
Benefits are determined individually by employer and contribution
rates are actuarially determined by the Fund actuary. (See
 ited Financial Statements of the Fund, September 30, 1974
    September 30, 1975 at page 6.)

Each new employer and each employer that chooses to increase
its contribution rate(s) is the subject of an actuarial
study made by the Fund actuary. This study is made to
determine whether, in addition to the contribution rate
stated in its participation agreement, the employer must pay
a surcharge to avoid any actuarial deficiency. [Fund section
10.04]. This surcharge is a direct function of the age and
service distribution of the subject employer's employees.
Each new employer and each employer that changes its contri-
bution rate must separately submit to the Internal Revenue
Service ("IRS") an application for a determination letter
that its new or amended participation in the Fund separately
meets the Internal Revenue Code requirements for a qualified
plan. Also concerning the Fund's representations to the
IRS, we note that the Annual Returns of Fiduciary of Employees'
Pension or Profit Sharing Trust (IRS Form 990P) filed by the
Fund state that more than ninety employer-adopted plans are

involved in the Fund's commingled trust account. Further, the Schedules A of IRS Form 990P list the discrete serial number of each employer's plan.

On an ongoing basis all contributions are paid into and all distributions are paid from the commingled trust, established pursuant to Trust Article III. Although the trustees do keep a record of the credited service of each employee-participant, on an ongoing basis the Fund only maintains separate accounting per employer for purposes of cost allocation.

We note, too, that upon total discontinuance of the Fund, Fund Article XIV and Trust Article IX provide initially for an allocation of Fund assets by employer, crediting each employer with that portion of assets attributable to its participation in the Fund. Each such portion is allocated according to express priority categories of each employer's employees.

The intent to maintain an aggregate of single plans has been expressed to the employee-participants in the Fund. The Summary Plan Description ("SPD") distributed to all employee-participants specifies that continued benefit payments are a direct function of continued employer participation, i.e., requisite funding by the appropriate employer. "Your company is paying the entire cost of the Plan . . . The company's ability to continue payments to the Plan will depend upon company's continued financial success." 1/ The SPD also states that "[s]hould the company's participation in the Plan end, only its employees then receiving, or eligible to receive benefits would have any further interest in the Plan, and their benefits might be reduced if an actuarial evaluation showed that the company's past contributions had not been sufficient to fund their benefits." 2/

Further examination of the documentation submitted to this Office reveals the following information:

    (1) The raw data necessary to historically re-create
    separate accounts has been maintained. Such accounts
    were created pursuant to Fund Section 14.02 each time
    an employer ceased participation in the Fund; and

---

1/  SPD at page 2.

2/  SPD at page 10.

-4-

(2) The Fund presently provides for a reversion to an
employer ceasing participation, of any amounts attri-
butable to its contributions that prove to be in excess
of the accrued pensions of its employees.  However,
until the Fund was so amended in 1976, any such excess
remained in the commingled trust rather than reverting
to the subject employer.

Examining the evidence under the analysis set forth above,
we have determined that the Fund is an aggregate of separate
pension plans.  In this case the separate actuarial valuations
made with regard to each employer and the system of surcharges,
discussed above, effectively minimize the risk that one
employer's contributions will be used to fund the benefits
of another employer's employees.

I hope that this response is helpful to you.  Should you
need further assistance, please do not hesitate to contact
David Levin of this Office at (202) 254-4895.

Sincerely,

Henry Rose
General Counsel

cc:  William C. Childs, Esquire
     Hopkins, Sutter, Mulroy, Davis &
         Cromartie
     One First National Plaza
     Chicago, Illinois 60603

     Laura E. Stone, Esquire
     Steptoe & Johnson
     1250 Connecticut Avenue, N.W.
     Washington, D.C. 20036

     Mrs. Albert Spelsberg
     115 South Main Street
     West Hartford, Connecticut 06107



PBGC Form 500

U.S. GOVERNMENT AGENCY

**Standard Termination Notice
Single-Employer Plan Termination**

Approved OMB 1212-0036
Expires 12/31/95

File this form with the Pension Benefit Guaranty Corporation for a standard termination for which a notice of intent to terminate is issued on or after January 28, 1993.

Do NOT file this form with the Internal Revenue Service.

---

## PART I. IDENTIFYING INFORMATION

**1a**    Plan name   American Bakers Assoc. Retirement Plan/Gulf Coast Snacks, Inc.

**b**    Last day of plan year   | 9 | 30 |
                              Month   Day

**2a**    Contributing sponsor
     Gulf Coast Snacks, Inc.
     Name
     P.O. Box 1499
     Address            (number and street)
     Houston, TX 77252                 Telephone number   713\ 866-6325
     City or town                State        Zip Code                        Area code

**b**    Employer identification and plan numbers    | 7 | 6 | 0 | 3 | 5 | 5 | 5 | 2 | 6 |    | 0 | 0 | 1 |
                                                 Enter 9 digit EIN             Enter 3 digit PN

**c**    If you used a different EIN or PN for this contributing sponsor/plan in previous filings with the PBGC, also show the number(s) previously reported    | | | | | | | | | |    | | | |
                                                 Enter 9 digit EIN             Enter 3 digit PN

**d**    Industry code    | | | | |

**3a**    Plan administrator (If same as 2a, enter "same".)

     Board of Trustees, American Bakers Assoc. Retirement Plan, c/o
     Name
     Plan Counsel, Anne H.S. Fraser, SEymour & Scherr, Suite 500
     Company
     815 Connecticut Ave., N.W.
     Address            (number and street)
     Washington,                  DC     20006      Telephone number 202 \ 833-5555
     City or town                State     Zip Code                      Area code

3b  Name, address, and telephone number of person to be contacted if more information is needed.
    (If same as 3a, enter "same".)

