**Missing Participant's Social Security No.** 4 6 I - 6 0 - 2 9 1 5    **MPB-4**

5    For a participant or a beneficiary (including a participant's spouse or alternate payee) who is missing and whose benefit was in pay status as of the deemed distribution date, complete the following:

a    Form of benefit that was in pay status.  (Attach a copy of form election, if any.)

Code from table on page 6 in instructions: ☐☐

| If you entered: | Provide this information: | | | |
|---|---|---|---|---|
| Code 5 or 6 | Survivor percentage: | | ☐☐☐ | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain remaining as of deemed distribution date: | | ☐☐☐ | |
| Code 4 | Temporary annuity period remaining as of the deemed distribution date (in months): | | ☐☐☐ | |
| Code 7 or 8 | Fixed sum remaining as of the deemed distribution date: | $ ☐☐ , ☐☐☐ . ☐☐ | | |

If you entered code 10, "Other benefit form", describe the form below:

And provide (as applicable):

Date of first missed monthly payment    MM/DD/YYYY ☐☐ - ☐☐ - ☐☐☐☐

Amount of first missed monthly payment    $ ☐☐☐ , ☐☐☐ . ☐☐

Plan interest rate for missed payments    ☐☐ . ☐☐ %

b    Missing participant's beneficiaries, if any.  (Attach a copy of beneficiary designation form, if any.)

| Name | Last | First | MI |
|---|---|---|---|
| Relationship | (e.g., spouse, child, estate, etc.) | | |
| Social Security Number | ☐☐☐ - ☐☐ - ☐☐☐☐ | | |

| Name | Last | First | MI |
|---|---|---|---|
| Relationship | (e.g., spouse, child, estate, etc.) | | |
| Social Security Number | ☐☐☐ - ☐☐ - ☐☐☐☐ | | |

Missing Participant's Social Security No. | 4 | 6 | 1 | – | 6 | 0 | – | 2 | 9 | 1 | 5 |

**MPB-5**

6    Employee Contributions    N/A

Complete lines, a, b and c if any part of the missing participant's designated benefit is attributable to **mandatory** employee contributions.

a    Mandatory employee contributions    $ ☐☐☐ , ☐☐☐ . ☐☐

b    Interest credited to the deemed distribution date    **+** $ ☐☐☐ , ☐☐☐ . ☐☐

c    Total (line 6a + 6b)    $ ☐☐☐ , ☐☐☐ . ☐☐

Complete lines, d, e and f if any additional amount is being paid to PBGC for **voluntary** employee contributions held in a separate account.

d    Voluntary employee contributions    $ ☐☐☐ , ☐☐☐ . ☐☐

e    Earnings credited to the date sent to PBGC    **+** $ ☐☐☐ , ☐☐☐ . ☐☐

f    Total (line 6d + 6e)    $ ☐☐☐ , ☐☐☐ . ☐☐

g    Date voluntary employee contributions sent to PBGC    MM/DD/YYYY    ☐☐ – ☐☐ – ☐☐☐☐

7    Residual Assets    N/A

Complete lines a and b if any amount is being paid to PBGC for the missing participant's share of residual assets.

a    Missing participant's share of residual plan assets being sent to PBGC    $ ☐☐☐ , ☐☐☐ . ☐☐

b    Date residual assets are sent to PBGC    MM/DD/YYYY    ☐☐ – ☐☐ – ☐☐☐☐

8    Attached Documents    N/A

Check document(s) attached:

a    Waiver of Qualified Pre-retirement Survivor Annuity (QPSA)    a ☐

b    Election of optional benefit form    b ☐

c    Designation(s) of beneficiary    c ☐

d    Qualified Domestic Relations Order(s) (QDRO)    d ☐

**Attachment B**
(to Schedule MP)

Approved OMB 1212-0036
Expires 12/31/97

# Missing Participant
# Individual Information

> **INSTRUCTIONS:** Your filing will be read using optical character recognition. Please type or print using black or dark ink.  Mark check boxes with an "X" (☒) or fill completely.  Letters and numbers should not touch one another or the boxes.

Plan administrators must file Attachment B for each missing participant for whom an amount is paid to PBGC.  If requested information is not available, write "N/A" in the space provided.

Number | 0 | 0 | 1 | of | 0 | 0 | 2 | Attachments B

## PLAN IDENTIFICATION INFORMATION

Check here if you previously filed an Attachment B
for this individual                                              ☐

Plan name | Gulf Coast Snacks, Inc./American Bakers Association

Employer identification and plan numbers

9 digit EIN | 7 | 6 | 0 | 3 | 5 | 5 | 5 | 2 | 6

3 digit PN | 0 | 0 | 1

PBGC Case number | 1 | 8 | 1 | 4 | 7 | 0 | 0

## IDENTIFICATION OF MISSING PARTICIPANT

1a   Name | Last   Ward | First   Thomas | MI

b   Social Security Number | 4 | 6 | 1 | - | 5 | 5 | - | 1 | 6 | 4 | 1

c   Last-known address | 10925 Beamer Road

Houston | State  T X | Zip Code  7 7 0 8 9

City

d   Date of Birth | 0 | 1 | - | 2 | 3 | - | 1 | 9 | 6 | 6

MM/DD/YYYY

e   Sex | ☒ Male | ☐ Female

f   Maiden Name or other name(s) ever used | None known

g   Status (check one) | ☒ 1. Participant | ☐ 2. Spouse | ☐ 3. Alternate Payee (Attach copy of QDRO) | ☐ 4. Other Beneficiary

Missing Participant's Social Security No.  | 4 | 6 | 1 | - | 5 | 5 | - | 1 | 6 | 4 | 1 |    **MPB-2**

## AMOUNTS PAID TO PBGC

2a  Designated benefit

$ | | | 1 | , | 2 | 4 | 1 | . | 7 | 4 |

Missing Participant's Designated Benefit
Category (check one only)

[X] 1. Mandatory lump sum    [ ] 2. De minimis lump sum

[ ] 3. No lump sum    [ ] 4. Elective lump sum

b  Other amounts paid, if any (line 6f + line 7a)

**+** $ | | | , | | | 0 | . | | |

c  Total amount paid to PBGC (line 2a + line 2b)
Pay this amount.

$ | | | 1 | , | 2 | 4 | 1 | . | 7 | 4 |

---

*Continuation Instructions for Items 3, 4 and 5:*

- *Complete item 3 or 4 or 5 (one only).*
  - *For a missing participant whose benefit was not in pay status as of the deemed distribution date:  complete item 3 for a participant or item 4 for a beneficiary (including a spouse or alternate payee).*
  - *Complete item 5 for a missing participant whose benefit was in pay status as of the deemed distribution date.*
- *After completing 3 or 4 or 5, complete items 6-8 (if applicable).*

---

3  For a participant who is missing and whose benefit was not in pay status as of the deemed distribution date, provide the following information.
   **If you checked category 1 in item 2a above, complete item 3a below and skip to item 6.**

a  Last-known spouse's name

| Last    None known | First | MI |

Social Security Number  | | | | - | | | - | | | | |

b  Did the participant and last-known spouse waive the QPSA provided under the plan?
   If yes, attach waiver.

YES [ ]    NO [ ]    N/A [ ]

c  Spouse's earliest possible QPSA annuity starting date under the plan (or deemed distribution date, if later).  If the QPSA is payable immediately upon the participant's death, enter the deemed distribution date.)

MM/DD/YYYY | | | - | | | - | | | | |

d  Participant's earliest early retirement date (or the deemed distribution date, if later).

MM/DD/YYYY | | | - | | | - | | | | |

Missing Participant's Social Security No. | 4 | 6 | 1 | - | 5 | 5 | - | 1 | 6 | 4 | 1 |

**MPB-3**

e   Automatic annuity form of retirement benefit that would be payable with respect to the participant under the plan.
Note: Provide the benefit forms for both married and unmarried participants regardless of the participant's
last-known marital status.

