# EXHIBIT C

# SEGAL



**Benefits, Compensation and HR Consulting** — **SPRING 2003**

## Effects of "The Perfect Storm" Begin to Emerge: Erosion of the Funded Position of Multiemployer Pension Plans

The percentage of multiemployer defined benefit plans that are fully funded for their vested benefits has declined significantly, according to The Segal Company's most recent annual *Survey of the Funded Position of Multiemployer Plans*.

The Segal Company, consultants and enrolled actuaries for all of the plans in the survey, compiled the data by examining each plan's actuarial value of vested benefits as calculated for withdrawal liability under the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA).[1] The most recent survey is generally based on data available from plan years that ended in 2000 or 2001.

For most of the surveyed plans, the *funded* portion of the value of vested benefits was determined using adjusted interest rates based on rates prescribed by the Pension Benefit Guaranty Corporation (PBGC). The 2002 survey reflects the impact of interest rate declines in 2001. The interest rates prescribed by the PBGC fell from 7.0 percent in December 2000 to 6.1 percent in December 2001.

### SURVEY HIGHLIGHTS

Highlights of Segal's 2002 *Survey of the Funded Position of Multiemployer Plans* follow:

> The percentage of surveyed plans that were fully (i.e., 100 percent) funded for their vested benefits declined by 16 percentage points since the previous survey. The 2002 survey found that 67 percent of the surveyed plans were fully funded (down from 83 percent from the prior year's survey). This rate represents the lowest percentage since the 1995 survey and is only slightly higher than the 65 percent of plans that were fully funded in 1983, the first year in which Segal conducted the *Survey of the Funded Position of Multiemployer Plans*.

> The surveyed plans' average funded ratio was still very high: 95 percent, which represents a decline of only three percentage points from the previous survey. To ensure that the overall survey statistics are not distorted by overfunded plans, Segal excludes assets in excess of 100 percent of vested benefits from the calculation of average funded ratios. The average funded ratio for underfunded plans (i.e., funds with funded ratios of less than 100 percent) was 86 percent in both the 2002 and 2001 surveys. However, there were almost twice as many underfunded plans in the 2002 survey (152) as in the 2001 survey (78).

> The average funded ratios of plans in all industries also declined slightly, but continue to be high. As Graph 1 shows, the retail trade and food industry and the entertainment industry had the highest funded ratios (98 percent). Even the lowest average funded ratio (for plans in the "all others" group) remained strong: 91 percent. Plans in the construction industry experienced the greatest decline: from 98 percent to 95 percent.

> The 2002 survey found that although average funded ratios by plan size were generally lower than in the prior survey, they were still high. As Graph 2 on the back illustrates, the average funded ratio for plans with 50,000–99,000 participants *increased* between the two surveys, while the average funded ratios for all other size groups declined.

When considering these relatively high average funded ratios, it is important to keep in mind that further declines in interest rates during 2002, as well as additional market losses, are expected to result in continued erosion of the funded position of multiemployer plans by next year's survey. That survey will reflect market losses experienced in 2002.

---

**GRAPH 1: AVERAGE FUNDED RATIOS BY INDUSTRY GROUP IN 2001 & 2002 SURVEYS**

| Industry | 2001 | 2002 |
|---|---|---|
| Construction | 98% | 95% |
| Transportation | 99% | 97% |
| Manufacturing | 97% | 95% |
| Services | 96% | 95% |
| Retail Trade and Food | 100%* | 98% |
| Entertainment | 99% | 98% |
| All Others | 93% | 91% |
| All Plans | 98% | 95% |

# of Plans (2002 Survey): Construction 284, Transportation 44, Manufacturing 39, Services 35, Retail Trade and Food 32, Entertainment 31, All Others 30, All Plans 495

Key: 2001 Survey (generally based on data available from plan years that ended in 1999 and 2000); 2002 Survey (generally based on data available from plan years that ended in 2000 and 2001)

* This 100 percent average funded ratio reflects rounding. The actual average funded ratio for this industry was 99.6 percent.

