# 2005 Survey of the Funded Position of Multiemployer Plans





SEGAL

2005 Survey of the Funded Position of Multiemployer Plans

# Table of Contents

Introduction ........ 1

Plans in the Survey ........ 2

Key Findings ........ 4

The Role of Interest Rates ........ 6

Other Factors: Plan Assets, Benefit Changes and Plan Demographics ........ 7

Withdrawal Liability Funded Ratios by Industry Group and Number of Participants ........ 9

Withdrawal Liability Funded Ratios by Asset Size ........ 10

Withdrawal Liability Funded Ratios Over Time ........ 11

Withdrawal Liability Assessments ........ 12

Conclusion and Outlook ........ 13

About The Segal Company ........ 13

Copyright 200[illegible] by The Segal Group, Inc., the parent of The Segal Company. All rights reserved.

# Introduction

The Segal Company has conducted an annual *Survey of the Funded Position of Multiemployer Plans* since 1983. Segal's survey focuses on the withdrawal liability funded ratio: the ratio of assets to vested benefits calculated by the actuary for the purpose of withdrawal liability. Interest in this measure of the funded position of multiemployer plans stems from the Multiemployer Pension Plan Amendments Act of 1980 (MPPAA), which assesses an employer that withdraws from a multiemployer plan a portion of the plan's obligation for vested benefits not matched by its assets. The employer payments to the plan will help fund the plan's liability for vested benefits. These payments must continue until the employer's withdrawal liability is fully paid or for 20 years, whichever comes first.[1] After several years of poor investment returns starting in 2000, many plans were left with diminished assets and eroded funding levels. As a result, withdrawal liability has reemerged as an important consideration.

It is important to recognize that withdrawal liability is *only one* of several measurements of multiemployer plans' financial stability. There are many ways in which a pension plan's liabilities are measured in an annual actuarial valuation. Each of these liability measurements can be compared to either the market value of assets or the actuarial value of assets, resulting in other ratios of assets to liabilities.[2]

Likely to compound the confusion surrounding various measurements of funding is a newly required notice introduced by the Pension Funding Equity Act of 2004 (PFEA), which must be distributed for the first time in 2006. PFEA requires all multiemployer defined benefit plans to provide participants, labor organizations representing participants, contributing employers and the Pension Benefit Guaranty Corporation (PBGC) with an annual funding notice. The notice must include, among other things, the plan's current liability funded percentage, which may be different from, and is currently lower than, other measurements of plan funding.[3]

Other major developments focusing additional scrutiny on the funded status of multiemployer pension plans are recent policies announced by Moody's Investors Service and Standard and Poor's to take into account the impact of under-funding in multiemployer plans when evaluating the creditworthiness of publicly traded companies that participate in multiemployer plans.

Finally, the Pension Protection Act, which the House of Representatives approved on July 28, 2006,[4] the Senate approved on August 3, 2006, and President Bush is expected to sign into law as of this survey report's press date, will draw additional attention to the funded status of multiemployer pension plans. One of the objectives of the legislation is to avoid new funding problems by adding more discipline to the manner in which trustees and bargaining parties handle the factors that are under their control. The Pension Protection Act will classify plans that are less than 80 percent funded or that have a projected funding deficiency within seven years as being in "endangered" status (colloquially referred to as being in the "yellow zone"). This funding criteria will be based on the actuarial value of assets and funding assumptions — *not* the new "funding notice" nor the withdrawal liability measurement. Plans that are significantly under-funded and facing a funding deficiency or a cash-flow crisis within four to seven years will be considered in "critical status" (nicknamed the "red zone"). These proposed funding thresholds are *not* addressed in this survey report.[5]

---

[1] Segal's November 2002 *In Depth* presents an overview of MPPAA's withdrawal liability provisions. This publication is available, in PDF format, on the following page of Segal's Web site: [illegible]

[2] For more information about these measurements, see Segal's February 2006 *NewsLetter*, "The 'Funded Status' of a Multiemployer Pension Plan: What Are the Measures and How Are They Used?": [illegible]

[3] For more information about the PFEA notice requirement, see Segal's February 2006 *Bulletin*, "DOL Issues Final Regulation on the New Multiemployer Funding Notice": [illegible]

