

2005 Survey of the Funded Position of Multiemployer Plans

# Withdrawal Liability Funded Ratios by Industry Group and Number of Participants

Withdrawal liability funded ratios were studied separately for the following industry groups: construction, transportation, manufacturing, services, retail trade and food, entertainment and all others. Plans in the entertainment and the retail trade and food industries continued to have the highest withdrawal liability funded ratios, and plans in the services and transportation industries had the lowest ratios.

Between the 2004 and 2005 surveys, the average withdrawal liability funded ratios declined in every industry except entertainment. That industry's average funded ratio increased by one percentage point to 90 percent. Although the 2004 and 2005 survey samples were not identical, a comparison of the two years' results is valid because most of the plans in the 2004 survey were also in the 2005 survey.



Average Withdrawal Liability Funded Ratios by Industry Group, 2004 and 2005 Surveys

Key:  2004 Survey (generally based on data available from plan years that ended in 2002 and 2003)
      2005 Survey (generally based on data available from plan years that ended in 2004)

The average withdrawal liability funded ratio for plans with 50,000 to 99,999 participants increased by three percentage points between the 2004 and 2005 surveys. For plans in all other participant-size groupings, the average withdrawal liability funded ratios declined over that period. In the 2005 survey, the average withdrawal liability funded ratios for the surveyed plans were similar (within a four-percentage point range) for plans of all sizes, as measured by the number of participants. As illustrated in the graph below, plans with at least 100,000 participants and plans with fewer than 500 participants had the highest average withdrawal liability funded ratios.



Average Withdrawal Liability Funded Ratios by Number of Participants, 2004 and 2005 Surveys

Key:  2004 Survey (generally based on data available from plan years that ended in 2002 and 2003)
      2005 Survey (generally based on data available from plan years that ended in 2004)



2005 Survey of the Funded Position of Multiemployer Plans

# Withdrawal Liability Funded Ratios by Asset Size

The 2005 *Survey of the Funded Position of Multiemployer Plans* found that plans of all asset sizes had average withdrawal liability funded ratios within a relatively wide 15-point range. Plans with the least amount of assets (fewer than $5 million) had the lowest average withdrawal liability funded ratio (4 percentage points below the average). Plans with the greatest assets ($4 billion or more) had the highest average withdrawal liability funded ratios (11 percentage points above the average).



Average Withdrawal Liability Funded Ratios by Asset Size, 2004 and 2005 Surveys

Key:  2004 Survey (generally based on data available from plan years that ended in 2002 and 2003)
      2005 Survey (generally based on data available from plan years that ended in 2004)

10



2005 Survey of the Funded Position of Multiemployer Plans

# Withdrawal Liability Funded Ratios Over Time

The withdrawal liability funded ratios have been steadily declining over the past five survey years. Changes over time are seen in context when data from recent surveys is compared to data from the first survey, which was published in 1983. The chart below provides details.

The average withdrawal liability funded ratio peaked at 98 percent in the 2001 survey, which primarily represents the 2000 plan year. Since then it has steadily declined to the current low of 80 percent, which primarily represents the 2004 plan year.

**Withdrawal Liability Funded Ratios for Surveyed Plans Over Time: First Survey (1983) and 1996-2005 Surveys**

| Withdrawal Liability Funded Ratio | 1983 % of Total | 1996 % of Total | 1997 % of Total | 1998 % of Total | 1999 % of Total | 2000 % of Total | 2001 % of Total | 2002 % of Total | 2003 % of Total | 2004 % of Total | 2005 % of Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ≥100% | 65% | 73% | 71% | 74% | 77% | 79% | 83% | 67% | 31% | 17% | 11% |
| 90-99% | 8% | 16% | 17% | 13% | 12% | 10% | 9% | 17% | 19% | 17% | 14% |
| 80-89% | 6% | 6% | 6% | 7% | 5% | 6% | 5% | 9% | 23% | 25% | 25% |
| 70-79% | 5% | 3% | 3% | 3% | 3% | 3% | 1% | 4% | 16% | 27% | 30% |
| 60-69% | 5% | 1% | 2% | 2% | 1% | 1% | 1% | 2% | 7% | 9% | 14% |
| 50-59% | 4% | – | – | – | – | – | 0 | 1% | 3% | 4% | 5% |
| <50% | 5% | 1% | 1% | 1% | 1% | 1% | 0 | 1% | 1% | 1% | 1% |
| Total Number of Plans | 458 | 473 | 466 | 476 | 477 | 462 | 459 | 455 | 447 | 432 | 404 |
| Average Withdrawal Liability Funded Ratio | 90% | 96% | 96% | 96% | 97% | 97% | 98% | 95% | 87% | 83% | 80% |

2005 Survey of the Funded Position of Multiemployer Plans

## Withdrawal Liability Assessments

Sponsors of multiemployer plans are interested in withdrawal liability funded ratios because they represent the obligation for employers that withdraw. The less well-funded a plan is, the greater that potential liability might be.

