## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, )<br><br>Defendants. )<br>_____ )<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, )<br><br>Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, )<br><br>v. )<br><br>SARA LEE CORPORATION, )<br><br>Respondent, )<br><br>PENSION BENEFIT GUARANTY CORPORATION, )<br><br>Cross-Defendant, and )<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC. HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., )<br><br>Third-Party Defendants. ) | Case No. 06-CV-0819 (HHK/JMF)<br>Hon. Henry H. Kennedy, Jr.<br>Magistrate Judge John M. Facciola<br><br>**PROPOSED ORDER** |

- 2 -

**PROPOSED ORDER**

Upon consideration of the Pension Benefit Guaranty Corporation's motion for summary judgment on Counts I and II of American Bakers Association Retirement Plan's and Board of Trustees' Third-Party Complaint for Declaratory and Injunctive Relief, Counterclaim and Cross-Claim, it is hereby

ORDERED, that Pension Benefit Guaranty Corporation's motion is denied.

Dated: _____

                                                                                                                            _____
                                                                                                                            Henry H. Kennedy, Jr.
                                                                                                                            United States District Judge

Copies to:     Counsel of Record