# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>AMERICAN BAKERS ASSOCIATION )<br>RETIREMENT PLAN; and BOARD OF )<br>TRUSTEES OF THE AMERICAN BAKERS )<br>ASSOCIATION RETIREMENT PLAN; )<br>)<br>  and )<br>)<br>PENSION BENEFIT GUARANTY )<br>CORPORATION, )<br>)<br>  Defendants. ) | Case No. 06–CV–0819–HHK |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2007, a copy of the foregoing Pension Benefit Guaranty Corporation's Reply Memorandum in Support of its Motion for Protective Order was served electronically through the court's CM/ECF system, or by overnight courier on the following:

1.  M. Miller Baker
    Sarah E. Hancur
    McDermott Will & Emory LLP
    600 13th Street, N.W.
    Washington, D.C. 20005-3096

    Michael T. Graham
    McDermott Will & Emory LLP
    227 West Monroe Street
    Chicago, IL 60606-5096

    *Attorneys for Plaintiff Sara Lee Corporation*

2.        Edward J. Meehan
          David E. Carney
          Skadden, Arps, Slate, Meagher & Flom LLP
          1440 New York Avenue
          Washington, D.C. 20005-2111

          Carol Connor Flowe
          Arent Fox, LLP
          1050 Connecticut Avenue, N.W.
          Washington, D.C.  20036-5339

          Amanda S. Williamson
          Skadden, Arps, Slate, Meagher & Flom LLP
          333 West Wacker Drive
          Suite 2100
          Chicago, IL 60606

          *Attorneys for Third-party Defendant Interstate Brands Corp.*

3.        Edward R. Mackiewicz
          Paul J. Ondrasik, Jr.
          Ryan T. Jenny
          Steptoe & Johnson LLP
          1330 Connecticut Avenue, N.W.
          Washington, D.C. 20036

          Anne H.S. Fraser
          Law Office of Anne H.S. Fraser
          1320 19th Street, N.W.
          Suite 200
          Washington, D.C. 20036-1637

          *Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.        James Hamilton
          Bingham McCutchen LLP
          2020 K Street, N.W.
          Washington, D.C. 20006

          *Attorney for Third-party Defendant American Bakers Association*

5.  Jeffrey S. Jacobovitz
   D. Christopher Ohly
   Schiff Hardin LLP
   1666 K Street, N.W.
   Suite 300
   Washington, D.C. 20006

   *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6.  Lonie A. Hassel
   Groom Law Group
   1701 Pennsylvania Avenue, N.W.
   Washington, D.C. 20006-5805

   *Attorney for Third-party Defendant Harris Baking Co.*

7.  James R. Kettering, Jr.
   President
   Kettering Baking Co.
   729 Coleman Avenue
   Fairmont, WV 26554

   *On behalf of Third-party Defendant Kettering Baking Co.*

8.  Bernard Baker
   President
   Jenny Lee Bakery, Inc.
   620 Island Avenue
   McKees Rocks, PA 15136

   *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*

           /s/ Marc S. Pfeuffer
           MARC S. PFEUFFER (D.C. Bar No. 484209)
           PENSION BENEFIT GUARANTY CORP.
           Office of the Chief Counsel
           1200 K Street, N.W.
           Washington, D.C. 20005-4026
           Tel. No. (202) 326-4020, ext. 4903
           Fax No. (202) 326-4112
           E-mail: pfeuffer.marc@pbgc.gov and
           efile@pbgc.gov