# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 06–CV–0819–HHK |
| | ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) ) ) ) ) | |
| and | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June 2007, a copy of the foregoing Pension Benefit Guaranty Corporation's Reply Memorandum in Support and Reply to Statements of Issues of Material Fact Filed in Opposition of its Motion for Summary Judgment was served electronically through the court's CM/ECF system, or by overnight courier on the following:

1.   M. Miller Baker
     Sarah E. Hancur
     McDermott Will & Emory LLP
     600 13th Street, N.W.
     Washington, D.C. 20005-3096

     Michael T. Graham
     McDermott Will & Emory LLP
     227 West Monroe Street
     Chicago, IL 60606-5096

     *Attorneys for Plaintiff Sara Lee Corporation*

2.     Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue
Washington, D.C. 20005-2111

Carol Connor Flowe
Arent Fox, LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

*Attorneys for Third-party Defendant Interstate Brands Corp.*

3.     Edward R. Mackiewicz
Paul J. Ondrasik, Jr.
Ryan T. Jenny
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Anne H.S. Fraser
Law Office of Anne H.S. Fraser
1320 19th Street, N.W.
Suite 200
Washington, D.C. 20036-1637

*Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.     James Hamilton
Bingham McCutchen LLP
2020 K Street, N.W.
Washington, D.C. 20006

*Attorney for Third-party Defendant American Bakers Association*

5.  Jeffrey S. Jacobovitz
    D. Christopher Ohly
    Schiff Hardin LLP
    1666 K Street, N.W.
    Suite 300
    Washington, D.C. 20006

    *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6.  Lonie A. Hassel
    Groom Law Group
    1701 Pennsylvania Avenue, N.W.
    Washington, D.C. 20006-5805

    *Attorney for Third-party Defendant Harris Baking Co.*

7.  James R. Kettering, Jr.
    President
    Kettering Baking Co.
    729 Coleman Avenue
    Fairmont, WV 26554

    *On behalf of Third-party Defendant Kettering Baking Co.*

8.  Bernard Baker
    President
    Jenny Lee Bakery, Inc.
    620 Island Avenue
    McKees Rocks, PA 15136

    *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*

    /s/ Marc S. Pfeuffer
MARC S. PFEUFFER (D.C. Bar No. 484209)
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel. No. (202) 326-4020, ext. 4903
Fax No. (202) 326-4112
E-mail: pfeuffer.marc@pbgc.gov and
efile@pbgc.gov