# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own Behalf and on behalf of its Employee-participants in the American Bakers Association Retirement Plan, Three First National Plaza Chicago, Illinois 60602-4260 | ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan, 1300 Eye Street, N.W., Ste. 700 West Washington, D.C. 20005 | ) ) ) ) ) ) ) ) ) |
| and | ) ) |
| PENSION BENEFIT GUARANTY CORPORATION 1200 K Street, N.W. Washington, D.C. 20005 | ) ) ) ) ) |
| Defendants. | ) ) ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan, | ) ) ) ) ) ) ) ) |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants | ) ) ) |
| v. | ) ) |

No. 06-C-00819-HHK

| | |
|---|---|
| SARA LEE CORP., | ) |
| | ) |
|                Respondent, | ) |
| | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) |
| | ) |
|                Cross-Defendant, | ) |
| | ) |
|   and | ) |
| | ) |
| KETTERING BAKING CO. <br> 729 Coleman Avenue <br> Fairmont, WV 26554 | ) ) ) |
| | ) |
| INTERSTATE BRANDS CORP. <br> 12 E. Armour Blvd. <br> Kansas City, MO 64111-1202 | ) ) ) |
| | ) |
| LEWIS BROS. BAKERIES, INC. <br> 500 N. Fulton Avenue <br> Evansville, IN 47710 | ) ) ) |
| | ) |
| HARRIS BAKING CO., INC. <br> 2301 S. 1st Street <br> Rogers, AR 72758-6416 | ) ) ) |
| | ) |
| AMERICAN BAKERS ASSOCIATION <br> 1300 Eye Street, N.W. <br> Suite 700 West <br> Washington, D.C. 20005 | ) ) ) ) |
| | ) |
|   and | ) |
| | ) |
| JENNY LEE BAKERY, INC. <br> 620 Island Avenue <br> McKees Rock, PA 15136 | ) ) ) |
| | ) |
|              Third-Party Defendants. | ) |
| _____ | ) |

## Certificate of Service

        The undersigned attorney certifies that on June 8, 2007 he caused a true and correct copy of Third Party Defendant Interstate Brands Corporation's Reply in Support of Pension Benefits Guaranty Corporation's Motion For Summary Judgment to be filed electronically with the Court. Notice of this filing was sent to the following counsel electronically or by US mail.

**Counsel for Plaintiff and Third Party Defendant Sara Lee**

M. Miller Baker
Sarah E. Hancur
MCDERMOTT, WILL & EMERY
600 13th Street, NW
Washington, DC 20005-3096
(202) 756-8233
Fax: (202) 756-8087

Michael T. Graham
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5096
(312) 984-3606
Fax: (312) 984-7700

Roger Pascal
Sonia Macias Steele
SCHIFF HARDIN LLP
6600 Sears Tower
Chicago, IL 60606-6473
(312) 258-5663
Fax: (312) 258-5600

**Counsel for Third Party Defendant Lewis Bro. Bakeries Inc.**

Jeffrey S. Jacobovitz
D. Christopher Ohly
SCHIFF HARDIN LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
(202) 778-6438
Fax: (202) 778-6466

**Counsel for Defendants and Third Party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

Anne H. S. Fraser
ANNE H. S. FRASER, PC
1320 19th Street, NW
Suite 200
Washington, DC 20036
(202) 466-4009
Fax: (202) 466-4010

Edward Robert Mackiewicz
Paul J. Ondrasik
Ryan T. Jenny
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue
Washington, DC 20036
(202) 429-6412
Fax: (202) 429-3902

**Counsel for Third Party Defendant Harris Baking Company**

Lonie Anne Hassel
GROOM LAW GROUP CHARTERED
1701 Pennsylvania Avenue, NW
Washington, DC 20006-5805
(202) 857-0620

**Third Party Defendant American Bakers Association**

James Hamilton
SWIDLER, BERLIN, SHEREFF & FRIEDMAN, L.L.P.
3000 K Street, NW
Washington, DC 20007-5116
(202) 424-7826
Fax: (202) 424-7643

Anitra D. Goodman
BINGHAM MCCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
(202) 424-7500

**On Behalf of Third Party Defendant Kettering Baking Co.**

James R. Kettering, Jr.
President Kettering Baking Co.
729 Coleman Ave.
Fairmont, WV 26554

**Counsel for Defendant and Third Party Defendant Pension Benefits Guaranty Corporation**

Paula June Connelly
Marc Stuart Pfeuffer
Mark Blank
Michael P. Mora
Pension Benefits Guaranty Board
Office of the Chief Counsel
1200 K Street, NW
Washington, DC 20005-4026
(202) 326-4020
Fax: (202) 326-4112

_____/s/ Edward E. Meehan_____

Edward E. Meehan