**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SARA LEE CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06–CV–0819–HHK/JMF |
| | ) | |
| AMERICAN BAKERS ASSOCIATION | ) | |
| RETIREMENT PLAN; and BOARD OF | ) | |
| TRUSTEES OF THE AMERICAN BAKERS | ) | |
| ASSOCIATION RETIREMENT PLAN; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PENSION BENEFIT GUARANTY | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF RECENT DECISION**

PBGC is filing this pleading to inform the Court of a recent decision by the United States

Supreme Court that is relevant to PBGC's summary judgment motion pending in the present

case.  In opposing summary judgment, Sara Lee and the Trustees argue that *de novo* review of

PBGC's determination is appropriate because the agency changed its 27-year-old position on

whether the ABA Plan is an aggregate of single-employer plans or a multiple-employer plan.

The Supreme Court's decision in *Beck v. Pace Int'l Union*, No. 05-1448, 2007 WL 1661301

(June 11, 2007), (available at http://www.supremecourtus.gov/opinions/06pdf/05-1448.pdf),

addresses this point.

In *Beck*, the union argued that PBGC "took an inconsistent approach in several opinion

letters from the 1980's" as compared to the approach the agency took in 2001.  2007 WL

1661301 at *5 n.4; Slip op. at 8 n.4.  The Supreme Court noted that it has "traditionally deferred to the PBGC when interpreting ERISA," and rejected the union's contention that PBGC's purported inconsistency could affect the scope of judicial review, holding:  "insofar as the PBGC's consistency is *even relevant* to whether we should accord deference to its presently held views, none of those letters so much as hints that the PBGC treated merger as a permissible form of plan termination."  2007 WL 1661301 at *5 & n.4; Slip op. at 7, 8 n.4 (emphasis added). PBGC respectfully suggests that this Court similarly reject the Opposing Parties' arguments about the effect of any purported inconsistency in the present case.

Date:  June 18, 2007                    Respectfully submitted,

                                         /s/ Marc S. Pfeuffer
                                        ISRAEL GOLDOWITZ (D.C. Bar No. 291120)
                                        Chief Counsel
                                        CHARLES L. FINKE
                                        Deputy Chief Counsel
                                        MICHAEL P. MORA
                                        PAULA J. CONNELLY (D.C. Bar No. 389055)
                                        Assistant Chief Counsels
                                        MARK BLANK (D.C. Bar No. 968388)
                                        MARC S. PFEUFFER (D.C. Bar No. 484209)

                                        PENSION BENEFIT GUARANTY CORP.
                                        Office of the Chief Counsel
                                        1200 K Street, N.W.
                                        Washington, D.C.  20005
                                        Tel. No. (202) 326-4020, ext. 4903
                                        Fax No. (202) 326-4112
                                        E-mail: pfeuffer.marc@pbgc.gov and
                                        efile@pbgc.gov

                                        Attorneys for Pension Benefit Guaranty Corp.