**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARA LEE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN BAKERS ASSOCIATION )<br>RETIREMENT PLAN; and BOARD OF )<br>TRUSTEES OF THE AMERICAN BAKERS )<br>ASSOCIATION RETIREMENT PLAN; )<br>)<br>and )<br>)<br>PENSION BENEFIT GUARANTY )<br>CORPORATION, )<br>)<br>Defendants. ) | Case No. 06–CV–0819–HHK |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June 2007, a copy of the foregoing Notice of Recent Decision was served electronically through the court's CM/ECF system, and by first-class mail to those who do not receive it electronically, on the following:

1. M. Miller Baker
   Sarah E. Hancur
   McDermott Will & Emory LLP
   600 13th Street, N.W.
   Washington, D.C. 20005-3096

   Michael T. Graham
   McDermott Will & Emory LLP
   227 West Monroe Street
   Chicago, IL 60606-5096

   *Attorneys for Plaintiff Sara Lee Corporation*

2.  Edward J. Meehan
    David E. Carney
    Skadden, Arps, Slate, Meagher & Flom LLP
    1440 New York Avenue
    Washington, D.C. 20005-2111

    Carol Connor Flowe
    Arent Fox, LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5339

    Amanda S. Williamson
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive
    Suite 2100
    Chicago, IL 60606

    *Attorneys for Third-party Defendant Interstate Brands Corp.*

3.  Edward R. Mackiewicz
    Paul J. Ondrasik, Jr.
    Ryan T. Jenny
    Steptoe & Johnson LLP
    1330 Connecticut Avenue, N.W.
    Washington, D.C. 20036

    Anne H.S. Fraser
    Law Office of Anne H.S. Fraser
    1320 19th Street, N.W.
    Suite 200
    Washington, D.C. 20036-1637

    *Attorneys for Defendants/Third-party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan.*

4.  James Hamilton
    Bingham McCutchen LLP
    2020 K Street, N.W.
    Washington, D.C. 20006

    *Attorney for Third-party Defendant American Bakers Association*

5. Jeffrey S. Jacobovitz
   D. Christopher Ohly
   Schiff Hardin LLP
   1666 K Street, N.W.
   Suite 300
   Washington, D.C. 20006

   *Attorney for Third-party Defendant Lewis Brothers Bakeries, Inc.*

6. Lonie A. Hassel
   Groom Law Group
   1701 Pennsylvania Avenue, N.W.
   Washington, D.C. 20006-5805

   *Attorney for Third-party Defendant Harris Baking Co.*

7. James R. Kettering, Jr.
   President
   Kettering Baking Co.
   729 Coleman Avenue
   Fairmont, WV 26554

   *On behalf of Third-party Defendant Kettering Baking Co.*

8. Bernard Baker
   President
   Jenny Lee Bakery, Inc.
   620 Island Avenue
   McKees Rocks, PA 15136

   *On behalf of Third-party Defendant Jenny Lee Bakery, Inc.*

        /s/ Marc S. Pfeuffer
MARC S. PFEUFFER (D.C. Bar No. 484209)
PENSION BENEFIT GUARANTY CORP.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel. No. (202) 326-4020, ext. 4903
Fax No. (202) 326-4112
E-mail: pfeuffer.marc@pbgc.gov and
efile@pbgc.gov