## CERTIFICATE OF SERVICE

I, D. Christopher Ohly, an attorney, on **June 26, 2007**, caused a true and correct copy of *Third Party Defendant Lewis Brothers Bakeries, Inc.'s Motion for Leave to File Lewis Brothers' joinder and adoption of Sara Lee Corp's Statement of Genuine Issues of Material Fact in Dispute in Support of its Opposition to the Pension Benefit Guaranty Corporation Motion for Summary Judgment, Certificate Pursuant to LCvR 7.1* to be served via CM/ECF upon the following:

**Counsel for Sara Lee Corp.**
M. Miller Baker
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
mbaker@mwe.com

Sara E. Hancur
McDermott, Will & Emery
600 13th St., NW
Washington, DC 20005
(202) 756-8233
shancur@mwe.com

Michael T. Graham
McDermott, Will & Emery
227 West Monroe St., Suite 4400
Chicago, IL 60606
(312) 984-3606
mgraham@mwe.com

**Counsel for Pension Benefit Guaranty Corporation**
Israel Goldowitz, Acting Chief Counsel
Charles Finke, Associate Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC

**Counsel for Defendants/Third Party Plaintiffs**
**American Bakers Association Retirement Plan and**
**Board of Trustees of the American Bakers Association Retirement Plan**
Anne H.S. Fraser
Anne H.S. Fraser, P.C.

4

1320 19th St., NW, Suite 200
Washington, DC 20036
(202) 466-4009
ahsfraser@aol.com

Edward Robert Mackiewicz
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
emackiew@steptoe.com

Paul Ondrasik
Steptoe & Johnson, LLP
1330 Connecticut Ave.
Washington, DC 20036
(202) 429-3902
pondrasik@steptoe.com

**Counsel for American Bakers Association**
James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC 20006

Anitra D. Goodman
BINGHAM McCUTCHEN, LLP
2020 K Street, NW
Washington, DC 20006

**Counsel for Harris Baking Co., Inc.**
Lonie Anne Hassel
Groom Law Groom Chartered
1701 Pennsylvania Ave., NW
Washington, DC 20006
(202) 857-0620
lah@groom.com

**Counsel for Interstate Brands Corp.**
David E. Carney
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
dcarney@skadden.com

5

Edward Joseph Meehan
Skadden, Arps, Slate, Meagher & Flom, LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000
emeehan@skadden.com

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Flowe
Arent Fox, LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-6054

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKess Rock, PA  15136

                                          /s/ D. Christopher Ohly
                                            D. Christopher Ohly