## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

**SARA LEE CORPORATION,**

**Plaintiff,**

**v.**

**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, et al.,**

**Defendants.**

</td><td>

Civil Action 06-00819  (HHK)

</td></tr>
</table>

## ORDER

Before the court is third-party defendant Lewis Brothers Bakeries' "Motion for Leave to File Adoption of Sara Lee Corp.'s Statement of Genuine Issues of Material Fact in Dispute" [#72], filed June 26, 2007.  Lewis Brothers apparently did not confer with opposing counsel to determine whether there was any opposition to this motion, as required by local rules.  *See* LCvR7(m).  Accordingly, it is, this 17th day of July, 2007, hereby

**ORDERED** that the motion for leave to file [#72] is **DENIED** without prejudice, for failure to conform to the local rules.

Henry H. Kennedy, Jr.
United States District Judge