IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br>　　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>and<br><br>PENSION BENEFIT GUARANTY CORP. CORPORATION,<br>　　　　　Defendants.<br><br>―――――――――――――――――――<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>　　　Third Party Plaintiffs, Counterclaimants,<br>　　　and Cross-Claimants,<br><br>vs.<br><br>SARA LEE CORP.,<br>　　　　　Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br>　　　　　Cross-Defendant,<br>　　　and<br><br>KETTERING BAKING CO.,<br>INTERSTATE BRANDS CORP.,<br>LEWIS BROS. BAKERIES, INC.,<br>HARRIS BAKING CO., INC.,<br>AMERICAN BAKERS ASSOCIATION,<br>and JENNY LEE BAKERY, INC.<br><br>　　　Third-Party Defendants. | Case No. 06-CV-0819-HHK/JMF<br>Hon. Henry H. Kennedy, Jr.<br><br>THIRD PARTY DEFENDANT LEWIS BROS. BAKERIES, INC.'S REVISED MOTION AND SUPPORTING POINTS AND AUTHORITIES FOR LEAVE TO FILE ADOPTION OF SARA LEE CORP.'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE |

**THIRD PARTY DEFENDANT LEWIS BROTHERS BAKERIES, INC.'S REVISED MOTION AND SUPPORTING POINTS AND AUTHORITIES FOR LEAVE TO FILE JOINDER AND ADOPTION OF SARA LEE CORP.'S STATEMENT OF GENIUNE <u>ISSUES OF MATERIAL FACT IN DISPUTE, *INSTANTER*</u>**

Lewis Brothers Bakeries, Inc. ("Lewis Brothers"), by and through its undersigned counsel, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan (the "ABA Plan"), respectfully submit this revised motion for leave to file Lewis Brothers' joinder and adoption of Sara Lee Corporation's ("Sara Lee") Statement of Genuine Issues of Material Fact in Dispute in Support of its Opposition to the Pension Benefit Guaranty Corporation ("PBGC's") Motion for Summary Judgment, which is attached hereto as Exhibit 1. In support of their revised motion, Lewis Brothers states the following:

1. PBGC filed its Motion for Summary Judgment on April 4, 2007. Interstate Brands Corporation ("IBC") filed its joinder in support of PBGC's Motion for Summary Judgment on April 23, 2007.

2. Lewis Brothers, Sara Lee Corp. and the ABA Plan filed their opposition to PBGC's Motion for Summary Judgment on May 24, 2007.

3. When Lewis Brothers submitted its opposition to PBGC's Motion for Summary Judgment on May 24, 2007, it noted that, "As a general matter, Lewis Brothers does not believe an independent statement of genuine issues of material fact would benefit the Court. While Lewis Brothers is confident that Sara Lee's and ABA Plan's statement of genuine issues of material fact will be in accordance with the issues articulated in the briefs, it may request leave of court to supplement or modify Lewis' Brothers' adoption of those statements, as necessary, after Lewis Brothers has been afforded an opportunity to review those statements." Lewis Opp. p.4, fn. 1.

2

4.  Lewis does not admit the Statement of Undisputed Facts as asserted by PBGC.

5.  Lewis Brothers wishes to supplement its opposition to PBGC's Motion for Summary Judgment by submitting its joinder and adoption of Sara Lee Corp.'s Statement of Genuine Issues of Material Fact in Dispute in Support of its Opposition to PBGC's Motion for Summary Judgment on its behalf.

6.  This proposed joinder and adoption of Sara Lee Corp.'s Statement of Genuine Issues of Material Fact in Dispute in Support of its Opposition to PBGC's Motion for Summary Judgment does not prejudice the other parties, as PBGC has had ample time to review and respond to the disputed facts.

7.  On July 17, 2007, this Court denied Lewis Brothers' Motion for Leave to File Adoption of Sara Lee Corp.'s Statement of Genuine Issues of Material Fact in Dispute because Lewis Brothers did not inform the Court of opposing counsel's stance on the motion, pursuant to local rules. *See* LCvR7(m).

8.  Pursuant to LCvR7(m), Lewis Brothers has attempted to obtain the position of IBC regarding the filing of this motion through counsel, but did not hear back at the time of filing. Counsel for PBGC indicated that they consent to the filing of this motion.

WHEREFORE, Lewis Brothers respectfully requests that the Court grant leave to file Lewis Brothers' joinder and adoption of Sara Lee Corp's Statement of Genuine Issues of Material Fact in Dispute in Support of its Opposition to the PBGC's Motion for Summary Judgment, *instanter,* and grant any further relief that the Court deems just and proper.

Dated: July 19, 2007                    Respectfully submitted,

                                        LEWIS BROTHERS BAKERIES, INC.


                                By:     /s/ D. Christopher Ohly
                                        One of Its Attorneys


D. Christopher Ohly (D.C. Bar # 486370)
Roger Pascal
Schiff Hardin LLP
1666 K Street, N.W.
Washington, D.C. 20006
(202) 778-6458
(202) 778-6460 (facsimile)
dcohly@schiffhardin.com

4