# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br>                Plaintiff,<br>vs.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>and<br><br>PENSION BENEFIT GUARANTY CORP. CORPORATION,<br>                Defendants.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br>      Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br>vs.<br><br>SARA LEE CORP.,<br>              Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br>             Cross-Defendant,<br>    and<br><br>KETTERING BAKING CO.,<br>INTERSTATE BRANDS CORP.,<br>LEWIS BROS. BAKERIES, INC.,<br>HARRIS BAKING CO., INC.,<br>AMERICAN BAKERS ASSOCIATION,<br>and JENNY LEE BAKERY, INC.<br>      Third-Party Defendants. | Case No. 06-CV-0819-HHK/JMF<br>Hon. Henry H. Kennedy, Jr.<br><br>THIRD PARTY DEFENDANT LEWIS BROS. BAKERIES, INC.'S JOINDER AND ADOPTION OF SARA LEE CORP.'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE, IN SUPPORT OF LEWIS BROTHERS' OPPOSITION TO PBGC'S MOTION FOR SUMMARY JUDGMENT |

### THIRD PARTY DEFENDANT LEWIS BROS. BAKERIES, INC.'S JOINDER AND ADOPTION OF SARA LEE CORP.'S STATEMENT OF GENUINE ISSUES OF MATERIAL FACT IN DISPUTE, IN SUPPORT OF LEWIS BROTHERS' OPPOSITION TO PBGC'S MOTION FOR SUMMARY JUDGMENT

The Third Party Defendant, Lewis Brothers Bakeries, Inc. ("Lewis Brothers"), pursuant to Rule 7(h) of the Local Rules of the United States District Court for the District of Columbia, hereby joins and adopts Sara Lee Corp.'s statement of genuine issues of material fact in dispute (attached hereto as Exhibit A), in support of its opposition to the motion for summary judgment of the Pension Benefit Guaranty Corporation ("PBGC") in its entirety.

Dated: July __, 2007

Respectfully submitted,

LEWIS BROTHERS BAKERIES, INC.

By:   /s/ D. Christopher Ohly
      One of Its Attorneys

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, N.W.
Washington, D.C. 20006
(202) 778-6458
(202) 778-6460 (facsimile)
dcohly@schiffhardin.com

CH2\ 1900582.1

2