IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>    and<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>        Defendants.<br>_____<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,<br><br>        Third Party Plaintiffs,<br>        Counterclaimants, and<br>        Cross-Claimants,<br><br>  v.<br><br>SARA LEE CORP.,<br><br>        Respondent, | No. 06-C-00819-HHK/JMF |

| | |
|---|---|
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| Cross-Defendant, | ) |
| and | ) |
| **KETTERING BAKING CO.,** | ) |
| **INTERSTATE BRANDS CORP.,** | ) |
| **LEWIS BROS. BAKERIES, INC.,** | ) |
| **HARRIS BAKING CO., INC.,** | ) |
| **AMERICAN BAKERS ASSOCIATION,** | ) |
| **JENNY LEE BAKERY, INC.,** | ) |
| Third-Party Defendants. | ) |

## NOTICE OF NAME CHANGE

Please be advised that Carol Connor Flowe, one of the attorneys for Third Party Defendant Interstate Brands Corporation, has legally changed her name to Carol Connor Cohen.

                                Respectfully submitted,
                                Interstate Brands Corporation

                                /s/  Edward J. Meehan

| | |
|---|---|
| *Of Counsel:* | Edward J. Meehan (DC Bar No. 413993) |
| Christina M. Tchen | David E. Carney (DC Bar No. 472219) |
| Amanda S. Williamson | SKADDEN, ARPS, SLATE, |
| J. Eric Ivester |   MEAGHER & FLOM LLP |
| Samuel Ory | 1440 New York Avenue, N.W. |
| SKADDEN, ARPS, SLATE, | Washington DC 20005-2111 |
|   MEAGHER & FLOM LLP | (202) 371-7000 |
| 333 West Wacker Dr. | |
| Chicago, Illinois 60606 | |
| (312) 407-0700 | |

Carol Connor Cohen (DC Bar No. 347302)
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-6054

*Attorneys for Third Party Defendant*
*Interstate Brands Corporation*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 19, 2007, she caused a true and correct copy of the foregoing Notice of Name Change to be filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties and via United States mail to the attorneys listed below. Parties may access this filing through the Court's CM/ECF system.

*By Electronic Filing*

M. Miller Baker
Sara E. Hancur
McDermott Will & Emery LLP
600 13th Street, NW
Washington, DC 20005-3096

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

**Attorneys for Plaintiff Sara Lee Corp.**

Paul J. Ondrasik
Edward R. Mackiewicz
Ryan T. Jenny
Steptoe & Johnson LLP
1330 Connecticut Avenue. NW
Washington, DC 20036-1795

Anne H.S. Fraser
Law Office of Anne H.S. Fraser, P.C.
1320 19th Street, NW, Suite 200
Washington, D.C. 20036-1637

**Attorneys for Defendants, Third Party Plaintiffs,
  Counterclaimants and Cross-Claimants American
  Bakers Association Retirement Plan and Board of Trustees
  of the American Bakers Association Retirement Plan**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005

**Attorneys for Defendant Pension Benefit Guaranty Corporation**

James Hamilton
Bingham McCutcheon
2020 K Street, NW
Washington, DC 20006

**Attorneys for Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60606

**Attorneys for Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006

**Attorneys for Third-Party Defendant Harris Baking Co.**

*By First Class Mail*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA 15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**


                                                            /s/ Carol Connor Cohen