IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,** Three First National Plaza Chicago, Illinois 60602-4260<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** 1300 Eye Street, N.W., Ste. 700 West Washington, D.C. 20005<br><br>　　and<br><br>**PENSION BENEFIT GUARANTY CORPORATION,** 1200 K Street, N.W. Washington, D.C. 20005<br><br>　　　　　　　　　Defendants.<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,**<br><br>　　　　Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>　　v. | Case No. 06-CV-0819-HHK/JMF<br>Hon. Henry H. Kennedy, Jr.<br><br>**THIRD PARTY DEFENDANT LEWIS BROTHERS BAKERIES, INC.'S REVISED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND CROSS-CLAIM AGAINST DEFENDANT PENSION BENEFIT GUARANTY CORPORATION AND COUNTERCLAIM AGAINST ABA PLAN AND BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, AS ADMINISTRATOR OF THE ABA PLAN *INSTANTER*** |

| | |
|---|---|
| **SARA LEE CORP.,** | ) |
| | ) |
| Respondent, | ) |
| | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| | ) |
| Cross-Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| **KETTERING BAKING CO.** | ) |
| 729 Coleman Avenue | ) |
| Fairmont, WV 26554 | ) |
| | ) |
| **INTERSTATE BRANDS CORP.** | ) |
| 12 E. Armour Blvd. | ) |
| Kansas City, MO 64111-1202 | ) |
| | ) |
| **LEWIS BROS. BAKERIES, INC.** | ) |
| 500 N. Fulton Avenue | ) |
| Evansville, IN 47710 | ) |
| | ) |
| **HARRIS BAKING CO., INC.** | ) |
| 2301 S. 1st Street | ) |
| Rogers, AR 72758-6416 | ) |
| | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| 1300 Eye Street, N.W. | ) |
| Suite 700 West | ) |
| Washington, DC 20005 | ) |
| | ) |
| and | ) |
| | ) |
| **JENNY LEE BAKERY, INC.** | ) |
| 620 Island Avenue | ) |
| McKees Rock, PA 15136 | ) |
| | ) |
| Third-Party Defendants. | ) |

**THIRD PARTY DEFENDANT LEWIS BROTHERS BAKERIES, INC.'S REVISED MOTION AND SUPPORTING POINTS AND AUTHORITIES FOR LEAVE TO FILE FIRST AMENDED ANSWER AND CROSS-CLAIM AGAINST DEFENDANT PENSION BENEFIT GUARANTY CORPORATION AND COUNTERCLAIM AGAINST ABA PLAN AND BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, AS ADMINISTRATOR OF THE ABA PLAN *INSTANTER*__**

Lewis Brothers Bakeries, Inc. ("Lewis Brothers"), by and through its undersigned counsel, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan (the "ABA Plan"), and pursuant to Federal Rule of Civil Procedure 15(a), respectfully submit this revised motion and supporting points and authorities for leave to file their First Amended Answer to American Bakers Association Retirement Plan's and Board of Trustees of the American Bakers Retirement Plan's Third Party Complaint and cross-claim for declaratory and injunctive relief against Defendant Pension Benefit Guaranty Corporation ("PBGC") and counterclaim Defendants ABA Plan and the Board of Trustees of the American Bakers Association Retirement Plan, as Administrator of the ABA Plan ("Board of Trustees"), a copy of which is attached hereto as Attachment 1. In support of the revised motion, Lewis Brothers states as follows:

1. American Bakers Association Retirement Plan's and Board of Trustees of the American Bakers Retirement Plan filed their Third Party Complaint against Lewis Brothers on November 30, 2006. Lewis Brothers answered the Third Party Complaint on January 26, 2007.

2. Lewis Brothers now wishes to amend its answer to add a cross-claim for declaratory and injunctive relief against Defendant Pension Benefit Guaranty Corporation ("PBGC") and counterclaim Defendants ABA Plan and the Board of Trustees of the American Bakers Association Retirement Plan, as Administrator of the ABA Plan ("Board of Trustees").

3. Upon a good faith belief that and based upon its reading of the applicable law, Lewis Brothers brings this suit as a functional fiduciary under the ABA Plan. As a Participating Employer, Lewis Brothers has the ability, right and authority to direct that funds maintained by the Board of Trustees under the ABA Plan on behalf of employees of Lewis Brothers Bakeries, to be disposed by transfer of such funds to another benefit plan, as well as discretion to chose another plan administrator or another plan and discretion to implement those choices, both under the Plan, as described more specifically in its cross-claim and counterclaim, and under ERISA Section 4044, 29 U.S.C. § 1344.

4. The issues framed by the various pleadings filed by Sara Lee and the Board of Trustees have informed Lewis Bakeries' decision to file the Amended Answer including the aforementioned cross-claim and counterclaim in its current form and at this time.

5. Federal Rule of Civil Procedure 15(a) provides that "a party may amend the party's pleading … by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires." Fed. R. Civ. Proc. 15(a).

6. The Supreme Court has held that leave to amend pleadings should generally be granted absent undue delay, bad faith, dilatory motive, or unfair prejudice. *See Foman v. Davis*, 371 U.S. 178, 182 (1962); *see also Djourabchi v. Self*, 240 F.R.D. 5, 13 (D.D.C.,2006) (such leave [to amend pleadings] is appropriate "in the absence of undue delay, bad faith, undue prejudice to the opposing party…"); 6 Charles A. Wright et al., *Federal Practice & Procedure* § 1484 (the proposition that leave to amend shall be freely given "has been reinforced by innumerable judicial pronouncements by the federal appellate and district courts alike").

7.      This proposed amendment does not prejudice the other parties and was originally filed within the time granted to file a Motion to Amend Pleadings, as ordered by this Court at the Status Conference held on April 5, 2007.

8.      Pursuant to LCvR7(m), Lewis Brothers has obtained consent from counsel for American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Retirement Plan for the filing of this motion.  Counsel for PBGC declined to consent unconditionally indicating that they do not object to the May 7, 2007 motion for leave to file Lewis Brother's First Amended Answer to American Bakers Association Retirement Plan's and Board of Trustees of the American Bakers Retirement Plan's Third Party Complaint and cross-claim for declaratory and injunctive relief against Defendant PBGC and counterclaim against Defendants ABA Plan and the Board of Trustees of the American Bakers Association Retirement Plan, as Administrator of the ABA Plan, on the condition that in the event that the Court grants summary judgment in its favor, Lewis Brothers withdraw its motion for leave to file.[1]

WHEREFORE, Lewis Brothers respectfully requests that the Court grant leave to file the attached First Amended Answer to American Bakers Association Retirement Plan's and Board of Trustees of the American Bakers Retirement Plan's Third Party Complaint and cross-claim for declaratory and injunctive relief against Defendant Pension Benefit Guaranty Corporation ("PBGC") and counterclaim against Defendants ABA Plan and the Board of Trustees of the American Bakers Association Retirement Plan, as Administrator of the ABA Plan ("Board of Trustees") *instanter* and grant any further relief that the Court deems just and proper.

---

[1] Lewis Brothers did not agree to PBGC's condition.

5

Dated: July 19, 2007                              Respectfully submitted,

                                                  LEWIS BROTHERS BAKERIES, INC.


                                           By:    /s/ D. Christopher Ohly
                                                  One of Its Attorneys


D. Christopher Ohly
D.C. Bar # 486370
Roger Pascal
Schiff Hardin LLP
1666 K Street, N.W.
Washington, D.C. 20006
(202) 778-6458
(202) 778-6460 (facsimile)
dcohly@schiffhardin.com

6