IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION**, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, <br><br> Plaintiff, <br><br> v. <br><br> **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN**, as Administrator of The American Bakers Association Retirement Plan; and **PENSION BENEFIT GUARANTY CORPORATION**, <br><br> Defendants. <br><br> **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN**, as Administrator of The American Bakers Association Retirement Plan, <br><br> Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, <br><br> v. <br><br> **SARA LEE CORP.**, <br><br> Respondent, <br><br> **PENSION BENEFIT GUARANTY CORPORATION**, <br><br> Cross-Defendant, | Case No. 06-CV-0819-HHK <br> Hon. Henry H. Kennedy, Jr. <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> **JOINT STATUS REPORT** |

|                                                                    |   |
|--------------------------------------------------------------------|---|
| and                                                                | ) |
|                                                                    | ) |
| **KETTERING BAKING CO., INTERSTATE**                               | ) |
| **BRANDS CORP., LEWIS BROS.**                                      | ) |
| **BAKERIES, INC., HARRIS BAKING CO.,**                             | ) |
| **INC., AMERICAN BAKERS**                                          | ) |
| **ASSOCIATION, and JENNY LEE**                                     | ) |
| **BAKERY, INC.,**                                                  | ) |
|                                                                    | ) |
| Third-Party Defendants.                                            | ) |
|                                                                    | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of September 11, 2007, the parties have conferred to determine whether agreement could be reached regarding the administrative record and/or to narrow the issues pertinent to the administrative record. On behalf of the parties, we now report on the effort in this regard as follows:

1. On September 13, 2007, PBGC wrote the other parties and asked them to identify by September 20 any materials they desired to add to the administrative record. *See* PBGC Letter, dated September 13, 2007, attached as Exh. A.

2. On September 20, Sara Lee Corp., American Bakers Association Retirement Plan and its Trustees, and Lewis Brothers Bakeries (the "Responding Parties") responded to the PBGC's letter. They requested that the administrative record be supplemented. *See* Letter from Michael Graham, Esq., dated September 20, 2007, attached as Exh. B. Interstate Brands Corporation responded that it did not request any changes to the administrative record.

3. On September 24, PBGC replied to the Responding Parties' letter and agreed to some of their requests. *See* PBGC Letter, dated September 24, 2007, attached as Exh. C.

4. On September 26, 2007, the Responding Parties wrote the PBGC again, in a further effort to reach agreement. *See* Letter from Michael Graham, Esq., dated September 26, 2007, attached as Exh. D.

5. On September 27, PBGC replied to the Responding Parties' September 26 letter, in a further effort to reach agreement. *See* PBGC Letter, dated September 27, 2007, attached as Exh. E.

6. Notwithstanding the parties' best efforts, they have been unable to agree on the full contents of the administrative record, and they have not been able to reach agreements that would narrow the issues.

7. In accordance with the Court's September 11 Order, the parties will endeavor to agree on a briefing schedule on the issues identified in that Order, and they will submit one or more proposals by the deadline established by the Order.

Dated: September 28, 2007

Respectfully submitted,

STEPTOE & JOHNSON, LLP

/s/ Paul J. Ondrasik, Jr.
Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
1330 Connecticut Avenue, N.W.
Washington, DC 20036-1795
Tel: (202) 429-3000
Fax: (202) 429-3902

LAW OFFICE OF ANNE H.S. FRASER, P.C.
Anne H.S. Fraser (D.C. Bar # 349472)
1320 19th Street, N.W., Suite 200
Washington, DC  20036-1637
Tel:  (202) 466-4009
Fax:  (202) 466-4010

**Counsel for Defendants/Third Party Plaintiffs/
Counterclaimants/Cross-Claimants,
American Bakers Association Retirement Plan
and Board of Trustees of the American Bakers
Association Retirement Plan**

## CERTIFICATE OF SERVICE

      I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing Joint Status Report, has been served on the following parties this 28th day of September, 2007, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 984-3606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300
Washington, DC  20006
(202) 778-6400

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co.**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington,  DC  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

                                                        /s/  Edward R. Mackiewicz
                                                        Edward R. Mackiewicz
                                                        STEPTOE & JOHNSON LLP
                                                        1330 Connecticut Avenue, NW
                                                        Washington, DC  20036
                                                        Tel:  (202) 429-3000
                                                        Fax: (202) 429-3902