## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan**, | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-CV-0819-HHK |
| v. | ) | Hon. Henry H. Kennedy, Jr. |
| | ) | |
| **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION**, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |
| | ) | |
| **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,** | ) ) ) ) ) ) | **STATUS REPORT ON JOINT PROPOSED SCHEDULING ORDER** |
| | ) | |
| Third Party Plaintiffs, | ) | |
| Counterclaimants, and Cross-Claimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **SARA LEE CORP.,** | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) ) | |
| | ) | |
| Cross-Defendant, | ) | |
| | ) | |
| and | ) | |

|  | ) |
| **KETTERING BAKING CO., INTERSTATE** | ) |
| **BRANDS CORP., LEWIS BROS.** | ) |
| **BAKERIES, INC., HARRIS BAKING CO.,** | ) |
| **INC., AMERICAN BAKERS** | ) |
| **ASSOCIATION, and JENNY LEE** | ) |
| **BAKERY, INC.,** | ) |
|  | ) |
| Third-Party Defendants. | ) |
|  | ) |

## STATUS REPORT ON JOINT PROPOSED SCHEDULING ORDER

Pursuant to this Court's Order of September 11, 2007, the parties have conferred and have agreed to a proposed briefing schedule as follows:

1.    Sara Lee Corporation, Lewis Brothers' Bakeries, Inc., and American Bakers Association Retirement Plan and its Board of Trustees (collectively, the "Movants") will file a joint motion to supplement the administrative record and for discovery regarding materials that are properly part of the administrative record no later than Friday, November 2, 2007.

2.    The Pension Benefit Guaranty Corporation (the "PBGC"), and any other party supporting the PBGC's position, will file its/their opposition brief(s) no later than Friday, November 30, 2007.

3.  The Movants will file their joint reply brief no later than Friday, December 14, 2007.

4. The Movants request oral argument on their joint motion.


Dated:  October 3, 2007                    Respectfully submitted,

                                           STEPTOE & JOHNSON LLP

                                           /s/ Paul J. Ondrasik, Jr.
                                           Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
                                           Edward R. Mackiewicz (D.C. Bar # 944884)
                                           Ryan T. Jenny (D.C. Bar # 495863)
                                           1330 Connecticut Avenue, N.W.
                                           Washington, DC  20036-1795
                                           Tel:  (202) 429-3000
                                           Fax: (202) 429-3902

                                           LAW OFFICE OF ANNE H.S. FRASER, P.C.
                                           Anne H.S. Fraser (D.C. Bar # 349472)
                                           1320 19th Street, N.W., Suite 200
                                           Washington, DC 20036-1637
                                           Tel:  (202) 466-4009
                                           Fax: (202) 466-4010

                                           **Counsel for Defendants/Third Party Plaintiffs/
                                           Counterclaimants/Cross-Claimants,
                                           American Bakers Association Retirement Plan
                                           and Board of Trustees of the American Bakers
                                           Association Retirement Plan**

## CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing Status Report on Joint Proposed Scheduling Order as well as the Proposed Scheduling Order has been served on the following parties this 3rd day of October, 2007, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 984-3606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300
Washington, DC  20006
(202) 778-6400

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co.**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Mora, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington,  DC  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

/s/  Edward R. Mackiewicz
Edward R. Mackiewicz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel:  (202) 429-3000
Fax: (202) 429-3902