## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan**,<br><br>    Plaintiff,<br><br>  v.<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION**,<br><br>    Defendants<br>_____<br><br>**AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of The American Bakers Association Retirement Plan,**<br><br>   Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>  v.<br><br>**SARA LEE CORP.,**<br><br>    Respondent,<br><br>**PENSION BENEFIT GUARANTY CORPORATION,**<br><br>    Cross-Defendant,<br><br>  and | Case No. 06-CV-0819-HHK<br>Hon. Henry H. Kennedy, Jr. |

|  |  |
|---|---|
| KETTERING BAKING CO., INTERSTATE BRANDS CORP., LEWIS BROS. BAKERIES, INC., HARRIS BAKING CO., INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

## PROPOSED SCHEDULING ORDER

This matter comes before the Court on the Status Report on the Joint Proposed Scheduling Order. After due deliberation thereon and good cause being shown therefor, the joint proposal is hereby GRANTED.

IT IS THEREFORE ORDERED that:

1. Sara Lee Corporation, Lewis Brothers' Bakeries, Inc., and American Bakers Association Retirement Plan and its Board of Trustees (the "Movants") will file a joint motion to supplement the administrative record and for discovery regarding materials that are properly part of the administrative record no later than Friday, November 2, 2007.

2. The Pension Benefit Guaranty Corporation (the "PBGC"), and any other party supporting the PBGC's position, will file its/their opposition brief(s) no later than Friday, November 30, 2007.

3. The Movants will file their joint reply brief no later than Friday, December 14, 2007.

Dated: _____

_____
Henry H. Kennedy, Jr.
United States District Judge