IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, <br><br> Defendants. | Case No. 06-CV-0819-HHK <br><br> Judge Henry H. Kennedy, Jr. <br><br> Magistrate Judge John M. Facciola |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, <br><br> Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, <br><br> v. <br><br> SARA LEE CORPORATION, <br><br> Respondent, <br><br> PENSION BENEFIT GUARANTY CORPORATION, <br><br> Cross-Defendant, and <br><br> KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., <br><br> Third-Party Defendants. | MOTION FOR LEAVE TO SERVE DISCOVERY AND TO SUPPLEMENT THE ADMINISTRATIVE RECORD OF SARA LEE CORPORATION, LEWIS BROS. BAKERIES, INC., AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, AND BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION <u>RETIREMENT PLAN</u> |

Pursuant to this Court's September 11, 2007, Memorandum Opinion and Order (Docket No. 80), Plaintiff-Respondent Sara Lee Corporation, Third Party Defendant Lewis Brothers Bakeries, Inc., and Defendants-Third Party Plaintiffs American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan (collectively, the "Movants") hereby move for leave to serve discovery on Defendant-Cross Defendant Pension Benefit Guaranty Corporation ("PBGC") and to supplement the administrative record.

For the reasons detailed in the accompanying Memorandum of Law, Movants respectfully request that the Court grant Movants leave to serve discovery on the PBGC, grant Movants leave to supplement the administrative record that is before this Court with materials produced in discovery (which will be added to the record following a post-discovery motion by Movants specifying the documents or information they seek to add to the record), and order the PBGC to supplement the administrative record with the following three categories of documents that PBGC agreed (Docket No. 81-3, Ex. E at p. 7; Docket No. 81-2, Ex. C at p. 11) may be added to the administrative record: (1) all exhibits attached by Movants to their respective summary judgment opposition briefs; (2) the three PBGC filings in the Interstate Bakeries Corp. ("IBC") bankruptcy action, *In re: Interstate Bakeries Corp., et al.*, Case No. 04-45814 (JWV) (Bankr. W.D. Mo.), which have been filed in this Court at Docket No. 81-2, Ex. C at pp. 16-29; and (3) those documents from PBGC's prior FOIA production to Sara Lee that are not currently in the record.

Pursuant to Local Civil Rule 7(m), counsel for Movants conferred with counsel for PBGC in the multiple communications submitted with the parties' Joint Status Report (Docket No. 81, filed September 28, 2007), in an unsuccessful attempt to resolve this dispute without the need for judicial intervention. By telephone response on November 1, 2007, PBGC's counsel

confirmed that PBGC still opposes this motion. Pursuant to the Scheduling Order entered on this Motion, PBGC (and any other party supporting its position) will file its opposition brief no later than November 30, 2007, and Movants will file their joint reply brief no later than December 14, 2007. *See* Scheduling Order, Docket No. 84, filed October 18, 2007; Status Report on Joint Proposed Scheduling Order, Docket No. 82, filed October 3, 2007.

      Pursuant to Local Civil Rule 7(f), Movants hereby request an oral hearing with respect to this Motion.

Dated: November 2, 2007                Respectfully submitted,

**SARA LEE CORPORATION**

By: /s/ Michael T. Graham

M. Miller Baker (DC Bar No. 444736)
James Napoli (DC Bar No. 496369)
Sarah E. Hancur (DC Bar No. 480537)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
Phone: 202.756.8000
Fax:   202.756.8087
Email: mbaker@mwe.com
       jnapoli@mwe.com
       shancur@mwe.com

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606
Phone: 312.372.2000
Fax:   312.984.7700
Email: mgraham@mwe.com

                **LEWIS BROTHERS BAKERIES, INC.**

                By:___/s/ D. Christopher Ohly_____

D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Phone: 202.778.6458
Email: dcohly@schiffhardin.com

                **AMERICAN BAKERS ASSOCIATION**
                **RETIREMENT PLAN and BOARD OF**
                **TRUSTEES OF THE AMERICAN BAKERS**
                **ASSOCIATION RETIREMENT PLAN**

                By:____/s/ Paul J. Ondrasik, Jr._____

Paul J. Ondrasik, Jr. (DC Bar No. 261388)
Edward R. Mackiewicz (DC Bar No. 944884)
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue
Washington, DC 20036
Phone: 202.429.6412
Fax:   202.429.3902
Email: pondrasik@steptoe.com
       emackiewicz@steptoe.com

Anne H. S. Fraser (DC Bar No. 349472)
ANNE H. S. FRASER, PC
1320 19th Street, NW
Suite 200
Washington, DC 20036
Phone:  202.466.4009
Fax: (202) 466.4010
Email: ahsfraser@aol.com

## CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing **Motion for Leave to Serve Discovery and to Supplement the Administrative Record of Sara Lee Corporation, Lewis Bros. Bakeries, Inc., American Bakers Association Retirement Plan, and Board of Trustees of the American Bakers Association Retirement Plan**; **Memorandum of Law in Support of Motion for Leave to Serve Discovery and to Supplement the Administrative Record of Sara Lee Corporation, Lewis Bros. Bakeries, Inc., American Bakers Association Retirement Plan, and Board of Trustees of the American Bakers Association Retirement Plan**, including Exhibits 1 and 2; and **Proposed Order**, has been served on the following parties this 2nd day of November, 2007, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
James Napoli
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 984-3606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300
Washington, DC  20006
(202) 778-6400

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co.**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Miller, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, DC  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

/s/ _Edward R. Mackiewicz__
Edward R. Mackiewicz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel:  (202) 429-3000
Fax: (202) 429-3902