IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION,<br><br>Defendants. | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate Judge John M. Facciola |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan,<br><br>Third Party Plaintiffs, Counterclaimants, and Cross-Claimants,<br><br>v.<br><br>SARA LEE CORPORATION,<br><br>Respondent,<br><br>PENSION BENEFIT GUARANTY CORPORATION,<br><br>Cross-Defendant, and<br><br>KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC.,<br><br>Third-Party Defendants. | PROPOSED ORDER |

## PROPOSED ORDER

Having considered the Motion for Leave to Serve Discovery and to Supplement the Administrative Record, made by Sara Lee Corporation, Lewis Bros. Bakeries, Inc., American Bakers Association Retirement Plan, and Board of Trustees of the American Bakers Association Retirement Plan (collectively, the "Movants"), and all arguments made in support of and in opposition to this Motion, and finding Movants have a need to open discovery with the Pension Benefit Guaranty Corporation ("PBGC") under the Federal Rules of Civil Procedure and to supplement the administrative record previously filed by the PBGC,

It is hereby **ORDERED** that:

1. Movants' motion for leave to serve discovery on PBGC is **GRANTED**;

2. Movants' motion for leave to supplement the administrative record with materials produced in discovery is **GRANTED**, and following completion of discovery, Movants shall file a motion specifying the documents or information they seek to add to the administrative record; and

3. Movants' motion for an Order compelling the PBGC to supplement the administrative record with the following three categories of documents is **GRANTED**: (i) all exhibits attached by Movants to their respective summary judgment opposition briefs; (ii) the three PBGC filings in the Interstate Bakeries Corp. ("IBC") bankruptcy action, *In re: Interstate Bakeries Corp., et al.*, Case No. 04-45814 (JWV) (Bankr. W.D. Mo.), which have been filed in this Court at Docket No. 81-2, Ex. C at pp. 16-29; and (iii) those documents from PBGC's prior FOIA production to Sara Lee that are not currently in the administrative record. PBGC is further

- 3 -

**ORDERED** to file its supplement to the administrative record, containing these three categories of documents, with this Court within 20 days of the date of this Order.

IT IS SO **ORDERED** on this ___ day of _____, 2007.

_____
HON. HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE