# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| |
|---|
| **SARA LEE CORPORATION,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**AMERICAN BAKERS ASSOCIATION**<br>**RETIREMENT PLAN, et al.,**<br><br>**Defendants.** |

**Civil Action 06-00819  (HHK)**

## ORDER REFERRING MOTION
## TO UNITED STATES MAGISTRATE JUDGE

It is this 7th day of November, 2007, hereby

**ORDERED** that Defendants "Motion for Leave to Serve Discovery and to Supplement the Administrative Record" [#85], filed November 2, 2007, is referred to United States Magistrate Judge John M. Facciola for his determination pursuant to LCvR 72.2(a).  Henceforth, and until this referral is terminated, all filings in this case shall include the initials of Magistrate Judge John M. Facciola, "JMF," in the caption next to the initials of the undersigned judge.  *See* LCvR 5.1(f).

_____

Henry H. Kennedy, Jr.
United States District Judge