# ATTACHMENT 1

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

John P. Hendrickson, P.C.
Attorney at Law
jhendrickson@mwe.com
312.984.7645

August 18, 2006

**FOIA REQUEST - VIA FACSIMILE TRANSMISSION**

Mr. E. William Fitzgerald
Disclosure Officer
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Washington, DC 20005

Dear Mr. Fitzgerald:

I am requesting copies of the following records under the Freedom of Information Act ("FOIA"):

1. Records of any initial or final determination issued by a PBGC employee as to whether a particular pension arrangement constitutes a unitary multiple-employer plan or an aggregate of single-employer plans (excluding the letter issued by Terrence M. Deneen regarding the American Bakers Association Retirement Plan (the "Bakers Plan") on August 8, 2006 (the "2006 Bakers Plan Letter").

2. Records prepared or reviewed by any PBGC employee in connection with the preparation or review of any initial or final determination (including any draft or partial draft of such a determination) as to whether a particular pension arrangement constitutes a unitary multiple-employer plan or an aggregate of single-employer plans (including the 2006 Bakers Plan Letter and PBGC Opinion Letters 78-16, 78-27, 79-3, 79-14, 84-2, and 85-2), or in connection with any PBGC Appeals Board or PBGC reconsideration decision relating thereto (including any Appeals Board decision in the case of *PBGC v. Artra Group*, 972 F.2d 771 (7th Cir. 1992)).

3. Records that provide PBGC employees or other persons with instructions, guidance, interpretations, legal, policy, or factual analyses, or other information relating in any way to determining (in particular cases or in general) whether a pension arrangement constitutes a unitary multiple-employer plan or an aggregate of single-employer plans (including any such records relating to the 2006 Bakers Plan Letter).

4. Records that constitute what the PBGC is treating as its administrative record (if any) for the 2006 Bakers Plan Letter, including all records reviewed by Terrence M. Deneen in connection with his issuance of the 2006 Bakers Plan Letter.

H387917

Mr. E. William Fitzgerald
August 18, 2006
Page 2

5. All records relating to the Bakers Plan or to any of its current or former participating employers, including, but not limited to, records relating to PBGC premium filings, audits, statements of accounts, or account histories; standard, distress, or involuntary terminations; standard termination audits; reportable event filings; or "early warning program" monitoring.

6. All records reflecting or otherwise relating to any communications related to the Bakers Plan, any of its current or former participating employers, or the 2006 Bakers Plan Letter between PBGC employees and:

   a) Employees of the Internal Revenue Service.

   b) Employees of the Department of the Treasury.

   c) Employees of the Department of Labor (including employees of the Pension and Welfare Benefits Administration or the Employee Benefits Security Administration).

   d) Members or representatives of the PBGC's Board of Directors.

   e) Employees or representatives of Interstate Bakeries Corporation ("Interstate") or of any of the Debtors in Case No. 04-45814 (JWV) in the U.S. Bankruptcy Court for the Western District of Missouri, Kansas City Division (the "Interstate Debtors").

   f) Employees or representatives of the Kettering Baking Company ("Kettering").

   g) Employees or representatives of the Bakers Plan.

   h) Employees or representatives of the American Bakers Association Retirement Trust, or any of its trustees or their representatives.

7. Records reflecting or relating to any drafts (including partial drafts or summaries of drafts or of partial drafts) of the 2006 Bakers Plan Letter that were provided by any PBGC employee to any employee or representative of Interstate, the Interstate Debtors, or Kettering, including records identifying the PBGC employee involved or reflecting or relating to the circumstances surrounding the providing of any such drafts.

8. Records reflecting or relating to the authority, if any, of the Chief Insurance Programs Officer to make the determination reflected in the 2006 Bakers Plan Letter, including mission and functions or similar statements, position descriptions, and delegations of authority.

Mr. E. William Fitzgerald
August 18, 2006
Page 3

For purposes of this request, "records," "information," "documents," or similar terms include, but are not limited to, letters, correspondence, tape recordings, summaries of meetings or conversations, notes, data, memoranda, reports, email messages, computer source and object code, voice-mail messages, information in procedural and other manuals such as in Operating Policy Manual issuances, Operating Policy Bulletins, or the Actuarial Technical Manual, and any other information whether in paper, electronic, or other form.

I request that you respond to this request on an expedited basis because my client, Sara Lee Corporation, is facing various potential short-term deadlines in connection with its efforts to evaluate how to proceed in response to the issuance of the 2006 Bakers Plan Letter, and needs the requested information to be able to make properly informed decisions.

If any of the records is expected to take significantly longer than other records to provide, I request that you provide the records that are available as soon as possible rather than wait until all records are available to provide any records. For example, the records reviewed by Terrence M. Deneen in connection with his issuance of the 2006 Bakers Plan Letter should be readily identifiable and available in light of the very recent issuance of that letter, and therefore could and should be provided expeditiously.

I prefer to receive as much of the information as possible in electronic form. I authorize fees of up to $3,000 as needed, and request that you advise me if the fees will exceed this amount.

Please let me know if you have any questions.

Very Truly Yours,

*[signature]*

John P. Hendrickson, P.C.

CHI99 4672529-1.029636.0010