# ATTACHMENT 3



**PBGC**

Protecting America's Pensions

Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

Office of the Chief Counsel

September 24, 2007

VIA E-MAIL (mgraham@mwe.com)

Michael T. Graham
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606

    Re:  Sara Lee Corp. v. PBGC et al., No. 06-CV-0819-HHK (D.D.C.)

Dear Mr. Graham:

    I am writing to respond to your letter of September 20 setting forth the position of Sara Lee Corporation, American Bakers Association Retirement Plan and its Trustees, and Lewis Brothers Bakeries (the "Responding Parties") regarding the administrative record in this case. The Responding Parties ask PBGC to "produce all documents other than those already included in the administrative record responsive to certain of the requests for documents served on the PBGC on April 16, 2007 by Sara Lee Corporation, in its First Request for Production of Documents," namely requests 1, 2, and 4-10.  With the exception of requests 7 and 9, these requests are substantively identical to those in the FOIA request that your firm submitted to PBGC on August 18, 2006.

    As you acknowledged, PBGC produced over 3,000 pages of documents in response to that FOIA request.  In responding to your appeal regarding that FOIA response, PBGC's General Counsel detailed the extensive efforts that agency personnel expended in thoroughly answering that request (June 14 letter attached).  Indeed, she explained that the FOIA department had spent over 70 hours, reviewed thousands of pages of documents maintained by the Office of Chief Counsel, the Appeals Division, and the Division of Insurance Supervision and Compliance, and sought responsive documents from other PBGC employees who may have worked on similar issues.  She explained that the Disclosure Officer had released all available records (with the exception of 38 pages of drafts and 42 pages of confidential financial and actuarial information submitted to PBGC under 29 U.S.C. § 1310 or § 1343), and was unable to locate any other responsive documents after a diligent search.

    Accordingly, that leaves requests 7 and 9.  As to request 7, records of communication among or between PBGC representatives, employees and advisors related to the Plan or the 2006 Letter are already in the administrative record to the extent not privileged.  And as to request 9, PBGC's bankruptcy claims and statements in support are attached here.

PBGC remains steadfast in its position that the administrative record is complete. However, at your request, we are willing to provide the Court with the exhibits that were attached to Sara Lee's and the Plan's summary judgment briefs as supplemental volumes of the record. Please let us know by September 26 whether this will resolve the matter.

Sincerely,

Paula J. Connelly
Assistant Chief Counsel
(202) 326-4020, ext. 3086

Attachments:  Letter from Judith Starr to John Hendrickson (June 14, 2007)
              PBGC's bankruptcy claims and statements in support (Mar. 17, 2005)

cc:    Paul J. Ondrasik, Jr. (via e-mail)
       Edward R. Mackiewicz (via e-mail)
       James Hamilton (via e-mail)
       D. Christopher Ohly (via e-mail)
       Lonie A. Hassel (via e-mail)
       Edward J. Meehan (via e-mail)
       James Kettering (via e-mail)

-2-