# ATTACHMENT 4



**PBGC**
Protecting America's Pensions

Pension Benefit Guaranty Corporation
1200 K Street, N.W., Washington, D.C. 20005-4026

Office of the Chief Counsel

September 27, 2007

VIA E-MAIL (mgraham@mwe.com)

Michael T. Graham
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606

    Re: Sara Lee Corp. v. PBGC et al., No. 06-CV-0819-HHK (D.D.C.)

Dear Mr. Graham:

    We have reviewed your letter of September 26, sent on behalf of Sara Lee Corporation, American Bakers Association Retirement Plan and its Trustees, and Lewis Brothers Bakeries (the "Responding Parties"). The Responding Parties' continuing requests essentially constitute attempts to obtain discovery, which is not available in this case, as PBGC argued in its protective order pleadings. The documents that PBGC provided in response to the FOIA request are not governed by the discovery rules in the Federal Rules of Civil Procedure. Accordingly, the requests for a privilege log, a list identifying which documents were responsive to which request, and certifications as to e-mail searches are inappropriate.

    Because PBGC does not maintain a topical index of issues, there is no practical way to gather materials by subject matter, particularly materials that are decades old. Accordingly, as PBGC's General Counsel indicated in response to your FOIA appeal, the Disclosure Officer was unable to locate any documents responsive to your request for determinations on this subject other than those produced. Nor was he able to locate any documents related to the PBGC Opinion Letters listed, despite diligent efforts. Obviously, PBGC did not rely on any such documents in reaching its determination in the 2006 Letter, since none can be located.

    Contrary to the suggestion in your letter, PBGC has not acknowledged that the documents it produced under FOIA *should* be included in the administrative record. However, we have indicated that we are willing to file those documents (as well as the bankruptcy claims we provided on September 24) as supplemental volumes to the administrative record in order to resolve this matter. Since the Court has required a joint status report to be filed tomorrow, please

let us know how you would like to proceed. We had drafted a description of the parties' efforts to date, which I will attach here in case it is useful.

Sincerely,

Paula J. Connelly
Assistant Chief Counsel
(202) 326-4020, ext. 3086

Attachment:   Draft paragraphs for joint status report

cc:    Paul J. Ondrasik, Jr. (via e-mail)
       Edward R. Mackiewicz (via e-mail)
       James Hamilton (via e-mail)
       D. Christopher Ohly (via e-mail)
       Lonie A. Hassel (via e-mail)
       Edward J. Meehan (via e-mail)
       James Kettering (via e-mail)