IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06–CV–00819–HHK (JMF) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; | ) |
| and | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) |
| Defendants. | ) |

**PROPOSED ORDER SUBMITTED BY OPPONENT PBGC**

Having considered the Motion for Leave to Serve Discovery and to Supplement the Administrative Record and all arguments made in support and opposition, it is hereby ordered that the Motion is denied.

IT IS SO ORDERED on this ____ day of _____, 200_.

_____
HON. JOHN. M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE