**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, )<br><br>Plaintiff, )<br><br>v. )<br><br>AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, )<br><br>Defendants. | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate John M. Facciola |

SARA LEE CORPORATION, on its own behalf
and on behalf of its employee-participants in the
American Bakers Association Retirement Plan,          )

      Plaintiff,          )

v.          )    Case No. 06-CV-0819-HHK

AMERICAN BAKERS ASSOCIATION          )
RETIREMENT PLAN; and BOARD OF          )    Judge Henry H. Kennedy, Jr.
TRUSTEES OF THE AMERICAN BAKERS          )
ASSOCIATION RETIREMENT PLAN, as          )    Magistrate John M. Facciola
Administrator of the American Bakers Association          )
Retirement Plan; and          )
PENSION BENEFIT GUARANTY CORPORATION,          )

      Defendants.          )
_____)
AMERICAN BAKERS ASSOCIATION          )    **CONSENT MOTION**
RETIREMENT PLAN; and BOARD OF TRUSTEES          )    **FOR EXTENSION OF**
OF THE AMERICAN BAKERS ASSOCIATION          )    **TIME FOR ABA PLAN AND**
RETIREMENT PLAN, as Administrator of the          )    **ABA PLAN TRUSTEES**
American Bakers Association Retirement Plan,          )    **TO ANSWER OR**
                                        )    **OTHERWISE PLEAD**
      Third Party Plaintiffs,          )    **TO LEWIS BROS.**
      Counterclaimants, and          )    **BAKERIES, INC.'S**
      Cross-Claimants,          )    **COUNTERCLAIMS**

                                        )
v.          )

SARA LEE CORPORATION,          )

      Respondent,          )

PENSION BENEFIT GUARANTY CORPORATION,          )

      Cross-Defendant, and          )

KETTERING BAKING COMPANY,          )
INTERSTATE BRANDS CORPORATION,          )
LEWIS BROS. BAKERIES, INC., HARRIS BAKING          )
COMPANY, INC., AMERICAN BAKERS          )
ASSOCIATION, and JENNY LEE BAKERY, INC.,          )

      Third-Party Defendants.          )
_____)
                                        )
LEWIS BROS. BAKERIES, INC.,          )

|  |  |
|---|---|
| Counterclaimants, and Cross-Claimants | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| AMERICAN BAKERS ASSOCIATION | ) |
| RETIREMENT PLAN; and BOARD OF | ) |
| TRUSTEES OF THE AMERICAN BAKERS | ) |
| ASSOCIATION RETIREMENT PLAN, as | ) |
| Administrator of the American Bakers Association | ) |
| Retirement Plan; | ) |
|  | ) |
| Third Party Plaintiffs, | ) |
| Counterclaimants, and Cross-Claimants, | ) |
| Counterclaim Defendant. | ) |
|  | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) |
|  | ) |
| Cross-Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR ABA PLAN AND ABA PLAN TRUSTEES
TO ANSWER OR OTHERWISE PLEAD TO
LEWIS BROS. BAKERIES INC.'S COUNTERCLAIMS**

By and through undersigned counsel, Lewis Bros. Bakeries, Inc. ("Lewis Bros."),

American Bakers Association Retirement Plan ("ABA Plan"), and Board of Trustees of the

American Bakers Association Retirement Plan ("ABA Plan Trustees") jointly and respectfully

move the Court to grant ABA Plan and ABA Plan Trustees additional time up to and including

May 5, 2008, to answer or otherwise respond to Lewis Bros.' counterclaims, filed on March 20,

2008 (Doc. 91). ABA Plan's and ABA Plan Trustees' answer or response to the counterclaims is

currently due on April 14, 2008. However, additional time is required to analyze issues raised in

the counterclaims. The parties have conferred and, for the reasons set forth above, respectfully

request that the Court grant their request to extend the filing date of ABA Plan's and ABA Plan

Trustees' answer or other response to the counterclaims to May 5, 2008.

Dated: April 8, 2008

Respectfully submitted,

STEPTOE & JOHNSON LLP

/s/ Paul J. Ondrasik, Jr.
Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Tel:  (202) 429-3000
Fax:  (202) 429-3902

LAW OFFICE OF ANNE H.S. FRASER, P.C.
Anne H.S. Fraser (D.C. Bar # 349472)
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel:  (202) 466-4009
Fax :  (202) 466-4010

**Counsel for American Bakers Association
Retirement Plan and Board of Trustees of the
American Bakers Association Retirement Plan**

SCHIFF HARDIN, LLP

/s/ D. Christopher Ohly
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel:  202.778.6458

**Counsel for Lewis Bros. Bakeries, Inc.**

## CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing **Consent Motion for Extension of Time for ABA Plan and ABA Plan Trustees to Answer or Otherwise Plead to Lewis Bros. Bakeries, Inc.'s Counterclaims**, and its **Proposed Order**, have been served on the following parties this 8th day of April, 2008, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 984-3606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300
Washington, DC  20006
(202) 778-6400

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co.**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Miller, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington,  DC  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

- 6 -

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

/s/ _Edward R. Mackiewicz__
Edward R. Mackiewicz
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC  20036
Tel:  (202) 429-3000
Fax: (202) 429-3902