IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Case No. 06-CV-0819-HHK |
| ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, ) ) ) ) ) ) ) ) | Judge Henry H. Kennedy, Jr.  Magistrate John M. Facciola |
| Defendants. ) ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, ) ) ) ) ) ) ) | **PROPOSED ORDER** |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, ) ) ) ) | |
| v. ) ) | |
| SARA LEE CORPORATION, ) ) | |
| Respondent, ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, ) ) | |
| Cross-Defendant, and ) ) | |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., ) ) ) ) ) ) | |
| Third-Party Defendants. ) ) | |
| LEWIS BROS. BAKERIES, INC., ) | |

- 2 -

|  |  |
|---|---|
| Counterclaimants, and Cross-Claimants | ) |
| | ) |
| v. | ) |
| | ) |
| **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as** Administrator of the American Bakers Association Retirement Plan; | ) ) ) ) ) ) |
| | ) |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, Counterclaim Defendant. | ) ) ) |
| | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| | ) |
| Cross-Defendant. | ) |

## PROPOSED ORDER

This matter comes before the Court on the Consent Motion for Extension of Time for ABA Plan and ABA Plan Trustees to Answer or Otherwise Plead to Lewis Bros. Bakeries, Inc.'s Counterclaims. After due deliberation thereon and good cause being shown therefore, the motion is hereby GRANTED.

IT IS THEREFOR ORDERED that:

ABA Plan and ABA Plan Trustees may answer or otherwise respond to Lewis Bros. Bakeries, Inc.'s counterclaims (Doc. 91) through and including May 5, 2008.

Dated: _____

_____
Henry H. Kennedy, Jr.
United States District Judge