IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AMERICAN BAKERS ASSOCIATION  )<br>RETIREMENT PLAN; and BOARD OF  )<br>TRUSTEES OF THE AMERICAN BAKERS  )<br>ASSOCIATION RETIREMENT PLAN, as  )<br>Administrator of the American Bakers Association  )<br>Retirement Plan; and  )<br>PENSION BENEFIT GUARANTY CORPORATION,  )<br>)<br>Defendants.  )<br>_____)<br>AMERICAN BAKERS ASSOCIATION  )<br>RETIREMENT PLAN; and BOARD OF TRUSTEES  )<br>OF THE AMERICAN BAKERS ASSOCIATION  )<br>RETIREMENT PLAN, as Administrator of the  )<br>American Bakers Association Retirement Plan,  )<br>)<br>Third Party Plaintiffs,  )<br>Counterclaimants, and  )<br>Cross-Claimants,  )<br>)<br>v.  )<br>)<br>SARA LEE CORPORATION,  )<br>)<br>Respondent,  )<br>)<br>PENSION BENEFIT GUARANTY CORPORATION,  )<br>)<br>Cross-Defendant, and  )<br>)<br>KETTERING BAKING COMPANY,  )<br>INTERSTATE BRANDS CORPORATION,  )<br>LEWIS BROS. BAKERIES, INC., HARRIS BAKING  )<br>COMPANY, INC., AMERICAN BAKERS  )<br>ASSOCIATION, and JENNY LEE BAKERY, INC.,  )<br>)<br>Third-Party Defendants.  )<br>_____)<br>)<br>LEWIS BROS. BAKERIES, INC.,  ) | Case No. 06-CV-0819-HHK<br><br>Judge Henry H. Kennedy, Jr.<br><br>Magistrate John M. Facciola<br><br><br><br><br><br><br><br>**PROPOSED ORDER** |

|  |  |
|---|---|
| Counterclaimants, and Cross-Claimants | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; | ) ) ) ) ) ) |
| | ) |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, Counterclaim Defendant. | ) ) ) |
| | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) |
| | ) |
| Cross-Defendant. | ) |

## PROPOSED ORDER

This matter comes before the Court on the Consent Motion for Extension of Time for ABA Plan and ABA Plan Trustees to Answer or Otherwise Plead to Lewis Bros. Bakeries, Inc.'s Counterclaims. After due deliberation thereon and good cause being shown therefor, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

ABA Plan and ABA Plan Trustees may answer or otherwise respond to Lewis Bros. Bakeries, Inc.'s counterclaims (Doc. 91) through and including May 5, 2008.


Dated: _____

                                                                                                                            _____
                                                                                                                            Henry H. Kennedy, Jr.
                                                                                                                            United States District Judge