**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) ) ) ) ) | Judge Henry H. Kennedy, Jr.<br><br>Magistrate John M. Facciola |
| Defendants. | ) ) ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, | ) ) ) ) ) ) | **AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN'S AND BOARD OF TRUSTEES'** |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | ) ) ) ) | **MOTION TO DISMISS LEWIS BROS. BAKERIES INC.'S COUNT II AND III COUNTERCLAIMS** |
| v. | ) ) | |
| SARA LEE CORPORATION, | ) ) | |
| Respondent, | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) | |
| Cross-Defendant, and | ) ) | |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) | |



|  |  |
|---|---|
| Third-Party Defendants. | ) |
| | ) |
| _____ | ) |
| | ) |
| LEWIS BROS. BAKERIES, INC., | ) |
| | ) |
|     Counterclaimants, and Cross-Claimants | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN BAKERS ASSOCIATION | ) |
| RETIREMENT PLAN; and BOARD OF | ) |
| TRUSTEES OF THE AMERICAN BAKERS | ) |
| ASSOCIATION RETIREMENT PLAN, as | ) |
| Administrator of the American Bakers Association | ) |
| Retirement Plan; | ) |
| | ) |
|     Third Party Plaintiffs, | ) |
|     Counterclaimants, and Cross-Claimants, | ) |
|     Counterclaim Defendant. | ) |
| | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) |
| | ) |
|     Cross-Defendant. | ) |

### AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN'S AND BOARD OF TRUSTEES' MOTION TO DISMISS LEWIS BROS. BAKERIES, INC.'S COUNT II AND III COUNTERCLAIMS

PLEASE TAKE NOTICE that, upon the Counterclaim contained in Lewis Brothers Bakeries, Inc's Amended Answer (Doc. 91), and exhibits thereto, and all prior pleadings and proceedings herein, the undersigned hereby moves this Court for an order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing Counts II and III of the Counterclaim for the reasons set forth in the accompanying American Bakers Association Retirement Plan's and Board of Trustees' Memorandum in Support of their Motion to Dismiss Lewis Bros. Bakeries, Inc's Count II and III Counterclaims, and granting such other and further relief as the Court deems just and proper.

- 2 -

Pursuant to Local Civil Rule 7(f), Counterclaim Defendants American Bakers Association Retirement Plan and Board of Trustees hereby request an oral hearing with respect to their Motion to Dismiss.

Dated: May 5, 2008                                      Respectfully submitted,

                                                        STEPTOE & JOHNSON LLP

                                                        /s/ Paul J. Ondrasik, Jr.
                                                        Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
                                                        Edward R. Mackiewicz (D.C. Bar # 944884)
                                                        Ryan T. Jenny (D.C. Bar # 495863)
                                                        1330 Connecticut Avenue, N.W.
                                                        Washington, DC  20036-1795
                                                        Tel:  (202) 429-3000
                                                        Fax:  (202) 429-3902

                                                        ANNE H.S. FRASER, P.C.
                                                        Anne H.S. Fraser (D.C. Bar # 349472)
                                                        1320 19th Street, N.W., Suite 200
                                                        Washington, DC 20036-1637
                                                        Tel:  (202) 466-4009
                                                        Fax :  (202) 466-4010

                                                        **Counsel for American Bakers Association**
                                                        **Retirement Plan and Board of Trustees of the**
                                                        **American Bakers Association Retirement Plan**