## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) ) ) ) ) ) | Judge Henry H. Kennedy, Jr.<br><br>Magistrate John M. Facciola |
| Defendants. | ) ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, | ) ) ) ) ) ) | **PROPOSED ORDER** |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | ) ) ) ) | |
| v. | ) ) | |
| SARA LEE CORPORATION, | ) ) | |
| Respondent, | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Cross-Defendant, and | ) ) | |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

```
_____   )
                                         )
LEWIS BROS. BAKERIES, INC.,              )
                                         )
        Counterclaimants, and Cross-Claimants )
                                         )
v.                                       )
                                         )
AMERICAN BAKERS ASSOCIATION              )
RETIREMENT PLAN; and BOARD OF            )
TRUSTEES OF THE AMERICAN BAKERS          )
ASSOCIATION RETIREMENT PLAN, as          )
Administrator of the American Bakers Association )
Retirement Plan;                         )
                                         )
        Third Party Plaintiffs,          )
        Counterclaimants, and Cross-Claimants, )
        Counterclaim Defendant.          )
                                         )
PENSION BENEFIT GUARANTY CORPORATION,    )
                                         )
        Cross-Defendant.                 )
```

## PROPOSED ORDER

Having considered the Motion to Dismiss Lewis Bros. Bakeries, Inc.'s Count II and III Counterclaims, made by Counterclaim Defendants American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan (collectively "Counterclaim Defendants"), and all arguments made in support of and in opposition to this Motion, and finding that Lewis Brothers lacks standing to assert Counts II and III of its Counterclaim and this Court lacks subject matter jurisdiction over them, and further finding that Counts II and III of Lewis Brothers' Counterclaim fail to state a claim upon which relief can be granted against Counterclaim Defendants,

It is hereby **ORDERED** that:

      1.    American Bakers Association Retirement Plan's and Board of Trustees' Motion to Dismiss Lewis Bros. Bakeries, Inc.'s Count II and III

- 3 -

Counterclaims is **GRANTED**;

2. All claims by Lewis Brothers Bakeries, Inc. against American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan are **DISMISSED WITH PREJUDICE**.

IT IS SO **ORDERED** on this ___ day of _____, 2008.

_____
HON. HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE

- 4 -

**LOCAL RULE 7(k) LIST OF PERSONS TO BE SERVED WITH PROPOSED ORDERS, JUDGMENTS, AND STIPULATIONS**

Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Tel:  (202) 429-3000
Fax:  (202) 429-3902

Anne H.S. Fraser (D.C. Bar # 349472)
Anne H.S. Fraser, P.C.
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel:  (202) 466-4009
Fax:  (202) 466-4010

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300
Washington, DC  20006
(202) 778-6400

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 984-3606

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

- 5 -

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 857-6054

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Miller, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington,  DC  20005

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136