IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) ) ) ) ) ) | Judge Henry H. Kennedy, Jr.  Magistrate John M. Facciola |
| Defendants. | ) ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, | ) ) ) ) ) ) | CONSENT MOTION FOR EXTENSION OF TIME FOR LEWIS BROS. BAKERIES, INC.'S TO OPPOSE THE ABA PLAN'S MOTION |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | ) ) ) ) | TO DISMISS AMENDED <u>COUNTERCLAIMS</u> |
| v. | ) ) | |
| SARA LEE CORPORATION, | ) ) | |
| Respondent, | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) | |
| Cross-Defendant, and | ) ) | |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) ) | |
| LEWIS BROS. BAKERIES, INC., | ) | |

|  |  |
|---|---|
| Counterclaimants, and Cross-Claimants | ) |
|  | ) |
| v. | ) |
|  | ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; | ) ) ) ) ) ) |
|  | ) |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, Counterclaim Defendant. | ) ) ) |
|  | ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) |
| Cross-Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR LEWIS BROS. BAKERIES INC.'S
TO OPPOSE THE MOTION FILED BY
THE ABA PLAN AND ABA PLAN TRUSTEES
SEEKING TO DISMISS LEWIS BROS.' AMENDED COUNTERCLAIMS
AND FOR THE ABA PLAN AND ABA PLAN TRUSTEES TO REPLY**

By and through undersigned counsel, Lewis Bros. Bakeries, Inc. ("Lewis Bros."), American Bakers Association Retirement Plan ("ABA Plan"), and Board of Trustees of the American Bakers Association Retirement Plan ("ABA Plan Trustees") jointly and respectfully move the Court to grant Lewis Bros. additional time up to and including June 9, 2008, to oppose the Motion filed by the ABA Plan and ABA Plan Trustees (Doc. 94), seeking to dismiss Lewis Bros.' amended counterclaims, filed on March 20, 2008 (Doc. 91). Lewis Bros.' opposition to the Motion is currently due on May 20, 2008. Additional time is needed to respond fully to the Motion.

Lewis Bros., the ABA Plan and the ABA Plan Trustees also jointly and respectfully move the Court to grant the ABA Plan and ABA Plan Trustees time up to and including June 23, 2008, to reply to any opposition that Lewis Bros. may file.

The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant the relief described above.

Dated: May __, 2008

Respectfully submitted,

SCHIFF HARDIN, LLP

/s/ D. Christopher Ohly_____
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel:  202.778.6458

**Counsel for Lewis Bros. Bakeries, Inc.**

STEPTOE & JOHNSON LLP

/s/ Paul J. Ondrasik, Jr._____
Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Tel:  (202) 429-3000
Fax:  (202) 429-3902

LAW OFFICE OF ANNE H.S. FRASER, P.C.
Anne H.S. Fraser (D.C. Bar # 349472)
1320 19th Street, N.W., Suite 200
Washington, DC 20036-1637
Tel:  (202) 466-4009
Fax :  (202) 466-4010

**Counsel for American Bakers Association Retirement Plan and Board of Trustees of the American Bakers Association Retirement Plan**

## CERTIFICATE OF SERVICE

I, Edward R. Mackiewicz, hereby certify that a true and exact copy of the foregoing **Consent Motion for Extension of Time for ABA Plan and ABA Plan Trustees to Answer or Otherwise Plead to Lewis Bros. Bakeries, Inc.'s Counterclaims**, and its **Proposed Order**, have been served on the following parties this ___ day of April, 2008, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
(312) 984-3606

**Attorneys for Plaintiff Sara Lee Corp.**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC 20036
(202) 857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

- 4 -

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

D. Christopher Ohly
Roger Pascal
Schiff Hardin LLP
1666 K Street, NW  Suite 300
Washington, DC  20006
(202) 778-6400

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60606
(312) 258-5500

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co.**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Miller, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington,  DC  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

/s/ D. Christopher Ohly
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel:  202.778.6458