## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 06-CV-0819-HHK ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, | ) ) Judge Henry H. Kennedy, Jr. ) ) Magistrate John M. Facciola ) ) ) ) |
| Defendants. | ) ) |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, | ) CONSENT MOTION ) FOR EXTENSION OF ) TIME FOR LEWIS BROS. ) BAKERIES, INC.'S ) TO OPPOSE THE ) ABA PLAN'S MOTION |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | ) TO DISMISS ) AMENDED ) COUNTERCLAIMS |
| v. | ) ) |
| SARA LEE CORPORATION, | ) ) |
| Respondent, | ) ) |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) |
| Cross-Defendant, and | ) ) |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |
| LEWIS BROS. BAKERIES, INC., | ) ) |

|  |  |
|---|---|
| Counterclaimants, and Cross-Claimants | ) |
|  | ) |
| v. | ) |
|  | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| **RETIREMENT PLAN; and BOARD OF** | ) |
| **TRUSTEES OF THE AMERICAN BAKERS** | ) |
| **ASSOCIATION RETIREMENT PLAN, as** | ) |
| Administrator of the American Bakers Association | ) |
| **Retirement Plan;** | ) |
|  | ) |
| Third Party Plaintiffs, | ) |
| Counterclaimants, and Cross-Claimants, | ) |
| Counterclaim Defendant. | ) |
|  | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
|  | ) |
| Cross-Defendant. | ) |

<u>**CONSENT MOTION FOR EXTENSION OF TIME**</u>
<u>**FOR LEWIS BROS. BAKERIES INC.'S**</u>
<u>**TO OPPOSE THE MOTION FILED BY**</u>
<u>**THE ABA PLAN AND ABA PLAN TRUSTEES**</u>
<u>**SEEKING TO DISMISS LEWIS BROS.' AMENDED COUNTERCLAIMS**</u>
<u>**AND FOR THE ABA PLAN AND ABA PLAN TRUSTEES TO REPLY**</u>

By and through undersigned counsel, Lewis Bros. Bakeries, Inc. ("Lewis Bros."),

American Bakers Association Retirement Plan ("ABA Plan"), and Board of Trustees of the

American Bakers Association Retirement Plan ("ABA Plan Trustees") jointly and respectfully

move the Court to grant Lewis Bros. additional time up to and including Friday, June 13, 2008,

to oppose the Motion filed by the ABA Plan and ABA Plan Trustees (Doc. 94), seeking to

dismiss Lewis Bros.' amended counterclaims, filed on March 20, 2008 (Doc. 91). Lewis Bros.'

opposition to the Motion is currently due on June 9, 2008. On Thursday, June 5, 2008, counsel

for Lewis Brothers was asked to become involved in another matter, opposing a request for a

Temporary Restraining Order, that will be heard in Federal Court in Baltimore, Maryland on

Tuesday, June 10, 2008. This unexpected event has caused a further brief delay in completion of

Lewis Brothers' opposition to the ABA Plan's Motion to Dismiss.

Lewis Bros., the ABA Plan and the ABA Plan Trustees also jointly and respectfully move the Court to grant the ABA Plan and ABA Plan Trustees time up to and including June 27, 2008, to reply to any opposition that Lewis Bros. may file.

The parties have conferred and, for the reasons set forth above, respectfully request that the Court grant the relief described above.

Dated: June 9, 2008                          Respectfully submitted,

                                             SCHIFF HARDIN, LLP

                                             /s/ D. Christopher Ohly
                                             D. Christopher Ohly (DC Bar No. 486370)
                                             SCHIFF HARDIN, LLP
                                             1666 K Street, NW
                                             Suite 300
                                             Washington, DC 20006
                                             Tel:  202.778.6458

                                             **Counsel for Lewis Bros. Bakeries, Inc.**

                                             STEPTOE & JOHNSON LLP

                                             /s/ Paul J. Ondrasik, Jr.
                                             Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
                                             Edward R. Mackiewicz (D.C. Bar # 944884)
                                             Ryan T. Jenny (D.C. Bar # 495863)
                                             1330 Connecticut Avenue, N.W.
                                             Washington, DC  20036-1795
                                             Tel:  (202) 429-3000
                                             Fax:  (202) 429-3902

