## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA LEE CORPORATION, on its own behalf and on behalf of its employee-participants in the American Bakers Association Retirement Plan, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 06-CV-0819-HHK |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan; and PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) ) ) ) ) ) | Judge Henry H. Kennedy, Jr.  Magistrate John M. Facciola |
| Defendants. | ) ) | |
| AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN; and BOARD OF TRUSTEES OF THE AMERICAN BAKERS ASSOCIATION RETIREMENT PLAN, as Administrator of the American Bakers Association Retirement Plan, | ) ) ) ) ) ) | PROPOSED ORDER |
| Third Party Plaintiffs, Counterclaimants, and Cross-Claimants, | ) ) ) ) | |
| v. | ) ) | |
| SARA LEE CORPORATION, | ) ) | |
| Respondent, | ) ) | |
| PENSION BENEFIT GUARANTY CORPORATION, | ) ) ) | |
| Cross-Defendant, and | ) ) | |
| KETTERING BAKING COMPANY, INTERSTATE BRANDS CORPORATION, LEWIS BROS. BAKERIES, INC., HARRIS BAKING COMPANY, INC., AMERICAN BAKERS ASSOCIATION, and JENNY LEE BAKERY, INC., | ) ) ) ) ) ) | |
| Third-Party Defendants. | ) ) | |
| LEWIS BROS. BAKERIES, INC., | ) ) | |

|  |  |
|---|---|
|       **Counterclaimants, and Cross-Claimants** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AMERICAN BAKERS ASSOCIATION** | ) |
| **RETIREMENT PLAN; and BOARD OF** | ) |
| **TRUSTEES OF THE AMERICAN BAKERS** | ) |
| **ASSOCIATION RETIREMENT PLAN, as** | ) |
| **Administrator of the American Bakers Association** | ) |
| **Retirement Plan;** | ) |
| | ) |
|       **Third Party Plaintiffs,** | ) |
|       **Counterclaimants, and Cross-Claimants,** | ) |
|       **Counterclaim Defendant.** | ) |
| | ) |
| **PENSION BENEFIT GUARANTY CORPORATION,** | ) |
| | ) |
|       **Cross-Defendant.** | ) |

## <u>PROPOSED ORDER</u>

This matter comes before the Court on the Consent Motion for Extension of Time for Lewis Bros. Bakeries, Inc.'s to file its opposition to the motion filed by the ABA Plan and ABA Plan Trustees seeking to dismiss Lewis. Bros.' Amended Counterclaims, and for the ABA Plan and ABA Plan Trustees to reply to any such opposition.  After due deliberation thereon and good cause being shown therefore, the motion is hereby GRANTED.

IT IS THEREFORE ORDERED that:

Lewis Bros. Bakeries, Inc.'s to file its opposition to the motion filed by the ABA Plan and ABA Plan Trustees seeking to dismiss Lewis. Bros.' Amended Counterclaims (Doc. 94) through and including June 13, 2008.

ABA Plan and ABA Plan Trustees may reply to any opposition that Lewis Bros. may file through and including June 27, 2008.

Dated: _____

                                            _____

                                            Henry H. Kennedy, Jr.
                                            United States District Judge

DC\7096295.1