UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


**SARA LEE CORPORATION,**

    **Plaintiff,**

       v.                      Civil Action No. 06-819 (HHK/JMF)

**AMERICAN BAKERS ASSOCIATION et al.,**

    **Defendants.**


## ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that plaintiff's Motion for Leave to Serve Discovery and to Supplement the Administrative Record of Sara Lee Corporation, Lewis Bros. Bakeries, Inc., American Bakers Association Retirement Plan, and Board of Trustees of the American Bakers Association Retirement Plan [#85] is **DENIED.**

    **SO ORDERED.**




Dated: August 27, 2008                           /S/
                                                  JOHN M. FACCIOLA
                                                  UNITED STATES MAGISTRATE JUDGE