SAME
_____
Name

_____
Company

_____
Address                        (number and street)

                                                        Telephone number _____\
_____
City or town                  State        Zip Code                Area code

## PART II.  GENERAL PLAN INFORMATION

4a  Have you filed, or will you file, with the Internal
    Revenue Service for a determination letter on the
    termination of this plan?

    Yes ☒   No ☐

b   If "Yes", enter the district:

    Chicago (situs of trust)

    and filing date:  | 2 | 26 | 96 |
                       Month  Day  Year

5a  Is this a multiple employer plan?

    Yes ☐   No ☒

b   If "Yes", attach a list of the names and employer
    identification numbers of all contributing sponsors.

6   Reason for plan termination (if more than one,
    rank in order of significance, beginning with "1"
    for the most important)

    a  __XX__  Adverse business conditions
    b  _____  Plan administration too costly
    c  _____  Plan benefits too costly
    d  _____  Restructuring of retirement program
    e  _____  Other, specify _____
       _____

7   Changes in contributing sponsor associated with plan
    termination

    a ☐  No change
    b ☐  Reorganization as part of bankruptcy or
         similar proceeding
    c ☐  Merger of existing subsidiaries or divisions
         not involving bankruptcy
    d ☐  Sale or closing of subsidiaries or divisions
         not involving bankruptcy
    e ☐  Acquisition by another business
    f ☐  Acquisition of another business
    g ☒  Liquidation

8   Number of plan participants

    a  Active participants                    15*
    b  Retirees or beneficiaries
       receiving benefits                     0
    c  Separated vested participants
       entitled to benefits                   0
    d  Total                                  15
    *All employees terminated when co. close

9   Estimated percent of currently employed participants
    covered under the terminated plan you expect to be
    covered under —

    a  New or existing defined
       benefit plan, other than
       cash balance plan             _____ %
    b  Cash balance plan             _____ %
    c  New or existing profit-
       sharing plan                  _____ %
    d  New or existing 401(k)
       plan                          _____ %
    e  New or existing simplified
       employee plan                 _____ %
    f  Other new or existing defined
       contribution plan, specify    _____ %
       _____

       _____
    g  No new plan                    100 %

2

10    If item 9a or 9b is greater than zero, will the types and levels of benefits under the new or existing defined benefit plan be substantially the same as under the old plan for all groups of participants?

Yes ☐    No ☐

N/A

11a    Proposed termination date

[ 1 | 1 | 97 ]
Month  Day  Year

b    Proposed termination date stated in notice of intent to terminate (if different from 11a)

[ 12 | 1 | 96 ]
Month  Day  Year

12a    Earliest date notice of intent to terminate issued to affected parties

[ 10 | 15 | 96 ] *other than prior

notices for previous attempt to terminate

b    Latest date notice of intent to terminate issued to affected parties

[ 11 | 18 | 96 ]
Month  Day  Year

13    Latest date notices of plan benefits issued to participants or beneficiaries

[ 3 | 3 | 97 ]  — SHOWED
Month  Day  Year    CORRECTED   1/1/97
                    DATE

14a    Has a formal challenge to the termination been initiated under an existing collective bargaining agreement?

Yes ☐    No ☒    N/A ☐

b    If "Yes", attach a copy of the formal challenge and a statement describing the challenge.

N/A

15    Have all PBGC premiums been paid to date?

Yes ☒    No ☐

---

## PART III.  IRREVOCABLE COMMITMENTS

16a    May some or all of the benefits under the plan be provided by the purchase of irrevocable commitments from an insurer or insurers?

Yes ☒    No ☐

b    If "Yes", enter name and address of the insurer or insurers from whom, or (if not yet known) from among whom, you intend to purchase irrevocable commitments. Note: A supplemental notice may be required.

The Principal Group/Principal Mutual Life Insurance
Name    (full official name of record)

711 High Street
Address        (number and street)

Des Moines, Iowa    50392        Telephone number 515 \ 247-5111
City or town                State        Zip Code        Area code

Is this insurer licensed in a state or the District of Columbia?    Yes ☒    No ☐

ITT Hartford / Hartford Life Insurance Company
Name    (full official name of record)

Hartford Plaza
Address        (number and street)

Hartford  CT  06116        Telephone number 860 \ 547-5000
City or town        State    Zip Code        Area code

Is this insurer licensed in a state or the District of Columbia?    Yes ☒    No ☐

## PART IV.   RESIDUAL ASSET PLANS

17a    Will residual assets be returned to the employer as a result of this termination?