**MARRIED PARTICIPANT**

Code from table on page 6 in instructions:

| If you entered: | Provide this information: | |
|---|---|---|
| Code 5 or 6 | Survivor percentage: | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain: | |
| Code 4 | Temporary annuity period: | |

| If you entered code 10, "Other benefit form", describe the form: | |
|---|---|

**UNMARRIED PARTICIPANT**

Code from table on page 6 in instructions:

| If you entered: | Provide this information: | |
|---|---|---|
| Code 5 or 6 | Survivor percentage: | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain: | |
| Code 4 | Temporary annuity period: | |

| If you entered code 10, "Other benefit form", describe the form: | |
|---|---|

4   For a beneficiary (including a participant's spouse or alternate payee) who is missing and whose benefit was not
in pay status as of the deemed distribution date, complete the following:

a   Form of benefit to which the beneficiary or alternate payee is entitled.

Code from table on page 6 in instructions:

| If you entered: | Provide this information: | |
|---|---|---|
| Code 5 or 6 | Survivor percentage: | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain: | |
| Code 4 | Temporary annuity period: | |

| If you entered code 10, "Other benefit form", describe the form: | |
|---|---|

b   Earliest date the beneficiary or alternate
payee could commence receiving benefits
(or the deemed distribution date, if later).

MM/DD/YYYY | | - | | - | | |

Missing Participant's Social Security No. [4] [6] [1] - [5] [5] - [1] [6] [4] [1]   **MPB-4**

5   For a participant or a beneficiary (including a participant's spouse or alternate payee) who is missing and whose benefit was in pay status as of the deemed distribution date, complete the following:

a   Form of benefit that was in pay status.  (Attach a copy of form election, if any.)

Code from table on page 6 in instructions: [  ] [  ]

| If you entered: | Provide this information: | | |
|---|---|---|---|
| Code 5 or 6 | Survivor percentage: | [ ][ ][ ] | % |
| Code 2, 3 or 6 | Number of monthly payments in period certain remaining as of deemed distribution date: | [ ][ ][ ] | |
| Code 4 | Temporary annuity period remaining as of the deemed distribution date (in months): | [ ][ ][ ] | |
| Code 7 or 8 | Fixed sum remaining as of the deemed distribution date: | $ [ ][ ][ ] , [ ][ ][ ] . [ ][ ] | |

If you entered code 10, "Other benefit form", describe the form below:

[                                                                      ]

And provide (as applicable):

Date of first missed monthly payment   MM/DD/YYYY   [ ][ ] - [ ][ ] - [ ][ ][ ][ ]

Amount of first missed monthly payment   $ [ ][ ] , [ ][ ][ ] . [ ][ ]

Plan interest rate for missed payments   [ ][ ] . [ ][ ] %

b   Missing participant's beneficiaries, if any.  (Attach a copy of beneficiary designation form, if any.)

| Name | Last | First | MI |
|---|---|---|---|
| Relationship | (e.g., spouse, child, estate, etc.) | | |
| Social Security Number | [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ] | | |

| Name | Last | First | MI |
|---|---|---|---|
| Relationship | (e.g., spouse, child, estate, etc.) | | |
| Social Security Number | [ ][ ][ ] - [ ][ ] - [ ][ ][ ][ ] | | |

Missing Participant's Social Security No.  | 4 | 6 | 1 | - | 5 | 5 | - | 1 | 6 | 4 | 1 |      **MPB-5**

---

6    Employee Contributions          N/A

Complete lines, a, b and c if any part of the missing participant's designated benefit is attributable to **mandatory** employee contributions.

a    Mandatory employee contributions          $ ☐☐☐ , ☐☐☐ . ☐☐

b    Interest credited to the deemed distribution date     **+**   $ ☐☐☐ , ☐☐☐ . ☐☐

c    Total (line 6a + 6b)          $ ☐☐☐ , ☐☐☐ . ☐☐

Complete lines, d, e and f if any additional amount is being paid to PBGC for **voluntary** employee contributions held in a separate account.

d    Voluntary employee contributions          $ ☐☐☐ , ☐☐☐ . ☐☐

e    Earnings credited to the date sent to PBGC     **+**   $ ☐☐☐ , ☐☐☐ . ☐☐

f    Total (line 6d + 6e)          $ ☐☐☐ , ☐☐0 . ☐☐

g    Date voluntary employee contributions sent to PBGC     MM/DD/YYYY   ☐☐ - ☐☐ - ☐☐☐☐

---

7    Residual Assets          N/A

Complete lines a and b if any amount is being paid to PBGC for the missing participant's share of residual assets.

a    Missing participant's share of residual plan assets being sent to PBGC          $ ☐☐☐ , ☐☐☐ . ☐☐

b    Date residual assets are sent to PBGC     MM/DD/YYYY   ☐☐ - ☐☐ - ☐☐☐☐

---

8    Attached Documents          N/A

Check document(s) attached:

a    Waiver of Qualified Pre-retirement Survivor Annuity (QPSA)          a ☐

b    Election of optional benefit form          b ☐

c    Designation(s) of beneficiary          c ☐

d    Qualified Domestic Relations Order(s) (QDRO)          d ☐

**MPB-5**

Missing Participant's Social Security No.    4  6  1  -  5  5  -  1  6  4  1

---

6    Employee Contributions                     N/A

Complete lines, a, b and c if any part of the missing participant's designated benefit is attributable to **mandatory** employee contributions.

a    Mandatory employee contributions                   $ ☐☐☐ , ☐☐☐ . ☐☐

b    Interest credited to the deemed distribution date    **+** $ ☐☐☐ , ☐☐☐ . ☐☐

c    Total (line 6a + 6b)                                $ ☐☐☐ , ☐☐☐ . ☐☐

Complete lines, d, e and f if any additional amount is being paid to PBGC for **voluntary** employee contributions held in a separate account.

d    Voluntary employee contributions                    $ ☐☐☐ , ☐☐☐ . ☐☐

e    Earnings credited to the date sent to PBGC     **+** $ ☐☐☐ , ☐☐☐ . ☐☐

f    Total (line 6d + 6e)                                $ ☐☐☐ , ☐☐0 . ☐☐

g    Date voluntary employee contributions sent to PBGC    MM/DD/YYYY    ☐☐ - ☐☐ - ☐☐☐☐

---

7    Residual Assets                           N/A

Complete lines a and b if any amount is being paid to PBGC for the missing participant's share of residual assets.

a    Missing participant's share of residual plan assets being sent to PBGC    $ ☐☐☐ , ☐☐☐ . ☐☐

b    Date residual assets are sent to PBGC    MM/DD/YYYY    ☐☐ - ☐☐ - ☐☐☐☐

---

8    Attached Documents                        N/A

Check document(s) attached:

a    Waiver of Qualified Pre-retirement Survivor Annuity (QPSA)    a ☐

b    Election of optional benefit form                             b ☐

c    Designation(s) of beneficiary                                 c ☐

d    Qualified Domestic Relations Order(s) (QDRO)                  d ☐

ANNE H.S.FRASER, P.C
1501 M STREET, N.W.
SUITE 1150
WASHINGTON, D.C. 20005
202-466-4009
FAX 202 466-4010

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** SANDRA WATERTON | | **Fax:** | 326 4001 |
| **From:** ANNE FRASER | | **Date:** | 12-15-98 |
| **Re:** ABA PLAN | | **Pages:** | 31 |
| **CC:** | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Notes:

In 2 PARTS
16 + 15 pages

ABA Audit Serr - faxed
AF

CONFIDENTIAL

LAW OFFICES
ANNE H.S. FRASER, P.C.
1501 M STREET, N.W.
SUITE 1150
WASHINGTON, D.C. 20005
VOICE (202) 466-4009

DISTRICT OF COLUMBIA AND    FAX (202) 466-4010    OF COUNSEL
MARYLAND BARS    EMAIL AHSFRASER@AOL.COM    RONALD GOLDFARB, ESQ.