---

[1] MPPAA assesses an employer that withdraws from a multiemployer plan a percentage of the plan's obligation for vested benefits not matched by its assets. The funded position of multiemployer plans is one indication of these plans' financial stability.

☆ SEGAL

Survey



**GRAPH 2: AVERAGE FUNDED RATIOS BY NUMBER OF PARTICIPANTS IN 2001 & 2002 SURVEYS**

Key: ◻ 2001 Survey (generally based on data available from plan years that ended in 1999 and 2000)
▪ 2002 Survey (generally based on data available from plan years that ended in 2000 and 2001)

### THE SURVEY SAMPLE

For the 2002 survey, Segal examined 455 plans with combined assets of almost $140 billion. The surveyed plans cover more than 3.9 million participants. (This is approximately 45 percent of all participants in multiemployer plans.)

The surveyed plans, which represent a wide range of industries from across the country, varied greatly in size, ranging from those with less than $5 million in assets covering fewer than 500 participants to plans with more than $4 billion in assets covering more than 100,000 participants. (See the table below for a breakdown of surveyed plans by participant size and assets.)

### WITHDRAWAL LIABILITY

Under MPPAA, employers withdrawing from plans whose assets fall below the actuarial value of their vested benefits may incur withdrawal liability.² The amount of an employer's withdrawal liability is based essentially on the extent of the plan's unfunded vested benefits as of the end of the plan year preceding the withdrawal. The decline in the percentage of plans that are fully funded will result in increased assessments of withdrawal liability.

### OUTLOOK AND ACTIONS

As noted, although this year's survey shows that the funded position of multiemployer plans remains relatively strong in the wake of several years of disappointing investment performance and a challenging economy, Segal expects that next year's survey, reflecting 2002 experience, will reveal further declines in average funded ratios. Moreover, changing participant demographics — higher ratios of retirees to active plan members — are expected to become an increasing concern for pension plans.

The following are among the actions boards of trustees may want to consider in light of recent and expected experience:

➤ Evaluating their plan's current financial and actuarial positions,
➤ Reviewing the plan's current funding policies,
➤ Performing actuarial projections to evaluate the plan's ability to meet minimum government funding requirements,
➤ Conducting cash-flow projections to consider the plan's future annual liquidity requirements,
➤ Performing asset-liability projections to assess the plan's future funding status, and
➤ Reviewing the plan's procedures for determining and assessing withdrawal liability.

*Segal Company consultants and actuaries together with investment consultants from Segal Advisors, our investment consulting affiliate, can be of assistance in developing the appropriate strategies for maintaining and enhancing benefit security.*

**NUMBER OF SURVEYED PLANS BY NUMBER OF PARTICIPANTS AND PLAN ASSETS (IN MILLIONS AND BILLIONS)**

| Number of Participants | < $100M | ≥$100M & < $1B | $1B+ | Total |
|---|---|---|---|---|
| < 500 | 50 | 0 | 0 | 50 |
| 500-999 | 66 | 3 | 0 | 69 |
| 1,000-4,999 | 120 | 88 | 0 | 208 |
| 5,000-9,999 | 7 | 51 | 0 | 58 |
| 10,000-49,999 | 1 | 29 | 22 | 52 |
| 50,000-99,999 | 0 | 2 | 8 | 10 |
| 100,000 + | 0 | 0 | 8 | 8 |
| Total | 244 | 173 | 38 | 455 |

² Trustees who want to review MPPAA's withdrawal liability provisions can refer to Segal's November 2002 *In Depth*, "Multiemployer Pension Plan Withdrawal Liability: An Overview," which is available, in PDF format, on the following page of Segal's Web site. http://www.segalco.com/publications/indepth/nov02withdrawalliability.pdf. To request the printed publication, contact Kara Jackson at 212.251.5055 or kjackson@segalco.com.