[4] For more information, see Segal's July 2006 *Bulletin*, "Pension Reform Bill's Key Multiemployer Plan Provisions," which is available on the following Web page: [illegible]

[5] For the latest information on pension reform, visit the following page on Segal's Web site: [illegible]



# Plans in the Survey

The 2005 *Survey of the Funded Position of Multiemployer Plans* includes 404 multiemployer plans for which Segal acts as consultants and enrolled actuaries. As a group, these plans have total assets of more than $130 billion and cover 3.4 million participants. Individual plans included in the survey range from those with about $1 million in assets covering about 100 participants to plans with almost $7 billion in assets covering more than 200,000 participants. Almost half of all plans in the survey have 1,000 to 4,999 participants. The plans in the survey span all geographic areas in the United States and cover a wide range of industries, including construction (representing more than half of the plans in the survey), entertainment, manufacturing, retail trade and food, services and transportation. The adjacent graph breaks down the number of surveyed plans by industry. The table on page 3 shows the breakdown by both participant size and plan assets.

Over the last 25 years, the number of multiemployer defined benefit plans in the U.S. has declined, from 2,244 in 1980 to 1,587 in 2004.[6] This decline is attributable primarily to mergers (*i.e.*, of smaller local or regional plans into larger regional or national plans), as well as to some terminations of plans covering workers in industries that have dissolved (*e.g.*, shoemaking) or to groups opting for a defined contribution program. The percentage of all multiemployer plans represented in Segal's *Survey of the Funded Position of Multiemployer Plans* has increased from approximately 20 percent in 1983 to 25 percent in 2005. The plans in the 2005 survey represent approximately 40 percent of all multiemployer plan assets and approximately 35 percent of all multiemployer plan participants.

**Percentage of Surveyed Plans by Industry Group**

6%
4%
6%
7%
9%
10%
57%

**Key:**
- Construction
- Transportation
- Manufacturing
- Services
- Retail Trade and Food
- Entertainment
- All Other Industries

* The total does not equal 100% due to rounding.

[6] This data is from the PBGC's Pension Insurance Data Book 2004: http://www.pbgc.gov/docs/2004databook.pdf



## Surveyed Plans by Number of Plan Participants and Plan Assets

| | Number of Participants | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Fewer than 500 | 500-999 | 1,000-4,999 | 5,000-9,999 | 10,000-49,999 | 50,000-99,999 | 100,000 and over | **Total** |
| Fewer than $5 Million | 3 | 1 | 2 | 0 | 0 | 0 | 0 | **6** |
| $5 Million but fewer than $10 Million | 8 | 6 | 0 | 0 | 0 | 0 | 0 | **14** |
| $10 Million but fewer than $25 Million | 12 | 20 | 10 | 3 | 1 | 0 | 0 | **46** |
| $25 Million but fewer than $50 Million | 10 | 22 | 23 | 0 | 0 | 0 | 0 | **55** |
| $50 Million but fewer than $100 Million | 0 | 10 | 69 | 1 | 0 | 0 | 0 | **80** |
| $100 Million but fewer than $250 Million | 0 | 3 | 72 | 14 | 4 | 1 | 0 | **94** |
| $250 Million but fewer than $500 Million | 0 | 0 | 21 | 27 | 12 | 0 | 0 | **60** |
| $500 Million but fewer than $1 Billion | 0 | 0 | 2 | 5 | 7 | 1 | 0 | **15** |
| $1 Billion but fewer than $2 Billion | 0 | 0 | 0 | 0 | 17 | 5 | 0 | **22** |
| $2 Billion but fewer than $4 Billion | 0 | 0 | 0 | 0 | 4 | 1 | 4 | **9** |
| $4 Billion or more | 0 | 0 | 0 | 0 | 0 | 1 | 2 | **3** |
| **Total** | **33** | **62** | **199** | **50** | **45** | **9** | **6** | **404** |


# Key Findings

The following are the key findings of the 2005 *Survey of the Funded Position of Multiemployer Plans* in which the *actual* withdrawal liability funded ratio for individual plans ranged from 26 percent to 247 percent:

- ***The average withdrawal liability funded ratio for all of the surveyed plans has declined steadily since the 2001 survey year.*** The average withdrawal liability funded ratio in the 2005 survey was 80 percent – down from 83 percent in the previous survey and 98 percent four years earlier. (In calculating the average funded ratios for the surveyed plans, *Segal excluded assets in excess of 100 percent of the vested benefits* to avoid distorting the overall statistics.)[7]