An assessment is not always made for an employer that withdraws from a multiemployer plan. Factors include the plan's withdrawal liability allocation formula,[11] whether the withdrawing employer's liability is "*de minimis*," special rules for certain industries and special limitations (*e.g.*, sale of the employer's assets). Withdrawal liability payments reduce the amounts that ongoing employers have to contribute to meet the plan's obligations and improve future withdrawal liability funded ratios.

The number of plans that have assessed liability to withdrawn employers has increased over the last six survey years. This is not surprising given the declines in both the average withdrawal liability funded ratio and the number of plans that are fully funded. In the 2005 survey, 165 plans assessed withdrawal liability, up from 163 in the previous survey and 146 two years earlier. The adjacent graph shows the percentage of plans assessing withdrawal liability.




Percentage of Plans Assessing Withdrawal Liability by Survey Year: 2000-2005

- 2000: 25%
- 2001: 30%
- 2002: 29%
- 2003: 32%
- 2004: 38%
- 2005: 41%

---

[11] Whether withdrawal liability is assessed and the amount of the assessment both depend on the allocation formula adopted by each plan. Most plans use one of two methods defined in MPPAA: (1) the statutory or presumptive method, which is used by 82 percent of plans in the 2005 survey; and (2) the rolling-five or one-pool method, which is used by 14 percent of plans in the 2005 survey.



## Conclusion and Outlook

Segal's 2005 *Survey of the Funded Position of Multiemployer Plans* demonstrates that multiemployer pension plans' average withdrawal liability funded ratios have declined steadily over the last five survey years. In the 2005 survey, the average withdrawal liability funded ratios were relatively consistent across all industries and among plans of all participant sizes and all asset sizes. The decline in the number of plans that are fully funded may result in increased future assessments of withdrawal liability.

Next year's *Survey of the Funded Position of Multiemployer Plans*, which will reflect continued positive investment performance in 2005, may reveal some improvement in average withdrawal liability funded ratios. Such improvements are likely to be gradual given that increases in overall investment performance have been gradual since 2002 and economic conditions remain challenging in many industries. It is impossible to predict whether the precise conditions will ever be present for plans to replicate the strong results of the late 1990s.

The expectation is that pension reform provisions will be enacted to require disciplines that will eventually strengthen multiemployer pension plan funding. To the extent pension reform passes and results in accelerated funding, the average withdrawal funded position of plans may improve.

Although the withdrawal liability funded position is an important number, it is only one measurement of the health of a multiemployer pension plan. For a broader perspective, trustees are, increasingly, undertaking sophisticated projection techniques to model emerging plan funding requirements and other plan characteristics, such as cash-flow requirements. These projections are typically referred to as asset-liability modeling (ALM).[12] By analyzing the range of possible outcomes, and the associated probabilities of the outcomes occurring, trustees are better able to understand the implications and to make informed decisions regarding their pension plans.

## About The Segal Company

The Segal Company serves as consultants and actuaries for employee benefit and compensation programs, in the U.S., Canada and abroad. The Segal Company provides a complete range of services for the design, implementation and operation of defined benefit and defined contribution programs; health insurance plans; life, survivors' income and disability insurance plans; wage and salary administration; and health care cost management. Segal provides services to plans serving more than 8 million people throughout the U.S. and Canada.

Founded in 1939 by Martin E. Segal, the company has thousands of clients whose benefit plans cover millions of employees and dependents. Clients include joint boards of trustees administering pension and health and welfare plans under the Taft-Hartley Act, state and local governments, non-profit organizations, corporations and professional service firms. The Segal Company has compiled the *Survey of the Funded Position of Multiemployer Plans* for more than 20 years.

A list of The Segal Company's offices appears on the back cover of this report.

---

[12] For more information about ALM, see Segal's November 2004 *NewsLetter*, "Asset-Liability Modeling: A Powerful 'Financial Engineering' Tool for Pension Plan Sponsors," which is available on the following Web page: http://www.segalco.com/publications/newsletters/nov2004.pdf

**✴ SEGAL**

| | |
|---|---|
| ATLANTA | 678.306.3100 |
| BOSTON | 617.424.7300 |
| CALGARY | 403.692.2264 |
| CHICAGO | 312.984.8500 |
| CLEVELAND | 216.687.4400 |
| DENVER | 303.714.9900 |
| HARTFORD | 860.678.3000 |
| HOUSTON | 713.664.4654 |
| LOS ANGELES | 818.956.6700 |
| MINNEAPOLIS | 952.857.2480 |
| NEW ORLEANS | 504.483.0744 |
| NEW YORK | 212.251.5000 |
| PHILADELPHIA | 215.854.4017 |
| PHOENIX | 602.381.4000 |
| PRINCETON | 609.520.2700 |
| RALEIGH | 919.233.1220 |
| SAN FRANCISCO | 415.263.8200 |
| TORONTO | 416.969.3960 |
| WASHINGTON | 202.833.6400 |

www.segalco.com