                                             LAW OFFICE OF ANNE H.S. FRASER, P.C.
                                             Anne H.S. Fraser (D.C. Bar # 349472)
                                             1320 19th Street, N.W., Suite 200
                                             Washington, DC 20036-1637
                                             Tel:  (202) 466-4009
                                             Fax :  (202) 466-4010

**Counsel for American Bakers Association
Retirement Plan and Board of Trustees of the
American Bakers Association Retirement Plan**

## CERTIFICATE OF SERVICE

I, D. Christopher Ohly, hereby certify that a true and exact copy of the foregoing **Consent Motion for Extension of Time for ABA Plan and ABA Plan Trustees to Answer or Otherwise Plead to Lewis Bros. Bakeries, Inc.'s Counterclaims**, and its **Proposed Order**, have been served on the following parties this 9th day of June, 2008, as indicated below:

*VIA ELECTRONIC FILING:*

M. Miller Baker
Sarah E. Hancur
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, DC  20005-3096
(202) 756-8233

Michael T. Graham
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606
(312) 984-3606

**Attorneys for Plaintiff Sara Lee Corp.**

Paul J. Ondrasik, Jr. (D.C. Bar # 261388)
Edward R. Mackiewicz (D.C. Bar # 944884)
Ryan T. Jenny (D.C. Bar # 495863)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036-1795
Tel:  (202) 429-3000
Fax:  (202) 429-3902

Anne H.S. Fraser
Law Office of Anne H.S. Fraser, P.C.
1320 19th Street, N.W., Suit 200
Washington, DC  20036-1637
Tel:  (202) 466-4009
Fax:  (202) 466-4010

**Counsel for American Bakers Association**
**Retirement Plan and Board of Trustees of the**
**American Bakers Association Retirement Plan**

Edward J. Meehan
David E. Carney
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Ave., NW
Washington, DC 20005
(202) 371-7000

Amanda S. Williamson
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(312) 407-0700

Carol Connor Cohen
Arent Fox, LLP
1050 Connecticut Ave., NW
Washington, DC  20036
(202) 857-6054

**On behalf of Third-Party Defendant Interstate Brands Corporation**

James Hamilton
Bingham McCutchen
2020 K Street, NW
Washington, DC  20006
(202) 373-6026

**On behalf of Third-Party Defendant American Bakers Association**

Sonia Macias Steele
Schiff Hardin LLP
6600 Sears Tower

Chicago, IL  60606
(312) 258-5500

**On behalf of Third-Party Defendant Lewis Brothers Bakery**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Ave., NW
Washington, DC  20006
(202) 857-0620

**On behalf of Third-Party Defendant Harris Baking Co.**

Israel Goldowitz, Chief Counsel
Charles Finke, Deputy Chief Counsel
Michael Miller, Assistant Chief Counsel
Paula Connelly, Assistant Chief Counsel
Marc Pfeuffer, Attorney
Mark Blank, Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington,  DC  20005

**On behalf of Defendant Pension Benefit Guaranty Corporation**

*The following individuals have been served VIA FIRST CLASS MAIL:*

James R. Kettering, Jr.
President
Kettering Baking Co.
729 Coleman Avenue
Fairmont, WV  26554

**On behalf of Third-Party Defendant Kettering Baking Co.**

Bernard Baker
President
Jenny Lee Bakery, Inc.
620 Island Avenue
McKees Rock, PA  15136

**On behalf of Third-Party Defendant Jenny Lee Bakery, Inc.**

/s/ D. Christopher Ohly
D. Christopher Ohly (DC Bar No. 486370)
SCHIFF HARDIN, LLP
1666 K Street, NW
Suite 300
Washington, DC 20006
Tel: 202.778.6458

DC\7096294.1