      Yes ☒    No ☐

**If "No", do not complete the rest of Part IV; go to Part V.**

b    If "Yes," enter the estimated amount    $ _5,126_

18a    Is there a plan provision permitting a reversion of residual assets to the employer?

      Yes ☒    No ☐

b    If "Yes", was the provision adopted prior to December 18, 1988?

      Yes ☒    No ☐

c    If you checked "No" in item 18b, enter:     N/A

    i) Adoption date of plan provision

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

    ii) Effective date of plan

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

19a    Has the plan been involved in a spin-off or other transfer of assets or liabilities within the 36-month period immediately preceding the proposed termination date?

      Yes ☐    No ☒

b    If "Yes", have the requirements set forth in the Guidelines been satisfied?

      Yes ☐    No ☐    N/A ☒

i)   If "Yes", enter date, or latest date, a description of the transaction(s) was issued to participants in the ongoing plan.    N/A

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

ii)   If "Yes", enter date, or latest date, notices of plan benefits were issued to participants in the ongoing plan.    N/A

| Month | Day | Year |
|-------|-----|------|
|       |     |      |

iii)   If "Yes", have annuities been purchased or will annuities be purchased, to provide all benefit liabilities for participants in the ongoing plan at the time of the spin-off?

      Yes ☐    No ☒

c    If you checked "No" or "N/A" in item 19b, attach a statement that describes the transaction(s) and explains why the Guidelines were not, or need not have been, followed.    No transfer or spin-off–Line1

## PART V.   PLAN ADMINISTRATOR CERTIFICATION

I, the Plan Administrator, certify that, to the best of my knowledge and belief:

   - I am implementing the termination of the plan in accordance with all applicable laws and regulations; and

   - the information contained in this filing and made available to the enrolled actuary is true, correct, and complete.

In making this certification, I recognize that knowingly and willfully making false, fictitious, or fraudulent statements to the PBGC is punishable under 18 U.S.C. 1001.

_American Bakers Association Retirement Plan Board of Trustees_

Plan administrator's name (type or print)

_Paul C. Abenante, Secretary_    _3/4/97_

Plan administrator's signature      Paul C. Abenante, Secretary    Date



Schedule REP-S
(PBGC Form 500)

**Designation of Representative**

Approved OMB 1212-0024
Expires 11/01/98

---

## PART I. IDENTIFYING INFORMATION

1  Plan name  American Bakers Association Retirement Plan/Gulf Coast Snacks

2  Employer identification and plan numbers   7 6 0 3 5 5 5 2 6   0 0 1
   Enter 9 digit EIN          Enter 3 digit PN

3  Plan administrator

   - Paul C. Abenante., Secretary
   Name
   American Bakers Association Retirement Plan
   Company
   1350 I Street, Suite 1290
   Address          (number and street)
   Washington,          DC      20005    Telephone number 202 \ 789-0300
   City or town          State    Zip Code          Area code

---

## PART II. DESIGNATION OF REPRESENTATIVE(S)

4  I, Paul C. Abenante for Board      , plan administrator of the above-named pension plan,
   hereby appoint the following representative(s) to act on my behalf before the Pension Benefit Guaranty
   Corporation on all matters (other than those specifically excluded below) relating to the termination of the
   above-named pension plan:

5  Representative(s)

a  Anne H.S. Fraser, Esquire
   Name
   Seymour & Scherr
   Company
   815 Connecticut Ave., NW  Suite 500
   Address          (number and street)
   Washington,          DC      20006    Telephone number 202\ 833-5555
   City or town          State    Zip Code          Area code

b  _____
   Name
   _____
   Company
   _____
   Address          (number and street)
   _____    Telephone number ____ \ _____
   City or town          State    Zip Code          Area code

6    Matters excluded (list any specific acts with respect to the plan termination that you are excluding from
     the acts otherwise authorized in this designation): _____

     _____

     _____

     _____

---

## PART III.  RETENTION/REVOCATION OF PRIOR DESIGNATION(S)

7a    Have you filed any prior designation(s)          b    If "Yes", do you want any such prior designation(s)
      of representative for this termination?                of representative to remain in effect?  (Attach a copy
                                                             of all prior designations that are to remain in effect.)

         Yes ☒    No ☐                                        Yes ☒    No ☐

---

## PART IV.  SIGNATURE OF PLAN ADMINISTRATOR

Note:  The PBGC will not accept unsigned designations.

In executing this document, I certify that the foregoing is true and correct, and recognize that knowingly and willfully making
false, fictitious, or fraudulent statements to the PBGC is punishable under 18 U.S.C. 1001.