December 15, 1998

BY FAX  *326 4001*

Ms. Sandra Waterton, Auditor
Compliance and Audits Branch
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
. 055AWashington, D.C. 20005-4026

Re: American Bakers Association Retirement Plan/
Gulf Coast Snacks, Inc.
PBGC Case No. 18147000
(Letter Dated December 8, 1998)

Dear Ms. Waterton:

In reply to your December 8, 1998 letter, please be advised:

1.    The formula used to calculate the benefits for participants who have not attained age 47 with 15 years of service is: Years of service x 3% x Rate of Contribution ($8.00) x multiplier (61). Please see the "Accrued Benefit" Definition at Page 1 of the Plan. We do not have worksheets reflecting the information you request other than the actuary's spreadsheet, a copy of which is enclosed. The PBGC interest rate was 5.25% as shown on the spreadsheet and the mortality table was the PBGC mortality table.

Because the ABA Plan only credits service for periods during which the employer is making contributions, and contributions for this group by the employer ceased December 31, 1993 when the employer's business ceased operations, no additional service was credited after that date.

2.    Election Forms - attached.

3.    This was the PBGC mortality table.

4.    See attached.

5.    Attached.

Ms. Waterton

December 8, 1998

Page Two

I also enclose the Schedule B as you requested in our phone conversation.

As explained in a previous letter the first formal notification to participants that accruals would cease was given by the Employer on June 6, 1995. We do not have a copy; however we supplied a form notice which was distributed in December, 1995 (attached).. However, it is my understanding that individuals were notified that they no longer were accruing service in the Plan when the employer ceased business and closed the plant. Please call if you wish to discuss any aspect of this response or require anything further.

Sincerely,

Anne H.S. Fraser

Enclosures

# AMERICAN BAKERS ASSOCIATION

**ACTIVE DATA - DEPT: 14010**

| | | |
|---|---|---|
| Termination Date | 12/01/96 |
| Distribution Date | 07/01/97 |
| | |
| PBGC Interest Rate | 5.25% |
| Benefit level | 61/57 |

| NAME | STAT | DATE OF BIRTH | AGE AT 07/01/97 | SEX | SVC. @ 10/1/94 | SVC. POST 10/1/94 | CONT RATE @ 8/1/95 | MONTHLY BENEFIT | EARLY RETIREMENT BENEFIT | PBGC FACTOR @ 5.25% | PBGC LIABILITY 07/01/97 | FACTOR 7% | 7% LIABILITY 07/01/97 | FINAL LIABILITY 07/01/97 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BATEY | J | A | 27-Dec-56 | 40.5111 | M | 4.25 | 0.00 | 8.00 | 62.22 | 0.00 | 35.78 | $2,226.23 | 16.38 | $1,019.16 | ~~$2,226.23~~ |
| BLACKWELL | J M | A | | 44.5291 | M | 1.85 | 0.00 | 8.00 | 27.08 | 0.00 | 42.23 | 1,143.59 | 21.67 | 586.82 | 1,143.59 |
| COODINGTON | J | A | 03-Mar-56 | 41.3278 | M | 4.25 | 0.00 | 8.00 | 62.22 | 0.00 | 36.99 | 2,301.52 | 17.33 | 1,078.27 | 2,301.52 |
| DAVIS | G | A | 01-Sep-50 | 46.8333 | M | 2.10 | 0.00 | 8.00 | 30.74 | 0.00 | 46.55 | 1,430.95 | 25.50 | 783.87 | 1,430.95 |
| HADLEY | W | A | 24-Jul-63 | 33.9361 | M | 2.59 | 0.00 | 8.00 | 37.92 | 0.00 | 27.41 | 1,039.39 | 10.41 | 394.75 | 1,039.39 |
| HUDSON | D | A | 21-Apr-59 | 38.1944 | M | 2.96 | 0.00 | 8.00 | 43.33 | 0.00 | 32.56 | 1,410.82 | 13.95 | 604.45 | 1,410.82 |
| MADDOX | T | A | 27-Nov-53 | 43.5944 | M | 2.35 | 0.00 | 8.00 | 34.40 | 0.00 | 40.62 | 1,397.33 | 20.30 | 698.32 | 1,397.33 |
| PATTERSON | J | A | 16-Jan-55 | 42.4583 | M | 3.60 | 0.00 | 8.00 | 52.70 | 0.00 | 38.75 | 2,042.13 | 18.75 | 988.13 | 2,042.13 ~ OK |
| PAYNE | J B | A | 02-Oct-42 | 54.7472 | M | 4.86 | 0.00 | 8.00 | 71.15 | 0.00 | 66.34 | 4,720.09 | 45.53 | N/A | 4,720.09 |
| PAYNE | J | A | | 44.5291 | M | 2.17 | 0.00 | 8.00 | 31.77 | 0.00 | 42.23 | 1,341.65 | 21.67 | 686.46 | 1,341.65 |
| SMITH | J E | A | 15-Apr-62 | 35.2111 | M | 4.75 | 0.00 | 8.00 | 69.54 | 0.00 | 28.86 | 2,006.92 | 11.36 | 789.97 | 2,006.92 |
| SOUTHGATE | D L | A | 13-Nov-34 | 62.6333 | M | 4.89 | 0.00 | 8.00 | 71.59 | 0.00 | 101.22 | 7,246.34 | 85.02 | N/A | 7,246.34 ~ A |
| THORTON | M | A | 02-Apr-41 | 56.2472 | M | 4.25 | 0.00 | 8.00 | 62.22 | 0.00 | 71.28 | 4,435.04 | 51.04 | N/A | 4,435.04 |
| VRANA | H A | A | 03-Nov-33 | 63.6611 | M | 5.51 | 0.00 | 8.00 | 80.67 | 0.00 | 107.77 | 8,693.81 | 92.75 | N/A | ~~8,693.81~~ |
| WARD | T | A | 23-Jan-66 | 31.4389 | M | 3.42 | 0.00 | 8.00 | 50.07 | 0.00 | 24.80 | 1,241.74 | 6.77 | 439.11 | 1,241.74 ~ OK |

| # OF PARTICIPANTS = | 15 | | | | | | | $787.62 | | | $42,677.55 | | $8,071.31 | $42,677.55 |

*(handwritten annotations)*

Patterson (under 3500) - RETURNED  FWD TO ORDER EXPIRED

Thornton (over 3500) - RETURNED    "    "    " 4435.04  } PAID TO

Ward (under 3500) - RETURNED  UNCLAIMED  1241.74  } PBGC

ROLLOVER - 10,920.04 (2)
CASH OUT - 2,080.73 (11)
PBGC REVISIONS - 5,676.78 (2)
42,677.55 (15)

GULF COAST SNACKS PARTICIPANTS FOR WH

Joseph Blackwell
1906 Laurel Hill Dr.
Kingwood, TX 77339

William F. Hadley
708 Moody
League City, TX 77573

JB Payne
5211 Sandydale Lane
Houston, TX 77039

J. Payne
5211 Sandydale Lane
Houston, TX 77039

Jerome Coddington
6126 Meadway
Houston, TX 77072

Larry D. Batey    P.O. Box 6906 54
9402 Thisle Trail    HOUSTON, TX 77269
Houston, TX 77070