**THE SEGAL COMPANY**

| Atlanta | 678.306.3100 |
| Boston | 617.424.7300 |
| Chicago | 312.984.8500 |
| Cleveland | 216.687.4400 |
| Denver | 303.714.9900 |
| Hartford | 860.678.3000 |
| Houston | 713.664.1654 |
| Los Angeles | 818.956.6700 |
| Minneapolis | 952.857.2480 |
| New Orleans | 504.483.0744 |
| New York | 212.251.5000 |
| Philadelphia | 215.854.4017 |
| Phoenix | 602.381.4000 |
| San Francisco | 415.263.8200 |
| Seattle | 206.382.0250 |
| Toronto | 416.961.3264 |
| Washington | 202.833.6400 |

www.segalco.com

Copyright © 2003 by The Segal Group, Inc., the parent of The Segal Company. All rights reserved.

✶ SEGAL 

Benefits, Compensation and HR Consulting　　　　SPRING 2004

# The Funded Position of Multiemployer Pension Plans Remains Relatively Solid Despite Further Erosion

The Segal Company's 2003 *Survey of the Funded Position of Multiemployer Plans* found that the average funded ratio of multiemployer pension plans remains high: 87 percent. This average funded ratio is particularly impressive in the wake of "The Perfect Storm," which included three straight years of disappointing equity market returns coupled with the downside effect of computing liabilities at record low interest rates.

The Segal Company, consultants and enrolled actuaries for all of the plans in the survey, compiled the data by examining each plan's actuarial present value of vested benefits as calculated for withdrawal liability under the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA).[1] The survey is generally based on data available from plan years that ended in 2001 or 2002. Consequently, the results do not reflect the strong recovery of the U.S. equity markets or the continued decline in interest rates in 2003.

For most of the surveyed plans, the *funded* portion of the value of vested benefits was determined using adjusted interest rates based on rates prescribed by the Pension Benefit Guaranty Corporation (PBGC). As mentioned above, this survey reflects the impact of asset and interest declines in 2002.

To illustrate how interest rates have declined, consider that the immediate annuity valuation interest rate prescribed by the PBGC fell from 6.1 percent in December 2001 to 5.3 percent in December 2002.

SURVEY HIGHLIGHTS

Survey highlights follow:

> *The surveyed plans' average funded ratio was 87 percent.* This represents a decline of eight percentage points from the previous survey. (In order to ensure that the overall survey statistics are not distorted by overfunded plans, Segal excludes assets in excess of 100 percent of vested benefits from the calculation of average funded ratios.) Not surprisingly, the 24 plans included in the 2003 survey representing data from plan years that primarily ended in early 2003 (i.e., the low point for U.S. equity markets) had a significantly lower average funded ratio (75 percent) than the entire survey sample of 447 plans.

> *The average funded ratios also declined in all industries, but continue to be relatively solid.* As Graph 1 shows, the retail trade and food industry and the entertainment industry had the highest funded ratios (91 percent and 90 percent, respectively).

Plans in the transportation industry experienced the greatest decline — from 97 percent in 2002 to 85 percent in 2003 — and also represented the lowest average funded ratio.

> *The 2003 survey found that the average funded ratios were highest for plans with the smallest and largest number of participants: 90 percent.* As Graph 2 on the next page illustrates, the greatest decrease in the average funded ratio between the 2002 and 2003 surveys was for plans with 50,000 to 99,000 participants.

> *The percentage of surveyed plans that were fully (i.e., 100 percent) funded for their vested benefits declined by 36 percentage points since the previous survey.*[2] The 2003 survey found that only 31 percent of the surveyed plans were fully funded (down from 67 percent in the prior year's survey). This rate represents the lowest percentage

---

[2] For a comparison, consider that among private and public sector *single employer* plans, the percentage of plans that were fully funded fell from 55 percent in 2002 to 25 percent in 2003, according to the Fidelity/PLANSPONSOR *Optimizing Plan Funding* study, which is cited with permission.