- ***Only a small portion of the surveyed plans were fully (i.e., 100 percent) funded for their vested benefits.*** The 2005 survey found that 11 percent of the surveyed plans were fully funded – down from 17 percent in the previous survey and 83 percent four years earlier. (The 45 fully funded plans in the 2005 survey had an average withdrawal liability funded ratio of 117 percent.)[7]

- ***The average withdrawal liability funded ratios declined between the 2004 and 2005 surveys in all industries except entertainment.*** In addition, the entertainment, retail trade and food, and manufacturing industries all had withdrawal liability funded ratios that were better than the overall average.

- ***The average withdrawal liability funded ratios were relatively consistent among plans of all participant sizes.*** The spread between the highest and lowest average withdrawal liability funded ratios by participant sizes was only four percentage points.

- ***In contrast, there were some dramatic differences in the average withdrawal liability funded ratios among plans grouped by asset size.*** The averages ranged from a low of 75 percent to a high of 90 percent.

The graphs on page 5 summarize key findings from the last 10 surveys and 1983, the first survey year.

Each *Survey of the Funded Position of Multiemployer Plans* uses the figures available from the plans' most recently completed actuarial valuation. The 2005 survey uses the figures available primarily from the plan years that ended in 2004. Consequently, the results of the 2005 survey do not reflect 2005 investment performance. The impact of 2005 investment performance[8] will not be seen until The Segal Company's 2006 funding survey.

A variety of factors can affect the relationship between a plan's vested obligations, or liabilities, and its assets. Liabilities are affected by the number and characteristics of participants covered by the plan, the plan's benefit provisions, the actuarial assumptions used to project mortality and investment return, the average age at retirement, and any recent benefit changes adopted. A plan's assets are affected by contribution levels, investment policy and experience, benefit payouts, administrative costs and market conditions. Some of these factors are discussed on the following pages.

[7] Withdrawal liability is only one measure of a multiemployer plan's financial stability. There are many ways in which a pension plan's liabilities are measured and each of these can be compared to either the market value of assets or the actuarial value of assets, resulting in other possible ratios of assets to liabilities. For example, the average ratio of the market value of assets to the present value of accumulated plan benefits, based on the plan's funding assumption, is 87 percent for all surveyed plans. This funded ratio excludes assets in excess of accumulated benefits for the 27 percent of plans that are fully funded using that measurement basis.

[8] For information about the 2005 investment performance of multiemployer pension plans (not necessarily the same plans in this survey), see "Results of Segal Advisors' 2005 Survey of Multiemployer Pension Funds' Investment Performance," which is available on the following Web page: http://www.segaladvisors.com/publications/spring06survey.pdf. Segal Advisors is the investment consulting affiliate of The Segal Company.

Average Withdrawal Liability Funded Ratio: First Survey (1983) and 1996-2005 Surveys
100%
95
90
85
80
75
90%
96%
96%
96%
97%
97%
98%
95%
87%
83%
80%
1983
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
Number of Plans*
458
473
466
476
477
462
459
455
447
432
404

* During the full 22-year period Segal has been conducting this survey, the number of plans included has fluctuated for several reasons, but primarily because of plan mergers and terminations. And, even though the number of plans has decreased, the percentage of all multiemployer plans represented in the survey has increased from approximately 20 percent in 1983 to 25 percent in 2005. The plans in the survey represent about 40 percent of all multiemployer plan assets and about 35 percent of all multiemployer plan participants.

Percentage of Plans Fully Funded for Vested Benefits: First Survey (1983) and 1996-2005 Surveys
90%
70
50
30
10
65%
73%
71%
74%
77%
79%
83%
67%
31%
17%
11%
1983
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
Number of Plans
298
343
329
350
365
364
381
303
139
72
45



# The Role of Interest Rates

All other factors being equal, a decline in interest rates increases vested liabilities. Conversely, an increase in interest rates tends to decrease vested liabilities.