_____          _____     Secretary to Board of Trustees
Signature                                   Date             American Bakers Association
Paul C. Abenante                                             Title (if applicable)  Retirement Plan
Type or print name

_____          2-19-97          Bob Boblitt, Agent, Gulf Coast
Signature                                   Date             Title (if applicable)  Snacks, Inc.
Bob Boblitt
Type or print name

2

Schedule EA-S

# Standard Termination
# Certification of Sufficiency

(PBGC Form 500)

Approved OMB 1212-0036
Expires 12/31/97
84-1128480

**INSTRUCTIONS:** Your filing will be read using optical character recognition. Please type or print using black or dark ink. Mark check boxes with an "X" (☒) or fill completely. Letters and numbers should not touch one another or the boxes.

| Plan name | The Gulf Coast Snacks, Inc./American Bakers Association Retirement Plan |
|---|---|

| 9 digit EIN | 5 2 6 1 1 9 9 7 2 | 3 digit PN | 0 0 1 |
|---|---|---|---|

## PART I. CODE SECTION 412(i) PLANS

1   Is this plan a Code section 412(i) plan?          YES ☐          NO ☒

If "No", the enrolled actuary must complete Part II and Part III. Do NOT complete item 2 or Part IV.

If "Yes", item 2 below and all of Part II must be completed, and either Part III or Part IV must be completed and signed by the plan administrator or enrolled actuary, as appropriate.

2   Enter name (full official name of record) and address of the insurer

| Name | |
|---|---|
| Full Address | |
| City | | State | Zip Code |
| Telephone | | | |
| | Area Code | | |

## PART II. PLAN SUFFICIENCY

3   Proposed distribution date          MM/DD/YYYY   0 4 - 0 1 - 1 9 9 7

4   Is the value of plan assets projected to be sufficient as of the proposed distribution date to provide all benefit liabilities? If "NO", the plan cannot terminate in a standard termination.          YES ☒          NO ☐

5   Estimated value of plan assets as of the proposed distribution date          $ _ , _ _ , 5 0 , 7 9 0

6   Estimated value of benefit liabilities as of the proposed distribution date          $ _ , _ _ , 4 5 , 6 6 4

7   Total amount of residual assets          $ _ , _ _ , 5 , 1 2 6

8   Amount of residual assets to be distributed to the employer          $ _ , _ _ , 5 , 1 2 6

Rev 12/95

# AMERICAN BAKERS ASSOCIATION

### Analysis of contributions, expenses, benefit payments and investment income for 14010

### FROM: October 1,1989 through  April 1, 1997

DEPT: 14010

|                   | 9/30/88  | 9/30/92  | 9/30/96  |
|-------------------|----------|----------|----------|
| CONTRIBUTIONS     |          | 9512.00  | 0.00     |
| ADM EXPENSES      |          | 2282.88  | 0.00     |
| BFT PAYMENTS      |          | 0.00     | 0.00     |
| INVESTMENT YIELD  |          | 1100.32  | 2070.83  |
| CAPITAL ADJ       |          | 845.29   | 1793.35  |
| FUND AS OF        | 0.00     | 24897.95 | 41722.08 |

|                   | 9/30/89  | 9/30/93  | 4/1/97   |
|-------------------|----------|----------|----------|
| CONTRIBUTIONS     | 3540.00  | 5184.00  | 0.00     |
| ADM EXPENSES      | 715.08   | 1187.14  | 0.00     |
| BFT PAYMENTS      | 0.00     | 0.00     | 0.00     |
| INVESTMENT YIELD  | 103.25   | 1315.23  | 1141.10  |
| CAPITAL ADJ       | 80.16    | 1360.01  | 988.20   |
| FUND AS OF        | 3008.33  | 31570.06 | 43851.37 |

|                   | 9/30/90  | 9/31/94  |
|-------------------|----------|----------|
| CONTRIBUTIONS     | 6630.00  | 832.00   |
| ADM EXPENSES      | 1478.49  | 255.42   |
| BFT PAYMENTS      | 0.00     | 0.00     |
| INVESTMENT YIELD  | 349.01   | 1299.82  |
| CAPITAL ADJ       | 82.70    | 905.17   |
| FUND AS OF        | 8591.55  | 34351.62 |

|                   | 9/30/91  | 9/30/95  |
|-------------------|----------|----------|
| CONTRIBUTIONS     | 7296.00  | 0.00     |
| ADM EXPENSES      | 1408.13  | 0.00     |
| BFT PAYMENTS      | 0.00     | 0.00     |
| INVESTMENT YIELD  | 725.58   | 1879.03  |
| CAPITAL ADJ       | 518.22   | 1627.25  |
| FUND AS OF        | 15723.22 | 37857.91 |

* MARKET VALUE IS       50,789.58

9  Amount of residual assets to be distributed to
   participants and beneficiaries

$ | | , | | | | , | | | | , | | | | 0 |

10  Has the plan ever required employee contributions?    YES ☐    NO ☒

11  If the amount in item 8 is $1 million or more and if any benefits are to be distributed other than through the
    purchase of annuity contracts, attach a statement showing interest rate/structure used to value the benefits.

## PART III.  ENROLLED ACTUARY CERTIFICATION

I, the Enrolled Actuary, certify that:

- I have reviewed all plan documents and plan and participant data, and applied all relevant provisions of
  ERISA, the Code, and the regulations promulgated thereunder;

- To the best of my knowledge and belief, this plan's assets equal or exceed the value of the plan's benefit
  liabilities as of the proposed distribution date; and

- To the best of my knowledge and belief, the information contained in this schedule is true, correct, and complete.