JB Smith
13631 Tanvern Lane
Houston, TX 77014

John P. Patterson
917 Grenfell
Houston, TX 77076

Thomas Maddox
PO Box 967
Splendora, TX 77372

Dennis Smithling
2851 Walling Ford Dr. #1003
Houston, TX 77042

Henry A. Vrana
5803 Burlinghall
Houston, TX 77035

ADP BENEFIT SERVICES
09/27/96
PAGE:            1
*****************************************

INFORMATION DEVELOPED

HUDSON, DAVID
2010 BENTVINE DR.
HOUSTON TX 77084
PHONE: (713) 647-6308
SSN: 178489405

DAVIS, GERALD
7404 RAY GLENN CIRCLE
PANAMA CITY FL 32404
PHONE: (904) 874-8785
SSN: 450907923

WARD, THOMAS
10510 KIRKHILL DR.
HOUSTON TX 77089
SSN: 461551641

THORNTON, MILTON
13311 LYNDONVILLE #604
HOUSTON TX 77041
SSN: 461602915

*Mailed* 8/1/97



**THE EQUITABLE**

BENEFIT PAYMENT SERVICES GROUP
200 PLAZA DRIVE, SECAUCUS, NEW JERSEY 07096

**REPORT OF
SINGLE SUM PAYMENT**

1. PARTICIPANT'S NAME: **DAVID** *FIRST* **HUDSON** *INITIAL* *LAST*

NOTE: PLEASE ENCLOSE A FEDERAL TAX WITHHOLDING NOTICE IF THE AMOUNT OF TAXABLE PAYMENT IS MORE THAN $200.00 ($5,200.00 IF DEATH BENEFIT).

2. AC NUMBER: **6016**     3. BRANCH NUMBER: **1401-0/306**     4. CERTIFICATE NUMBER: **178489405**     5. CHECK AMOUNT: $ **1,410.82**

6. PARTICIPANT'S CONTRIBUTIONS (IF ANY): **N/A** (DO NOT INCLUDE INTEREST)     7. PAYEE'S SOCIAL SECURITY NUMBER: **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** (MUST BE FURNISHED UNDER AUTHORITY OF LAW)

8. MAIL CHECK TO: ☐ CONTRACT HOLDER  ☒ PAYEE'S HOME ADDRESS
☐ OTHER (ENTER IN REMARKS AREA)

9. NAME OF PAYEE: **Same as Participant above** *FIRST* *INITIAL* *LAST*

10. PAYEE'S HOME ADDRESS: **19427 GAGELAKE LANE**
(TO BE COMPLETED AT ALL TIMES)  *NUMBER*  *STREET*
**HOUSTON**  **TX**  **77084**
*CITY*  *STATE*  *ZIP CODE*

THE FOLLOWING INFORMATION IS REQUIRED FOR FEDERAL TAX WITHHOLDING PURPOSES AND TO ENABLE THE EQUITABLE TO REPORT TO THE INTERNAL REVENUE SERVICE AND FURNISH THE PAYEE WITH FEDERAL LUMP SUM DISTRIBUTION INCOME TAX INFORMATION WITH RESPECT TO ORDINARY INCOME AND CAPITAL GAINS.

BEFORE COMPLETING THE FOLLOWING INFORMATION, PLEASE SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS.

**COMPLETE ITEMS 11 - 16 IF PAYMENT IS BEING MADE TO A BENEFICIARY.**
NOTE: TAX REQUIREMENT PAPERS, IF ANY, MUST BE ATTACHED TO THIS FORM.

11. DATE OF BIRTH OF PAYEE: _____

12. DATE OF BIRTH OF PARTICIPANT: _____

13. DATE OF DEATH OF PARTICIPANT: _____

14. RELATIONSHIP OF PARTICIPANT TO PAYEE: _____

15. SOCIAL SECURITY NUMBER OF PARTICIPANT: _____

16. ADDRESS OF DECEASED PARTICIPANT: _____
*NUMBER*  *STREET*

_____
*CITY*  *STATE*  *ZIP CODE*

REMARKS:

17. FOR FEDERAL TAX WITHHOLDING PURPOSES, THIS PAYMENT IS A:
☒ TOTAL DISTRIBUTION  ☐ PARTIAL DISTRIBUTION

18. FOR FEDERAL TAX REPORTING PURPOSES ENTER THE CATEGORY OF DISTRIBUTION CODE (SEE OVER): **0**

19. IS THIS PAYMENT A "LUMP SUM DISTRIBUTION" TO THE RECIPIENT FOR FEDERAL INCOME TAX PURPOSES?     YES ☒  NO ☐

NOTE: IF ANSWER TO THIS QUESTION IS "NO", OMIT QUESTIONS 20 THRU 22. IF "YES", COMPLETE QUESTIONS 20 THRU 22.

20. IS THE PARTICIPANT RECEIVING A DISTRIBUTION BY EQUITABLE OF AN ANNUITY CONTRACT AS PART OF THIS "LUMP SUM DISTRIBUTION"?     YES ☐  NO ☒

21. NUMBER OF MONTHS OF ACTIVE PARTICIPATION IN THIS PLAN BEFORE JANUARY 1, 1974.     **NONE** PRE-1974 MONTHS

22. NUMBER OF MONTHS OF ACTIVE PARTICIPATION IN THIS PLAN AFTER DECEMBER 31, 1973.     **ALL** POST-1973 MONTHS

**THE CONTRACT HOLDER REQUESTS THE EQUITABLE TO MAKE THE PAYMENT REPORTED ABOVE AND AUTHORIZES THE EQUITABLE TO PROCEED WITH THE TRANSACTIONS NECESSARY THEREFOR IN ACCORDANCE WITH THE GROUP ANNUITY CONTRACT.**

| CONTRACT HOLDER | AUTHORIZED SIGNATURE | TITLE | DATE SIGNED |
|---|---|---|---|
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (Gulf Coast Snacks, Inc.) | Paul C. Abenante | Secretary/Trustee | |

**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (A/C # 6016)**

**ELECTION OF FORM OF PAYMENT**
**NOTICE OF FEDERAL INCOME TAX WITHHOLDING**
**WAIVER OF 30-DAY NOTICE PERIOD AND SPOUSAL CONSENT**

**GULF COAST SNACKS, INC.**

## IMPORTANT INFORMATION:

This is your election form for your lump sum payout from the Gulf Coast Snacks Plan termination. Please complete the enclosed and return it to us within 30 days. We cannot process your benefit without receipt of this form, completed in its entirety. Please return this form to AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, 630 THIRD AVENUE, 8TH FLOOR, NEW YORK, NY 10017, ATTN: R. DILORENZO.

NAME OF PAYEE:    DAVID HUDSON             SSN:    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

ADDRESS       →    2010 Bestvine Drive   19427 Eagelake Lane    LUMP SUM AMOUNT $ 1,410.82
(New)                                      2018
                   Houston, TX   77084

Federal law requires that mandatory tax withholding at the rate of 20% will be assessed on qualified plan distributions eligible for rollover unless these plan distributions are transferred directly to an IRA or another qualified plan. For distributions not eligible for rollover, Federal law requires that withholding apply. For all distributions, withholding will apply only to the portion of your distribution that is subject to tax.

### PAYMENT OPTION ELECTION. (All participants must complete)

I understand that my benefits from the ABA Plan will be distributed in a lump sum due to plan termination.

I have received information regarding the taxation of my distribution, including the direct rollover option. I understand that if I choose not to make a direct rollover of all or a portion of my distribution to a new retirement plan account, the Trustee is required to withhold 20% of the portion of my taxable distribution which is not directly rolled over as federal income tax. If I do not elect a direct rollover, my account balance will be paid to me in cash less withholding.

### SELECT ONE:

(A.)    ☒    **Direct Payment - Lump Sum -** I would like my lump sum made payable to me. I understand that 20% federal withholding will automatically be applied, and that Federal Income Tax will be withheld from my distribution.