Graph 1: Average Funded Ratios by Industry Group, 2002 and 2003 Surveys

| | Construction | Transportation | Manufacturing | Services | Retail Trade and Food | Entertainment | All Others | All Plans |
|---|---|---|---|---|---|---|---|---|
| 2002 Survey | 95% | 97% | 95% | 95% | 98% | 98% | 95% | |
| 2003 Survey | 86% | 85% | 87% | 86% | 91% | 90% | 88% | 87% |
| # of Plans (2003 Survey) | 254 | 43 | 36 | 32 | 32 | 18 | 30 | 443 |

Key: ▨ 2002 Survey (generally based on data available from plan years that ended in 2000 and 2001)
　　 ▨ 2003 Survey (generally based on data available from plan years that ended in 2001 and 2002)

Note: Although the 2002 and 2003 survey samples were not identical, a comparison of the two years' results is valid because 96 percent of the funds in the 2002 survey were also in the 2003 survey.

---

[1] MPPAA assesses an employer that withdraws from a multiemployer plan a percentage of the plan's obligation for vested benefits not matched by its assets. The funded position of multiemployer plans is one indication of these plans' financial stability.

# SEGAL

Survey



**Graph 2: Average Funded Ratios by Number of Participants, 2002 and 2003 Surveys**

Key: ☐ 2002 Survey (generally based on data available from plan years that ended in 2000 and 2001)
■ 2003 Survey (generally based on data available from plan years that ended in 2001 and 2002)

Note: Although the 2002 and 2003 survey samples were not identical, a comparison of the two years' results is valid because 96 percent of the funds in the 2002 survey were also in the 2003 survey.

since the survey was first conducted in 1983.[1] There were more than twice as many plans in the 2003 survey (308) as in the 2002 survey (152) where assets did not fully cover the liability for vested benefits. Although the percentage of multiemployer pension plans that were fully funded for their vested benefits declined through early 2003 (the endpoint of this survey), as noted, their average funded ratio remains relatively high.

> *The average funded ratio for plans with funded ratios of less than 100 percent was 81 percent in the 2003 survey.* This represents a slight decline from 86 percent in the 2002 survey.

### THE SURVEY SAMPLE

For the 2003 survey, Segal examined 447 plans, about one-quarter of all multiemployer pension plans. Combined assets totaled over $132 billion compared to the $140 billion in the prior survey. The surveyed plans cover more than 4.4 million participants. This is more than 45 percent of all participants in multiemployer plans, and represents an increase from 3.9 million in the prior survey.

The surveyed plans, which represent a wide range of industries from across the country, varied greatly in size, ranging from those with less than $5 million in assets covering fewer than 500 participants to plans with more than $4 billion in assets covering more than 100,000 participants.[4]

### WITHDRAWAL LIABILITY

Under MPPAA, employers withdrawing from plans whose assets fall below the actuarial value of their vested benefits may incur withdrawal liability.[5] The amount of an employer's withdrawal liability is based essentially on the extent of the plan's unfunded vested benefits as of the end of the plan year preceding the withdrawal. The decline in the number of plans that are fully funded may result in increased assessments of withdrawal liability. The number of plans that have assessed liability to withdrawn employers has increased from 132 to 146 since the last survey.

### OUTLOOK

As noted, this year's survey shows that the funded position of multiemployer plans continues to reflect the effects of several years of disappointing investment performance, record low interest rates for liability calculation purposes and a challenging economy. Moreover, changing participant demographics — higher ratios of retirees to active plan members — are expected to become an increasing concern for pension plans.

Looking ahead to next year's study, the environment is mixed: record low interest rates continue but there was a healthy recovery in the investment markets during 2003. While it is impossible to predict whether the precise conditions will ever be present for funds to replicate the results of the late 1990s, the fact remains that the average funded ratio for multiemployer plans remains relatively strong.

* * *

*Segal Company consultants and actuaries, together with investment consultants from Segal Advisors, our investment consulting affiliate, can be of assistance in developing the appropriate strategies for maintaining and enhancing benefit security.*

**THE SEGAL COMPANY**

| Office | Phone |
|---|---|
| Atlanta | 678.306.3100 |
| Boston | 617.424.7300 |
| Chicago | 312.984.8500 |
| Cleveland | 216.687.4400 |
| Denver | 303.714.9900 |
| Hartford | 860.678.3000 |
| Houston | 713.664.1664 |
| Los Angeles | 818.956.6700 |
| Minneapolis | 952.857.2400 |
| New Orleans | 504.483.0744 |
| New York | 212.251.5000 |
| Philadelphia | 215.854.4017 |
| Phoenix | 602.381.4000 |
| Pittsburgh | 412.288.7771 |
| San Francisco | 415.263.8200 |
| Seattle | 206.224.5628 |
| Toronto | 416.961.3264 |
| Washington | 202.833.6400 |

www.segalco.com

---

[1] It is important to note that PBGC interest rates were much higher in 1983 than they are today.