By law, the assumptions an actuary chooses must be the actuary's best estimate of anticipated future experience under the plan. For about 80 percent of the surveyed plans, the *funded* portion of the value of vested benefits was determined using adjusted interest rates based on rates prescribed by the PBGC.[9] From 2000 until the end of 2004, the PBGC interest rates declined significantly. The fact that the PBGC interest rate was about the same at the end of 2005 as at the end of 2004 may signal a stabilization of the downward trend in the withdrawal liability funded ratio. However, this is only one factor that affects vested liabilities.

For any unfunded portion of vested benefits – those not matched by assets – the interest rate used is the same as that used to determine the funding of the plan. On average, this interest rate has remained virtually constant over the past 10 survey years, because it reflects a long-term view of interest rates.

The adjacent table shows a history of PBGC interest rates for a December 31 valuation date. This table is only intended to illustrate the trend in PBGC interest rates between 1996 and 2005. It does not reflect the interest rates used by any of the surveyed plans to determine the value of vested benefits, and the rates shown are actually lower than those used by Segal.

Of course, changes in a plan's withdrawal liability funded ratio are attributable not only to changes in interest rates but also to other factors, such as asset size, benefit changes and plan demographics. These factors are discussed on the next page.

## PBGC Valuation Interest Rates: 1996-2005

| December 31 Valuation Date | PBGC Valuation Interest Rate: Select Rate* |
|---|---|
| 1996 | 6.00% |
| 1997 | 5.60% |
| 1998 | 5.40% |
| 1999 | 6.50% |
| 2000 | 7.00% |
| 2001 | 6.10% |
| 2002 | 5.30% |
| 2003 | 4.70% |
| 2004 | 3.80% |
| 2005 | 4.00% |

* The select rate is the rate for the select period (either 20 or 25 years, as determined by the PBGC each year). Thereafter, the PBGC's ultimate rate is used. The complete rates can be found in PBGC Regulation Part 4044, Appendix B, Table 1.

Source: PBGC

[9] Withdrawal liability determined under this method is a weighted average between the present value of vested benefits on adjusted PBGC interest rates and the present value of vested benefits on the funding investment return assumption, where the weighting factor is assets at market. This approach essentially treats the withdrawal like a single employer plan termination for that portion of the assigned benefits that could be purchased by existing assets. Since the remaining benefits are funded by future contributions, the funding assumptions used to fund the ongoing pension plan are used for this portion of benefits. The distinction is assets on hand versus future assets. The PBGC rates were developed to deal with assets on hand.



# Other Factors: Plan Assets, Benefit Changes and Plan Demographics

During the five most recent survey years, most plans experienced two years of negative investment performance, as shown in the adjacent graph. Since then, investment performance on a market-value basis, including the 2005 calendar year (which is not shown in the adjacent graph that presents data for survey years), has been positive for three consecutive years.

Investment performance is not the only variable affecting the total amount of plan assets. Contribution income, which is closely correlated to economic conditions, plan expenses and benefit payments also have an effect.

Of the 404 plans in the 2005 survey, 108 (27 percent) increased benefits since the prior survey year.[10] This percentage represents an increase over the 2004 survey when 19 percent of the surveyed plans made benefit improvements. The 2005 survey also found that 9 percent of plans made changes that reduced future benefits, up from 4 percent that had done so in the 2004 survey.

*(Section continues on page 8.)*

**Average Rates of Return on Assets on a Market Value Basis by Survey Year: 2001-2005***

* The rates of return for each survey year primarily represent the prior calendar year's results.

[10] Many of these increases are due to plan formulas that automatically increase future benefit accrual rates when contribution rates go up, rather than to plan amendments.



The graph below shows the percentage of plans that made benefit changes in the last 10 survey years. Although benefit improvements tend to have an immediate impact on a plan's vested liability, the impact of benefit reductions only shows up in withdrawal liability funded ratios over time, as plans collect more in contributions while promising less in additional benefits.

The withdrawal liability funded ratio can also be affected by plan demographics. When the number of active participants declines, contribution income generally declines. This is particularly problematic if the number of retirees grows, requiring increased benefit payments. The active-to-retiree ratio for all plans in the 2005 survey was 2:1. (Interestingly, this is the same ratio as in the 2000 survey.) Changing plan demographics are expected to become an increasing concern for sponsors of pension plans.

**Percentage of Plans That Made Benefit Changes by Survey Year: 1996-2005**

* Data on benefit reductions was not captured prior to 2003.