In making this certification, I recognize that knowingly and willfully making false, fictitious, or fraudulent statements
to the PBGC is punishable under 18 U.S.C. 1001.

| | |
|---|---|
| Enrolled Actuary's Name (type or print) | Robert D. Krinsky |
| Enrollment Number | 93-618 |
| Company | The Segal Company |
| Full Address | One Park Ave |
| City | New York |

State  N Y    Zip Code  1 0 0 1 6

Telephone  2 1 2 - 2 5 1 - 5 0 0 0
Area Code

Enrolled actuary's signature

Date  2/27/97

## PART IV.  PLAN ADMINISTRATOR CERTIFICATION FOR CODE SECTION 412(i) PLANS

I, the Plan Administrator, certify that, to the best of my knowledge and belief:

- This plan complies with section 412(i) of the Code and the regulations promulgated thereunder;

- I have reviewed all plan documents and plan and participant data, and applied all relevant provisions of ERISA,
  the Code, and the regulations promulgated thereunder;

- This plan's assets equal or exceed the value of the plan's benefit liabilities as of the proposed distribution date; and

- The information contained in this schedule is true, correct, and complete.

In making this certification, I recognize that knowingly and willfully making false, fictitious, or fraudulent statements
to the PBGC is punishable under 18 U.S.C. 1001.

| | |
|---|---|
| Plan Administrator's Name (type or print) | |

Plan administrator's signature                    Date

AMERICAN BAKERS ASSOCIATION

TERMINATION STUDY @12/1/96 WITH DISTRIBUTION DATE OF 4/1/97 FOR GULF COAST SNACKS

THE FOLLOWING SUMMARIZES THE RESULTS OF OUR CALCULATIONS.
THE ASSUMPTIONS USED ARE AS FOLLOWS:

1.  INTEREST - 4.50% PBGC IMMED & DEF RATES 100% GAM71 MALE .

2.  MARKET VALUE IS 115.82% OF ACTUARIAL VALUE. ASSETS FOR 4/1/97 DERIVED FROM SEGAL
    ADVISOR'S REPORT AS OF 3/31/96
    THE ADMINISTRATIVE EXPENSE, INVESTMENT YIELD AND CAPITAL ADJUSTMENT FOR
    9/30/96 WERE ASSUMED TO BE THE SAME AS YEAR END 9/30/95, AND PRORATED FOR
    6 MONTHS FOR THE 97 PERIOD.

3.  ACTIVES - USING ASSUMED AVERAGE AGE OF 44.5291 FOR MISSING DATE OF BIRTH
    OR ANY UNREASONABLE DATE OF BIRTH.

4.  FOR SERVICE PRIOR TO OCTOBER 1, 1994 THE MULTIPLIER IS $61; FOR SERVICE
    AFTER OCTOBER 1, 1994 IT IS $57.

| ER # | ACTIVE LIABILITIES | ASSETS | LIABILITIES OVER ASSETS |
|------|--------------------|--------|-------------------------|
| 14010 | $45,664.18 | $50,789.58 | ($5,125.40) |

# SEYMOUR & SCHERR

A PROFESSIONAL LIMITED LIABILITY COMPANY

ATTORNEYS AT LAW
815 CONNECTICUT AVENUE, N.W.
SUITE 500
WASHINGTON, D.C. 20006-4004

LESLIE SCHERR, P.C. (DC, NY)
SAMUEL H. SEYMOUR, P.C. (DC)

(202) 833-5555
FACSIMILE (202) 785-5041

OF COUNSEL:
ALLAN S. HOFFMAN (DC)
ANNE H.S. FRASER (DC, MD)
HARVEY SCHWEITZER, (MD,DC)
LAYLA A. HOGAN (DC, VA)

February 27, 1998

Pension Benefit Guaranty Corporation
Standard Processing and Control Branch
1200 K Street, N.W.
Suite 930
Washington, D.C. 20005-4026

Re: Gulf Coast Snacks, Inc./American Bakers Association
Retirement Plan
PBGC Case No.:17749100

Dear Sir or Madam:

    Enclosed please find the Post Distribution Certification and
accompanying Schedule MP with attachments A and B.

    Please call if you have any questions.

                              Sincerely,

                              Anne H.S. Fraser

Enclosures



**PBGC Form 501**

# Post-Distribution Certification
# for Standard Termination

Approved OMB 1212-0036
Expires 12/31/97

**INSTRUCTIONS:** Your filing will be read using optical character recognition. Please type or print using black or dark ink. Mark check boxes with an "X" (☒) or fill completely. Letters and numbers should not touch one another or the boxes.

The plan administrator must file this form with the Pension Benefit Guaranty Corporation no later than 30 days after distribution of assets is completed.