B.    [ ]    **Direct Rollover - Lump Sum -** I would like my lump sum rolled over into another qualified retirement plan or IRA. No federal income tax will be withheld. The name and address of the qualified retirement plan/IRA is:

Name of Plan or IRA Trustee    _____

Address of Plan or IRA Trustee    _____

_____

_____

_____

Account #_____ (If Applicable)

### SPOUSAL CONSENT TO LUMP SUM DISTRIBUTION (All Spouses of Married Participants Read and Sign Spouse's Statement)

Normally, married participants under the Plan automatically receive their benefits in this form of a qualified joint and survivor benefit ("QJSA"). A QJSA is a reduced annuity for the life of the participant with a survivor annuity for the life of the participant's spouse which is 50% of the amount of the annuity which would be payable during the joint lives of the participant and spouse.

Your spouse's benefit will, if you consent, be paid in a single lump. This benefit is the present value actuarial equivalent of the QJSA and provides full equivalent value in a single sum.

By signing this consent, I acknowledge understanding the QJSA benefit. I understand that by signing this waiver form I will not receive an annuity, following my spouse's death, equal to 50% of the annuity that could be received by my spouse during his/her lifetime, and that I will not receive any benefits under the Plan; they will be paid to my spouse.

I consent to my spouse's election to waive the Qualified Joint and Survivor Annuity and to consent to the payment of my spouse's benefit in a single sum and to the payment of such benefit immediately.

**Spouse's Statement.** I understand that, under the option form which my spouse has chosen above, I am not entitled to receive any future death benefits. By my signature below, I hereby consent to my spouse's election of a lump sum distribution.

Spouse's
Signature _Ruth A Hudson_    Date _Aug 17, 1997_

Signed and sworn to (or affirmed) before me this _17_ day of _August_, 19 _97_

State of: _Texas_

County of: _Harris_    Notary Public (SEAL)    LYNN KERRY UBRICH
_Lynn Kerry Ubrich_    MY COMMISSION EXPIRES
June 27, 1999

**Participant's Statement.**

[ ]    I hereby swear that I am not legally married at this time and that my retirement benefit is not subject to a Qualified Domestic Relations Order or Divorce Decree awarding a share of my benefits to a former spouse or child.

[ ]    I hereby swear that I am unable to locate my spouse (Additional proof is required if you check this box).

[✓]    I do not wish to receive my pension benefits in the form of a Joint and Survivor Pension to my Spouse. I understand that rejecting this form of pension means no benefits will be paid to my spouse after my death, and I hereby swear that the person co-signing this document is my current and legal spouse.

Participant's
Signature _____    Date _August 12 1997_

Signed and sworn to (or affirmed) before me this _17_ day of _August_, 19 _97_

State of: _Texas_

County of: _Harris_    Notary Public (SEAL)    LYNN KERRY UBRICH
_Lynn Kerry Ubrich_    MY COMMISSION EXPIRES
June 27, 1999

**WAIVER OF 30-DAY TIME PERIOD (All Participants Read and Execute if Agreeable)**

Under federal law, you are entitled to receive notification of the federal income tax treatment of payments from qualified plans and an explanation of distribution rights no sooner than 30 days and no more than 90 days prior to the date you receive your withdrawal. You have the right to consider your options for at least 30 days after you receive notification. You may, however, waive the 30-day minimum time period by checking the box below. If you check the box, the Plan will issue your benefit check as soon as possible.

[✗]    I wish to waive the 30-day time period described above. Please issue my check as soon as administratively practicable.

Participant's
Signature _____    Date _8/17/97_

Spouse's
Signature _Ruth A Hudson_    Date _8/17/97_

stafmrs.013

David R Hudson
19427 Gagelake Ln
Houston TX 77084
SS# 178 48-9405
August 21 1997.

R. Dibrenzo
American Bakers Association Retirement Plan
630 Third Ave  8th Floor.

New York  NY 10017.


Dear Sir;

     Please note the address change for
David R Hudson. (SS# 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)  This change was
effective Feb 1 1997.

     The new address is    19427 Gagelake Lane
                           Houston  Texas  77084
                           phone  281-647-6309.

     The old address was   2010 Bentwine Dr.
                           Houston TX 77084

If any questions contact me at  281-647-6309.
Thank you.

                              Sincerely,

**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (A/C # 6016)**

**ELECTION OF FORM OF PAYMENT
NOTICE OF FEDERAL INCOME TAX WITHHOLDING
WAIVER OF 30-DAY NOTICE PERIOD AND SPOUSAL CONSENT**

**GULF COAST SNACKS, INC.**

**IMPORTANT INFORMATION:**
This is your election form for your lump sum payout from the Gulf Coast Snacks Plan termination. Please complete the enclosed and return it to us within 30 days. We cannot process your benefit without receipt of this form, completed in its entirety. Please return this form to AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, 630 THIRD AVENUE, 8TH FLOOR, NEW YORK, NY 10017, ATTN: R. DILORENZO.

| | | | |
|---|---|---|---|
| NAME OF PAYEE: | DAVID HUDSON | SSN: | 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 |
| ADDRESS | 2010 Bentvine Drive | LUMP SUM AMOUNT $ | 1,410.82 |
| | Houston, TX 77084 | | |

Federal law requires that mandatory tax withholding at the rate of 20% will be assessed on qualified plan distributions eligible for rollover unless these plan distributions are transferred directly to an IRA or another qualified plan. For distributions not eligible for rollover, Federal law requires that withholding apply. For all distributions, withholding will apply only to the portion of your distribution that is subject to tax.

**PAYMENT OPTION ELECTION. (All participants must complete)**

I understand that my benefits from the ABA Plan will be distributed in a lump sum due to plan termination.

I have received information regarding the taxation of my distribution, including the direct rollover option. I understand that if I choose not to make a direct rollover of all or a portion of my distribution to a new retirement plan account, the Trustee is required to withhold 20% of the portion of my taxable distribution which is not directly rolled over as federal income tax. If I do not elect a direct rollover, my account balance will be paid to me in cash less withholding.

**SELECT ONE:**

A.    [ ]    **Direct Payment - Lump Sum -** I would like my lump sum made payable to me. I understand that 20% federal withholding will automatically be applied, and that Federal Income Tax will be withheld from my distribution.

B.    [ ]    **Direct Rollover - Lump Sum -** I would like my lump sum rolled over into another qualified retirement plan or IRA. No federal income tax will be withheld. The name and address of the qualified retirement plan/IRA is:

Name of Plan or IRA Trustee    _____

Address of Plan or IRA Trustee    _____

_____

_____

Account #_____    (If Applicable)

**SPOUSAL CONSENT TO LUMP SUM DISTRIBUTION (All Spouses of Married Participants Read and Sign Spouse's Statement)**

Normally, married participants under the Plan automatically receive their benefits in this form of a qualified joint and survivor benefit ("QJSA"). A QJSA is a reduced annuity for the life of the participant with a survivor annuity for the life of the participant's spouse which is 50% of the amount of the annuity which would be payable during the joint lives of the participant and spouse.

Your spouse's benefit will, if you consent, be paid in a single lump. This benefit is the present value actuarial equivalent of the QJSA and provides full equivalent value in a single sum.

By signing this consent, I acknowledge understanding the QJSA benefit. I understand that by signing this waiver form I will not receive an annuity, following my spouse's death, equal to 50% of the annuity that could be received by my spouse during his/her lifetime, and that I will not receive any benefits under the Plan; they will be paid to my spouse.

I consent to my spouse's election to waive the Qualified Joint and Survivor Annuity and to consent to the payment of my spouse's benefit in a single sum and to the payment of such benefit immediately.