[4] To see graphs that break down the number of surveyed plans by participant size and plan assets, see the following page on Segal's Web site: [URL illegible]

[5] Segal's November 2002 *In Depth* presents an overview of MPPAA's withdrawal liability provisions. This publication is available, in PDF format, on the following page of Segal's Web site: [URL illegible]

Copyright © 2004 by The Segal Group, Inc., the parent of The Segal Company. All rights reserved.

 

**Benefits, Compensation and HR Consulting**    SPRING 2005

## Still Solid Funded Position of Multiemployer Pension Plans Reflects Additional Erosion

The Segal Company's 2004 *Survey of the Funded Position of Multiemployer Plans* found that the average withdrawal liability funded ratio of multiemployer pension plans was 83 percent. That figure represents a decline of four percentage points from the previous year's survey. The average withdrawal liability funded ratio continues to reflect the results of prior years of disappointing equity market returns coupled with the downside effect of computing liabilities at record-low interest rates.

The Segal Company, consultants and enrolled actuaries for all of the plans in the survey, compiled the data by examining each plan's actuarial present value of vested benefits as calculated for withdrawal liability purposes under the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA).[1] This year's survey is primarily based on data available from plan years that ended in 2002 or 2003. Consequently, the results do not fully reflect the recovery of the U.S. equity markets or the continued decline in interest rates in 2004.

For most of the surveyed plans, the *funded* portion of the value of vested benefits was determined using adjusted interest rates based on rates prescribed by the Pension Benefit Guaranty Corporation (PBGC). To illustrate how interest rates have declined, consider that the immediate annuity valuation interest rate prescribed by the PBGC fell from 5.3 percent in December 2002 to 4.7 percent in December 2003. When computing liabilities, lower interest rates result in higher liabilities.

SURVEY HIGHLIGHTS

Survey highlights follow:

> *The surveyed plans' average withdrawal liability funded ratio was 83 percent.* This represents a decline of four percentage points from the previous survey and a decline of 12 percentage points from the 2002 survey. (In order to ensure that the overall survey statistics are not distorted by overfunded plans, *Segal excludes assets in excess of 100 percent of vested benefits from the calculation of average funded ratios.*)

> *The average withdrawal liability funded ratios also declined in all industries.* As Graph 1 shows, the retail trade and food industry and the entertainment industry had the highest funded ratios (90 percent and 89 percent, respectively), which were well above the average. Plans in the services industry experienced the greatest decline — from 86 percent in 2003 to 78 percent in 2004 — and also represented the lowest average funded ratio.

> *The 2004 survey found that the average withdrawal liability funded ratios were highest for plans with the largest number of participants: 87 percent.* As Graph 2 on the next page illustrates, declines in the average withdrawal liability funded ratio between the 2003 and 2004 surveys occurred for almost all groups. Plans with 10,000-49,999 participants were the exception because their average withdrawal liability funded ratio remained the same.

> *The percentage of surveyed plans that were fully (i.e., 100 percent) funded for their vested benefits*



Graph 1: Average Withdrawal Liability Funded Ratios by Industry Group, 2003 and 2004 Surveys

Key: ▨ 2003 Survey (generally based on data available from plan years that ended in 2001 and 2002)
▰ 2004 Survey (generally based on data available from plan years that ended in 2002 and 2003)

Note: Although the 2003 and 2004 survey samples were not identical, a comparison of the two years' results is valid because most of the funds in the 2003 survey were also in the 2004 survey.

---

[1] MPPAA assesses an employer that withdraws from a multiemployer plan a portion of the plan's obligation for vested benefits not matched by its assets. The withdrawal liability funded position of multiemployer plans is one indication of these plans' financial stability.