For plans covered by the Missing Participants Program (see instructions):    ☒ Preliminary Filing
☐ Amended Filing

## PART I. DISTRIBUTION INFORMATION

1  Plan name    | GULF COAST SNACKS, INC./AMERICAN BAKERS ASSOCIATION |

2  Employer identification and plan numbers    9 digit EIN  7 6 0 3 5 5 5 2 6    3 digit PN  0 0 1

3  PBGC Case number    8 digit Case #  1 7 7 4 9 1 0 0

4  Date of distribution    MM/DD/YYYY  1 2 - 3 1 - 1 9 9 7

5a  Were some or all of the benefits distributed through the purchase of irrevocable commitments from an insurer?    YES ☐    NO ☒

b  If "Yes", were participants and beneficiaries provided with the name and address of the insurer(s) no later than 45 days before the date of distribution?    YES ☐    NO ☐

6  Were you able to locate all participants? If "No", see instructions.    YES ☐    NO ☒

7a  Has a copy of the annuity contract, certificate, or written notice been provided to each participant and beneficiary receiving benefits in the form of an irrevocable commitment?    YES ☐    NO ☐    N/A ☒

b  If "Yes", enter date, or latest date, annuity contracts, certificates, or written notices were provided to participants and beneficiaries:    MM/DD/YYYY  ☐☐ - ☐☐ - ☐☐☐☐

8  Insurer(s) (full official name of record), if any, from whom annuity contracts have been purchased

| Insurer Name (type or print) | |
|---|---|
| Full Address | |
| City | |
| Annuity contract number(s) | State | Zip Code |

| Insurer Name (type or print) | |
|---|---|
| Full Address | |
| City | |
| Annuity contract | State | Zip Code |



PBGC Form 501

## Post-Distribution Certification
## for Standard Termination

Approved OMB 1212-0036
Expires 12/31/95

The plan administrator must file this form with the Pension Benefit Guaranty Corporation no later than 30 days after distribution of assets is completed.

---

## PART I. DISTRIBUTION INFORMATION

1   Plan name    American Bakers Association Retirement Plan Gulf Coast Snacks, In

2   Employer identification and plan numbers   | 7 | 6 | 0 | 3 | 5 | 5 | 2 | 6 |   | 0 | 0 | 1 |
Enter 9 digit EIN      Enter 3 digit PN

3   PBGC Case number    17749100

4   Date of distribution   | 12 | 14 | 97 |
Month Day Year

5a   Were some or all of the benefits distributed through the purchase of irrevocable commitments from an insurer?

Yes ☐   No ☒

b   If "Yes", were participants and beneficiaries provided with the name and address of the insurer(s) no later than 45 days before the date of distribution?

Yes ☐   No ☐

6a   Were you able to locate all participants?

Yes ☐   No ☒

b   If "No", were irrevocable commitments purchased or monies deposited, as required?

Yes ☒   No ☐

7a   Has a copy of the annuity contract, certificate, or written notice been provided to each participant and beneficiary receiving benefits in the form of irrevocable commitments?

Yes ☐   No ☐   N/A ☒

b   If "Yes", enter date, or latest date, annuity contracts, certificates, or written notices were issued to participants and beneficiaries:

| | | |
Month Day Year

8   Name and address of insurer(s), if any, from whom annuity contracts have been purchased

N/A
Name

Address                        (number and street)

City or town                        State        Zip Code

Annuity contract number(s)

Name

Address                        (number and street)

City or town                        State        Zip Code

Annuity contract number(s)



**Designation of Representative**

Schedule REP-S
(PBGC Form 500)

Approved OMB 1212-0024
Expires 12/31/95

---

## PART I. IDENTIFYING INFORMATION

**1**    Plan name   American Bakers Association Retirement Plan/ Gulf CoastSnacks, I

**2**    Employer identification and plan numbers   | 7 | 6 | 0 | 3 | 5 | 5 | | 2 | 6 |   | 0 | 0 | 1 |
        Enter 9 digit EIN                   Enter 3 digit PN

**3**    Plan administrator

Board of Trustees, American Bakers Association Retirement Plan/Secretar
__Name__                                       Paul C. Abenante

1350 I Street, N.W., Suite 1290
__Company__

Washington, D.C. 20005             Telephone number 202 \ 789-0300
__Address__       (number and street)

__City or town__                 __State__      __Zip Code__                 __Area code__

---

## PART II. DESIGNATION OF REPRESENTATIVE(S)

**4**    I,   Paul C. Abenante for Board plan administrator of the above-named pension plan,
hereby appoint the following representative(s) to act on my behalf before the Pension Benefit Guaranty
Corporation on all matters (other than those specifically excluded below) relating to the termination of the
above-named pension plan:

**5**    Representative(s)

**a.**    Anne H.S. Fraser, Esquire
__Name__

Seymour & Scherr
__Company__

815 Connecticut Ave., NW, Suite 500
__Address__       (number and street)

Washington, DC     20006            Telephone number 202 \ 833-5555
__City or town__                __State__      __Zip Code__                __Area code__

**b**   
__Name__

__Company__

__Address__       (number and street)

                                    Telephone number \
__City or town__                __State__      __Zip Code__                __Area code__



**Schedule MP**
(to Forms 501 and 602)

Approved OMB 1212-0036
Expires 12/31/97

# Missing Participant Information

**INSTRUCTIONS:** Your filing will be read using optical character recognition. Please type or print using black or dark ink. Mark check boxes with an "X" (☒) or fill completely. Letters and numbers should not touch one another or the boxes.