THE
**EQUITABLE**
BENEFIT PAYMENT SERVICES GROUP
300 PLAZA DRIVE, SECAUCUS, NEW JERSEY 07096

**REPORT OF**
**SINGLE SUM PAYMENT**

**NOTE: PLEASE ENCLOSE A FEDERAL TAX WITHHOLDING NOTICE IF THE AMOUNT OF TAXABLE PAYMENT IS MORE THAN $200.00 ($5,200.00 IF DEATH BENEFIT).**

1. PARTICIPANT'S NAME: _WILLIAM_ _HADLEY_
   FIRST    INITIAL    LAST

2. AC NUMBER: _6016_  3. BRANCH NUMBER: _1401-0/306_  4. CERTIFICATE NUMBER: _450392090_  5. CHECK AMOUNT: $ _1,039.39_

6. PARTICIPANT'S CONTRIBUTIONS (IF ANY): _N/A_  7. PAYEE'S SOCIAL SECURITY NUMBER: _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_
   (DO NOT INCLUDE INTEREST)  (MUST BE FURNISHED UNDER AUTHORITY OF LAW)

8. MAIL CHECK TO: ☐ CONTRACT HOLDER    ☒ PAYEE'S HOME ADDRESS
                 ☐ OTHER (ENTER IN REMARKS AREA)

9. NAME OF PAYEE: **Same as Participant above**
   FIRST    INITIAL    LAST

10. PAYEE'S HOME ADDRESS: _708 MOODY_
    (TO BE COMPLETED    NUMBER    STREET
    AT ALL TIMES)    _LEAGUE CITY    TX    77573_
    CITY    STATE    ZIP CODE

**COMPLETE ITEMS 11 - 16 IF PAYMENT IS BEING MADE TO A BENEFICIARY.**
NOTE: TAX REQUIREMENT PAPERS, IF ANY, MUST BE ATTACHED TO THIS FORM.

11. DATE OF BIRTH OF PAYEE: _____

12. DATE OF BIRTH OF PARTICIPANT: _____

13. DATE OF DEATH OF PARTICIPANT: _____

14. RELATIONSHIP OF PARTICIPANT TO PAYEE: _____

15. SOCIAL SECURITY NUMBER OF PARTICIPANT: _____

16. ADDRESS OF DECEASED PARTICIPANT: _____
    NUMBER    STREET
    _____
    CITY    STATE    ZIP CODE

REMARKS:

---

**THE FOLLOWING INFORMATION IS REQUIRED FOR FEDERAL TAX WITHHOLDING PURPOSES AND TO ENABLE THE EQUITABLE TO REPORT TO THE INTERNAL REVENUE SERVICE AND FURNISH THE PAYEE WITH FEDERAL LUMP SUM DISTRIBUTION INCOME TAX INFORMATION WITH RESPECT TO ORDINARY INCOME AND CAPITAL GAINS.**

**BEFORE COMPLETING THE FOLLOWING INFORMATION, PLEASE SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS.**

17. FOR FEDERAL TAX WITHHOLDING PURPOSES, THIS PAYMENT IS A:
    ☒ TOTAL DISTRIBUTION    ☐ PARTIAL DISTRIBUTION

18. FOR FEDERAL TAX REPORTING PURPOSES ENTER THE CATEGORY OF DISTRIBUTION CODE (SEE OVER): ___0___

19. IS THIS PAYMENT A "LUMP SUM DISTRIBUTION" TO THE    YES    NO
    RECIPIENT FOR FEDERAL INCOME TAX PURPOSES?    ☒    ☐

    NOTE: IF ANSWER TO THIS QUESTION IS "NO", OMIT QUESTIONS 20 THRU 22.
    IF "YES", COMPLETE QUESTIONS 20 THRU 22.

20. IS THE PARTICIPANT RECEIVING A DISTRIBUTION BY    YES    NO
    EQUITABLE OF AN ANNUITY CONTRACT AS PART OF    ☐    ☒
    THIS "LUMP SUM DISTRIBUTION"?

21. NUMBER OF MONTHS OF ACTIVE PARTICIPATION
    IN THIS PLAN BEFORE JANUARY 1, 1974.    _NONE_
    PRE-1974 MONTHS

22. NUMBER OF MONTHS OF ACTIVE PARTICIPATION
    IN THIS PLAN AFTER DECEMBER 31, 1973.    _ALL_
    POST-1973 MONTHS

---

**THE CONTRACT HOLDER REQUESTS THE EQUITABLE TO MAKE THE PAYMENT REPORTED ABOVE AND AUTHORIZES THE EQUITABLE TO PROCEED WITH THE TRANSACTIONS NECESSARY THEREFOR IN ACCORDANCE WITH THE GROUP ANNUITY CONTRACT.**

| CONTRACT HOLDER | AUTHORIZED SIGNATURE | TITLE | DATE SIGNED |
|---|---|---|---|
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (Gulf Coast Snacks, Inc.) | Paul C. Abenante | Secretary/Trustee | |

AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (A/C # 6016)

ELECTION OF FORM OF PAYMENT
NOTICE OF FEDERAL INCOME TAX WITHHOLDING
WAIVER OF 30-DAY NOTICE PERIOD AND SPOUSAL CONSENT

GULF COAST SNACKS, INC.

**IMPORTANT INFORMATION:**
This is your election form for your lump sum payout from the Gulf Coast Snacks Plan termination. Please complete the enclosed and return it to us within 30 days. We cannot process your benefit without receipt of this form, completed in its entirety. Please return this form to AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, 630 THIRD AVENUE, 8TH FLOOR, NEW YORK, NY 10017, ATTN: R. DILORENZO.

| | | | |
|---|---|---|---|
| NAME OF PAYEE: | WILLIAM HADLEY | SSN: | 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 |
| ADDRESS | 708 Moody | LUMP SUM AMOUNT $1,039.39 | |
| | League City, TX 77573 | | |

Federal law requires that mandatory tax withholding at the rate of 20% will be assessed on qualified plan distributions eligible for rollover unless these plan distributions are transferred directly to an IRA or another qualified plan. For distributions not eligible for rollover, Federal law requires that withholding apply. For all distributions, withholding will apply only to the portion of your distribution that is subject to tax.

**PAYMENT OPTION ELECTION. (All participants must complete)**

I understand that my benefits from the ABA Plan will be distributed in a lump sum due to plan termination.

I have received information regarding the taxation of my distribution, including the direct rollover option. I understand that if I choose not to make a direct rollover of all or a portion of my distribution to a new retirement plan account, the Trustee is required to withhold 20% of the portion of my taxable distribution which is not directly rolled over as federal income tax. If I do not elect a direct rollover, my account balance will be paid to me in cash less withholding.

**SELECT ONE:**

A.   [✓]   **Direct Payment - Lump Sum** - I would like my lump sum made payable to me. I understand that 20% federal withholding will automatically be applied, and that Federal Income Tax will be withheld from my distribution.

B.   [ ]   **Direct Rollover - Lump Sum** - I would like my lump sum rolled over into another qualified retirement plan or IRA. No federal income tax will be withheld. The name and address of the qualified retirement plan/IRA is:

Name of Plan or IRA Trustee   _____

Address of Plan or IRA Trustee   _____

_____

_____

Account #_____   (If Applicable)

**SPOUSAL CONSENT TO LUMP SUM DISTRIBUTION (All Spouses of Married Participants Read and Sign Spouse's Statement)**

Normally, married participants under the Plan automatically receive their benefits in this form of a qualified joint and survivor benefit ("QJSA"). A QJSA is a reduced annuity for the life of the participant with a survivor annuity for the life of the participant's spouse which is 50% of the amount of the annuity which would be payable during the joint lives of the participant and spouse.

Your spouse's benefit will, if you consent, be paid in a single lump. This benefit is the present value actuarial equivalent of the QJSA and provides full equivalent value in a single sum.

By signing this consent, I acknowledge understanding the QJSA benefit. I understand that by signing this waiver form I will not receive an annuity, following my spouse's death, equal to 50% of the annuity that could be received by my spouse during his/her lifetime, and that I will not receive any benefits under the Plan; they will be paid to my spouse.