☆ SEGAL

Survey



**Graph 2: Average Withdrawal Liability Funded Ratios by Number of Participants, 2003 and 2004 Surveys**

Key:  ▫ 2003 Survey (generally based on data available from plan years that ended in 2001 and 2002)
      ▪ 2004 Survey (generally based on data available from plan years that ended in 2002 and 2003)

Note: Although the 2003 and 2004 survey samples were not identical, a comparison of the two years' results is valid because most of the funds in the 2003 survey were also in the 2004 survey.

*declined by 14 percentage points since the previous survey.* The 2004 survey found that only 17 percent of the surveyed plans were fully funded (down from 31 percent in the prior year's survey). This rate represents the lowest percentage since the survey was first conducted in 1983.[2] Although the percentage of multiemployer pension plans that were fully funded for their vested benefits declined through early 2004 (the endpoint of this survey), as noted, their average withdrawal liability funded ratio was 83 percent.

THE SURVEY SAMPLE

For the 2004 survey, Segal examined 432 plans, more than one-quarter of all multiemployer pension plans. Combined assets totaled almost $140 billion compared to the $132 billion in the prior survey. The surveyed plans covered almost 4.3 million participants, or 44 percent of all participants in multiemployer plans.

The surveyed plans, which represented a wide range of industries from across the country, varied greatly in size, ranging from those with less than $5 million in assets covering fewer than 500 participants to plans with more than $4 billion in assets covering more than 100,000 participants.[3]

WITHDRAWAL LIABILITY

Under MPPAA, employers withdrawing from plans whose assets fall below the actuarial present value of their vested benefits may incur withdrawal liability.[4] The amount of an employer's withdrawal liability is based essentially on the extent of the plan's unfunded vested benefits as of the end of the plan year preceding the withdrawal. The decline in the number of plans that are fully funded may result in increased assessments of withdrawal liability. The number of plans that have assessed liability to withdrawn employers increased from 146 to 163 since the last survey.

OUTLOOK

As noted, this year's survey shows that the funded position of multiemployer plans continues to reflect the effects of several years of disappointing investment performance, record low interest rates for liability calculation purposes and a challenging economy. Moreover, changing participant demographics — higher ratios of retirees to active plan members — are expected to become an increasing concern for pension plans.

Looking ahead to next year's study, the environment is mixed: interest rates declined from 2003 to 2004, but there was a recovery in the investment markets during 2004. While it is impossible to predict whether the precise conditions will ever be present for funds to replicate the results of the late 1990s, the fact remains that the average withdrawal liability funded ratio for multiemployer plans was 83 percent.

▪ ▪ ▪

*Segal Company consultants and actuaries, together with investment consultants from Segal Advisors, our investment consulting affiliate, can be of assistance in developing the appropriate strategies for maintaining and enhancing benefit security.*

**THE SEGAL COMPANY**

| Atlanta | 678.306.3100 |
| Boston | 617.424.7800 |
| Calgary | 403.692.2264 |
| Chicago | 312.984.8500 |
| Cleveland | 216.687.4400 |
| Denver | 303.714.9900 |
| Hartford | 860.678.3000 |
| Houston | 713.664.4654 |
| Los Angeles | 818.956.6700 |
| Minneapolis | 952.857.2460 |
| New Orleans | 504.463.0744 |
| New York | 212.251.5000 |
| Philadelphia | 215.854.4017 |
| Phoenix | 602.381.4000 |
| San Francisco | 415.263.8200 |
| Toronto | 416.969.3960 |
| Washington | 202.833.6400 |

www.segalco.com

---

[2] It is important to note that PBGC interest rates were much higher in 1983 than they are today.

[3] Graphs that break down the number of surveyed plans by participant size and plan assets are available on the following page of Segal's Web site: [url]

[4] Segal's November 2002 *In Depth* presents an overview of MPPAA's withdrawal liability provisions. This publication is available, in PDF format, on the following page of Segal's Web site: [url]

Copyright © 2005 by The Segal Group, Inc., the parent of The Segal Company. All rights reserved.