Example: [1][2] - [0][8] - [1][9][9][6]  or  [WASHINGTON] , [D][C]

Plan administrators must file this form with Form 501 or Form 602 if the plan purchased irrevocable commitments for one or more missing participants or is paying amounts to PBGC for one or more missing participants. (See instructions for plans required to file.)

## 1. PLAN IDENTIFICATION INFORMATION

Check here if you previously filed a Schedule MP for this plan    ☐

a    Plan name    Gulf Coast Snacks, Inc./American Bakers Association

b    Employer identification and plan numbers

9 digit EIN    [7][6][0][3][5][5][5][2][6]

3 digit PN    [0][0][1]

c    PBGC Case number    [1][7][7][4][9][1][0][0]

## 2. MISSING PARTICIPANT INFORMATION

a    Number of missing participants for whom irrevocable commitments were purchased    [ ] , [ ][ ][0]

b    Number of missing participants for whom amounts are paid to PBGC    [ ] , [ ][ ][2]

c    Deemed distribution date    MM/DD/YYYY    [1][2] - [3][1] - [1][9][9][7]

## 3. AMOUNTS PAID TO PBGC

a    Total designated benefits    $ [ ] , [ ][5] , [6][7][6] . [7][8]

b    Other amounts payable for missing participants (see instructions)    **+**    $ [ ] , [ ][ ] , [ ][ ][0] . [ ][ ]

c    Total amount paid to PBGC (line 3a + line 3b)    $ [ ] , [ ][5] , [6][7][6] . [7][8]

**DO NOT SEND PAYMENT WITH THIS FORM.**
**SEND PAYMENT TO PBGC'S LOCKBOX WITH MISSING PARTICIPANT PAYMENT VOUCHER.**

*(Complete certifications on page 2.)*

MP-**2**

## PLAN ADMINISTRATOR CERTIFICATION

I, the Plan Administrator, certify that:

Any diligent searches required under 29 CFR § 2629.4 have been made.

To the best of my knowledge and belief, the information contained in this filing is true, correct, and complete.

In making this certification, I recognize that knowingly and willfully making false, fictitious, or fraudulent statements to the PBGC is punishable under 18 U.S.C. 1001.

| | |
|---|---|
| Name of plan administrator | Board of Trustees, by its Secretary, Paul C. Abenante |
| Company | American Bakers Association Retirement PLan |
| Full Address | 1350  Eye Street, N.W., Suite 1290 |
| City | Washington — State: D C — Zip code: 2 0 0 0 5 |
| Telephone | 2 0 2 - 7 8 9 - 0 3 0 0 |

Area Code

*Paul C. Abenante* (signature)    Date: 2/27/98

Plan administrator's signature    Date

| | |
|---|---|
| Name of individual who signs | Paul C. Abenante |

Type or print

## ENROLLED ACTUARY CERTIFICATION

(Not required if all benefits for all missing participants are distributed through the purchase of irrevocable commitments from an insurer)

I, the Enrolled Actuary, certify that:

To the best of my knowledge and belief, the actuarial information contained in this filing is true, correct, and complete and the designated benefits and/or other amounts payable for missing participants (other than recently-missing participants for whom amounts have not yet been paid) have been calculated in accordance with applicable provisions of the Employee Retirement Income Security Act (ERISA) and the regulations thereunder.

In making this certification, I recognize that knowingly and willfully making false, fictitious, or fraudulent statements to the PBGC is punishable under 18 U.S.C. 1001.

| | |
|---|---|
| Enrolled Actuary's Name | Robert D. Krinsky |
| Enrollment No. | 96-618 |
| Enrolled Actuary's Company | The Segal Company |
| Full Address | One Park Avenue |
| City | New York, — State: N Y — Zip Code: 1 0 0 1 6 |
| Telephone | 2 1 2 - 2 5 1 - 5 0 1 1 |

Area Code

*Robert D. Krinsky* (signature)    Date: 2/25/98

Enrolled Actuary's signature    Date

# Attachment B
## (to Schedule MP)

Approved OMB 1212-0036
Expires 12/31/97

# Missing Participant
# Individual Information

**INSTRUCTIONS: Your filing will be read using optical character recognition. Please type or print using black or dark ink. Mark check boxes with an "X" (☒) or fill completely. Letters and numbers should not touch one another or the boxes.**

Plan administrators must file Attachment B for each missing participant for whom an amount is paid to PBGC. If requested information is not available, write "N/A" in the space provided.