I consent to my spouse's election to waive the Qualified Joint and Survivor Annuity and to consent to the payment of my spouse's benefit in a single sum and to the payment of such benefit immediately.

**Spouse's Statement.** I understand that, under the option form which my spouse has chosen above, I am not entitled to receive any future death benefits. By my signature below, I hereby consent to my spouse's election of a lump sum distribution.

Spouse's Signature _Marsha Hadley_  Date _8/12/97_

Signed and sworn to (or affirmed) before me this _12th_ day of _August_ 19 _97_

State of: _Texas_

County of: _Harris_   Notary Public (SEAL)

**Participant's Statement** CHECK ONE AND COMPLETE

[ ]   I hereby swear that I am not legally married at this time and that my retirement benefit is not subject to a Qualified Domestic Relations Order or Divorce Decree awarding a share of my benefits to a former spouse or child.

[ ]   I hereby swear that I am unable to locate my spouse (Additional proof is required if you check this box).

[X]   I do not wish to receive my pension benefits in the form of a Joint and Survivor Pension to my Spouse. I understand that rejecting this form of pension means no benefits will be paid to my spouse after my death, and I hereby swear that the person co-signing this document is my current and legal spouse.

Participant's Signature _William T. Hadley_  Date _9-9-97_

Signed and sworn to (or affirmed) before me this _9th_ day of _September_ 19 _97_

State of: _Texas_

County of: _Harris_   Notary Public (SEAL)

**WAIVER OF 30-DAY TIME PERIOD** (All Participants Read and Execute If Agreeable)

Under federal law, you are entitled to receive notification of the federal income tax treatment of payments from qualified plans and an explanation of distribution rights no sooner than 30 days and no more than 90 days prior to the date you receive your withdrawal. You have the right to consider your options for at least 30 days after you receive notification. You may, however, waive the 30-day minimum time period by checking the box below. If you check the box, the Plan will issue your benefit check as soon as possible.

[X]   I wish to waive the 30-day time period described above. Please issue my check as soon as administratively practicable.

Participant's Signature _William T. Hadley_  Date _8-12-97_

Spouse's Signature _Marsha Hadley_  Date _8/12/97_



**THE EQUITABLE**
BENEFIT PAYMENT SERVICES GROUP
300 PLAZA DRIVE, SECAUCUS, NEW JERSEY 07096

**REPORT OF**
**SINGLE SUM PAYMENT**

NOTE: PLEASE ENCLOSE A FEDERAL TAX WITHHOLDING NOTICE IF THE AMOUNT OF TAXABLE PAYMENT IS MORE THAN $200.00 ($5,200.00 IF DEATH BENEFIT).

1. PARTICIPANT'S NAME: **Thomas**  (FIRST)  (INITIAL)  **Maddox** (LAST)

2. AC NUMBER: **6016**   3. BRANCH NUMBER: **1401-0/306**   4. CERTIFICATE NUMBER: **460023011**   5. CHECK AMOUNT: $ **1,397.33**

6. PARTICIPANT'S CONTRIBUTIONS (IF ANY): **N/A**  (DO NOT INCLUDE INTEREST)

7. PAYEE'S SOCIAL SECURITY NUMBER: **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**  (MUST BE FURNISHED UNDER AUTHORITY OF LAW)

8. MAIL CHECK TO:  ☐ CONTRACT HOLDER   ☒ PAYEE'S HOME ADDRESS  ☐ OTHER (ENTER IN REMARKS AREA)

9. NAME OF PAYEE: **Same as Participant above**  (FIRST)  (INITIAL)  (LAST)

10. PAYEE'S HOME ADDRESS: **P.O. Box 967** (TO BE COMPLETED AT ALL TIMES)  (NUMBER)  (STREET)
    **Splendora**  (CITY)  **TX** (STATE)  **77372** (ZIP CODE)

THE FOLLOWING INFORMATION IS REQUIRED FOR FEDERAL TAX WITHHOLDING PURPOSES AND TO ENABLE THE EQUITABLE TO REPORT TO THE INTERNAL REVENUE SERVICE AND FURNISH THE PAYEE WITH FEDERAL LUMP SUM DISTRIBUTION INCOME TAX INFORMATION WITH RESPECT TO ORDINARY INCOME AND CAPITAL GAINS.

BEFORE COMPLETING THE FOLLOWING INFORMATION, PLEASE SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS.

**COMPLETE ITEMS 11 - 16 IF PAYMENT IS BEING MADE TO A BENEFICIARY.**
NOTE: TAX REQUIREMENT PAPERS, IF ANY, MUST BE ATTACHED TO THIS FORM.

11. DATE OF BIRTH OF PAYEE: _____

12. DATE OF BIRTH OF PARTICIPANT: _____

13. DATE OF DEATH OF PARTICIPANT: _____

14. RELATIONSHIP OF PARTICIPANT TO PAYEE: _____

15. SOCIAL SECURITY NUMBER OF PARTICIPANT: _____

16. ADDRESS OF DECEASED PARTICIPANT: _____ (NUMBER) _____ (STREET)
    _____ (CITY) _____ (STATE) _____ (ZIP CODE)

REMARKS:

17. FOR FEDERAL TAX WITHHOLDING PURPOSES, THIS PAYMENT IS A:
    ☒ TOTAL DISTRIBUTION   ☐ PARTIAL DISTRIBUTION

18. FOR FEDERAL TAX REPORTING PURPOSES ENTER THE CATEGORY OF DISTRIBUTION CODE (SEE OVER): **0**

19. IS THIS PAYMENT A "LUMP SUM DISTRIBUTION" TO THE RECIPIENT FOR FEDERAL INCOME TAX PURPOSES?   YES ☒   NO ☐
    NOTE: IF ANSWER TO THIS QUESTION IS "NO", OMIT QUESTIONS 20 THRU 22. IF "YES", COMPLETE QUESTIONS 20 THRU 22.

20. IS THE PARTICIPANT RECEIVING A DISTRIBUTION BY EQUITABLE OF AN ANNUITY CONTRACT AS PART OF THIS "LUMP SUM DISTRIBUTION"?   YES ☐   NO ☒

21. NUMBER OF MONTHS OF ACTIVE PARTICIPATION IN THIS PLAN BEFORE JANUARY 1, 1974.   **NONE** (PRE-1974 MONTHS)

22. NUMBER OF MONTHS OF ACTIVE PARTICIPATION IN THIS PLAN AFTER DECEMBER 31, 1973.   **ALL** (POST-1973 MONTHS)

**THE CONTRACT HOLDER REQUESTS THE EQUITABLE TO MAKE THE PAYMENT REPORTED ABOVE AND AUTHORIZES THE EQUITABLE TO PROCEED WITH THE TRANSACTIONS NECESSARY THEREFOR IN ACCORDANCE WITH THE GROUP ANNUITY CONTRACT.**

| CONTRACT HOLDER | AUTHORIZED SIGNATURE | TITLE | DATE SIGNED |
|---|---|---|---|
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (Gulf Coast Snacks, Inc.) | Paul C. Abenante | Secretary/Trustee | |

TOTAL P.16

**Spouse's Statement.** I understand that, under the option form which my spouse has chosen above, I am not entitled to receive any future death benefits. By my signature below, I hereby consent to my spouse's election of a lump sum distribution.

Spouse's Signature _Robin Maddox_    Date _8-25-97_

Signed and sworn to (or affirmed) before me this _25th_ day of _Aug._ _1997_, 19 _97_

State of: _Texas_

County of: _Montgomery_    Notary Public (SEAL) _Martha Ryan_

> MARTHA RYAN
> MY COMMISSION EXPIRES
> March 29, 1999

**Participant's Statement**

[ ]    I hereby swear that I am not legally married at this time and that my retirement benefit is not subject to a Qualified Domestic Relations Order or Divorce Decree awarding a share of my benefits to a former spouse or child.