Number | 0 | 0 | 2 | of | 0 | 0 | 2 | Attachments B

## PLAN IDENTIFICATION INFORMATION

**Check here if you previously filed an Attachment B for this individual** ☐

Plan name | Gulf Coast Snacks, Inc./American Bakers Association

Employer identification and plan numbers

9 digit EIN | 7 6 0 3 5 5 5 2 6

3 digit PN | 0 0 1

PBGC Case number | 1 8 1 4 7 0 0

## IDENTIFICATION OF MISSING PARTICIPANT

1a  Name | Last Thornton | First Milton | MI

b  Social Security Number | 4 6 1 - 6 0 - 2 9 1 5

c  Last-known address | 13311 Lyndonville  #604

Houston | City | T X | State | 7 7 0 4 1 | Zip Code

d  Date of Birth | 0 4 - 0 2 - 1 9 4 1
MM/DD/YYYY

e  Sex | ☒ Male   ☐ Female

f  Maiden Name or other name(s) ever used | None known

g  Status (check one) | ☒ 1. Participant   ☐ 2. Spouse   ☐ 3. Alternate Payee (Attach copy of QDRO)   ☐ 4. Other Beneficiary

MPA- **2**

## 3. LIST OF ANNUITIZED MISSING PARTICIPANTS

Missing Participant | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Spouse or Beneficiary | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Certificate Number | 

---

Missing Participant | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Spouse or Beneficiary | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Certificate Number | 

---

Missing Participant | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Spouse or Beneficiary | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Certificate Number | 

---

Missing Participant | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Spouse or Beneficiary | Last | First | MI
Social Security Number | ⬚⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚ | Date of Birth MM/DD/YYYY ⬚⬚ - ⬚⬚ - ⬚⬚⬚⬚

Certificate Number |

Missing Participant's Social Security No.  4 6 1 - 6 0 - 2 9 1 5     MPB-**2**

## AMOUNTS PAID TO PBGC

2a  Designated benefit

$ [ ][ ][ 4 ],[ 4 ][ 3 ][ 5 ].[ 0 ][ 4 ]

Missing Participant's Designated Benefit
Category (check one only)



[ ] 1. Mandatory lump sum     [ ] 2. De minimis lump sum

[X] 3. No lump sum     [ ] 4. Elective lump sum

b  Other amounts paid, if any (line 6f + line 7a)

**+** $ [ ][ ][ ].[ ][ O ].[ ][ ]

c  Total amount paid to PBGC (line 2a + line 2b)
   Pay this amount.

$ [ ][ ][ 4 ],[ 4 ][ 3 ][ 5 ].[ 0 ][ 4 ]

---

*Continuation Instructions for Items 3, 4 and 5:*

- *Complete item 3 or 4 or 5 (one only).*
  - *For a missing participant whose benefit was not in pay status as of the deemed distribution date: complete item 3 for a participant or item 4 for a beneficiary (including a spouse or alternate payee).*
  - *Complete item 5 for a missing participant whose benefit was in pay status as of the deemed distribution date.*
- *After completing 3 or 4 or 5, complete items 6-8 (if applicable).*

---

3  For a participant who is missing and whose benefit was not in pay status as of the deemed distribution date,
   provide the following information.
   **If you checked category 1 in item 2a above, complete item 3a below and skip to item 6.**

a  Last-known spouse's name



| Last  None known | First | MI |
|---|---|---|

Social Security Number  [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ]

b  Did the participant and last-known spouse waive
   the QPSA provided under the plan?
   If yes, attach waiver.

YES [ ]     NO [X]     N/A [ ]

c  Spouse's earliest possible QPSA annuity starting
   date under the plan (or deemed distribution date,
   if later).  If the QPSA is payable immediately upon
   the participant's death, enter the deemed
   distribution date.)

MM/DD/YYYY  [ 1 ][ 2 ] - [ 3 ][ 1 ] - [ 1 ][ 9 ][ 9 ][ 7 ]

d  Participant's earliest early retirement date (or the
   deemed distribution date, if later).

MM/DD/YYYY  [ 0 ][ 5 ] - [ 0 ][ 1 ] - [ 2 ][ 0 ][ 0 ][ 6 ]

Missing Participant's Social Security No.  4 6 1 - 6 0 - 2 9 1 5     **MPB-3**

e    Automatic annuity form of retirement benefit that would be payable with respect to the participant under the plan.
Note: Provide the benefit forms for both married and unmarried participants regardless of the participant's
last-known marital status.

**MARRIED PARTICIPANT**

Code from table on page 6 in instructions:    0 5

| If you entered: | Provide this information: | |
|---|---|---|
| Code 5 or 6 | Survivor percentage: | 5 0 % |
| Code 2, 3 or 6 | Number of monthly payments in period certain: | |
| Code 4 | Temporary annuity period: | |

If you entered code 10, "Other benefit form", describe the form:

**UNMARRIED PARTICIPANT**

Code from table on page 6 in instructions:    0 1

| If you entered: | Provide this information: | |
|---|---|---|
| Code 5 or 6 | Survivor percentage: | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain: | |
| Code 4 | Temporary annuity period: | |

If you entered code 10, "Other benefit form", describe the form:

4    For a beneficiary (including a participant's spouse or alternate payee) who is missing and whose benefit was not
in pay status as of the deemed distribution date, complete the following:

a    Form of benefit to which the beneficiary or alternate payee is entitled.

Code from table on page 6 in instructions:

| If you entered: | Provide this information: | |
|---|---|---|
| Code 5 or 6 | Survivor percentage: | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain: | |
| Code 4 | Temporary annuity period: | |

If you entered code 10, "Other benefit form", describe the form:

b    Earliest date the beneficiary or alternate
payee could commence receiving benefits
(or the deemed distribution date, if later).    MM/DD/YYYY