[ ]    I hereby swear that I am unable to locate my spouse (Additional proof is required if you check this box).

[✓]    I do not wish to receive my pension benefits in the form of a Joint and Survivor Pension to my Spouse. I understand that rejecting this form of pension means no benefits will be paid to my spouse after my death, and I hereby swear that the person co-signing this document is my current and legal spouse.

Participant's Signature _Thomas L. Maddox_    Date _8-25-97_

Signed and sworn to (or affirmed) before me this _25th_ day of _Aug._ _1997_, 19 _97_

State of: _Texas_

County of: _Montgomery_    Notary Public (SEAL) _Martha Ryan_

> MARTHA RYAN
> MY COMMISSION EXPIRES
> March 29, 1999

**WAIVER OF 30-DAY TIME PERIOD** (All Participants Read and Execute if Agreeable)

Under federal law, you are entitled to receive notification of the federal income tax treatment of payments from qualified plans and an explanation of distribution rights no sooner than 30 days and no more than 90 days prior to the date you receive your withdrawal. You have the right to consider your options for at least 30 days after you receive notification. You may, however, waive the 30-day minimum time period by checking the box below. If you check the box, the Plan will issue your benefit check as soon as possible.

[✓]    I wish to waive the 30-day time period described above. Please issue my check as soon as administratively practicable.

Participant's Signature _Thomas L. Maddox_    Date _8-4-97_

Spouse's Signature _Robin Maddox_    Date _8-5-97_

AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN (A/C # 6016)

ELECTION OF FORM OF PAYMENT
NOTICE OF FEDERAL INCOME TAX WITHHOLDING
WAIVER OF 30-DAY NOTICE PERIOD AND SPOUSAL CONSENT

GULF COAST SNACKS, INC.

**IMPORTANT INFORMATION:**
This is your election form for your lump sum payout from the Gulf Coast Snacks Plan termination. Please complete the enclosed and return it to us within 30 days. We cannot process your benefit without receipt of this form, completed in its entirety. Please return this form to AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, 630 THIRD AVENUE, 8TH FLOOR, NEW YORK, NY 10017, ATTN: R. DILORENZO.

NAME OF PAYEE:     THOMAS MADDOX                    SSN:     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

ADDRESS          P. O. Box 967                      LUMP SUM AMOUNT $1,397.33

                 Splendora, TX  77372

Federal law requires that mandatory tax withholding at the rate of 20% will be assessed on qualified plan distributions eligible for rollover unless these plan distributions are transferred directly to an IRA or another qualified plan. For distributions not eligible for rollover, Federal law requires that withholding apply. For all distributions, withholding will apply only to the portion of your distribution that is subject to tax.

**PAYMENT OPTION ELECTION** (All participants must complete)

I understand that my benefits from the ABA Plan will be distributed in a lump sum due to plan termination.

I have received information regarding the taxation of my distribution, including the direct rollover option. I understand that if I choose not to make a direct rollover of all or a portion of my distribution to a new retirement plan account, the Trustee is required to withhold 20% of the portion of my taxable distribution which is not directly rolled over as federal income tax. If I do not elect a direct rollover, my account balance will be paid to me in cash less withholding.

SELECT ONE:

A.  ☑    **Direct Payment - Lump Sum -** I would like my lump sum made payable to me. I understand that 20% federal withholding will automatically be applied, and that Federal Income Tax will be withheld from my distribution.

B.  ( )   **Direct Rollover - Lump Sum -** I would like my lump sum rolled over into another qualified retirement plan or IRA. No federal income tax will be withheld. The name and address of the qualified retirement plan/IRA is:

        Name of Plan or IRA Trustee        _____

        Address of Plan or IRA Trustee     _____

                                           _____

                                           _____

        Account # _____ (If Applicable)

**SPOUSAL CONSENT TO LUMP SUM DISTRIBUTION** (All Spouses of Married Participants Read and Sign Spouse's Statement)

Normally, married participants under the Plan automatically receive their benefits in this form of a qualified joint and survivor benefit ("QJSA"). A QJSA is a reduced annuity for the life of the participant with a survivor annuity for the life of the participant's spouse which is 50% of the amount of the annuity which would be payable during the joint lives of the participant and spouse.

Your spouse's benefit will, if you consent, be paid in a single lump. This benefit is the present value actuarial equivalent of the QJSA and provides full equivalent value in a single sum.

By signing this consent, I acknowledge understanding the QJSA benefit. I understand that by signing this waiver form I will not receive an annuity, following my spouse's death, equal to 50% of the annuity that could be received by my spouse during his/her lifetime, and that I will not receive any benefits under the Plan; they will be paid to my spouse.

I consent to my spouse's election to waive the Qualified Joint and Survivor Annuity and to consent to the payment of my spouse's benefit in a single sum and to the payment of such benefit immediately.

| Name/Address/Social Security # | Distribution Amount | Form of Distribution | Date of Distribution |
|---|---|---|---|
| Larry D. Bailey P.O. Box 690854 Houston, TX 77269 SS# 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 | $2,226.23 | Lump Sum | 9/24/97 |
| Joseph Blackwell 1906 Laurel Hill Drive Kingwood, TX 77339 SS# 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 | $1,143.59 | Lump Sum | 9/19/97 |
| Jerome Coddington 6126 Meadway Houston, TX 77072 SS# 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 | $2,301.62 | Lump Sum | 10/7/97 |
| Gerald Davis 7404 Ray Glenn Circle Panama City, Florida 32404 SS# 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 | $1,430.96 | Lump Sum | 10/7/97 |
| William Hadley 705 Moody League City, TX 77573 SS# 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 | $1,039.39 | Lump Sum | 10/10/97 |
| David Hudson 2010 Berkrine Drive Houston, TX 77054 SS# 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 | $1,410.82 | Lump Sum | 9/18/97 |
| Thomas Maddox P.O. Box 987 Splendora, TX 77372 SS# 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 | $1,387.33 | Lump Sum | 9/19/97 |
| John P. Patterson 817 Grenfell Houston, TX 77076 SS# 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 | $2,542.13 | Lump Sum | 11/18/97 |
| J.B. Payne 5211 Sandyvale Lane Houston, TX 77039 SS# 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 | $4,720.09 | Lump Sum | 9/18/97 |
| J. Payne 5211 Sandyvale Lane Houston, TX 77039 SS# 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 | $1,341.65 | Lump Sum | 9/18/97 |
| J.E. Smith 13631 Tarvern Lane Houston, TX 77014 SS# 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 | $2,006.92 | Lump Sum | 9/23/97 |
| Dennis Stribling 2551 Watling Ford Drive #1003 Houston, TX 77043 SS# 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 | $7,248.34 | Lump Sum | 10/21/97 |

Page 1

Sheet1

| | | | |
|---|---|---|---|
| Milton Thornton<br>13311 Lyndonville #604<br>Houston, TX 77041<br>SS# 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 | $4,435.04 | Lump Sum | 3/4/98 |
| Henry A. Vrana<br>5800 Burleyhall<br>Houston, TX 77096<br>SS# 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 | $6,698.61 | Lump Sum | 9/22/97 |
| Thomas Ward<br>10610 Kirbhill Drive<br>Houston, TX 77089<br>SS# 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 | $1,241.74 | Lump Sum | 3/4/98 |

**Gulf Coast Termination - Final Disbursement**

| | |
|---|---|
| Assets @ 12/31/97 | $ 63,926.78 |
| Final Liability | $ 42,677.00 |
| | |
| Excess | $ 21,249.78 |

Expenses:

| | |
|---|---|
| WTR (Consulting) | $  5,264.75 |
| Anne Fraser (Legal) | $ 10,490.77 |
| Choice Point | $      75.00 |
| Segal (Actuary) | $   4,150.00 |
| Total | $ 19,980.52 |

| | |
|---|---|
| Reversion | $   1,269.26 |